**Exhibit B**

**Redline**

JOANN Inc. Case No. 25-10068
Twenty-Third (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Late-Filed Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| 1 | Bebeau, Gail Marie | 20413 | Jo-Ann Stores Support Center, Inc. | 12/14/2025 | $100.00 | Administrative Priority; 503(b)(9)Administrative Priority | $0.00 | Gift Card Claim.  Claim was filed after the applicable Bar Date. |
| 2 | City of Fresno, Business Tax | 20259 | JOANN Inc. | 10/30/2025 | $997.53 | Priority Claim Under 507(a)(8) | $0.00 | Business tax claim.  Claim was filed after the applicable Bar Date. |
| 3 | Cliett, Katie Jean | 20227 | joann.com, LLC | 10/19/2025 | $31.24 | 503(b)(9) Administrative Priority | $0.00 | Gift Card Claim asserted priority claim.  Claim was filed after the applicable Bar Date.. |
| 4 | Fisher, Karen | 20489 | Jo-Ann Stores, LLC | 12/31/2025 | $2,123.00 | Admin priorty claim $2,023; plus a 503(b)(9) claim in the amount of $2,023.00 | $0.00 | Gift Card Claim was filed after the applicable Bar Date. |
| 5 | Harris, Mary | 20203 | JOANN Inc. | 10/9/2025 | $50.00 | Administrative Priority asserted | $0.00 | Gift Card Claim asserted prioirty claim.  Claim was filed after theapplicable Bar Date. |
| 6 | Ho, Kimberly | 20508 | JOANN Inc. | 1/3/2026 | $33.57 | Administrative Priority asserted | $0.00 | Gift Card Claim.  Claim was filed after the applicable Bar Date. |
| 7 | Kwak, Carolyn | 20536 | Jo-Ann Stores, LLC | 1/9/2026 | $100.00 | Asserted secured amount ($50); and GUC Claim Amount ($50) | $0.00 | Gift Card Claim.  Claim was filed after the applicable Bar Date. |
| 8 | Lavery, Susanne | 20522 | JOANN Inc. | 1/6/2026 | $120.00 | Asserted priorty amount ($60) and asserted 503(b)(9) claim ($60) | $0.00 | Gift Card Claim.  Claim was filed after the applicable Bar Date. |
| 9 | Montgomery, Naomi Ruth | 20215 | JOANN Inc. | 10/13/2025 | $50.00 | Asserted admin priority amount | $0.00 | Gift Card Claim.  Claim was filed after the applicable Bar Date. |
| 10 | Patrick, Lorraine | 20375 | JOANN Inc. | 12/1/2025 | $20.00 | Marked claim as secured. | $0.00 | Gift card claim.  Claim was filed after the applicable Bar Date.  Claimant filed another claim (#20193) late, already objected to as a late filed claim. |
| 11 | Pottawatomie County Treasurer | 20326 | JOANN Inc. | 11/17/2025 | $7,614.00 | Government Claim | $0.00 | Gift Card Claim.  Claim was filed after the applicable Bar Date. |
| 12 | Randazzo, Maria | 20516 | JOANN Inc. | 1/5/2026 | $118.90 | Asserted priorty amount | $0.00 | Claim was filed after the applicable Bar Date. |

JOANN Inc. Case No. 25-10068
Twenty-Third (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Late-Filed Claims

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| 13 | Singleton, Sandra | 20482 | JOANN Inc. | 12/23/2025 | $280.00 | Asserted admin priority amount | $0.00 | Gift Card Claim.  Claim was filed after the applicable Bar Date. |
| 14 | VanSchaick, Michelle Patricia | 20482 20484 | JOANN Inc. | 12/31/2026 | $50.00 | Asserted secured amount. | $0.00 | Gift Card Claim.  Claim was filed after the applicable Bar Date. |