# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC.,[1] | ) Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) |

## AFFIDAVIT OF SERVICE

I, Alain B. Francoeur, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

At my direction and under my supervision, employees of Kroll caused the following documents to be served (1) on January 21, 2026 via email on the list of parties attached hereto as **Exhibit A**, and (2) on January 22, 2026 via First-Class Mail on the list of parties attached hereto as **Exhibit B**:

- Chapter 11 Post-Confirmation Report for the Quarter Ending: 12/31/2025 [Docket No. 1986]

- Chapter 11 Post-Confirmation Report for Case Number 25-10069 for the Quarter Ending: 10/10/2025 [Docket No. 1987]

- Chapter 11 Post-Confirmation Report for Case Number 25-10070 for the Quarter Ending: 10/10/2025 [Docket No. 1988]

- Chapter 11 Post-Confirmation Report for Case Number 25-10071 for the Quarter Ending: 10/10/2025 [Docket No. 1989]

- Chapter 11 Post-Confirmation Report for Case Number 25-10072 for the Quarter Ending: 10/10/2025 [Docket No. 1990]

- Chapter 11 Post-Confirmation Report for Case Number 25-10073 for the Quarter Ending: 10/10/2025 [Docket No. 1991]

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

- Chapter 11 Post-Confirmation Report for Case Number 25-10074 for the Quarter Ending: 10/10/2025 [Docket No. 1992]

- Chapter 11 Post-Confirmation Report for Case Number 25-10075 for the Quarter Ending: 10/10/2025 [Docket No. 1993]

- Chapter 11 Post-Confirmation Report for Case Number 25-10076 for the Quarter Ending: 10/10/2025 [Docket No. 1994]

- Chapter 11 Post-Confirmation Report for Case Number 25-10077 for the Quarter Ending: 10/10/2025 [Docket No. 1995]

- Chapter 11 Post-Confirmation Report for Case Number 25-10078 for the Quarter Ending: 10/10/2025 [Docket No. 1996]

- Chapter 11 Post-Confirmation Report for Case Number 25-10079 for the Quarter Ending: 10/10/2025 [Docket No. 1997]

- Chapter 11 Post-Confirmation Report for Case Number 25-10080 for the Quarter Ending: 10/10/2025 [Docket No. 1998]

Dated: January 23, 2026         */s/ Alain B. Francoeur*
                                       Alain B. Francoeur

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on January 23, 2026, by Alain B. Francoeur, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

SRF 94313

**Exhibit A**

## Exhibit A

| ADRID | Name | Email |
|---|---|---|
| 30608579 | United States Trustee for the District of Delaware | malcolm.m.bates@usdoj.gov |
| 30608580 | United States Trustee for the District of Delaware | Mike.Girello@usdoj.gov |

**<u>Exhibit B</u>**

Exhibit B

| ADRID | Name | Address1 | Address2 | Address3 | Address4 | City | State | Postal Code |
|---|---|---|---|---|---|---|---|---|
| 30608579 | United States Trustee for the District of Delaware | Office of the U.S. Trustee | Attn: Malcolm M. Bates, Esquire | Federal Building, Lockbox 35 | 844 King Street, Suite 2207 | Wilmington | DE | 19899-0035 |
| 30608580 | United States Trustee for the District of Delaware | Office of the United States Trustee | Attn: Michael V. Girello, Jr. | Paralegal Specialist | 844 N. King St., Ste. 2207 | Wilmington | DE | 19801 |