# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC.,[1] | ) Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) (Jointly Administered) |
| | ) **Objection Deadline:** February 13, 2026 at 4:00 p.m. (ET) |
| | ) **Hearing Date:** February 25, 2026, at 10:00 a.m. (ET) |

### NOTICE OF MOTION OF BURLINGTON COAT FACTORY WAREHOUSE CORPORATION'S (I) MOTION TO ENFORCE CONFIRMATION ORDER AND ASSIGNMENT ORDER AND (II) MOTION FOR SHOPS AT ST. JOHNS, LLC TO SHOW CAUSE WHY IT SHOULD NOT BE FOUND IN CONTEMPT

**PLEASE TAKE NOTICE** that, on January 30, 2026, Burlington Coat Factory Warehouse Corporation ("Burlington"), by its undersigned counsel, filed the *Motion of Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. John's, LLC to Show Cause Why it Should Not Be Found in Contempt* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, objections or responses, if any, to the Motion must be filed with the Bankruptcy Court, 824 North Market Street, Wilmington, Delaware 19801, on or before **February 13, 2026 at 4:00 p.m. (ET)** and served upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion, if required, will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 on **February 25, 2026 at 10:00 a.m. (ET)**.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 30, 2026

*/s/ Marcy J. McLaughlin Smith*
**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward (DE Bar No. 4471)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: matthew.ward@wbd-us.com
           marcy.smith@wbd-us.com

-and-

**JACKSON WALKER LLP**
Kristhy M. Peguero (DE Bar No. 4903; TX Bar No. 24102776)
Victoria Argeroplos (TX Bar No. 24105799)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email:   kpeguero@jw.com
             vargeroplos@jw.com


William Farmer (TX Bar No. 24127156)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5859
Email:  wfarmer@jw.com


*Co-Counsel for Burlington Coat Factory Warehouse Corporation*