**Exhibit 1**

| | |
|---|---|
| **From:** | Catherine Martin |
| **To:** | Farmer, William; Wesley Gallagher; Blumenthal, Lindsey; accountspayable@joann.com; Polnick, Veronica; Peguero, Kristhy; Steve Smith; Christopher Draper; Behlmann, Andrew D.; Rebecca Hollander |
| **Cc:** | Reilley, Patrick; Robyn Woodruff; Ronald Tucker; Tsukerman, Mark |
| **Subject:** | RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC |
| **Date:** | Friday, May 9, 2025 2:12:09 PM |
| **Attachments:** | image001.png<br>image002.png |

**Caution:** **External Email.

5/14 would be acceptable to us as an extended objection deadline. Let me know if debtors are in agreement with this extension.

**Catherine M. Martin**
Vice-President, Bankruptcy Counsel



**225 West Washington Street**
**Indianapolis, IN 46204-3438 USA**
**Office 317.685.7263  Cell 317.525.2597**
cmartin@simon.com
SIMON.COM

The preceding email message (including any attachments) contains information that may be confidential, proprietary, privileged or constitute non-public information. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is prohibited.

---

**From:** Farmer, William <wfarmer@jw.com>
**Sent:** Friday, May 9, 2025 3:10 PM
**To:** Catherine Martin <cmartin@simon.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Reilley, Patrick <preilley@coleschotz.com>; Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>; Tsukerman, Mark <mtsukerman@coleschotz.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> **Alert:** This is an external email and may be malicious. Please **BE CAUTIOUS** when clicking links, opening attachments or scanning QR codes.

Hi Catherine – Understood. I believe we can work out an extension. And yes, 5/12 is the current objection deadline. Would you all be amenable to a brief extension to 5/14 at 4pm ET? Copying in Patrick and Mark with the Debtors, as well.

**Will Farmer**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-5674 | F: (214) 953-5822 | wfarmer@jw.com



---

**From:** Catherine Martin <cmartin@simon.com>
**Sent:** Friday, May 9, 2025 2:00 PM
**To:** Farmer, William <wfarmer@jw.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> **Caution:** **External Email.

Will,

I'm checking in on whether debtor is in agreement with our cure amount for this lease. If not, is it possible to obtain an extension of time to file an objection? By my calculation, our objection is due 5/12.

**Catherine M. Martin**
Vice-President, Bankruptcy Counsel

**SIMON**
**225 West Washington Street**
**Indianapolis, IN 46204-3438 USA**
**Office 317.685.7263  Cell 317.525.2597**
**cmartin@simon.com**
**SIMON.COM**

The preceding email message (including any attachments) contains information that may be confidential, proprietary, privileged or constitute non-public information. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is prohibited.

---

**From:** Farmer, William <wfarmer@jw.com>
**Sent:** Wednesday, May 7, 2025 4:31 PM
**To:** Catherine Martin <cmartin@simon.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>;

Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> **Alert:** This is an external email and may be malicious. Please **BE CAUTIOUS** when clicking links, opening attachments or scanning QR codes.

Thanks, Catherine. And yes, will update you with any updates re cures as they come. Thanks again.

**Will Farmer**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-5674 | F: (214) 953-5822 | wfarmer@jw.com



---

**From:** Catherine Martin <cmartin@simon.com>
**Sent:** Wednesday, May 7, 2025 3:30 PM
**To:** Farmer, William <wfarmer@jw.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> **Caution:** **External Email.

Will,
Thank you as that explanation answers my question.  Let us know if your client is in agreement with the cure amount for this lease in advance of the cure objection deadline.  Preferably we'd like to reach a resolution on the cure amount by this Friday, if not sooner.

**Catherine M. Martin**
Vice-President, Bankruptcy Counsel



**225 West Washington Street**
**Indianapolis, IN 46204-3438 USA**
**Office 317.685.7263  Cell 317.525.2597**
cmartin@simon.com
SIMON.COM

The preceding email message (including any attachments) contains information that may be confidential, proprietary, privileged or constitute non-public information. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is prohibited.

**From:** Farmer, William <wfarmer@jw.com>
**Sent:** Wednesday, May 7, 2025 4:13 PM
**To:** Catherine Martin <cmartin@simon.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> **Alert:** This is an external email and may be malicious. Please **BE CAUTIOUS** when clicking links, opening attachments or scanning QR codes.

Hi Catherine – Not certain I follow. If the question is whether BCFWC is the lessee/tenant for other active Burlington store locations, the answer is yes.  To that end, it is also the proposed assignee for other locations in this same package.

Hope that helps, happy to discuss if you have any additional questions.  Thanks.

**Will Farmer**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-5674 | F: (214) 953-5822 | wfarmer@jw.com



**From:** Catherine Martin <cmartin@simon.com>
**Sent:** Wednesday, May 7, 2025 3:05 PM
**To:** Farmer, William <wfarmer@jw.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>

**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> **Caution:** **External Email.

Will,

Can you confirm that Burlington Coat Factory Warehouse Corporation, a Florida corporation, is the parent entity operating as Burlington Coat Factory under other leases? If not, we would request that the corporate parent be the assignee tenant (or guarantor) on the lease at St. John's Town Center CC.

**Catherine M. Martin**
Vice-President, Bankruptcy Counsel

**225 West Washington Street
Indianapolis, IN 46204-3438 USA
Office 317.685.7263  Cell 317.525.2597**
cmartin@simon.com
SIMON.COM

The preceding email message (including any attachments) contains information that may be confidential, proprietary, privileged or constitute non-public information. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is prohibited.

---

**From:** Farmer, William <wfarmer@jw.com>
**Sent:** Wednesday, May 7, 2025 12:11 PM
**To:** Catherine Martin <cmartin@simon.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> You don't often get email from wfarmer@jw.com. Learn why this is important
>
> **Alert:** This is an external email and may be malicious. Please **BE CAUTIOUS** when clicking links, opening attachments or scanning QR codes.

As of now, the proposed entity is Burlington Coat Factory Warehouse Corporation, a Florida corporation.  Thanks.

**Will Farmer**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-5674 | F: (214) 953-5822 | wfarmer@jw.com



---

**From:** Catherine Martin <cmartin@simon.com>
**Sent:** Wednesday, May 7, 2025 11:08 AM
**To:** Farmer, William <wfarmer@jw.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> **Caution:** **External Email.

William,

Can you confirm the proposed legal entity for assignee? Depending on the entity, we may need information related to adequate assurance of future performance.

**Catherine M. Martin**
Vice-President, Bankruptcy Counsel



**225 West Washington Street**
**Indianapolis, IN 46204-3438 USA**
**Office 317.685.7263  Cell 317.525.2597**
cmartin@simon.com
SIMON.COM

The preceding email message (including any attachments) contains information that may be confidential, proprietary, privileged or constitute non-public information. If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is prohibited.

**From:** Farmer, William <wfarmer@jw.com>
**Sent:** Wednesday, May 7, 2025 12:06 PM
**To:** Wesley Gallagher <Wesley.Gallagher@simon.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca

Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>; Catherine Martin <cmartin@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> You don't often get email from wfarmer@jw.com. Learn why this is important
>
> **Alert:** This is an external email and may be malicious. Please **BE CAUTIOUS** when clicking links, opening attachments or scanning QR codes.

Hi Wesley – Apologies for the delay.  Our client continues to review the documentation provided and anticipates a dialogue with the Consultation Parties to align.  Appreciate your patience, I will revert with substantive updates once available.

In the interim, if you could please confirm that cures are your client's only concern with the proposed assumption, it would be greatly appreciated.  Thanks.

**Will Farmer**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-5674 | F: (214) 953-5822 | wfarmer@jw.com



---

**From:** Wesley Gallagher <Wesley.Gallagher@simon.com>
**Sent:** Wednesday, May 7, 2025 10:04 AM
**To:** Farmer, William <wfarmer@jw.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>; Catherine Martin <cmartin@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> **Caution:** **External Email.

Hello. Checking in on the below again.

Thanks

**Wesley Gallagher**

Paralegal

**Bankruptcy**

SIMON

**225 West Washington Street**

**Indianapolis, IN 46204-3438 USA**

**T 317.263.3037**

wesley.gallagher@simon.com

SIMON.COM

Please understand that this is being sent to you for purposes of settlement only, and is not intended for any other purpose, and may not be used, and shall not be admissible, in any action, litigation, or otherwise, instituted by either party involving the subject matter.

This e-mail may be part of an ongoing preliminary negotiation and does not create rights or obligations for or against either party.  This e-mail is nonbinding and constitutes neither a lease nor a promise or commitment to make a lease.  To be enforceable by or against a party, a lease agreement between the parties must be written and signed by both parties.

<u>**CONFIDENTIALITY NOTICE**</u>**:**

This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited.  If you have received this email in error, please notify us immediately by returning it to the sender and delete this and any other copies from your system. Thank you.

---

**From:** Wesley Gallagher
**Sent:** Monday, May 5, 2025 9:27 AM
**To:** Farmer, William <wfarmer@jw.com>; Blumenthal, Lindsey <lindsey.blum@kirkland.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>; Catherine Martin <cmartin@simon.com>
**Subject:** RE: [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

Good morning. Checking in on our original email below.

Thanks!

Wesley Gallagher

Paralegal

Bankruptcy

**SIMON**

**225 West Washington Street**

**Indianapolis, IN 46204-3438 USA**

**T 317.263.3037**

[wesley.gallagher@simon.com](wesley.gallagher@simon.com)

[SIMON.COM](SIMON.COM)

Please understand that this is being sent to you for purposes of settlement only, and is not intended for any other purpose, and may not be used, and shall not be admissible, in any action, litigation, or otherwise, instituted by either party involving the subject matter.

This e-mail may be part of an ongoing preliminary negotiation and does not create rights or obligations for or against either party. This e-mail is nonbinding and constitutes neither a lease nor a promise or commitment to make a lease. To be enforceable by or against a party, a lease agreement between the parties must be written and signed by both parties.

<u>**CONFIDENTIALITY NOTICE:**</u>

This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this and any other copies from your system. Thank you.

---

**From:** Farmer, William <wfarmer@jw.com>
**Sent:** Wednesday, April 30, 2025 12:59 PM
**To:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>; Wesley Gallagher <Wesley.Gallagher@simon.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>; Catherine Martin <cmartin@simon.com>
**Subject:** [EXT] RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

> You don't often get email from wfarmer@jw.com. Learn why this is important
>
> **Alert:** This is an external email and may be malicious. Please **BE CAUTIOUS** when clicking links, opening attachments or scanning QR codes.

Thank you, Lindsey.

Wesley, appreciate you reaching out. My colleagues and I represent Burlington in the case. We will review the documentation provided with our client and GA Group, and revert.

Please let us know if your client has any other concerns regarding the proposed assumption and assignment. Thank you.

**Will Farmer**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-5674 | F: (214) 953-5822 | wfarmer@jw.com



**From:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>
**Sent:** Wednesday, April 30, 2025 11:54 AM
**To:** Wesley Gallagher <Wesley.Gallagher@simon.com>; accountspayable@joann.com; Polnick, Veronica <vpolnick@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Farmer, William <wfarmer@jw.com>; Steve Smith <ssmith@gagroup.com>; Christopher Draper <cdraper@gagroup.com>; Behlmann, Andrew D. <ABehlmann@lowenstein.com>; Rebecca Hollander <rhollander@brileyfin.com>
**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>; Catherine Martin <cmartin@simon.com>
**Subject:** RE: JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

**Caution:** **External Email.

Adding Burlington and GA Group counsel to connect with you.

**Lindsey Blumenthal**

-------------------------------------------------
**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 2571  **M** +1 317 979 7323
**F** +1 312 862 2200
-------------------------------------------------
lindsey.blumenthal@kirkland.com

**From:** Wesley Gallagher <Wesley.Gallagher@simon.com>
**Sent:** Wednesday, April 30, 2025 11:48 AM
**To:** Blumenthal, Lindsey <lindsey.blum@kirkland.com>; Michalik, Jeff <jeff.michalik@kirkland.com>; accountspayable@joann.com; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>

**Cc:** Robyn Woodruff <rwoodruff@simon.com>; Ronald Tucker <rtucker@simon.com>; Catherine Martin <cmartin@simon.com>
**Subject:** JOANN (Doc 760 - First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases) ST JOHNS TOWN CENTER CC

Hello. We recently received the above-mentioned notice, showing debtors intent to assume and assign our lease to Burlington Coat Factory Warehouse Corporation. Our cure amount was listed at $39,476.28.

Our records show the cure amount to be different than your listed cure. Please see the attached and let me know if we can agree to the cure of $175,373.49

Thanks

**Wesley Gallagher**
Paralegal
Bankruptcy

**SIMON**

**225 West Washington Street**
**Indianapolis, IN 46204-3438 USA**
T 317.263.3037
wesley.gallagher@simon.com
SIMON.COM

Please understand that this is being sent to you for purposes of settlement only, and is not intended for any other purpose, and may not be used, and shall not be admissible, in any action, litigation, or otherwise, instituted by either party involving the subject matter.

This e-mail may be part of an ongoing preliminary negotiation and does not create rights or obligations for or against either party. This e-mail is nonbinding and constitutes neither a lease nor a promise or commitment to make a lease. To be enforceable by or against a party, a lease agreement between the parties must be written and signed by both parties.

**CONFIDENTIALITY NOTICE:**
This email and any attachments are confidential and may be protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited. If you have received this email in error, please notify us immediately by returning it to the sender and delete this and any other copies from your system. Thank you.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside

information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.