**Exhibit 4**

| | |
|---|---|
| **From:** | Wesley Gallagher |
| **To:** | Farmer, William; Peguero, Kristhy; Polnick, Veronica |
| **Cc:** | lindsey.blum@kirkland.com; Andrew D. Behlmann; Catherine Martin; Robyn Woodruff |
| **Subject:** | RE: [EXT] In re JOANN INC., et al. - Case No. 25-10068 (CTG) - Amended First Notice of Assumption and Assignment of Certain Executory Contractors and/or Unexpired Leases |
| **Date:** | Wednesday, May 28, 2025 2:02:06 PM |
| **Attachments:** | image002.png |
| | image003.png |

**Caution:** **External Email.

Hello William. Could you please confirm when we'll receive payment of our agreed cure which was $177,373.49? It would also help if you could confirm the new leaseholder entity, legal notice address, phone number/email address, and AR contact information.

Thanks!

**Wesley Gallagher**
Paralegal
Bankruptcy

SIMON

225 West Washington Street
Indianapolis, IN 46204-3438 USA
T 317.263.3037
wesley.gallagher@simon.com
SIMON.COM

Please understand that this is being sent to you for purposes of settlement only, and is not intended for any other purpose, and may not be used, and shall not be admissible, in any action, litigation, or otherwise, instituted by either party involving the subject matter.

This e-mail may be part of an ongoing preliminary negotiation and does not create rights or obligations for or against either party.  This e-mail is nonbinding and constitutes neither a lease nor a promise or commitment to make a lease.  To be enforceable by or against a party, a lease agreement between the parties must be written and signed by both parties.

<u>**CONFIDENTIALITY NOTICE**</u>:
This email and any attachments are confidential and may be protected by legal privilege.  If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of this email or any attachment is prohibited.  If you have received this email in error, please notify us immediately by returning it to the sender and delete this and any other copies from your system. Thank you.

**From:** Farmer, William <wfarmer@jw.com>
**Sent:** Saturday, May 17, 2025 5:41 PM

**To:** Farmer, William <wfarmer@jw.com>; Peguero, Kristhy <kpeguero@jw.com>; Polnick, Veronica <vpolnick@jw.com>
**Cc:** lindsey.blum@kirkland.com; Andrew D. Behlmann <ABehlmann@lowenstein.com>
**Subject:** [EXT] In re JOANN INC., et al. - Case No. 25-10068 (CTG) - Amended First Notice of Assumption and Assignment of Certain Executory Contractors and/or Unexpired Leases

> **Alert:** This is an external email and may be malicious. Please **BE CAUTIOUS** when clicking links, opening attachments or scanning QR codes.

All,

Attached, please find the recently filed *Amended First Notice of Assumption and Assignment of Certain Executory Contracts and/or Unexpired Leases*, along with the proposed form of order for those leases proposed to be assigned to Burlington, attached hereto for reference.

Please let me know if you have any questions or comments. Happy to discuss.

Appreciate you all's patience during this process.

Thanks,

**Will Farmer**
2323 Ross Avenue, Suite 600 | Dallas, TX | 75201
V: (214) 953-5674 | F: (214) 953-5822 | wfarmer@jw.com

