**Exhibit 5**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) )   Chapter 11 |
| JOANN INC.,[1] | )  )   Case No. 25-10068 (CTG) ) |
| Post-Effective Date Debtor. | )   (Jointly Administered) ) ) |
| | )   Re: Docket Nos. 1207, 1387, \_\_\_\_\_ |

**ORDER GRANTING BURLINGTON COAT FACTORY WAREHOUSE CORPORATION'S MOTION TO ENFORCE CONFIRMATION ORDER AND ASSIGNMENT ORDER AND FINDING SHOPS AT ST JOHNS, LLC IN CONTEMPT**

The Court considered the motion (the "Motion")[2] filed by Burlington Coat Factory Warehouse Corporation ("Burlington") to enforce the Court's *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Second Amended Joint Chapter 11 Plan of Joann Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1387] (the "Confirmation Order") and the Court's *Order Authorizing the Debtors to Assume and Assign Certain Executory Contracts and/or Unexpired Leases* [Docket No. 1207] (the "Assignment Order") with respect to a certain June 18, 2003 Lease Agreement (as the same may be amended or otherwise modified from time to time, the "Lease") between the Debtor and Shops at St. Johns, LLC ("Landlord").

The Court FINDS that Landlord is in contempt of the Assignment Order and the Confirmation Order and has violated said Orders by attempting to collect pre-Closing amounts against Burlington, including the 2024 Taxes.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2

The Court ORDERS that Landlord is prohibited from collecting the 2024 Taxes and any other pre-Closing amounts under the Lease agaisnt Burlington.

The Court further ORDERS that Landlord shall pay Burlington's attorneys' fees and costs related to Landlord's violations of the Assignment Order and the Confirmation Order from September 30, 2025 through the date of entry of this Order.