**CERTIFICATE OF SERVICE**

     I, Marcy J. McLaughlin Smith, do hereby certify that on January 30, 2026, I caused a copy of *Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. John's, LLC to Show Cause Why it Should Not Be Found in Contempt* to be filed and served via the Court's Electronic Filing (CM/ECF) system on all parties registered to receive electronic notice in this matter and on the parties listed on the Service List in the manner indicated.

                                     */s/ Marcy J. McLaughlin Smith*
                                      Marcy J. McLaughlin Smith, Esq. (DE Bar No. 6184)

**SERVICE LIST**

| **VIA FIRST CLASS MAIL**<br><br>**JOANN INC.**<br>Ann Aber, EVP,<br>Chief Legal and Human Resources Officer<br>5555 Darrow Road<br>Hudson, OH 44236 | **VIA ELECTRONIC MAIL**<br><br>**COLE SCHOTZ P.C.**<br>Patrick J. Reilley<br>Stacey L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>*Counsel to the Debtors and Debtors in Possession / Plan Administrator* |
|---|---|
| **VIA ELECTRONIC MAIL**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Joshua A. Sussberg, P.C.<br>Aparna Yenamandra, P.C.<br>601 Lexington Avenue<br>New York, NY 10022<br>joshua.sussberg@kirkland.com<br>aparna.yenamandra@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* | **VIA ELECTRONIC MAIL**<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Jeffrey Michalik<br>Lindsey Blumenthal<br>333 West Wolf Point Plaza<br>Chicago, IL 60654<br>anup.sathy@kirkland.com<br>jeff.michalik@kirkland.com<br>lindsey.blumenthal@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
| **VIA ELECTRONIC MAIL**<br><br>**HAHN LOESER & PARKS LLP**<br>Christopher B. Wick<br>Philip K. Stovall<br>200 Public Square, Suite 2800<br>Cleveland, OH 44114<br>cwick@hahnlaw.com<br>pstovall@hahnlaw.com<br><br>*Co-Counsel to the Plan Administrator* | **VIA FIRST CLASS MAIL**<br><br>**SHOPS AT ST. JOHNS, LLC**<br>Attn: Legal Department<br>Simon Property Group<br>225 West Washington Street<br>Indianapolis, Indiana 46204<br><br>*The Landlord* |

| <u>**VIA ELECTRONIC MAIL**</u><br><br>**MORRIS JAMES LLP**<br>Eric J. Monzo<br>Brya M. Keilson<br>Christopher M. Donnelly<br>3205 Avenue North Blvd., Suite 100<br>Wilmington, DE 19803<br>emonzo@morrisjames.com<br>bkeilson@morrisjames.com<br>cdonnelly@morrisjames.com<br><br>*Counsel for Wilmington Savings Fund Society, FSB as Prepetition Term Loan Agent* | <u>**VIA ELECTRONIC MAIL**</u><br><br>**ARENTFOX SCHIFF LLP**<br>Jeffrey R. Gleit<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019<br>jeffrey.gleit@afslaw.com<br><br>*Counsel for Wilmington Savings Fund Society, FSB as Prepetition Term Loan Agent* |
|---|---|
| <u>**VIA ELECTRONIC MAIL**</u><br><br>**ARENTFOX SCHIFF LLP**<br>Matthew R. Bentley<br>233 South Wacker Drive, Suite 7100<br>Chicago, IL 60606<br>matthew.bentley@afslaw.com<br><br>*Counsel for Wilmington Savings Fund Society, FSB as Prepetition Term Loan Agent* | <u>**VIA ELECTRONIC MAIL**</u><br><br>**CROSS & SIMON, LLC**<br>Christopher P. Simon<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com<br><br>*Counsel to GA Joann Retail Partnership, LLC* |
| <u>**VIA ELECTRONIC MAIL**</u><br><br>**LOWENSTEIN SANDLER LLP**<br>Andrew Behlmann<br>Michael Papandrea<br>Carolyn Gauvin,<br>One Lowenstein Drive<br>Roseland, NJ 07068<br>abehlmann@lowenstein.com<br>mpapandrea@lowenstein.com<br>cgauvin@lowenstein.com<br><br>*Counsel to GA Joann Retail Partnership, LLC* | <u>**VIA ELECTRONIC MAIL**</u><br><br>**OFFICE OF THE UNITES STATES TRUSTEE**<br>Malcolm M Bates<br>Office of the United States Trustee<br>844 King Street<br>Suite 2207<br>Wilmington, DE 19801<br>Email: malcolm.m.bates@usdoj.gov |