**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) ) | **Hearing Date: February 25, 2026 at 9:30 a.m. (ET)** **Obj. Deadline: February 18, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF PLAN ADMINISTRATOR AND
GUC TRUST FOR ENTRY OF A THIRD ORDER (I) ENLARGING
THE PERIOD WITHIN WHICH PLAN ADMINISTRATOR AND GUC
TRUST MAY REMOVE ACTIONS AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on February 9, 2026, the Plan Administrator and the GUC Trust, each appointed in the above-captioned case, filed the *Motion of Plan Administrator and GUC Trust for Entry of a Third Order (I) Enlarging the Period Within Which Plan Administrator and the GUC Trust May Remove Actions and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Court").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion available on (i) the Court's website: www.deb.uscourts.gov and (ii) the website maintained by the Debtors' claims and noticing agent, Kroll, LLC: https://cases.ra.kroll.com/Joann2025/Home-DocketInfo.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **February 25, 2026 at 9:30 a.m. (prevailing Eastern Time)** before The Honorable Craig T. Goldblatt, U.S. Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 3rd Floor, Courtroom No. 7, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the entry of an order approving the Motion must be filed on or before **February 18, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")** with the Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, and served upon the following parties so as to be actually received by the Objection Deadline: (a) the undersigned counsel to the Plan Administrator, (i) Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, Delaware 19801, Attn: Patrick J. Reilley (preilley@coleschotz.com), Stacy L. Newman (snewman@coleschotz.com), Jack M. Dougherty (jdougherty@coleschotz.com), and Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com) and (ii) Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800,

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Cleveland, Ohio 44114, Attn: Christopher B. Wick (cwick@hahnlaw.com); (b) the undersigned counsel to the GUC Trust, (i) Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, New York 10007, Attn: Eric R. Wilson (ewilson@kelleydrye.com), Maeghan J. McLoughlin (mmcloughlin@kelleydrye.com), and Charles J. Fendrych (cfendrych@kelleydrye.com); (c) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Malcolm M. Bates (malcolm.m.bates@usdoj.gov); (d) counsel to the Prepetition ABL Agent, Morgan, Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110, Attn.: Christopher Carter (christopher.carter@morganlewis.com) and Marjorie Crider (marjorie.crider@morganlewis.com); (e) counsel to the Prepetition FILO Agent, Choate Hall & Stewart LLP, 2 International Place, Boston, Massachusetts 02110, Attn.: John Ventola (jventola@choate.com) and Jonathan Marshall (jmarshall@choate.com); (f) counsel to the Prepetition Term Loan Lender Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, Attn.: Scott Greenberg (SGreenberg@gibsondunn.com), Kevin Liang (KLiang@gibsondunn.com), and Josh Brody (JBrody@gibsondunn.com); (g) counsel to the Prepetition Term Loan Agent, ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, New York 10019, Attn.: Jeffrey Gleit (jeffrey.gleit@afslaw.com), 1717 K Street NW, Washington, D.C. 20006, Attn.: Jonathan Bagg (jonathan.bagg@afslaw.com), and 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606, Attn.: Matthew Bentley (matthew.bentley@afslaw.com); (h) counsel to GA Joann Retail Partnership, LLC, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn: Andrew D. Behlmann (abehlmann@lowenstein.com), Jean Nicolas Samedi Jr. (jsamedi@lowenstein.com), and Emily Jewell (ejewell@lowenstein.com); and (i) all parties that have filed renewed requests to receive notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of Page Intentionally Left Blank*]

Dated: February 9, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Jennifer R. Hoover* | */s/ Michael E. Fitzpatrick* |
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **COLE SCHOTZ P.C.** |

<div style="columns:2">

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Jennifer R. Hoover (No. 5111)
1313 N. Market, Suite 1201
Wilmington, DE 19801
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012
Email:  jhoover@beneshlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
Charles J. Fendrych (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone:  (212) 808-7800
Facsimile:  (212) 808-7897
Email:  ewilson@kelleydrye.com
  mmcloughlin@kelleydrye.com
  cfendrych@kelleydrye.com

*Co-Counsel to the GUC Trustee*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117
Email:  preilley@coleschotz.com
  snewman@coleschotz.com
  jdougherty@coleschotz.com
  mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:  (216) 274-2489
Facsimile:  (216) 241-2824
Email:  cwick@hahnlaw.com
  pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

</div>