# Exhibit 1

## Rejected Contracts

| No. | Rejection Counterparty | Debtor Party | Store Number | Store Address | Description of Contract[1] | Abandoned Property | Rejection Date |
|---|---|---|---|---|---|---|---|
| 1 | Platte Purchase Plaza, LLC | Jo-Ann Stores, LLC | 2091 | Platte Purchase Plaza 2201 Nw Barry Road, Kansas City | December 22, 2004 Lease Agreement between Jo-Ann Stores, LLC and Platte Purchase Plaza, LLC | FF&E | June 6, 2025 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract.