## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC., et al., | Case No. 25-10068 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| | Re: Docket No. 1547 |

### NOTICE OF WITHDRAWAL OF COUPA SOFTWARE INC.'S MOTION FOR THE ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM

**PLEASE TAKE NOTICE** that the Coupa Software Inc. hereby withdraws the *Motion for Allowance and Payment of an Administrative Expense Claim* [ECF No. 1547], filed on August 6, 2025.

| | |
|---|---|
| Dated: February 11, 2026<br>Wilmington, Delaware | **BARNES & THORNBURG LLP**<br><br>*/s/ Amy E. Tryon*<br>Mark R. Owens (DE No. 4364)<br>Amy E. Tryon (DE No. 6945)<br>222 Delaware Avenue, Suite 1200<br>Wilmington, DE 19801<br>Tel: (302) 300-3434<br>Email: Mark.Owens@btlaw.com<br>Email: Amy.Tryon@btlaw.com<br><br>*Counsel for Coupa Software Inc.* |

---

[1] The debtors (the "Debtors") in these chapter 11 cases together with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.