# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| JOANN INC., | § § | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | § § § | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Federal Rules of Bankruptcy Procedure 2002 and 9010, the California Department of Tax and Fee Administration ("CDTFA"), by and through its undersigned counsel, hereby submits this Notice of Appearance in the above-referenced case, and requests that all notices and papers required to be served in this case be given to and served upon the following:

CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
Legal Division/Litigation Bureau
651 Bannon Street, Suite 100, MIC: 82
Sacramento, CA 95811
Joan S. Huh
Telephone: (916) 616-7978
Email: joan.huh@cdtfa.ca.gov

PLEASE TAKE FURTHER NOTICE that pursuant to Local Rule 9010-1(e)(i) (Government Employed Attorneys), the undersigned counsel certifies that counsel is admitted and in good standing as a member of the Bar of California and the United States District Courts for the Districts of California, and submits to the Local Rules and disciplinary jurisdiction of this Court.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance is without prejudice to the rights, remedies and claims of the CDTFA against other entities or any objection by the

CDTFA, that may be made to the subject matter jurisdiction of the Court or the propriety of venue herein. All rights, remedies, and claims are hereby reserved.

Dated: February 12, 2026

   /s/ Joan S. Huh
JOAN S. HUH
*Attorneys for the California Department of Tax and Fee Administration*
California State Bar No. 225724
651 Bannon Street, Suite 100, MIC: 82
Sacramento, CA 95811

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2026, I caused a true and correct copy of the foregoing to be served electronically via the Court's ECF Noticing System on all parties requesting notice in this proceeding.

Dated: February 12, 2026

                                                   /s/ Joan S. Huh
JOAN S. HUH
*Attorneys for the California Department of Tax and Fee Administration*
California State Bar No. 225724
651 Bannon Street, Suite 100, MIC: 82
Sacramento, CA 95811