**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| JOANN INC., | § | Case No. 25-10068 (CTG) |
| | § | |
| Post-Effective Date Debtor. | § | |
| | § | |

**RESPONSE OF CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION TO PLAN ADMINISTRATOR'S THIRD NOTICE OF SATISFACTION OF CLAIMS**
**(Relates to Docket No. 2002)**

The California Department of Tax and Fee Administration ("CDTFA"), by and through its undersigned counsel, files this Response ("Response") to the Plan Administrator's Third Notice of Satisfaction of Claims [Docket No. 2002] (the "Notice"), and respectfully represents as follows:

1. The Notice asserts that certain filed or scheduled Chapter 11 claims have been satisfied in full or in part. The CDTFA's Claim No. **18346** in the amount of $55,056 (the "Tax Claim") in Schedule 1, is alleged to be satisfied.

2. In response, the CDTFA represents that the Tax Claim is a post-petition estimate of the above-referenced post-effective date debtor's ("Debtor") year 2024 liability under applicable law. Debtor did not file its year 2024 return in the ordinary course of business.

3. Debtor has incurred certain regulatory assessments, permitting, licensing, and other operational taxes and fees. *See Motion of Debtors For Entry of Interim and Final Orders (I) Authorizing the Payment of Certain Prepetition and Postpetition Taxes and Fees, and (II) Granting Related Relief* [Docket No. 12] (the "Taxes Motion"). Such fees are generally owed on an annual basis. *See* Taxes Motion, ¶ 21.

1

4. The CDTFA administers numerous tax and fee programs, including those related to compliance and regulatory requirements under the California Hazardous Substances Law. *See* Cal. Health & Safety Code §§ 25205.6, 25205.6.1.

5. Debtor falls under the CDTFA's tax jurisdiction as a business which uses, generates, stores, or conducts California activities related to hazardous materials, as classified by the North American Industry Classification System (NAICS), or alternatively, Standard Industrial Classification (SIC).

6. For tax years 2022 and 2023, Debtor reported its California-based employees as exceeding 1,000 or more, as seen in the attached **Exhibit A**.

7. For tax year 2024, Debtor has not reported.

8. The Tax Claim, as a non-filing estimate, is entitled to a presumption of correctness. *In re Resyn Corp.*, 851 F.2d 660, 663 (3d Cir. 1988); *DeLorenzo v. United States*, 555 F.2d 27, 29 (2d Cir. 1977).

WHEREFORE, the CDTFA respectfully requests that the Court hold the Notice and Tax Claim deletion in abeyance until Debtor or the Plan Administrator provides documentation that the 2024 return has been filed, and such other relief to which the CDTFA may be entitled.

Dated: February 12, 2026

  /s/ Joan S. Huh
JOAN S. HUH
*Attorneys for the California Department of Tax and Fee Administration*
California State Bar No. 225724
651 Bannon Street, Suite 100, MIC: 82
Sacramento, CA 95811

**CERTIFICATE OF SERVICE**

I hereby certify that on February 12, 2026, I caused a true and correct copy of the foregoing to be served electronically via the Court's ECF Noticing System, and by email upon Cole Schotz, P.C., 500 Delaware Avenue, Suite 600, Wilmington, Delaware 19801, Attn. Patrick Reilley, Stacy Newman, Jack Dougherty, Michael Fitzpatrick, and Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, OH 44114, Attn. Christopher Wick, and Philip Stovall.

Dated: February 12, 2026

      /s/ Joan S. Huh
Joan S. Huh (CA 225724)
*Attorneys for the California Department of Tax and Fee Administration*
651 Bannon Street, Suite 100, MIC: 82
Sacramento, CA 95811

**EXHIBIT A**

STATE OF CALIFORNIA
CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION

YOUR ACCOUNT NUMBER
EF STF 042-151781

CALIFORNIA DEPARTMENT OF
TAX AND FEE ADMINISTRATION
PO BOX 942879
SACRAMENTO, CA 94279-6001

ONLINE PROCESSED 2-21-23
BY CASHIER UNIT

EFFECTIVE DATE
03/10/2023
FILING PERIOD
2022
DUE ON OR BEFORE
02/28/2023

☐ AMENDED RETURN
**READ INSTRUCTIONS BEFORE PREPARING**

## ENVIRONMENTAL FEE RETURN

| ANSWER YES OR NO TO THE FOLLOWING QUESTION | | |
|---|---|---|
| 1. Did your organization have employees in the State of California during the reporting period? "Organization" includes general partnerships, limited partnerships, limited liability partnerships, limited liability companies, sole proprietorships, and all corporate entity types. | Yes ☒ | No ☐ |

If you checked "No" to the question above, enter 0 on line 2 and sign, date, and mail this return to the address shown above.

If you checked "Yes" to the question above, you must complete the rest of this return.

**IMPORTANT NOTICE**

Please only report for the organization that applies to the account number you are filing for. To determine the amount of fee due, select a category below based on the number of persons who were employed by the organization in California for more than 500 hours between January 1 through December 31 of the calendar year. The list of current fee amounts is available at *www.cdtfa.ca.gov/taxes-and-fees/tax-rates-stfd.htm.*

| A<br>ENVIRONMENTAL FEE CATEGORIES | | B<br>AMOUNT OF FEE DUE |
|---|---|---|
| 2. Organizations that employed from 1 to 49 employees during the calendar year covered by this return | 2. | |
| 3. Organizations that employed from 50 to 74 employees during the calendar year covered by this return | 3. | |
| 4. Organizations that employed from 75 to 99 employees during the calendar year covered by this return | 4. | |
| 5. Organizations that employed from 100 to 249 employees during the calendar year covered by this return | 5. | |
| 6. Organizations that employed from 250 to 499 employees during the calendar year covered by this return | 6. | |
| 7. Organizations that employed from 500 to 999 employees during the calendar year covered by this return | 7. | |
| 8. Organizations that employed 1,000 or more employees during the calendar year covered by this return | 8. | $54,100.00 |
| 9. TOTAL AMOUNT DUE | 9. | |
| 10. PENALTY: (multiply line 9 by 10 percent [0.10] if you file your return or your payment is made after the due date)   PENALTY | 10. | $ 0.00 |
| 11. INTEREST: One month's interest is due on the total fee for each month or fraction of a month that payment is made after the due date. The adjusted monthly interest rate is _____. See our website for the Interest Calculator.   INTEREST | 11. | $ 0.00 |
| 12. TOTAL AMOUNT DUE AND PAYABLE (add lines 9, 10, and 11) | 12. | $ $54,100.00 |

*I hereby certify that this return, including any accompanying schedules and statements, has been examined by me and to the best of my knowledge and belief is a true, correct, and complete return.*

EMAIL ADDRESS: businesslicense@joann.com
TELEPHONE: 330-656-2600
DATE: 2/16/23
SIGNATURE: *[signed] Jeff Sull—*
PRINT NAME AND TITLE: Jeff Sullivan, Manager

Make a copy of this document for your records.

CLEAR

EF

CDTFA-501-EF (S1F) REV. 23 (11-20)

| | | | |
|---|---|---|---|
| **JOANN** <br> JOANN Stores, LLC <br> 5555 Darrow Road -- Hudson, Ohio 44236 | **BANK OF AMERICA** <br> **Atlanta, GA 30308** | 64-1278 <br> 611 GA | NO. 400531691 |

DATE 02/21/2023

| AMOUNT |
|---|
| ****$54,100.00 |

PAY  *FIFTY-FOUR THOUSAND ONE HUNDRED and 00/100 USD*

VOID AFTER 180 DAYS

TO THE ORDER OF
STATE BOARD OF EQUALIZATION
ENVIRONMENTAL FEES DIVISION
PO BOX 942879
SACRAMENTO CA  94279

*Renee J. Jefferson*

AUTHORIZED SIGNATURE

⑆400531691⑆ ⑆061112788⑆ 335949161 3⑆



**20230306C10450001002**

Bank of America
Deposit Only CA ST Treas. BOE
763 34050   275-C
Absence of Prior Endorse. Guar.