## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.[1] | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | **Response Deadline: February 17, 2026 at 4:00 p.m. (ET)** |

/

### RESPONSE OF SUNBEAM DEVELOPMENT CORPORATION TO
### PLAN ADMINISTRATOR'S THIRD NOTICE OF SATISFACTION OF CLAIMS

Sunbeam Development Corporation ("Sunbeam"), by and through undersigned counsel, submits this response (the "Response") to the Plan Administrator's Third Notice of Satisfaction of Claims (the "Notice"), and states as follows:

### PRELIMINARY STATEMENT

On Schedule 2 to the Notice, the Plan Administrator states that Sunbeam's administrative claim has been paid, with a remaining general unsecured claim surviving. Sunbeam agrees that the administrative portion of its claim has been paid and satisfied. However, the Notice incorrectly states the amount of Sunbeam's surviving general unsecured claim at $58,958.49. In fact the surviving general unsecured claim remains $486,215.98 as was asserted in Proof of Claim No. 19092, which has not been the subject of any objection.

### BACKGROUND

1.     On January 15, 2025, the Debtors commenced these chapter 11 cases in the United States Bankruptcy Court for the District of Delaware. The Court confirmed the Second Amended Joint Chapter 11 Plan on July 10, 2025, and the Effective Date occurred on July 16, 2025; pursuant

---

[1] The Post-Effective Date Debtor's last four digits and address are provided in the Notice.

to the Plan and Confirmation Order, Ann Aber was appointed as Plan Administrator with authority to reconcile claims and facilitate distributions.

2.    On January 26, 2026, the Plan Administrator filed the Notice, identifying claims that have been satisfied in full (Schedule 1) or in part (Schedule 2), and stating an intention to have the claims agent mark the claims register to reflect such satisfaction designations.

3.    The Notice's Schedule 2 identifies "Sunbeam Development Corporation," Claim No. 19092, against Jo-Ann Stores, LLC, filed June 30, 2025, and provides the Plan Administrator's position that the secured, priority, administrative, and Section 503(b)(9) portions (as applicable) have been paid in full, with a remainder surviving as a general unsecured claim.

## SUNBEAM'S RESPONSE

4.    Sunbeam agrees that the administrative portion of its claim has been paid and satisfied, consistent with the Notice's description of treatment for Schedule 2 claims. The Notice, however, incorrectly states the amount of the surviving general unsecured portion of Sunbeam's claim. The correct amount of Sunbeam's surviving general unsecured claim is $486,215.98, which is both the amount set forth on the Claims Register on the Claims Agent's website and in Proof of Claim No. 19092, which has not been amended, reduced, or the subject of an objection. The Notice should therefore be conformed to reflect the surviving general unsecured claim in the amount stated in Proof of Claim No. 19092.

5.    To the extent the Notice's schedules purport to alter, reduce, or otherwise modify Sunbeam's surviving general unsecured claim amount from that set forth in Proof of Claim No. 19092 (which has not been the subject of an objection or order), Sunbeam respectfully objects and requests that the Court direct that the Claims Register and any schedules to the Notice be updated to reflect the correct surviving general unsecured claim amount.

## RESERVATION OF RIGHTS

6.    Sunbeam reserves all rights, claims, defenses, and remedies with respect to its claim, including the right to supplement, amend, or further support this Response and to be heard at any hearing on the Notice.  Nothing herein is a waiver, release, or limitation of any rights.

## RELIEF REQUESTED

7.    Sunbeam respectfully requests entry of an order:  (a) acknowledging that the administrative portion of Sunbeam's claim has been paid and satisfied; (b) determining that the Notice incorrectly states the amount of Sunbeam's surviving general unsecured claim; (c) directing that the surviving general unsecured portion of Sunbeam's claim remain allowed on the Claims Register in the amount stated in Proof of Claim No. 19092 – $486,215.98; and (d) granting such other and further relief as is just and proper.

Dated:  February 13, 2026

Respectfully submitted by:

    */s/ Jeffrey I. Snyder*
Jeffrey I. Snyder (Fla. Bar No. 021281) [2]
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue, 23rd Floor
Miami, Florida  33131
Telephone: (305) 374-7580
Facsimile: (305) 351-2234
Email: jsnyder@bilzin.com

*Counsel to Sunbeam Development Corporation*

---

[2] Appearing pursuant to Local Rule 9010-1(e)(iii).

MIAMI 13500438.3 80531/306360

## CERTIFICATE OF SERVICE

I, Jeffrey I. Snyder, hereby certify that on February 13, 2026, I caused a true and correct copy of the foregoing Response to be filed and served via the Court's CM/ECF system on all parties registered to receive electronic notices in this case, and to be served by email and first-class mail upon counsel to the Plan Administrator at the following addresses, in accordance with the Notice:

Cole Schotz P.C.
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Email:  preilley@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com
mfitzpatrick@coleschotz.com

Hahn Loeser & Parks LLP
Christopher B. Wick
Philip K. Stovall
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Email:  cwick@hahnlaw.com
pstovall@hahnlaw.com

                                        /s/ Jeffrey I. Snyder