IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., et al.,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL AS COUNSEL**

PLEASE TAKE NOTICE that Natasha M. Songonuga hereby withdraws as counsel for China National Art & Crafts Imp. & Exp. Huayong Corp. in the above-captioned cases and requests that her name be removed from the Court's mailing matrix and service list for these cases. The contact information is as follows:

> Natasha M. Songonuga, Esquire
> Archer & Greiner, P.C.
> 300 Delaware Avenue, Suite 1100
> Wilmington, DE 19801
> Telephone: (302) 777-4350
> Facsimile: (302) 777-4352
> nsongonuga@archerlaw.com

Dated: February 13, 2026

*/s/ Natasha M. Songonuga*
Natasha M. Songonuga, Esq. (Bar No. 5391)
**ARCHER & GREINER, P.C.**
300 Delaware Avenue, Suite 1100
Wilmington, DE 19801
Telephone:  (302) 777-4350
Facsimile:  (302) 777-4352
Email: nsongonuga@archerlaw.com
*Withdrawing Counsel to China National Art & Crafts Imp. & Exp. Huayong Corp.*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

231709233 v2