**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC.,[1] | ) Case No. 25-10068 (CTG) |
| Post Effective-Date Debtor. | ) Re: Docket No. 2031 |

**RESERVATION OF RIGHTS OF THE PLAN ADMINISTRATOR TO BURLINGTON COAT FACTORY WAREHOUSE CORPORATION'S (I) MOTION TO ENFORCE CONFIRMATION ORDER AND ASSIGNMENT ORDER AND (II) MOTION FOR SHOPS AT ST. JOHNS, LLC TO SHOW CAUSE WHY IT SHOULD NOT BE FOUND IN CONTEMPT**

Ann Aber, solely in her capacity as Plan Administrator in the above-captioned case, by and through her undersigned counsel, submits this reservation of rights (this "Reservation of Rights") to the *Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why it Should Not be Found in Contempt* [Docket No. 2031] (the "Motion")[2]. In support of this Reservation of Rights, the Plan Administrator respectfully states as follows:

**RESERVATION OF RIGHTS**

Through the Motion, Burlington seeks an order from this Court enforcing the Confirmation Order and Assignment Order against Landlord, which, according to the Motion, is attempting to collect 2024 real property taxes (the "2024 Taxes") from Burlington. It does not appear from the Motion that any party is requesting a determination or otherwise asserting that the Wind-Down Debtors or the Plan Administrator (as such terms are defined in the Plan) may have liability relating

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2] Terms not otherwise defined here in have the meaning ascribed to such terms by the Motion.

to the 2024 Taxes; however, if and to the extent any party takes such a position now or in the future, the Plan Administrator would oppose any such request for relief and reserves the right to assert all available procedural and substantive objections thereto.

The Plan Administrator reserves the right to supplement this Reservation of Rights or to raise additional or further objections to the Motion or at or prior to the hearing on the same.

Dated: February 17, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:    (302) 652-3117
Email:         preilley@coleschotz.com
                   snewman@coleschotz.com
                   jdougherty@coleschotz.com
                   mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:    (216) 241-2824
Email:         cwick@hahnlaw.com
                   pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*