Feb. 11, 2026

Court For the District of Delaware
824 N Market Street 3rd Floor
Wilmington, Delaware 19801 (The "Court")

Debtor(s): JoAnn, Inc (5540)
Case No: 25-10068 (CTG)
Doc: 2004      Filed 01/26/2026
Chapter 11

Title:
 Plan Administrator's Twenty-Third
(Non-Substantive) Omnibus Objection To
 Certain Claims (Late Filed Administrative Claims)

Name of The Claimant:
 Sandra K. Singleton

Total Amount of Gift Cards:
 $140.00

Statement:
 In the paperwork I have received on Feb. 6, 2026 it states that the deadline for the original claim is for April 4, 2025. As the attached paperwork shows Kroll Restructing Administration Received my claim on March 20, ~~2026~~ 2025. If this is the late claim that they are objecting to, it was submitted before April 4, 2025.

Sandra Singleton - 2120 Swartz Rd Darlington, MD 21034
CC: JoAnn, Inc. (5540)          Sandra K. Singleton

Feb 11, 2026

JoAnn Inc. (5540)
Ann Aber Plan Administrator
P.O. Box 268
Hudson, Ohio 44236

Debtor(s) JoAnn Inc (5540)
Case No: 25-10068 (CTG)
Doc: 2004 Filed 01/26/2026
Chapter 11

Title:
Plan Administrator's Twenty-Third
(Non-Substantive) Omnibus Objection to
Certain Claims (Late Filed Administrative Claims)

Name of the Claimant:
Sandra R. Singleton

Total Amount of Gift Cards
$140.00

Statement:
In the paperwork I have received on Feb 6, 2026 it states that the deadline for the original claim is for April 4, 2025. As the attached paperwork shows Kroll Restructuring Administration received my claim on March 20, 2025. If this is the late claim that they are objecting to, it was submitted before April 4, 2025.

Sandra R. Singleton - 2120 Swartz Rd Darlington, MD 21034
cc: Court for the District of Delaware          Sandra R. Singleton

**United States Bankruptcy Court, District of Delaware**

Fill in this information to identify the case (Select only one Debtor per claim form):

| | | |
|---|---|---|
| ☑ JOANN Inc. (Case No. 25-10068) | ☐ Creative Tech Solutions LLC (Case No. 25-10073) | ☐ joann.com, LLC (Case No. 25-10077) |
| ☐ JOANN Holdings 1, LLC) (Case No. 25-10069) | ☐ Creativebug, LLC (Case No. 25-10074) | ☐ JOANN Ditto Holdings Inc. (Case No. 25-10078) |
| ☐ JOANN Holdings 2, LLC (Case No. 25-10070) | ☐ WeaveUp, Inc. (Case No. 25-10075) | ☐ Jo-Ann Stores Support Center, Inc. (Case No. 25-10079) |
| ☐ Needle Holdings LLC (Case No. 25-10071) | ☐ JAS Aviation, LLC (Case No. 25-10076) | ☐ Dittopatterns LLC (Case No. 25-10080) |
| ☐ Jo-Ann Stores, LLC (Case No. 25-10072) | | |

Claim No. 6492
Initials MN, af

**RECEIVED**
MAR 2 0 2025
KROLL RESTRUCTURING ADMINISTRATION

Modified Official Form 410

# Proof of Claim

12/24

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

**1. Who is the current creditor?**
SandraSingleton
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Sandra Singleton
Name
2120 Swartz road
Number   Street
Darlington       MD       21034
City             State    ZIP Code
Contact phone  443-371-1567
Contact email  ssssingleton30@gmail.c

Uniform claim identifier (if you use one): _____

Where should payments to the creditor be sent? (if different)
Name _____
Number   Street
City   State   ZIP Code
Contact phone _____
Contact email _____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____
Filed on ___/___/____ MM/DD/YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

Proof of Claim                                                                 page 1

### Part 2(a): Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☑ No
☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: _____

**7. How much is the claim?** $ _____140.00_____ Does this amount include interest or other charges?
☐ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as health care information.

gift cards not honored

**9. Is all or part of the claim secured?**
☑ No
☐ Yes. The claim is secured by a lien on property.

Nature of property:
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
☐ Motor vehicle
☐ Other. Describe: gift cards

Basis for perfection: _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $ _____140.00

Amount of the claim that is secured: $ _____140.00

Amount of the claim that is unsecured: $ _____140.00 (The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $ _____140.00

Annual Interest Rate (when case was filed) _____ %
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**
☑ No
☐ Yes. Amount necessary to cure any default as of the date of the petition. $ _____

**11. Is this claim subject to a right of setoff?**
☑ No
☐ Yes. Identify the property: _____

Proof of Claim    page 2

| | | |
|---|---|---|
| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? <br><br> A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No <br><br> ☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ _____ |
| | ☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ _____ |
| | ☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ _____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ _____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ _____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(  ) that applies. | $ _____ |
| 13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)? | ☑ No <br><br> ☐ Yes. Indicate the amount of your claim arising from the value of any goods received by the Debtor within 20 days before the date of commencement of the above case, in which the goods have been sold to the Debtor in the ordinary course of such Debtor's business. Attach documentation supporting such claim. | $ _____ |

**Part 2(b):** **Administrative Expense Claim**

| | | |
|---|---|---|
| 14. Is all or part of the claim being asserted as an administrative expense claim? | ☑ No <br><br> ☐ Yes. Indicate the amount of your claim for costs and expenses of administration of the estates pursuant to 503(b), other than section 503(b)(9), or 507(a)(2). Attach documentation supporting such claim. If yes, please indicate when this claim was incurred: | |
| | ☐ On or prior to February 26, 2025: | $ _____ |
| | ☐ After February 26, 2025: | $ _____ |
| | Total Administrative Expense Claim Amount: | $ _____ |

THIS SECTION SHOULD ONLY BE USED BY CLAIMANTS ASSERTING AN ADMINISTRATIVE EXPENSE CLAIM ARISING AGAINST ONE OF THE ABOVE DEBTORS FOR POSTPETITION ADMINISTRATIVE CLAIMS. THIS SECTION SHOULD NOT BE USED FOR ANY CLAIMS THAT ARE NOT OF A KIND ENTITLED TO PRIORITY IN ACCORDANCE WITH 11 U.S.C. §§ 503(B) AND 507(A)(2); PROVIDED, HOWEVER; THIS SECTION SHOULD NOT BE USED FOR CLAIMS PURSUANT TO SECTION 503(B)(9) OF THE BANKRUPTCY CODE.

## Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Check the appropriate box

- [x] I am the creditor.
- [ ] I am the creditor's attorney or authorized agent.
- [ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- [ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03 / 17 / 2025
                  MM / DD / YYYY

*Signature:* Sandra Kay Singleton

Name of the person who is completing and signing this claim:

Name: Sandra (First name)  Kay (Middle name)  Singleton (Last name)

Title: 

Company: 
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 2120 Swartz Road
         Number  Street
         Darlington                MD  21034
         City                       State  ZIP Code

Contact phone: 443-3711567        Email: ssssingleton30@gmail.com

Proof of Claim                                                    page 4







UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 N. Market Street, 3rd Floor
Wilmington, DE 19801
Ph: (302) 252-2900
www.deb.uscourts.gov

Case No.: 25-10068 (CTG)

Debtor(s) JoAnn Inc (5590)    Chapter: 11

## NOTICE OF DEFICIENCY

[✓] The enclosed document, which was received by the Court on 12/5/2025 is being returned to you as it does not contain a case name or case number for the U.S. Bankruptcy Court, District of Delaware. If you intend for this document to be filed with the Court, please return it with an identifying case name and case number for the USBC, District of Delaware.

[ ] This case was closed on _____ Should you desire to reopen the case, filling fee and requirements may apply. Please refer to appropriate Federal or Local Rules.

[✓] Claims or Amended Proof of Claims must be submitted on attach form.

[ ] There was a fee included with your document. However, no fee is due for this filing. The document has been processed, and the funds are being returned to you with this notice.

[ ] The enclosed mailing(s) were returned to the Court because of an incorrect address. Please resend to the appropriate party and notify the Court of the correct address.

[ ] Other:

A Schedule of Fees which lists fee amounts and appropriate forms of payment are available on the Court's website at www.deb.uscourts.gov If you have any questions, you may contact the Court at helpdeskde@deb.uscourts.gov or (302)252-2887

*I certify that this Notice of Deficiency was mailed on the date indicated below to:*
Sandra Singleton
2120 Swartz Road
Darlington, MD 21034

Date: 12/5/2025

Deputy Clerk
TH

Stephen L Grant, Clerk of Court

Dec. 13, 2025

Court For The District of Delaware
824 N Market Street 3rd Floor
Wilmington, Delaware 19801 ("The Court")

Debtor(s): JoAnn, Inc (5570)
Case No: 25-10068 (CTG)
Doc: 1820-2 - Filed 11/03/2025
Chapter 11

Title:
Plan Administrator's Sixteenth Omnibus Objection To Certain Claim (Substantive) (Reclassified Gift Card/Merchandise Credit Claims)

Name of The Claiment:
Sandra Singleton

Total Amount of Gift Cards:
$140.00 secured

Statement:
140.00 dollars in gift cards brought in good faith in December 2024 - 2024.
JoAnn Inc, case no: 25-10068 (CTG) declared bankruptcy on or about 01/15/2025.

Sandra Singleton
2120 Swartz Road
Darlington, MD 21034
Phone: 443 371-1567   Email: sssingleton30@gmail.com

Sandra K Singleton

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | JoAnn INC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number | 25-10068 |

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Sandra Singleton
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name: Sandra Singleton
Number Street: 2120 Swartz Road
City State ZIP Code: Darlington MD 21034

Contact phone: 443 371-1567
Contact email: sssingleton30@gmail.com

Where should payments to the creditor be sent? (if different)

Name: _____
Number Street: _____
City State ZIP Code: _____

Contact phone: _____
Contact email: _____

Uniform claim identifier (if you use one): _____

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ___ / ___ / ___
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? _____

Official Form 410     Proof of Claim     page 1

**Part 2:  Give Information About the Claim as of the Date the Case Was Filed**

6. Do you have any number you use to identify the debtor?
   ☑ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: ___ ___ ___ ___

7. How much is the claim? $ 140.00    Does this amount include interest or other charges?
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).
   Limit disclosing information that is entitled to privacy, such as health care information.

   Gift cards not honored

9. Is all or part of the claim secured?
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.
   
   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim*.
   ☐ Motor vehicle
   ☐ Other. Describe: Gift Cards
   
   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)
   
   Value of property: $ 140.00
   Amount of the claim that is secured: $ 140.00
   Amount of the claim that is unsecured: $ 140.00    (The sum of the secured and unsecured amounts should match the amount in line 7.)
   
   Amount necessary to cure any default as of the date of the petition: $ 140.00
   
   Annual Interest Rate (when case was filed) _____ %
   ☐ Fixed
   ☐ Variable

10. Is this claim based on a lease?
    ☑ No
    ☐ Yes. Amount necessary to cure any default as of the date of the petition.    $ _____

11. Is this claim subject to a right of setoff?
    ☑ No
    ☐ Yes. Identify the property: _____

Official Form 410    Proof of Claim    page 2

| 12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)? | ☑ No | |
|---|---|---|
| | ☐ Yes. Check one: | **Amount entitled to priority** |
| A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

Check the appropriate box:

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  03/17/2025 - original    12/13/2025 - Modified

Signature: *Sandra K Singleton*

Print the name of the person who is completing and signing this claim:

Name: Sandra (First name)   Kay (Middle name)   Singleton (Last name)

Title: _____

Company: _____
*Identify the corporate servicer as the company if the authorized agent is a servicer.*

Address: 2120 Swartz Road
Darlington   MD   21034

Contact phone: 443 371-1567   Email: SSSingleton30@gmail.com

Official Form 410    Proof of Claim    page 3



Sandra Singelton
2120 Swartz Rd
Darlington, MD 21034

Court For The District of Delaware
824 N Market Street 3rd Floor
Wilmington, Delaware 19801





Retail

RDC 99

U.S. POSTAGE PAID
FCM LG ENV
DARLINGTON, MD
FEB 12, 2026
$2.17
S2324P505580-50

19801