# **EXHIBIT B**



**SIMON®**

4694/t0006480

UPS #1Z57EF700209856348
September 30, 2025
NOTICE OF DEFAULT

To:    Burlington Coat Factory Warehouse Corporation
1830 Route 130 North
Burlington, NJ 08016
Attention: Lease Administration

Tenant, Burlington Coat Factory Warehouse Corporation, a Florida corporation, is hereby notified that it has failed to pay certain Rent in the total amount of **$160,389.99** for the premises located at and known as:

St. Johns Town Center (CC)
4663 River City Drive, Unit XB
Jacksonville, FL 32246

which Tenant occupies under a written lease agreement.

Tenant has failed to pay its proportionate share of real estate taxes for 2024 which are due within thirty (30) days of receipt of statements and receipts pursuant to Section 8 of the Lease. A detailed description of the specific charges due and owing is hereto attached as Exhibit "A."

Demand is hereby made for said sum within ten (10) days of the service of this Notice upon Tenant, excluding Saturdays, Sundays, and legal holidays. Payment of the said sum must be made in full and delivered to: Shops at St Johns LLC PO Box 713569 Chicago, IL, 60677-0093.

Please be advised that this Notice is being given to Tenant pursuant to Tenant's lease and Florida Statutes 83.20 and 83.21.

**PLEASE BE GOVERNED ACCORDINGLY.**

SHOPS AT ST. JOHNS, LLC, a Delaware limited liability company

_____
Wesley Gallagher, Paralegal
Wesley.gallagher@simon.com
317-263-3037

cc:    Lease File

       Burlington Coat Factory Warehouse Corporation
       1830 Route 130 North
       Burlington, NJ 08016
       Attention: Legal Department



Exhibt A

Tenant: Burlington Coat Factory Warehouse Corporation, a Florida corporation (t0006480)
Property: St. Johns Town Center (CC) (4694)

| Trans Date | Charge Code | Description | Unit | Charge | TAX | Payment | Net Due | Balance |
|---|---|---|---|---|---|---|---|---|
| 8/15/2025 | YER | Year End RE Adjustment (01/2024 - 12/2024) | XB | 154,966.17 | 5,423.82 | 0.00 | 160,389.99 | 160,389.99 |



1. Fold the first printed page in half and use as the shipping label.
2. Place the label in a waybill pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
3. Keep the second page as a receipt for your records. The receipt contains information useful for tracking your package.