**CERTIFICATE OF SERVICE**

      I, Leslie C. Heilman, hereby certify that on this 18th day of February 2026, I caused a true and correct copy of the ***Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt*** to be served by electronic notice upon all parties registered to receive notice via CM/ECF in these cases, and also upon the parties listed on the attached service list in the manner indicated.

Dated: February 18, 2026
Wilmington, Delaware

                                                           */s/ Leslie C. Heilman*
                                                           Leslie C. Heilman
                                                           BALLARD SPAHR LLP

## SERVICE LIST

<u>Via Email and Hand Delivery</u>

Patrick J. Reilley
Stacy L. Newman
Jack M. Dougherty
Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Email: mfitzpatrick@coleschotz.com
snewman@coleschotz.com
jdougherty@coleschotz.com
mfitzpatrick@coleschotz.com

<u>Via Email and First-Class Mail</u>
Christopher B. Wick
Philip K. Stovall
**HAHN LOESER & PARKS LLP**
200 Public Square, Suite 2800
Cleveland, OH 44114
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

<u>Via Email and Hand Delivery</u>

Matthew P. Ward
Marcy J. McLaughlin Smith
**WOMBLE BOND DICKINSON**
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Email: matthew.ward@wbd-us.com
marcy.smith@wbd-us.com

<u>Via Email and First-Class Mail</u>

Kristhy M. Peguero
Victoria Argeroplos
**JACKSON WALKER LLP**
1401 McKinney Street, Suite 1900
Houston, TX 77010
Email: kpeguero@jw.com
vargeroplos@jw.com

William Farmer
**JACKSON WALKER LLP**
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Email: wfarmer@jw.com

<u>Via Email and Hand Delivery</u>

Malcolm M. Bates
**THE OFFICE OF THE UNITED STATES TRUSTEE**
844 King Street, Suite 2207
Wilmington, DE 19801
Email: malcolm.m.bates@usdoj.gov