# EXHIBIT 1

Tenant: Burlington Coat Factory Warehouse Corporation, a Florida corporation (t0006480)

Property: St. Johns Town Center (CC) (4694)

| Trans Date | From Date | To Date | Charge Code | Description | Unit | Charge | TAX |
|---|---|---|---|---|---|---|---|
| 12/13/2021 | 1/1/2020 | 12/31/2020 | YER | 2020 Y/E RET Adjustment | XB | 147,130.99 | 0.00 |
| 12/13/2021 | 1/1/2020 | 12/31/2020 | XT1 | State Sales Tax | XB | 9,927.47 | 0.00 |
| 3/24/2022 | 1/1/2021 | 12/31/2021 | YER | 2021 Y/E RET Adjustment | XB | 140,785.25 | 0.00 |
| 3/24/2022 | 1/1/2021 | 12/31/2021 | XT1 | State Sales Tax | XB | 2,645.55 | 0.00 |
| 3/25/2024 | 1/1/2022 | 12/31/2022 | YER | 2022 Tax Billing | XB | -132.62 | -7.96 |
| 11/2/2024 | 1/1/2023 | 12/31/2023 | YER | Year End RE Adjustment (01/2023 | XB | 150,421.33 | 5,264.75 |
| 8/15/2025 | 1/1/2024 | 12/31/2024 | YER | Year End RE Adjustment (01/2024 | XB | 154,966.17 | 5,423.82 |