## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.,[1] | Case No. 25-10068 (CTG) |
| Post Effective-Date Debtor. | **Re: Docket No. 2038** |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION OF PLAN ADMINISTRATOR AND GUC TRUST FOR ENTRY OF A THIRD ORDER (I) ENLARGING THE PERIOD WITHIN WHICH PLAN ADMINISTRATOR AND THE GUC TRUST MAY REMOVE ACTIONS AND (II) GRANTING RELATED RELIEF

Ann Aber, solely in her capacity as Plan Administrator[2] in the above-captioned case, hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Motion of Plan Administrator and GUC Trust for Entry of a Third Order (I) Enlarging the Period Within Which Plan Administrator and the GUC Trust May Remove Actions and (II) Granting Related Relief* [Docket No. 2038] (the "<u>Motion</u>") filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") on February 9, 2026. Attached thereto as <u>Exhibit A</u> was a proposed form of order granting the relief requested in the Motion (the "<u>Proposed Order</u>"). Pursuant to the Notice of Motion, objections or responses to the Motion were to be filed and served on the undersigned counsel by February 18, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "<u>Objection Deadline</u>"). The undersigned further certifies that the Objection Deadline has passed, the Court's docket has been reviewed in this case, and no answer, objection, or other responsive pleading to the Motion appears thereon. It is hereby respectfully requested that the proposed Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1]   The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.

Dated:  February 19, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              snewman@coleschotz.com
              jdougherty@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*