## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.,[1] | Case No. 25-10068 (CTG) |
| Post Effective-Date Debtor. | |

|  |  |
|---|---|
| JOANN INC., *et al.,* | Adversary No. 25-51022 (CTG) |
| Plaintiffs, | |
| v. | |
| ADVANTUS, CORP., FAIRFIELD PROCESSING CORP., GWEN STUDIOS, LLC, LOW TECH TOY CLUB, LLC, ORMO ITHALAT IHRACAT A.S., SPRINGS CREATIVE PRODUCTS GROUP, LLC., | |
| Defendants. | |

|  |  |
|---|---|
| ADVANTUS, CORP., *et al.,* | Adversary No. 25-52463 (CTG) |
| Plaintiffs, | |
| v. | |
| MICHAEL PRENDERGAST, *et al.,* | |
| Defendants | |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON FEBRUARY 25, 2026 AT 9:30 A.M. (EASTERN TIME)
## BEFORE THE HONORABLE CRAIG T. GOLDBLATT

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

This proceeding will be conducted in person.  Please refer to Judge Goldblatt's Chambers Procedures  (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

## ADJOURNED MATTERS

1.    Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed December 3, 2025) [D.I. 1860]

  Related Documents:

   (a)    Notice of Submission of Proofs of Claim Regarding Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims Unliquidated Claims and Overstated Claims) (Filed December 23, 2025) [D.I. 1898]

  Response Deadline:    December 29, 2025 at 4:00 p.m. (ET).

  Responses Received:    Informal responses received from various claimants.

  Status:    This matter is adjourned to the omnibus hearing scheduled for March 12, 2026.

2.    Plan Administrator's Eighteenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Filed December 12, 2025) [D.I. 1879]

  Related Documents:

   (a)    Notice of Submission of Proofs of Claim Regarding Plan Administrator's Eighteenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Filed December 26, 2025) [D.I. 1903]

  Response Deadline:    January 5, 2026 at 4:00 p.m. (ET).

  Responses Received:    Informal responses received from various claimants.

  Status:    This matter is adjourned to the omnibus hearing scheduled for March 12, 2026.

3.      Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed December 12, 2025) [D.I. 1880]

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed December 26, 2025) [D.I. 1904]

Response Deadline:    January 5, 2026 at 4:00 p.m. (ET).

Response Received:

(a)     John Scarcella Response to Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed January 5, 2026) [D.I. 1925]

Status:         This matter is adjourned to the omnibus hearing scheduled for March 12, 2026.

4.      Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed December 12, 2025) [D.I. 1881]

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed December 23, 2025) [D.I. 1899]

Response Deadline:    January 5, 2026 at 4:00 p.m. (ET).

Responses Received: Informal responses received from various claimants.

(a)     Bayfield Company LLC Response to Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed January 2, 2026) [D.I. 1923]

Status:         This matter is adjourned to the omnibus hearing scheduled for March 12, 2026.

5.      Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims (Filed December 26, 2025) [Docket No. 1907]

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims (Filed January 14, 2026) [Docket No. 1975]

Response Deadline:    January 16, 2026 at 4:00 p.m. (ET).

Responses Received:  Informal responses from various claimants.

> (a)  [Platte Purchase Plaza, LLC's] Response to Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims (Claim No. 10769) (Filed January 16, 2026) [Docket No. 1981]

> (b)  [Loyalty and Family Forever LLC's] Response to Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims (Filed January 22, 2026) [Docket No. 2000]

Status:    This matter is adjourned to the omnibus hearing scheduled for March 12, 2026.

6.    Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed January 26, 2026) [D.I. 2004]

Related Documents:

> (a)  Notice of Filing of Corrected Schedule 1 to the Proposed Order Sustaining Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed January 27, 2026) [D.I. 2024]

> (b)  Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed February 11, 2026) [D.I. 2043]

Response Deadline:    February 17, 2026 at 4:00 p.m. (ET).

Responses Received:

> (a)  Response of Sandra Singleton to Plan Administrator's Twenty Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed February 18, 2026) [D.I. 2053]

Status:    This matter is adjourned to the omnibus hearing scheduled for March 12, 2026.

7.    Plan Administrator's Twenty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Filed January 26, 2026) [D.I. 2005]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twenty-Fourth (Non-Substantive) Omnibus Objection to Certain Superseded Claims (Filed February 11, 2026) [D.I. 2044]

Response Deadline:    February 17, 2026 at 4:00 p.m. (ET).

Responses Received: None.

Status:    This matter is adjourned to the omnibus hearing scheduled for March 12, 2026.

8.    Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed January 30, 2026) [D.I. 2031]

Related Documents:

(a)    Declaration of Robyn Woodruff in Support of the Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed February 19, 2026) [D.I. 2057]

Objection Deadline:    February 13, 2026 at 4:00 p.m. (ET).  The Objection Deadline was extended until February 17, 2026 for the Plan Administrator and February 18, 2026 for Shops at St. Johns, LLC.

Responses Received:

(a)    Reservation of Rights of the Plan Administrator to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why it Should Not Be Found in Contempt (Filed February 17, 2026) [D.I. 2052]

(b)    Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporations (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed February 18, 2026) [D.I. 2054]

Status:    This matter is adjourned to the omnibus hearing scheduled for March 12, 2026.

**MATTERS GOING FORWARD**

9.    The Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed November 17, 2025) [*JOANN Inc., et al. v. Advantus Corp., et al.*, Adv. Proc. No. 25-51022] [Adv. D.I. 26]

Related Documents:

(a)    First Amended Complaint (Filed August 22, 2025) [Adv. D.I. 24]

(b)    The Wind-Down Debtors' (I) Reply in Support of their Motion for Judgment on the Pleadings; and (II) Opposition to Defendants' Cross-Motion for Judgment on the Pleadings (Filed December 23, 2025) [Adv. D.I. 40]

(c)    Order Scheduling Oral Argument (Entered February 6, 2026) [Adv. D.I. 46]

(d)    Notice of Completion of Briefing Regarding The Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed February 11, 2026) [Adv. D.I. 47]

Responses Received:

(a)    Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed November 28, 2025) [Adv. D.I. 28]

(b)    Defendants' Objection to, and Motion to Strike, the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [Adv. D.I. 31]

(c)    Defendants' Opposition to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [Adv. D.I. 33]

(d)    Defendants' Memorandum of Law in Further Support of Their Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 14, 2026) [Adv. D.I. 41]

Status:    This matter will be going forward.

10.     Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction (Filed December 5, 2025) [*JOANN Inc., et al. v. Advantus Corp., et al.*, Adv. Proc. No. 25-51022] [Adv. D.I. 29]

Related Documents:

>   (a)     Defendants' Memorandum of Law in Support of their Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction (Filed December 5, 2025) [Adv. D.I. 30]

>   (b)     Defendants' Request for Oral Argument on (I) Debtors' Motion for Judgment on the Pleadings, (II) Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings, (III) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction, and (IV) Defendants' Objection to, and Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 20, 2026) [Adv. D.I. 43]

>   (c)     Notice of Completion of Briefing Regarding (I) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction and (II) Defendants' Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed February 5, 2026) [Adv. D.I. 44]

>   (d)     Order Scheduling Oral Argument (Entered February 6, 2026) [Adv. D.I. 46]

Responses Received:

>   (a)     Defendants' Opposition to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [Adv. D.I. 33]

>   (b)     The Wind-Down Debtors' (I) Reply in Support of their Motion for Judgment on the Pleadings; and (II) Opposition to Defendants' Cross-Motion for Judgment on the Pleadings (Filed December 23, 2025) [Adv. D.I. 40]

>   (c)     Defendants' Memorandum of Law in Further Support of Their Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction (Filed January 14, 2026) [Adv. D.I. 42]

Status:     This matter will be going forward.

11.     Defendants' Objection to, and Motion to Strike, the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [JOANN Inc., *et al. v.* Advantus Corp., *et al.*, Adv. Proc. No. 25-51022] [Adv. D.I. 31]

Related Documents:

    (a)    Defendants' Memorandum of Law in Support of Their Objection to, and Motion to Strike, the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) (Filed December 5, 2025) [Adv. D.I. 32]

    (b)    Defendants' Memorandum of Law in Further Support of Their Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 14, 2026) [Adv. D.I. 41]

    (c)    Defendants' Request for Oral Argument on (I) Debtors' Motion for Judgment on the Pleadings, (II) Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings, (III) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction, and (IV) Defendants' Objection to, and Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 20, 2026) [Adv. D.I. 43]

    (d)    Notice of Completion of Briefing Regarding (I) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction and (II) Defendants' Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed February 5, 2026) [Adv. D.I. 44]

    (e)    Order Scheduling Oral Argument (Entered February 6, 2026) [Adv. D.I. 46]

Responses Received:

    (a)    Objection of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Defendants' Motion to Strike (Filed December 23, 2025) [Adv. D.I. 38]

    (b)    Defendants' Memorandum of Law in Further Support of Their Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 14, 2026) [Adv. D.I. 41]

Status:        This matter will be going forward.

12.    Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed December 23, 2025) [*Advantus Corp., et al*. v. Prendergast, *et al*., Adv. Proceeding No. 25-52463] [Adv. D.I. 6]

Related Document:

(a)    Plaintiffs' Memorandum of Law in Support of Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed December 23, 2025) [Adv. D.I. 7]

(b)    Declaration of Frank H. Griffin in Support of Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed December 23, 2025) [Adv. D.I. 8]

(c)    Notice of Completion of Briefing Regarding Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed February 5, 2026) [Adv. D.I. 15]

(d)    Order Scheduling Oral Argument (Entered February 6, 2026) [Adv. D.I. 17]

Responses Received:

(a)    Defendants' Opposition to Plaintiffs' Third Motion for Remand (Filed January 20, 2026) [Adv. D.I. 12]

(b)    Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed January 27, 2026) [Adv. D.I. 14]

Status:        This matter will be going forward.

13.    Plaintiffs' Motion for Abstention under 28 U.S.C. § 1334(C)(1), (2) and for the Return of All Causes of Action Alleged in the Ohio Complaint to the Court of Common Pleas of Summit County, Ohio (Filed July 10, 2025) [*Advantus Corp., et al. v.* Prendergast, *et al.,* Civil Action No. 5:25-cv-01250-RJA (N.D. Ohio)] [Dkt. 21]

Related Documents:

(a)    Order Scheduling Oral Argument (Entered February 6, 2026) [JOANN Inc., *et al. v.* Advantus Corp., *et al.*, Adv. Proc. No. 25-51022] [Adv. D.I. 46]

3

Responses Received:

    (a)    Defendants' Opposition to Plaintiffs' Motion for Remand and Motion for Abstention (Filed July 24, 2025) [*Advantus Corp., et al. v. Prendergast, et al.*, Civil Action No. 5:25-cv-01250-RJA (N.D. Ohio)] [Dkt. 23]

    (b)    Plaintiffs' Reply Brief in Further Support of their (1) Motion to Remand Pursuant to 28 U.S.C. § 1452(b) and (2) Motion for Abstention under 28 U.S.C. § 1334(c)(1), (2) (Filed July 31, 2025) [*Advantus Corp., et al. v. Prendergast, et al.*, Civil Action No. 5:25-cv-01250-RJA (N.D. Ohio)] [Dkt. 24]

Status:    This matter will be going forward.

14.    Defendants' Motion to Stay Pending Resolution of Adversary Proceeding (Filed October 10, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 1:25-cv-01132-GBW (D. Del.)] [D.I. 34]

Related Documents:

    (a)    Order Scheduling Oral Argument (Entered February 6, 2026) [JOANN Inc., *et al. v.* Advantus Corp., *et al.*, Adv. Proc. No. 25-51022] [Adv. D.I. 46]

    (b)    Memorandum Order (Entered December 11, 2025) [D.I. 43]

Responses Received:

    (a)    Plaintiffs' Opposition to Defendants' Motion to Stay Pending Resolution of Adversary Proceeding (Filed October 24, 2025) [D.I. 39]

    (b)    Joinder in Pending Motions and Briefing (Filed October 31, 2025) [*Advantus Corp., et al. v. Prendergast, et al.*, Civil Action No. 1:25-cv-01132-GBW (D. Del.)] [D.I. 40]

    (c)    Defendants' Reply in Support of Motion to Stay Pending Resolution of Adversary Proceeding (Filed October 31, 2025) [D.I. 41]

Status:    This matter will be going forward.

Dated:  February 23, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              snewman@coleschotz.com
              jdougherty@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*