## Schedule 1

**Superseded Claims**

JOANN Inc. Case No. 25-10068
Twenty-Fourth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded/Duplicative Claims

| | CLAIMANT | CLAIM TYPE | SUPERSEDED/DUPLICATIVE CLAIMS | | | SURVIVING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
| 1 | Almaden Properties | Lease - Real Estate | 202 | 2/5/2025 | $114,104.78 | 6453 | 3/18/2025 | $101,270.56 |
| 2 | Almaden Properties | Lease - Real Estate | 6453 | 3/18/2025 | $101,270.56 | 19075 | 6/27/2025 | $574,096.44 |
| 3 | Americasmart Real Estate, LLC | Lease - Real Estate | 10898 | 4/4/2025 | $26,675.10 | 20308 | 11/14/2025 | $25,019.52 |
| 4 | Americasmart Real Estate, LLC | Lease - Real Estate | 20308 | 11/14/2025 | $25,019.52 | 20308 | 1/7/2026 | $25,019.52 |
| 5 | Blum Boulder Associates I, LLC | Lease - Real Estate | 11649 | 4/4/2025 | $18,980.05 | 19359 | 7/11/2025 | $284,516.90 |
| 6 | Daily Services, LLC dba Surge | Trade | 8215 | 4/2/2025 | $981,466.09 | 20312 | 11/18/2025 | $633,057.00 |
| 7 | GVD Commercial Properties Inc. | Lease - Real Estate | 10778 | 3/27/2025 | $31,977.74 | 10885 | 4/4/2025 | $91,249.88 |
| 8 | Surge Staffing, LLC | Trade | 8124 | 4/2/2025 | $50,124.20 | 20316 | 11/18/2025 | $15,170.88 |

JOANN Inc. Case No. 25-10068
Twenty-Fourth (Non-Substantive) Omnibus Claims Objection
Schedule 1 - Superseded/Duplicative Claims

| | CLAIMANT | CLAIM TYPE | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT | CLAIM NO. | CLAIM DATE | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | | | SUPERSEDED/DUPLICATIVE CLAIMS | | | SURVIVING CLAIMS | | |
| 9 | Tennessee Department of Revenue | Tax | 19757 | 7/31/2025 | $101,554.95 | 20535 | 1/8/2026 | $52,377.00 |
| 10 | Tennessee Department of Revenue | Tax | 19758 | 7/31/2025 | $96,019.38 | 20534 | 1/8/2026 | $49,522.50 |
| 11 | Utah State Tax Commission | Tax | 1409 | 3/5/2025 | $12,763.63 | 20318 | 11/18/2025 | $0.00 |