**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | **Re: Docket No. 1860** |
| | ) | |

**CERTIFICATION OF COUNSEL FOR
THE PLAN ADMINISTRATOR REGARDING APPROVAL OF
STIPULATION REGARDING CLAIM OF SHOPPING CENTER ASSOCIATES**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, hereby certifies as follows:

1. On July 23, 2025, Shopping Center Associates ("SCA") filed Proof of Claim No. 19566 ("Claim 19566") asserting an administrative expense claim in the amount of $29,757.77 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $1,328,740.62 (the "GUC Claim").

2. On December 3, 2025, the Plan Administrator filed *Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims* [Docket No. 1860] ("Omnibus Claim Objection") seeking to reduce the amount of the Administrative Expense Claim.

3. SCA and the Plan Administrator (collectively, the "Parties") have entered into a stipulation (the "Stipulation") fully resolving the Omnibus Claim Objection as it relates to the Administrative Expense Claim.

4. A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

5. A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated:  February 26, 2026
Wilmington, Delaware

                                              */s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:    preilley@coleschotz.com
          snewman@coleschotz.com
          jdougherty@coleschotz.com
          mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:    cwick@hahnlaw.com
          pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*