**Exhibit 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | |

**STIPULATION REGARDING**
**CLAIM OF SHOPPING CENTER ASSOCIATES**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and Shopping Center Associates ("SCA" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1. On July 23, 2025, SCA filed Proof of Claim No. 19566 ("Claim 19566") asserting an administrative expense claim in the amount of $29,757.77 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $1,328,740.62 (the "GUC Claim").

2. On December 3, 2025, the Plan Administrator filed *Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims* [Docket No. 1860] ("Omnibus Claim Objection") seeking to reduce the amount of the Administrative Expense Claim.

3. SCA and the Plan Administrator have engaged in good-faith negotiations regarding the Omnibus Claim Objection and the Administrative Expense Claim and have agreed as follows:

    (a) SCA's Administrative Expense Claim is reduced to and allowed in the amount of $15,627.07 (the "Allowed Administrative Expense Claim"), which amount has

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

2

been paid, and thus the Allowed Administrative Expense Claim is, and shall be deemed, satisfied in full.

(b)     The remainder of the Administrative Expense Claim, in the amount of $14,130.70, is reclassified as a general unsecured claim.

4.     Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of SCA, including the GUC Claim, which claims shall be unaffected by this Stipulation and resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any further orders of the Court.

5.     Kroll Restructuring Administration ("Kroll"), as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated: February 26, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Leslie C. Heilman* | */s/ Michael E. Fitzpatrick* |
| Leslie C. Heilman (DE No. 4716) | **COLE SCHOTZ P.C.** |
| **BALLARD SPAHR LLP** | Patrick J. Reilley (No. 4451) |
| 919 N. Market Street, 11th Floor | Stacy L. Newman (No. 5044) |
| Wilmington, Delaware 19801-3034 | Jack M. Dougherty (No. 6784) |
| Telephone: (302) 252-4465 | Michael E. Fitzpatrick (No. 6797) |
| Facsimile: (302) 252-4466 | 500 Delaware Avenue, Suite 600 |
| E-mail: heilmanl@ballardspahr.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 652-3131 |
| *Counsel to Shopping Center Associates* | Facsimile: (302) 652-3117 |
| | Email: preilley@coleschotz.com |
| | snewman@coleschotz.com |
| | jdougherty@coleschotz.com |
| | mfitzpatrick@coleschotz.com |

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*