Mark Hierbaum, 11741 Wetherby Lane, Los Angeles, CA 90077

February 20, 2026

United States Bankruptcy Court
District of Delaware
824 Market Street North, 3rd Floor
Wilmington, DE 19801

RECEIVED
2026 MAR -2 A 9:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Re: JoAnn Inc's Bankruptcy (case # 1:25-bk-10068)

To Whom It May Concern:

I am the President of DML Marketing Group, Ltd. ("DML"), of which my wife and I are sole owners.

On February 7, 2025, DML filed a creditor claim in the above-referenced bankruptcy of JoAnn Inc, which is pending in your court under case # 1:25-bk-10068. My claim has been assigned claim #313 (schedule #6285455) confirmation ID # 3820-1-VFZMN-999517396.

Since filing this claim, my mailing address has been updated from 7711 Hayvenhurst Ave, Van Nuys, CA 91406 to the following:

> **Mark Hierbaum**
> **DML Marketing Group, Ltd**
> **11741 Wetherby Lane,**
> **Los Angeles, CA 90077**

In addition, my e-mail address has been updated from mark@dmlsocks.com to:

> **mark@mhierbaum.com**

I request that you kindly update all court records relating to my claim with this information and send all correspondence to either of the above records.

If you need to reach me, my phone number is the same, which is 310-567-9947.

Sincerely,

*[signature]*  2/20/26

Mark Hierbaum
DML Marketing Group, Ltd.