**<u>Exhibit A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.,[1] | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | **Re: Docket No.** |

## ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-EIGHTH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS

Upon consideration of the *Plan Administrator's Twenty-Eighth (Substantive) Omnibus Objection to Certain No Liability Claims* (the "<u>Objection</u>");[2] and upon consideration of the Aber Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having found that the Plan Administrator's notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no other notice need

---

[1]  The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]  Capitalized terms used but not defined herein shall have the meanings ascribed to the terms in the Objection.

be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED as set forth herein.

2.      Each Non-GUC Claim is disallowed and expunged in its entirety, as set forth under the "*Modified Claim*" column on **Schedule 1** attached hereto.

3.      The Plan Administrator's, Wind Down Debtors', and GUC Trust's rights to file additional substantive and non-substantive objections to each claim identified on **Schedule 1** attached hereto, and any other proofs of claim that have been or may be filed against the Debtors, are preserved.

4.      The Plan Administrator's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014.  This Order shall be deemed a separate order with respect to each Disputed Claim.  Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      The Plan Administrator is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted herein.

6.      Kroll, as the Court-appointed claims and noticing agent in this chapter 11 case, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

7.      Nothing in this Order or the Objection shall be construed as a waiver of any rights the Debtors, Wind Down Debtors, and/or the Plan Administrator may have to enforce rights of setoff against any claimant.

8.      This Court shall retain jurisdiction to construe and enforce this Order.

## <u>Schedule 1</u>

**No Administrative Liability Claims**

JOANN Inc. Case No. 25-10068
28th Omnibus Objection for Certain Paid/No Liability Claims
Schedule 1 - No Liability Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | ARG OTOWEKY001, LLC | 18740 | Jo-Ann Stores, LLC | 6/16/2025 | Secured | $0.00 | Secured | $0.00 | Claimant and Plan Administrator agreed to the amount of the adminstrative expense liability.  On or about February 19, 2026, the Plan Administrator paid the agreed upon amount via ACH. Thus, from an administrative/secured/priority claim perspective, no liability remains outstanding. |
| | | | | | Admin | $2,367.48 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $224,589.39 | GUC | $224,589.39 | |
| | | | | | Total | $226,956.87 | Total | $224,589.39 | |
| 2 | Birch Run Station, LLC | 18936 | Jo-Ann Stores, LLC | 6/22/2025 | Secured | $0.00 | Secured | $0.00 | Claimant filed three claims (Claim Nos. 10070, 10413, and this claim 18936). The first two claims have been expunged. The administrative portion of Claim No. 18936 has been satisfied on January 31, 2026. Thus, from an administrative/secured/priority claim perspective, no liability remains oustanding. |
| | | | | | Admin | $39,966.71 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,704,182.37 | GUC | $1,704,182.37 | |
| | | | | | Total | $1,784,115.79 | Total | $1,704,182.37 | |
| 3 | City of Grapevine | 377 | Jo-Ann Stores, LLC | 1/23/2025 | Secured | $2,681.07 | Secured | $0.00 | This claim is for certain ad valorem taxes.  Deloitte confirmed that 2024 taxes were paid in January 2025 ($1,276.70) and 2025 taxes ($1,255.86) were paid on November 24, 2025 via Check No. 87061613.  Thus, from an administrative/secured/priority claim perspective, no liability remains oustanding. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,681.07 | Total | $0.00 | |
| 4 | County of Orange Treasurer - Tax Collector | 7480 | Jo-Ann Stores, LLC | 3/26/2025 | Secured | $0.00 | Secured | $0.00 | Tax amount was paid on January 21, 2026.  Thus, no administrative or priority liability remains outstanding. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $53,675.72 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $53,675.72 | Total | $0.00 | |
| 5 | Daane's Development Company | 19484 | Jo-Ann Stores, LLC | 7/18/2025 | Secured | $0.00 | Secured | $0.00 | Landlord and Plan Administrator resolved administrative claim amount by reviewing supporting documentation and applying escrowed amounts. On February 11, 2026, claimant agreed to amount outstanding ($15,849.25) which was paid on February 20, 2026.  Thus, no adminstrative expense liability remains outstanding. |
| | | | | | Admin | $24,038.11 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $294,082.80 | GUC | $294,082.80 | |
| | | | | | Total | $318,120.91 | Total | $294,082.80 | |
| 6 | DCTN3 509 Panama City FL, LLC | 20222 | JOANN Inc. | 10/16/2025 | Secured | $0.00 | Secured | $0.00 | Claimant and Plan Administrator agreed to the amount of the administrative expense liability ($25,764.62), which amount has been paid.  The remainder of the asserted administrative expense claim is invalid. Thus, from an administrative/secured/priority claim perspective, no libility remains outstanding. |
| | | | | | Admin | $57,951.04 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $132,686.96 | GUC | $132,686.96 | |
| | | | | | Total | $190,638.00 | Total | $132,686.96 | |
| 7 | Plano Independent School District | 399 | Jo-Ann Stores, LLC | 1/23/2025 | Secured | $14,126.78 | Secured | $0.00 | Claim relates to estimated ad valorem tax obligations.  Actual tax amount was paid on November 24, 2025 (Check No. 87062056) in the amount of $,5,099.07.  Thus, no administrative/secured/priority expense liability remains outstanding. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $14,126.78 | Total | $0.00 | |

JOANN Inc. Case No. 25-10068
28th Omnibus Objection for Certain Paid/No Liability Claims
Schedule 1 - No Liability Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|------------|---------------|---|----------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 8 | Texas Comptroller of Public Accounts | 19927 | Creativebug, LLC | 8/25/2025 | Secured | $0.00 | Secured | $0.00 | Claim is for oustanding 2025 franchise tax.  Claim has been resolved. On February 9, 2026, Claimant send Kroll an email seeking to withdraw Claim No. 19927.  Claims register has not yet been updated.  Thus, from an administrative claim perspective, no liability remains outstanding. |
| | | | | | Admin | $124,571.56 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $124,571.56 | Total | $0.00 | |
| 9 | Vestar DRM-OPCO, L.L.C. | 19497 | Jo-Ann Stores, LLC | 7/18/2025 | Secured | $0.00 | Secured | $0.00 | Claimant and Plan Administrator resolved dispute regarding fixed CAM increases and agreed on the amount ($2,904.66) due, which subsequently was paid.  Thus, from an administrative claim perspective, no liability remains outstanding. |
| | | | | | Admin | $4,694.64 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,224,192.71 | GUC | $1,224,192.71 | |
| | | | | | Total | $1,228,887.35 | Total | $1,224,192.71 | |
| 10 | Von Karman Plaza, LLC | 10695 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | Claimant and Plan Administrator resolved dispute regarding the amount ($42,705.91) due, which subsequently was paid.  Thus, from an administrative claim perspective, no liability remains outstanding. |
| | | | | | Admin | $70,855.61 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $35,623.00 | GUC | $35,623.00 | |
| | | | | | Total | $106,478.61 | Total | $35,623.00 | |
| 11 | WOO Jin Corp./SUYEON KIM | 15909 | JOANN Inc. | 5/2/2025 | Secured | $0.00 | Secured | $0.00 | Claim contends to amend Claim No. 172. In this claim, Claimant separately asserted the same claim amount ($360,630.67) as a priority claim AND a 503(b)(9) claim. The claim is a proper 503(b)(9) amount, which portion was satisfied by the Plan Administrator.  Thus, from an administrative claim perspective, no liability remains outstanding. Additionally, Claim Nos. 172 and 15924, each also filed by Claimant related to the same liabilities asserted in this Claim No. 15909, have already have been expunged. |
| | | | | | Admin | $360,630.67 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $360,630.67 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $721,261.34 | Total | $0.00 | |
| 12 | WRD Hanover, LP | 19106 | Jo-Ann Stores, LLC | 6/30/2025 | Secured | $0.00 | Secured | $0.00 | Admin claim was for January rent, utilities, and real estate taxes.  Claimant and Plan Administrator resolved the amount due and it was paid in February 2026.  Thus, from an administrative claim perspective, no liability remains outstanding. |
| | | | | | Admin | $9,579.95 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $166,881.08 | GUC | $166,881.08 | |
| | | | | | Total | $176,461.03 | Total | $166,881.08 | |