## <u>Schedule 1</u>

**Fully Satisfied Claims**

JOANN Inc. Case No. 25-10068

Plan Administrator's Fourth Notice of Satisfaction of Claims

Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|------------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Grant County Treasurer | 20294 | JOANN Inc. | 11/10/2025 | Secured $1,621.50<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $1,621.50 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim.  Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 2 | Jefferson County Treasurer Colorado | 10969 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $4,301.92<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $4,301.92 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim.  Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 3 | Polaris Towne Center SC, LLC | Filed at Docket No. 1544 | Jo-Ann Stores, LLC | 8/6/2025 | Secured $0.00<br>Admin $80,865.92<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $80,865.92 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim.  Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| 4 | Regency Central Indiana LLC | 10568 | Jo-Ann Stores, LLC | 4/2/2025 | Secured $0.00<br>Admin $5,141.05<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $5,141.05 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as, or determined to be, only a secured, priority, administrative, and/or Section 503(b)(9) claim.  Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |