**Schedule 2**

**Partially Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Fourth Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|------------|---------------|---|----------------|---|------------------------|
|   |      |              |        |            | Claim Nature | Claim Amount | Claim Nature | Claim Amount |   |
| 1 | Columbia Mall Partnership | 18358 | Jo-Ann Stores, LLC | 6/6/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$63,712.42<br>$0.00<br>$0.00<br>$649,411.74<br>$713,124.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$649,411.74<br>$649,411.74 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 2 | Dadeland Greenery, LP | 9054 | Jo-Ann Stores, LLC | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$222,543.71<br>$0.00<br>$0.00<br>$290,378.09<br>$512,921.80 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$290,378.09<br>$290,378.09 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 3 | G&I IX Empire McKinley Milestrip LLC | 19099 | Jo-Ann Stores, LLC | 6/30/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$24,535.97<br>$0.00<br>$0.00<br>$1,052,094.68<br>$1,076,630.65 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,052,094.68<br>$1,052,094.68 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 4 | MAP Belton, LLC | 19086 | Jo-Ann Stores, LLC | 6/24/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$8,847.43<br>$0.00<br>$0.00<br>$215,172.43<br>$224,019.86 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$215,172.43<br>$215,172.43 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 5 | RB Merchants LLC, YPF Merchants LLC and Merchants Owner LLC | 19571 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$24,816.17<br>$0.00<br>$0.00<br>$220,035.20<br>$244,851.37 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$220,035.20<br>$220,035.20 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 6 | Shopping Center Associates | 19566 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$29,757.77<br>$0.00<br>$0.00<br>$1,328,740.62<br>$1,358,498.39 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$1,328,740.62<br>$1,328,740.62 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 7 | SVM-10108887, LLC | 18294 | Jo-Ann Stores, LLC | 5/30/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$1,649.43<br>$0.00<br>$0.00<br>$58,958.49<br>$60,607.92 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$58,958.49<br>$58,958.49 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| 8 | Texas Comptroller of Public Accounts on Behalf of the State of Texas and Local Sales Tax Jurisdictions | 19830 | Jo-Ann Stores, LLC | 8/11/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$259,682.75<br>$21,512.91<br>$281,195.66 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$21,512.91<br>$21,512.91 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |