## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| _____ | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) | **Re: Docket No. ____** |
| _____ | ) |  |

<u>**ORDER SCHEDULING OMNIBUS HEARING DATE**</u>

Pursuant to Del. Bankr. L.R. 2002-1(a), IT IS HEREBY ORDERED that the following omnibus hearing is scheduled in the above-captioned case:

| <u>DATE</u> | <u>TIME</u> |
|---|---|
| April 20, 2026 | 1:00 p.m. (ET) |