IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | Re: Docket No. 2004 |

**CERTIFICATION OF
COUNSEL REGARDING PLAN ADMINISTRATOR'S
TWENTY-THIRD (NON-SUBSTANTIVE) OMNIBUS OBJECTION
TO CERTAIN CLAIMS (LATE FILED ADMINISTRATIVE CLAIMS)**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1. On January 26, 2026, the *Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims)* [Docket No. 2004] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection (the "Proposed Order").

2. Pursuant to the notice of the Objection, the deadline to file a response to the Objection was February 17, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3. Prior to the Response Deadline, Sandra Singleton filed a formal response to the Objection and Proposed Order at Docket No. 2053 (the "Singleton Response").

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

2

4. No other claimant listed on the Objection has responded to the Plan Administrator's Objection.

5. A revised Proposed Order removing the claim of Sandra Singleton from the Proposed Order is attached hereto as **Exhibit A** (the "Revised Proposed Order").[2]

6. A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

7. The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

---

[2] The Objection and Singleton Response will be going forward at the omnibus hearing scheduled for March 12, 2026 at 10:00 a.m. (ET).

2

4. No other claimant listed on the Objection has responded to the Plan Administrator's Objection.

5. A revised Proposed Order removing the claim of Sandra Singleton from the Proposed Order is attached hereto as **Exhibit A** (the "Revised Proposed Order").[2]

6. A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

7. The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

---

[2] The Objection and Singleton Response will be going forward at the omnibus hearing scheduled for March 12, 2026 at 10:00 a.m. (ET).

Dated: March 10, 2026
Wilmington, Delaware

        */s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:    preilley@coleschotz.com
        snewman@coleschotz.com
        jdougherty@coleschotz.com
        mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:    cwick@hahnlaw.com
        pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*