**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 )|
| JOANN INC.,[1] | ) Case No. 25-10068 (CTG) )|
| Post-Effective Date Debtor. | ) ) ) |

**PLAN ADMINISTRATOR'S WITNESS AND EXHIBIT LIST FOR HEARING SCHEDULED FOR MARCH 12, 2026 AT 10:00 A.M. (EASTERN TIME)**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, hereby files this Witness and Exhibit List for the hearing scheduled for March 12, 2026 at 10:00 a.m. (prevailing Eastern Time) (the "Hearing").

## WITNESSES

The Plan Administrator may call any of the following witnesses at the Hearing:

1. Ann Aber, Plan Administrator

2. Any witness called or listed by any other party

3. Any rebuttal witnesses

## EXHIBITS

| EXHIBIT | DESCRIPTION | DISPOSITION AFTER HEARING |
|---|---|---|
| 1. | Proof of Claim filed by John Scarcella, Claim No. 19929 | |
| 2. | Proof of Claim filed by Bayfield Company LLC, Claim No. 17543 | |

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

| EXHIBIT | DESCRIPTION | DISPOSITION AFTER HEARING |
|---|---|---|
| 3. | Proof of Claim filed by Kenneth J. Lafayette II, Claim No. 12815 | |
| 4. | Proof of Claim filed by Sandra Singleton, Claim No. 20485 | |
| 5. | Any document or pleading filed in the above-captioned case. | |
| 6. | Any exhibit necessary or appropriate for impeachment, rebuttal, and/or demonstrative purposes. | |
| 7. | Any exhibit identified by any other party. | |

### RESERVATION OF RIGHTS

The Plan Administrator reserves the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated:  March 10, 2026<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Michael E. Fitzpatrick*<br>Patrick J. Reilley (No. 4451)<br>Stacy L. Newman (No. 5044)<br>Jack M. Dougherty (No. 6784)<br>Michael E. Fitzpatrick (No. 6797)<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>Telephone: (302) 652-3131<br>Facsimile: (302) 652-3117<br>Email: preilley@coleschotz.com<br>            snewman@coleschotz.com<br>            jdougherty@coleschotz.com<br>            mfitzpatrick@coleschotz.com<br><br>-and-<br><br>**HAHN LOESER & PARKS LLP**<br>Christopher B. Wick, Esquire (admitted *pro hac vice*)<br>Philip K. Stovall, Esquire (admitted *pro hac vice*)<br>200 Public Square, Suite 2800<br>Cleveland, OH  44114<br>Telephone:  (216) 621-0150<br>Facsimile:  (216) 274-2488<br>cwick@hahnlaw.com<br>pstovall@hahnlaw.com<br><br>*Co-Counsel to the Plan Administrator* |