## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) | |
|  | ) | **Re: Docket No. 2026** |

## CERTIFICATION OF COUNSEL REGARDING PLAN
## ADMINISTRATOR'S TWENTY-SIXTH (SUBSTANTIVE)
## OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS)

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1.     On January 28, 2026, the *Plan Administrator's Twenty-Sixth (Substantive) Omnibus Objection to Certain No Liability Claims* [Docket No. 2026] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").  Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection (the "Proposed Order").

2.     Pursuant to the notice of the Objection, the deadline to file a response to the Objection was February 18, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3.     Prior to the Response Deadline, HPC-KCB Monterey Marketplace, LLC informally responded to the Objection and Proposed Order (the "HPC-KCB Informal Response").

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

4.      No other claimant listed on the Objection has responded to the Plan Administrator's Objection.

5.      A revised Proposed Order removing the claim of HPC-KCB Monterey Marketplace, LLC from the Proposed Order is attached hereto as **Exhibit A** (the "Revised Proposed Order").[2]

6.      A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

7.      The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

---

[2]     The Objection and HPC-KCB Informal Response, if unresolved, will be going forward at the omnibus hearing scheduled for April 20, 2026 at 10:00 a.m. (ET).

Dated:  March 10, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              snewman@coleschotz.com
              jdougherty@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*