# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) |   |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON MARCH 12, 2026 AT 10:00 A.M. (EASTERN TIME)
### BEFORE THE HONORABLE CRAIG T. GOLDBLATT

> This proceeding will be conducted in person.  Pro se claimants are permitted to appear via Zoom pursuant to the Delaware Bankruptcy Court Local Rules.
>
> Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.
>
> Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.
>
> **AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

## ADJOURNED MATTER

1. Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed January 30, 2026) [D.I. 2031]

    Related Documents:

    (a) Declaration of Robyn Woodruff in Support of the Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed February 19, 2026) [D.I. 2057]

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Objection Deadline: February 13, 2026 at 4:00 p.m. (ET). The Objection Deadline was extended until February 17, 2026 for the Plan Administrator and February 18, 2026 for Shops at St. Johns, LLC.

Responses Received:

(a) Reservation of Rights of the Plan Administrator to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why it Should Not Be Found in Contempt (Filed February 17, 2026) [D.I. 2052]

(b) Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporations (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed February 18, 2026) [D.I. 2054]

Status: This matter is adjourned to the April 20, 2026 omnibus hearing.

**CERTIFICATIONS OF COUNSEL**

2. Plan Administrator's Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated and Satisfied Claims (Filed January 27, 2026) [D.I. 2023]

    Related Documents:

    (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated and Satisfied Claims (Filed February 26, 2026) [D.I. 2071]

    (b) Certification of Counsel Regarding Plan Administrator's Twenty-Fifth (Substantive) Omnibus Objection to Certain Overstated and Satisfied Claims (Filed March 10, 2026) [D.I. 2096]

    Response Deadline: February 17, 2026 at 4:00 p.m. (ET).

    Responses Received: Informal response from Riverdale Crossing, LLC

    Status: A certification of counsel, along with a revised proposed order with respect to all claimants who did not respond to the objection, was filed with the Court. The hearing with respect to the claim of Riverdale Crossing, LLC (Claim No. 9770) is adjourned to the omnibus hearing scheduled for April 20, 2026 at 1:00 p.m. (ET).

3. Plan Administrator's Twenty-Sixth (Substantive) Omnibus Objection to Certain No Liability Claims (Filed January 28, 2026) [D.I. 2026]

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twenty-Sixth (Substantive) Omnibus Objection to Certain No Liability Claims (Filed February 26, 2026) [D.I. 2072]

   (b) Certification of Counsel Regarding Plan Administrator's Twenty-Sixth (Substantive) Omnibus Objection to Certain No Liability Claims (Filed March 10, 2026) [D.I. 2097]

   Response Deadline: February 18, 2026 at 4:00 p.m. (ET).

   Responses Received: Informal response from HPC-KCB Monterey Marketplace, LLC

   Status: A certification of counsel, along with a revised proposed order with respect to all claimants who did not respond to the objection, was filed with the Court. The hearing with respect to the claim of HPC-KCB Monterey Marketplace, LLC (Claim No. 19116) is adjourned to the omnibus hearing scheduled for April 20, 2026 at 1:00 p.m. (ET).

**MATTERS GOING FORWARD**

4. Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed December 12, 2025) [D.I. 1880]

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed December 26, 2025) [D.I. 1904]

   Response Deadline: January 5, 2026 at 4:00 p.m. (ET).

   Response Received:

   (a) John Scarcella Response to Plan Administrator's Nineteenth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed January 5, 2026) [D.I. 1925]

   Status: The hearing with respect to the claim of John Scarcella (Claim No. 19929) is going forward.

5. Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed December 12, 2025) [D.I. 1881]

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed December 23, 2025) [D.I. 1899]

   Response Deadline: January 5, 2026 at 4:00 p.m. (ET).

   Responses Received:

   (a) Bayfield Company LLC Response to Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims) (Filed January 2, 2026) [D.I. 1923]

   Status: The hearing with respect to the claim of Bayfield Company LLC (Claim No. 17543) is going forward.

6. Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims (Filed December 26, 2025) [D.I. 1907]

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims (Filed January 14, 2026) [D.I. 1975]

   Response Deadline: January 16, 2026 at 4:00 p.m. (ET).

   Responses Received:

   (a) Kenneth J. Lafayette II Response to Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims (Filed January 22, 2026) [D.I. 2000]

   Status: The hearing with respect to the claim of Kenneth J. Lafayette II (Claim No. 12815) is going forward.

7. Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed January 26, 2026) [D.I. 2004]

   Related Documents:

   (a) Notice of Filing of Corrected Schedule 1 to the Proposed Order Sustaining Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed January 27, 2026) [D.I. 2024]

    (b)    Notice of Submission of Proofs of Claim Regarding Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed February 11, 2026) [D.I. 2043]

    (c)    Certification of Counsel Regarding Plan Administrator's Twenty-Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed March 10, 2026) [D.I. 2094]

Response Deadline:    February 17, 2026 at 4:00 p.m. (ET).

Responses Received:

    (a)    Response of Sandra Singleton to Plan Administrator's Twenty Third (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed February 18, 2026) [D.I. 2053]

Status:    A certification of counsel, along with a revised proposed order with respect to all claimants who did not respond to the objection, was filed with the Court. The hearing with respect to the claim of Sandra Singleton (Claim No. 20482) is going forward.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 10, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:      (302) 652-3117
Email:            preilley@coleschotz.com
                      snewman@coleschotz.com
                      jdougherty@coleschotz.com
                      mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:      (216) 241-2824
Email:            cwick@hahnlaw.com
                      pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*