**Schedule 1**

**No Liability Claims**

JOANN Inc. Case No. 25-10068
26th Omnibus Objection for Certain Paid/No Liability Claims
Schedule 1 - No Liability Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|------------|---------------|--|----------------|--|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Almaden Properties | 19075 | JOANN Inc. | 6/27/2025 | Secured $0.00<br>Admin $117,708.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $456,388.44<br>Total $574,096.44 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $456,388.44<br>Total $456,388.44 | | Claimant and Plan Administrator agreed to the amount of the administrative expense liability. On or about December 31, 2026, the Plan Administrator paid the agreed upon amount via ACH. Thus, from an administrative/secured/priority claim perspective, no liability remains. |
| 2 | Comptroller of Maryland | 20445 | Jo-Ann Stores, LLC | 12/23/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $19,415.00<br>GUC $0.00<br>Total $19,415.00 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | This claim amended Claim Nos. 19994 and 19995. Claimant and Plan Administrator agreed to the amount of the priority expense liability, which has been paid by the Plan Administrator. Thus, from an administrative/secured/priority claim perspective, no liability remains. |
| 3 | Ector CAD | 432 | Jo-Ann Stores, LLC | 2/13/2025 | Secured $3,821.74<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $3,821.74 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | This claim is for certain ad valorem taxes. Deloitte confirmed the amount due is $3,064.49, which has been paid. Thus, from an administrative/secured/priority claim perspective, no liability remains. |
| 4 | EREP Forest Hill I, LLC | 19584 | Jo-Ann Stores, LLC | 4/26/2025 | Secured $0.00<br>Admin $33,116.40<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $514,729.09<br>Total $547,845.49 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $514,729.09<br>Total $514,729.09 | | Claim arising from post-petition rent amounts for January and February 2025, CAM charges, 2024 Reconciliation and other utilities. Prorated calculations for January 2025 were inaccurate. February charges were paid via ACH on 2/3/25. Claim amount ($33,116.40) is setoff against credits for payments made ($33,604.22). Thus, no administrative liability remains. |
| 6 | Hyrosen Properties, Inc. | 19112 | JOANN Inc. | 6/30/2025 | Secured $0.00<br>Admin $134,236.02<br>503(b)(9) $0.00<br>Priority $240.50<br>GUC $1,005,860.08<br>Total $1,140,096.10 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $1,005,860.08<br>Total $134,236.02 | | Claimant and Plan Administrator agreed to the amount of the administrative expense liability, which amount was paid in January 2026.ACH. Thus, from an administrative/secured/priority/GUC claim perspective, no llbility remains. |
| 7 | Orange County Tax Collector | 3992 | JOANN Inc. | 3/10/2025 | Secured $4,605.34<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $4,605.34 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | Claim relates to tax obligations. Claimant confirmed actual amount due was $4,114.58, which amount was paid in January 2026. Thus, no administrative expense liability remains. |

JOANN Inc. Case No. 25-10068
26th Omnibus Objection for Certain Paid/No Liability Claims
Schedule 1 - No Liability Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 8 | Pinterest, Inc. | 10238 | Jo-Ann Stores, LLC | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$245.01<br>$0.00<br>$0.00<br>$395,915.32<br>$396,160.33 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$395,915.32<br>$395,915.32 | Plan Administrator paid open post-petition invoice. Thus, from an administrative claim perspective, no liability remains. |
| 9 | Yosemite Park Shopping Center 05A, LLC and Yosemite Park Shopping Center 15B, LLC | 8241 | Jo-Ann Stores, LLC | 4/2/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$102,120.49<br>$0.00<br>$0.00<br>$0.00<br>$102,120.49 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Negotiated claim amount was paid in January 2026. Thus, from an administrative claim perspective, no liability remains. |