# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) |  |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On March 2, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- Plan Administrator's Eighteenth (Non-Substantive) Omnibus Objection to Certain Superseded Claims [Docket No. 1879]

On March 2, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the list of parties attached hereto as **Exhibit B**:

- Plan Administrator's Second Notice of Satisfaction of Claims [Docket No. 1897]

[*Remainder of page intentionally left blank*]

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Dated: March 9, 2026

                                                    */s/ Paul Pullo*
                                                    Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 9, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

**Exhibit A**

Exhibit A

| ADDRESS ID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 30193101 | City of Humble | 114 W.Higgins | Humble | TX | 77338 |
| 30207059 | Katy ISD | 6301 S. Stadium Lane | Katy | TX | 77494 |

**Exhibit B**

Exhibit B

| ADDRESSID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 30445757 | City of Houston | 901 Bagby, Second Floor | | | | Houston | TX | 77002 |
| 30445763 | Cypress-Fairbanks ISD | 11440 Matzke Road | | | | Cypress | TX | 77429 |
| 30445760 | Harris Co ESD #9 | 10710 Telge Road | | | | Houston | TX | 77095 |
| 30445753 | Houston Comm Coll System | 3100 Main Street | | | | Houston | TX | 77002 |
| 30445756 | Katy ISD | 6301 S. Stadium Lane | | | | Katy | TX | 77494 |
| 30445759 | Lone Star College System | 5000 Research Forest Drive | | | | The Woodlands | TX | 77381 |
| 30291706 | Pavilion North Shopping Center 18, LLC and Pavilion North Shopping Center 18B, LLC | Fennemore Craig, P.C. | Patrick R. Akers | 2394 E Camelback Rd, | Suite 600 | Phoenix | AZ | 85016 |