# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 7

CASE NUMBER 25-10068 CASE NAME: Joann Inc.   DATE: 3/12/2026 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Patrick Reilly | Cole Schotz | Joann Plan Administrator |
| Chris Wick | Hahn Loeser | '' '' |
| Phil Stovall | '' '' | '' '' |

Joann Inc.
25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Victoria | Argeroplos | Jackson Walker | Burlington | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Party in Interest | Video and Audio |
| Will | Farmer | Jackson Walker LLP | | Video and Audio |
| Charlie | Fendrych | Kelley Drye & Warren LLP | Steven Balasiano of MHR Advisory Group, LLC, | Video and Audio |
| Kjell | Gjovig | Bayfield Company LLC | Bayfield Company LLC | Video and Audio |
| Uday | Gorrepati | | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Audrey | Hornisher | Clark Hill PLC | BITW, Santan Village, DRM, et al | Video and Audio |
| Kenneth | Lafayette II | Loyalty and Family Forever LLC | Kenneth J Lafayette II | Video and Audio |
| Maeghan | McLoughlin | Kelley Drye & Warren LLP | Steven Balasiano of MHR Advisory Group, LLC | Video and Audio |
| James | O&#039;Neill | Pachulski Stang Ziehl & Jones LLP | Committee Counsel | Video and Audio |
| Kristhy | Peguero | Jackson Walker LLP | Burlington | Video and Audio |
| John | Scarcella | N/A | Self | Video and Audio |
| Erin | Severini | Frost Brown Todd LLC | WPG Legacy, LLC | Video and Audio |
| Ellsworth | Summers | Burr & Forman LLP | CTO Realty | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Brookside Properties/Northgate | Video and Audio |
| Blanka | Wolfe | | | Audio Only |