**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.,[1] | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | |

## NOTICE OF CHANGE OF DELAWARE ADDRESS OF BALLARD SPAHR LLP

**PLEASE TAKE NOTICE** that effective March 16, 2026, the mailing address for the Delaware office of Ballard Spahr LLP ("Ballard Spahr"), counsel for AFP Rockridge 2019, LLC, ARC CLORLFL001, LLC, ARC NLLKLFL001, LLC, ARC SMWMBFL001, LLC, ARG JAFPTIL001, LLC, ARG MHMORNC001, LLC, ARG OTOWEKY001, LLC, Acadia Realty Limited Partnership, American Fork SC, LLC, Arbor Square II, LLC, BMA JC LLC, Brixmor Operating Partnership LP, CCA-RSSC LLC, CRI Easton Square LLC, DLC Management Corporation, EDENS, Federal Realty OP LP, First National Realty Partners, Gallatin Mall Group, L.L.C., GC Ambassador Courtyard LLC, Gibraltar Management Co., Inc., Hutensky Capital Partners, LLC, Inland Commercial Real Estate Services LLC, La Costa Capital Partners, Lancaster Development Company LLC, MGP XII Sunrise Village, LLC, MP Elko, LLC, Marketplace West Partners, LLC, MFBY Ocala LLC, National Realty & Development Corp., Orem Family Center, LLC, PBA II, LLC, PTC TX Holdings, LLC, Pride Center Co., LLC, RD Management, LLC, Renaissance Partners I, LLC, Rivercrest Realty Associates, LLC, Santa Susana GRF2, LLC, Sherman Commons, L.P., Shopping Center Associates, LP, Shops at St. Johns, LLC, SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, SVAP IV Presidential, LLC, TPP 217 Taylorsville,

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

LLC, The Sterling Organization, UFPTFC, LLC & BBTFC LLC, Westfield, LLC, Westford Valley Marketplace, Inc., and Wheeler Real Estate Investment Trust Inc. (collectively, the "Creditors"), has changed to:

**BALLARD SPAHR LLP**
**222 Delaware Avenue, 10th Floor**
**Wilmington, DE 19801-3034**

**PLEASE TAKE FURTHER NOTICE** that counsel's telephone, facsimile numbers, and email addresses will remain the same.

**PLEASE TAKE FURTHER NOTICE** that the undersigned requests that the Clerk of the United States Bankruptcy Court for the District of Delaware, or any claims or noticing agent appointed in these cases, update the electronic and paper noticing matrix with respect to Ballard Spahr's new Delaware office address.

**PLEASE TAKE FURTHER NOTICE** that all future pleadings, correspondence and other documents served upon Ballard Spahr's Delaware office are to be directed to the new address.

Dated:  March 23, 2026
Wilmington, Delaware

Respectfully submitted,

/s/ Erin L. Williamson
Leslie C. Heilman (DE No. 4716)
Laurel D. Roglen (DE No. 5759)
Margaret A. Vesper (DE No. 6995)
Erin L. Williamson (DE No. 7286)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail:  heilmanl@ballardspahr.com
roglenl@ballardspahr.com
vesperm@ballardspahr.com
williamsone@ballardspahr.com

*Attorneys for Creditors*

2