**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.,*[1] | Case No. 25- 10068 (CTG) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of title 11 of the United States Code (the "Bankruptcy Code"), Christopher Viceconte, Esq., John S. Mairo, Esq., and Christopher P. Anton, Esq., hereby enter their appearance in the above captioned cases (the "Chapter 11 Cases") as counsel to Konica Minolta Business Solutions U.S.A., Inc., ("KMBS") and hereby request that copies of all notices and pleadings given or required to be given in the Chapter 11 Cases and copies of all papers served or required to be served in the Chapter 11 Cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements,  and all other matters arising herein or in any related adversary proceeding, be given and served upon KMBS through service upon FBT Gibbons LLP at the addresses set forth below:

| | |
|---|---|
| Christopher Viceconte, Esq. | John S. Mairo, Esq. |
| **FBT GIBBONS LLP** | Christopher P. Anton, Esq. |
| 300 Delaware Avenue, Suite 1015 | **FBT GIBBONS LLP** |
| Wilmington, DE 19801 | One Gateway Center |
| Tel: (302) 518-6322 | Newark, NJ 07102 |
| E-mail: cviceconte@fbtgibbons.com | Tel: (973) 596-4500 |
| | E-mail: jmairo@fbtgibbons.com |
| | canton@fbtgibbons.com |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and the papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, order, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the Chapter 11 Cases and the proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive KMBS: (i) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; and (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments to which KMBS is and/or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved. This notice shall not be deemed to constitute consent to electronic service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

Dated: March 23, 2026  
Wilmington, Delaware

**FBT GIBBONS LLP**

*/s/ Christopher Viceconte*  
Christopher Viceconte, Esq. (No. 5568)  
300 Delaware Avenue, Suite 1015  
Wilmington, Delaware 19801  
Tel: (302) 518-6322  
E-mail: cviceconte@fbtgibbons.com

-and-

John S. Mairo, Esq.
Christopher Anton, Esq.
One Gateway Center
Newark, New Jersey 07102
Telephone: (973) 596-4500
E-mail: jmairo@fbtgibbons.com
        canton@fbtgibbons.com


*Counsel to Konica Minolta Business Solutions
U.S.A., Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, Christopher Viceconte, hereby certify that on March 23, 2026, a true and correct copy

of the foregoing *Notice of Appearance and Request for Service of Papers* was caused to be

served via CM/ECF on all parties who have registered for electronic service in these Chapter 11

Cases.

Dated: March 23, 2026
Wilmington, Delaware

*/s/ Christopher Viceconte*
Christopher Viceconte (No.5568)
**FBT Gibbons LLP**
