**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | **Re: Docket Nos. 1881, 1923** |

**CERTIFICATION OF COUNSEL REGARDING PLAN**
**ADMINISTRATOR'S TWENTIETH (SUBSTANTIVE) OMNIBUS**
**OBJECTION TO CERTAIN CLAIMS (RECLASSIFIED CLAIMS)**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1.      On December 12, 2025, the *Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims)* [Docket No. 1881] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").  Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection.

2.      Pursuant to the notice of the Objection, the deadline to file a response to the Objection was January 5, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3.      Prior to the Response Deadline, Bayfield Company LLC ("Bayfield") filed a response to the Objection and proposed order at Docket No. 1923 (the "Bayfield Response").

5.      On March 12, 2026, the Court held a hearing (the "Hearing") on the Objection and Bayfield Response.

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

2

6.      As set forth on the record at the Hearing, the Court reclassified in its entirety Claim No. 17543 in the amount of $730,000.00 filed by Bayfield ("Bayfield's Claim").

7.      A copy of a proposed order reclassifying Bayfield's Claim is attached hereto as **Exhibit A** (the "Proposed Order").

8.      A copy of the Proposed Order was circulated to Bayfield by the Plan Administrator's counsel.  Bayfield indicated that, given the Court's ruling at the Hearing, the Proposed Order is acceptable.

9.      Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 23, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*