**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, [1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE AS COUNSEL
AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, David Crapo, Esq. and Katharina Earle, Esq. (collectively, "**Counsel**"), formerly of Gibbons P.C. (which merged with Frost Brown Todd LLP on January 1, 2026 to form FBT Gibbons LLP), hereby withdraw their appearances as counsel to Konica Minolta Business Solutions U.S.A., Inc., ("**KMBS**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**").

KMBS continues to be represented by John Mairo, Christopher Viceconte, and Christopher P. Anton of FBT Gibbons LLP in the Chapter 11 Cases.

**PLEASE TAKE FURTHER NOTICE** that Counsel hereby requests to be removed from all service lists and the Court's CM/ECF electronic notification list.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Dated: March 23, 2026
Wilmington, Delaware

*/s/ Katharina Earle*
Katharina Earle (No. 6348)
**CONNELL FOLEY LLP**
1000 N. West St., Suite 1200
Wilmington, DE 19801
Telephone: (302) 679-4297
Email: kearle@connellfoley.com
