**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | **Re: Docket No. 1906** |

**CERTIFICATION OF COUNSEL REGARDING PLAN**
**ADMINISTRATOR'S TWENTY-FIRST (SUBSTANTIVE) OMNIBUS**
**OBJECTION TO CERTAIN OVERSTATED AND SATISFIED CLAIMS**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1. On December 26, 2025, the *Plan Administrator's Twenty-First (Substantive) Omnibus Objection to Certain Overstated and Satisfied Claims* [Docket No. 1906] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection (the "Proposed Order").

2. Pursuant to the notice of the Objection, the deadline to file a response to the Objection was January 16, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3. Prior to the Response Deadline, the Plan Administrator received informal responses to the Objection and Proposed Order from the following claimants, or their counsel, including: (i) Silas Creek Improvements, LLC (Claim No. 19545), (ii) Brandywine Crossing (Claim No. 18761), (iii) LCR Walpole, LLC (Claim No. 11679), (iv) ARG OTOWEKY001, LLC (Claim No.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

18740), (v) FW CO-Arapahoe Village, LLC (Claim No. 9311), (vi) The County of Comal, Texas (Claim Nos. 50, 422, and 20302), (vii) The County of Denton, Texas (Claim No. 20210), and (viii) various Texas Cities and Counties represented by Tara L. Grundemeier (collectively, the "Informal Responses").

4.      No other claimant listed on the Objection has responded to the Plan Administrator's Objection.

5.      All Informal Responses to the Objection from the responding claimants, or their counsel, have been resolved.

6.      The Plan Administrator agreed with Silas Creek Improvements, LLC and Brandywine Crossing to remove their claims from the Proposed Order.  The Plan Administrator and Silas Creek Improvements, LLC and Brandywine Crossing each agreed that the treatment of their claims be updated and recorded on the claims register maintained by the Court-appointed claims agent in this case, Kroll Restructuring Administration LLC.

7.      No other changes to the Proposed Order were required to be made to resolve the Informal Responses from the other responding claimants.

8.      A revised Proposed Order removing the claims of Silas Creek Improvements, LLC and Brandywine Crossing is attached hereto as **Exhibit A** (the "Revised Proposed Order").

9.      A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

10.     The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of page Intentionally Left Blank*]

Dated: March 24, 2026
Wilmington, Delaware

/s/ *Michael E. Fitzpatrick*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:       preilley@coleschotz.com
             snewman@coleschotz.com
             jdougherty@coleschotz.com
             mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:       cwick@hahnlaw.com
             pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

3