## Exhibit B

### Redline

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |
| | ) | **Re: Docket No. 1906** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-FIRST (SUBSTANTIVE)**
**OMNIBUS OBJECTION TO CERTAIN OVERSTATED AND SATISFIED CLAIMS**

Upon consideration of the *Plan Administrator's Twenty-First (Substantive) Omnibus Objection to Certain Overstated and Satisfied Claims* (the "Objection");[2] and upon consideration of the Aber Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Objection under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Objection in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Objection is in the best interests of the Debtors, their estates, their creditors and other parties in interest; and this Court having found that the Plan Administrator's notice of the Objection and opportunity for a hearing on the Objection were appropriate under the circumstances and that no

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to the terms in the Objection.

other notice need be provided; and this Court having reviewed the Objection and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Objection and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Objection is SUSTAINED as set forth herein.

2.      Each Non-GUC Claim is disallowed and expunged in its entirety, as set forth under the "*Modified Claim*" column on **Schedule 1** attached hereto.

3.      The Plan Administrator's, Wind Down Debtors', and GUC Trust's rights to file additional substantive and non-substantive objections to each claim identified on **Schedule 1** attached hereto, and any other proofs of claim that have been or may be filed against the Debtors, are preserved.

4.      The Plan Administrator's objection to each Disputed Claim addressed in the Objection constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order shall be deemed a separate order with respect to each Disputed Claim. Any stay of this Order pending appeal by any claimants whose claims are subject to this Order shall only apply to the contested matter which involves such claimant and shall not act to stay the applicability and/or finality of this Order with respect to the other contested matters covered hereby.

5.      The Plan Administrator is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted herein.

6.      Kroll, as the Court-appointed claims and noticing agent in these chapter 11 cases, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

7.      Nothing in this Order or the Objection shall be construed as a waiver of any rights the Debtors, Wind Down Debtors, and/or the Plan Administrator may have to enforce rights of setoff against any claimant.

8.      This Court shall retain jurisdiction to construe and enforce this Order.

**Schedule 1**

**Overstated and Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Twenty-First Omnibus Objection
Schedule 1 - Overstated and Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim - Claim Nature | Current Claim - Claim Amount | Modified Claim - Claim Nature | Modified Claim - Claim Amount | Basis for Modification |
|---|------|--------------|--------|-----------|---------------|--------------|---------------|--------------|------------------------|
| 1 | 32nd Indian School Investors, LLC | 10490 | Jo-Ann Stores, LLC | 4/3/2025 | Secured $0.00<br>Admin $29,587.78<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $355,053.36<br>Total $384,641.14 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $355,053.36<br>Total $355,053.36 | | The administrative expense claim relates to obligations allegedly owed under a lease.  Based on the Debtors' books and records, all valid administrative expense obligations asserted in the claim... administrative expense portion of the claim must be disallowed and expunged in its entirety. |
| 2 | A I Longview LLC | 10589 | Jo-Ann Stores, LLC | 4/3/2025 | Secured $0.00<br>Admin $59,006.41<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $59,006.41 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied.  Thus, the administrative expense po... |
| 3 | Acadia Merrillville Realty, L.P. | 19588 | Jo-Ann Stores, LLC | 7/23/2025 | Secured $0.00<br>Admin $13,191.74<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $456,602.24<br>Total $469,793.98 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $456,602.24<br>Total $456,602.24 | | The claim is for postpetition rent and related obligations allegedly owed under a lease, plus interest.  The attachments to the claim indicate that the payment made by Debtors on February 4, 20... obligations were timely paid, and all interest must be disallowed. |
| 4 | ARD Macarthur LLC | 39 | Jo-Ann Stores, LLC | 1/27/2025 | Secured $0.00<br>Admin $17,677.62<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $14,558.03<br>Total $32,235.65 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $14,558.03<br>Total $14,558.03 | | The claim relates to "stub rent."  Based on the Debtors' books and records, the valid amount of stub rent was paid to  claimant on or around March 17, 2025. |
| 5 | ARG OTOWEKY001, LLC | 18740 | Jo-Ann Stores, LLC | 6/16/2025 | Secured $0.00<br>Admin $2,367.48<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $224,589.39<br>Total $226,956.87 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $224,589.39<br>Total $224,589.39 | | The administrative expense claim is for $608.45 in rent and related charges allegedly owed under a lease, plus $1,759.03 in interest.  Based on the Debtors' books and records, all rent and relate... |
| 6 | Arizona Department of Revenue | 76 | Jo-Ann Stores, LLC | 1/30/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $208.98<br>GUC $161.81<br>Total $370.79 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $161.81<br>Total $161.81 | | The priority claim is for Transaction Privilege Tax.  Based on the Debtors' books and records, the final balance of such tax was paid in December 2025. |
| 7 | Baybrook Municipal Utility District #1 | 71 | Jo-Ann Stores, LLC | 1/29/2025 | Secured $11,281.19<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $11,281.19 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim is for 2024 and 2025 (estimated) personal property taxes.  Based on the Debtors' books and records, the claimant was paid $4,359.04 pm January 31, 2025 for 2024 taxes, and $5,490... claim must be disallowed. |
| 8 | Big Y Foods, Inc. | 19110 | Jo-Ann Stores, LLC | 6/27/2025 | Secured $0.00<br>Admin $9,058.73<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $240,683.27<br>Total $249,742.00 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $240,683.27<br>Total $240,683.27 | | The administrative portion of this claim is for a balance allegedly owed for March 2025 rent.  The Debtors paid March 2025 rent in full on or around March 3, 2025.  Thus, based on the Debtors'... |
| 9 | Blue Yonder, Inc. | 10921 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $516,037.03<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $516,037.03 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The administrative expense claims filed by claimant, including Claim Nos. 13829, 10434, and 10921, were negotiated and settled in full.  Debtors paid the full settlement amount on or around Ju... |
| 10 | Blue Yonder, Inc. | 10434 | Jo-Ann Stores, LLC | 4/1/2025 | Secured $0.00<br>Admin $28,430.93<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $28,430.93 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The administrative expense claims filed by claimant, including Claim Nos. 13829, 10434, and 10921, were negotiated and settled in full.  Debtors paid the full settlement amount on or around Ju... |
| 11 | Blue Yonder, Inc. | 13829 | Jo-Ann Stores, LLC | 4/17/2025 | Secured $0.00<br>Admin $9,697.41<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $9,697.41 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The administrative expense claims filed by claimant, including Claim Nos. 13829, 10434, and 10921, were negotiated and settled in full.  Debtors paid the full settlement amount on or around Ju... |

JOANN Inc. Case No. 25-10068
Plan Administrator's Twenty-First Omnibus Objection
Schedule 1 - Overstated and Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Nature | Current Claim Amount | Modified Claim Nature | Modified Claim Amount | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| ~~11~~ | ~~Brandywine Crossing SC LLC; Brandywine Crossing SC TIC 1 LLC; Brandywine Crossing SC TIC 2 LLC; Brandywine Crossing TIC 3 LLC; et al.~~ | ~~18781~~ | ~~Jo-Ann Stores, LLC~~ | ~~6/13/2025~~ | ~~Secured~~ ~~Admin~~ ~~503(b)(9)~~ ~~Priority~~ ~~GUC~~ ~~Total~~ | ~~$0.00~~ ~~$19,949.68~~ ~~$0.00~~ ~~$0.00~~ ~~$0.00~~ ~~$19,949.68~~ | ~~Secured~~ ~~Admin~~ ~~503(b)(9)~~ ~~Priority~~ ~~GUC~~ ~~Total~~ | ~~$0.00~~ ~~$0.00~~ ~~$0.00~~ ~~$0.00~~ ~~$0.00~~ ~~$0.00~~ | ~~The claim is for amounts allegedly owed under a lease agreement. All charges relating to "Billed Back Water" were not appropriate under the lease and must be disallowed. Based on the Debto...~~ |
| ~~11~~12 | Brevard County Tax Collector | 413 | Jo-Ann Stores, LLC | 2/12/2025 | Secured Admin 503(b)(9) Priority GUC Total | $1,628.09 $0.00 $0.00 $0.00 $0.00 $1,628.09 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim is for estimated 2025 personal property tax. The claim has been liquidated since the filing of the claim, and the Plan Administrator paid $1,494.39 in November 2025 in full satisfactio... |
| ~~11~~13 | Centerra Retail Shops, LLC | 11794 | Jo-Ann Stores, LLC | 4/4/2025 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $57,516.72 $0.00 $0.00 $1,780.20 $59,296.92 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,780.20 $1,780.20 | The administrative expense claim relates to obligations allegedly owed under a lease. Based on the Debtors' books and records, all valid administrative expense obligations asserted in the claim... administrative expense portion of the claim must be disallowed and expunged in its entirety. |
| ~~15~~14 | CITY OF AUBURN HILLS LOCKBOX, MI | 8166 | JOANN Inc. | 3/25/2025 | Secured Admin 503(b)(9) Priority GUC Total | $137.36 $0.00 $0.00 $0.00 $0.00 $137.36 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | Based on the Debtors' books and records, and other information obtained by the Debtors, the valid amount of the obligations relating to this claim was $90.57, which amount was paid in full in... |
| ~~16~~15 | City of Frisco | 19399 | Jo-Ann Stores, LLC | 7/17/2025 | Secured Admin 503(b)(9) Priority GUC Total | $3,833.92 $0.00 $0.00 $0.00 $0.00 $3,833.92 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The 2025 personal property taxes for the City of Frisco, Texas were included on the 2025 Collin County, TX tax bill that was paid on November 21, 2025 and cleared on December 3, 2025. The t... satisfied in full. |
| ~~17~~16 | City of Lapeer | 600 | JOANN Inc. | 2/25/2025 | Secured Admin 503(b)(9) Priority GUC Total | $106.42 $0.00 $0.00 $0.00 $0.00 $106.42 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | Based on the Debtors' books and records, and other information obtained by the Debtors, the valid amount of the obligations relating to this claim was $64.76, which amount was paid in full in... |
| ~~18~~17 | City of Montgomery, AL | 20031 | Jo-Ann Stores, LLC | 9/8/2025 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $716.72 $0.00 $716.72 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | Based on the Debtors' books and records, all valid amounts asserted in this claim have been paid. To the extent such payments are less than the amount of the claim, the claim is overstated. Th... |
| ~~19~~18 | City of Torrington, CT TAX Collector | 19190 | JOANN Inc. | 6/25/2025 | Secured Admin 503(b)(9) Priority GUC Total | $8,813.15 $0.00 $0.00 $0.00 $0.00 $8,813.15 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | Based on the Debtors' books and records, and other information obtained by the Plan Administrator, the valid amount of the claim was $1,947.11, which was paid in full in November 2025. |
| ~~20~~19 | Clark County Treasurer | 17530 | JOANN Inc. | 5/22/2025 | Secured Admin 503(b)(9) Priority GUC Total | $720,974.00 $0.00 $0.00 $0.00 $0.00 $720,974.00 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim relates to personal property taxes for 2024 and 2025, and was filed as a secured claim in the amount of the asserted value of the collateral, as opposed to the amount of the alleged o... and disallowed. |
| ~~21~~20 | Clark County Treasurer | 17534 | JOANN Inc. | 5/22/2025 | Secured Admin 503(b)(9) Priority GUC Total | $95,874.00 $0.00 $0.00 $0.00 $0.00 $95,874.00 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim relates to personal property taxes for 2025 and a tax advance for 2026, and was filed as a secured claim in the amount of the asserted value of the collateral, as opposed to the amou... assessable against the Debtors. All 2025 personal property taxes owed to claimant have been paid in full. Thus, the claim must be disallowed and expunged in its entirety. |
| ~~22~~21 | Clear Creek Independent School District | 74 | Jo-Ann Stores, LLC | 1/29/2025 | Secured Admin 503(b)(9) Priority GUC Total | $7,991.27 $0.00 $0.00 $0.00 $0.00 $7,991.27 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim relates to 2024 and estimated 2025 personal property taxes. All personal property taxes for 2024 and 2025 owed to claimant have now been paid in full, and the claim must be disalle... |
| ~~23~~22 | Dallas County | 19398 | Jo-Ann Stores, LLC | 7/17/2025 | Secured Admin 503(b)(9) Priority GUC Total | $64,806.25 $0.00 $0.00 $0.00 $0.00 $64,806.25 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim is for personal property taxes. All personal property taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overst... |
| ~~24~~23 | Davis County Assessor | 10205 | Jo-Ann Stores, LLC | 3/28/2025 | Secured Admin 503(b)(9) Priority GUC Total | $2,213.23 $0.00 $0.00 $0.00 $0.00 $2,213.23 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim is for personal property taxes. All personal property taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overst... |
| ~~25~~24 | DELAWARE COUNTY TREASURER | 11965 | JOANN Inc. | 4/2/2025 | Secured Admin 503(b)(9) Priority GUC Total | $1,710.24 $52.74 $0.00 $1,657.50 $1,657.50 $5,077.98 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $1,657.50 $1,657.50 | The claim is for personal property taxes. All personal property taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overst... |
| ~~26~~25 | Escambia County Tax Collector | 597 | Jo-Ann Stores, LLC | 2/18/2025 | Secured Admin 503(b)(9) Priority GUC Total | $1,981.97 $0.00 $0.00 $0.00 $0.00 $1,981.97 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim is for personal property taxes. All personal property taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overst... |
| ~~27~~26 | Foothill ~~pacific~~Pacific ~~towne~~Towne Center a California general partnership | 12011 | JOANN Inc. | 4/4/2025 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $19,591.92 $0.00 $0.00 $639,540.14 $659,132.06 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $639,540.14 $639,540.14 | The administrative portion of the claim is for prorated real estates taxes for the period of January 15, 2025 through April 4, 2025. All real estate taxes owed for such period have been paid to th... and expunged in its entirety. The administrative expense portion of the claim must be disallowed and expunged in its entirety. |
| ~~28~~27 | Fort Bend County | 19271 | Jo-Ann Stores, LLC | 7/7/2025 | Secured Admin 503(b)(9) Priority GUC Total | $5,184.33 $0.00 $0.00 $0.00 $0.00 $5,184.33 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim is for ad valorem taxes. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated. The claim must be... |
| ~~29~~28 | FORT BEND COUNTY LEVEE IMPROVEMENT DISTRICT # 2 | 541 | Jo-Ann Stores, LLC | 2/21/2025 | Secured Admin 503(b)(9) Priority GUC Total | $868.05 $0.00 $0.00 $0.00 $0.00 $868.05 | Secured Admin 503(b)(9) Priority GUC Total | $0.00 $0.00 $0.00 $0.00 $0.00 $0.00 | The claim is for personal property taxes. All personal property taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overst... |

JOANN Inc. Case No. 25-10068
Plan Administrator's Twenty-First Omnibus Objection
Schedule 1 - Overstated and Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|-----------|---------------|--|----------------|--|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 29 | FORT BEND INDEPENDENT SCHOOL DISTRICT | 547 | Jo-Ann Stores, LLC | 2/21/2025 | Secured | $7,260.03 | Secured | $0.00 | The claim is for personal property taxes.  All personal property taxes relating to this claim have now been paid in full.  To the extent the claim is for more than the payments, such claim is overst |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $7,260.03 | Total | $0.00 | |
| 30 | Frisco Independent School District | 400 | Jo-Ann Stores, LLC | 1/23/2025 | Secured | $19,685.90 | Secured | $0.00 | The claim is for personal property taxes.  All personal property taxes relating to this claim have now been paid in full.  To the extent the claim is for more than the payments, such claim is overst |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $19,685.90 | Total | $0.00 | |
| 31 | FULTON COUNTY TAX COMMISSIONER | 19164 | JOANN Inc. | 7/2/2025 | Secured | $10,581.73 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant.  All taxes relating to this claim have now been paid in full.  To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $10,581.73 | Total | $0.00 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Twenty-First Omnibus Objection
Schedule 1 - Overstated and Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|--------------|--|---------------|--|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 32 | FW CO-Arapahoe Village, LLC | 9311 | Jo-Ann Stores, LLC | 3/25/2025 | Secured $0.00 / Admin $39,522.10 / 503(b)(9) $0.00 / Priority $0.00 / GUC $358,562.24 / Total $398,084.34 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $358,562.24 / Total $358,562.24 | | The administrative portion of the claim is for January 2025 rent and related charges and for the 2024 waste reconciliation. January 2025 "stub rent" is overstated. The Debtors paid the 2024 w... 2025. The claim must be disallowed and expunged in its entirety. |
| 33 | Gavora, Inc. | 19235 | Jo-Ann Stores, LLC | 7/7/2025 | Secured $0.00 / Admin $21,314.55 / 503(b)(9) $0.00 / Priority $0.00 / GUC $456,059.15 / Total $477,373.70 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $456,059.15 / Total $456,059.15 | | The administrative portion of the claim is for postpetition storage rent, monthly propane, and attorney fees. Based on a prior agreement with claimant, attorney fees are to be removed from th... disallowed and expunged in its entirety. |
| 34 | GP Retail I LLC | 9260 | Jo-Ann Stores, LLC | 3/30/2025 | Secured $0.00 / Admin $124,165.88 / 503(b)(9) $0.00 / Priority $0.00 / GUC $37,041.32 / Total $161,207.20 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $37,041.32 / Total $37,041.32 | | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied. Thus, the administrative expense po... |
| 35 | Harris County Municipal Utility District #186 | 61 | Jo-Ann Stores, LLC | 1/27/2025 | Secured $721.11 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $721.11 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| 36 | Harris County Water Control & Improvement District 145 | 41 | Jo-Ann Stores, LLC | 1/28/2025 | Secured $189.43 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $189.43 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| 37 | Harris County, et al. | 506 | JOANN Inc. | 2/6/2025 | Secured $10,512.32 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $10,512.32 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| 38 | Houston ISD | 19277 | Jo-Ann Stores, LLC | 7/8/2025 | Secured $12,438.27 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $12,438.27 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| 39 | I.H.W.O.P., L.L.C. | 11893 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00 / Admin $36,472.43 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $36,472.43 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | The administrative expense claim relates to obligations allegedly owed under a lease. Based on the Debtors' books and records, all valid administrative expense obligations asserted in this claim... administrative expense portion of the claim must be disallowed and expunged in its entirety. |
| 40 | IGI21 Katy LLC | 10639 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00 / Admin $60,829.31 / 503(b)(9) $0.00 / Priority $0.00 / GUC $130,670.04 / Total $191,499.35 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $130,670.04 / Total $130,670.04 | | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied. Thus, the administrative expense po... |
| 41 | J & H Hollywood Blvd, LLC | 9476 | Jo-Ann Stores, LLC | 4/2/2025 | Secured $81,829.66 / Admin $97,086.46 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $178,916.12 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied. Thus, the administrative expense po... |
| 42 | Lake County Treasurer | 14091 | Jo-Ann Stores, LLC | 4/18/2025 | Secured $4,908.59 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $4,908.59 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| 43 | Lake County Treasurer | 14085 | Jo-Ann Stores, LLC | 4/18/2025 | Secured $3,881.35 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $3,881.35 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |

JOANN Inc. Case No. 25-10068
Plan Administrator's Twenty-First Omnibus Objection
Schedule 1 - Overstated and Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Nature | Current Claim Amount | Modified Claim Nature | Modified Claim Amount | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| 4544 | LCR Walpole, LLC | 11679 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied. Thus, the administrative expense po... |
| | | | | | Admin | $71,250.43 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $584,658.88 | GUC | $584,658.88 | |
| | | | | | Total | $655,909.31 | Total | $584,658.88 | |
| 4545 | Lone Star College System | 19263 | Jo-Ann Stores, LLC | 7/7/2025 | Secured | $1,172.56 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,172.56 | Total | $0.00 | |
| 4546 | Lubbock Central Appraisal District | 280 | JOANN Inc. | 2/11/2025 | Secured | $3,909.57 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $3,909.57 | Total | $0.00 | |
| 4547 | Manatee County Tax Collector | 417 | Jo-Ann Stores, LLC | 2/12/2025 | Secured | $641.81 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $641.81 | Total | $0.00 | |
| 4548 | MDR Dover Limited Partnership, a Delaware Limited Partnership | 19068 | Jo-Ann Stores, LLC | 6/30/2025 | Secured | $0.00 | Secured | $0.00 | The Plan Administrator and the claimant have agreed to an administrative claim in the amount of $32,511.74, which amount has now been paid. The administrative portion of this claim thus be... |
| | | | | | Admin | $33,652.66 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $223,742.74 | GUC | $223,742.74 | |
| | | | | | Total | $257,395.40 | Total | $223,742.74 | |
| 4549 | Ming Retail Plaza LLC | 10649 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied. Thus, the administrative expense po... |
| | | | | | Admin | $28,727.04 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $283,237.41 | GUC | $283,237.41 | |
| | | | | | Total | $311,964.45 | Total | $283,237.41 | |
| 4550 | Montgomery County | 19278 | JOANN Inc. | 7/7/2025 | Secured | $7,116.40 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $7,116.40 | Total | $0.00 | |
| 4551 | NM Taxation & Revenue Department | 15923 | Creativebug, LLC | 5/5/2025 | Secured | $0.00 | Secured | $0.00 | The priority portion of the claim relates to taxes allegedly owed to claimant. All priority taxes relating to this claim have now been paid in full. To the extent the priority claim is for more than t... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $1,485.53 | Priority | $0.00 | |
| | | | | | GUC | $202.86 | GUC | $202.86 | |
| | | | | | Total | $1,688.39 | Total | $202.86 | |
| 4552 | Office of Doris Maloy, Tax Collector - Leon County | 12428 | Jo-Ann Stores, LLC | 4/9/2025 | Secured | $1,190.71 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,190.71 | Total | $0.00 | |
| 4553 | Oklahoma County Treasurer | 512 | JOANN Inc. | 2/12/2025 | Secured | $0.00 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,324.65 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $15,324.65 | Total | $0.00 | |
| 4554 | Ormo Ithalat Ihracat A.S. | 4597 | Jo-Ann Stores, LLC | 3/14/2025 | Secured | $0.00 | Secured | $0.00 | The Plan Administrator and claimant reached an agreement regarding the amount of the administrative expense claim, which amount has now been paid and satisfied in full. Due to such satisfa... |
| | | | | | Admin | $1,108,366.40 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $6,349,216.32 | GUC | $6,349,216.32 | |
| | | | | | Total | $7,457,582.72 | Total | $6,349,216.32 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Twenty-First Omnibus Objection
Schedule 1 - Overstated and Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Nature | Current Claim Amount | Modified Claim Nature | Modified Claim Amount | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| 655 | Palm Beach County Tax Collector | 1256 | JOANN Inc. | 3/3/2025 | Secured | $212.36 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $212.36 | Total | $0.00 | |
| 656 | Payne County Treasurer | 11508 | JOANN Inc. | 4/1/2025 | Secured | $0.00 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $5,010.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,010.00 | Total | $0.00 | |
| 657 | Pima County, Arizona c/o Pima County Attorney's Office | 628 | JOANN Inc. | 2/26/2025 | Secured | $1,279.84 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,279.84 | Total | $0.00 | |
| 658 | Pima County, Arizona c/o Pima County Attorney's Office | 632 | JOANN Inc. | 2/26/2025 | Secured | $345.95 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $345.95 | Total | $0.00 | |
| 659 | Pima County, Arizona c/o Pima County Attorney's Office | 630 | JOANN Inc. | 2/26/2025 | Secured | $334.92 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $334.92 | Total | $0.00 | |
| 660 | Provco Creekview Warrington, LLC | 10638 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The administrative expense claim relates to obligations allegedly owed under a lease. Based on the Debtors' books and records, all valid administrative expense obligations owed to claimant ha... administrative expense portion of the claim must be disallowed and expunged in its entirety. |
| | | | | | Admin | $31,466.39 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $26,204.43 | GUC | $26,204.43 | |
| | | | | | Total | $57,670.82 | Total | $26,204.43 | |
| 661 | Raleigh Enterprises, LLC | 8296 | Jo-Ann Stores, LLC | 4/2/2025 | Secured | $0.00 | Secured | $0.00 | The administrative expense claim relates to obligations allegedly owed under a lease. Based on the Debtors' books and records, all valid administrative expense obligations owed to claimant ha... administrative expense portion of the claim must be disallowed and expunged in its entirety. |
| | | | | | Admin | $5,685.63 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $20,381.99 | GUC | $20,381.99 | |
| | | | | | Total | $26,067.62 | Total | $20,381.99 | |
| 662 | RAYA, LOURDES | 13286 | Jo-Ann Stores, LLC | 4/11/2025 | Secured | $0.00 | Secured | $0.00 | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense and priority portions of the claim have been paid or otherwise satisfied. Thus... |
| | | | | | Admin | $148.30 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $1,500.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,648.30 | Total | $0.00 | |
| 663 | Regency Indiana Enterprises, L.P. | 8133 | Jo-Ann Stores, LLC | 4/2/2025 | Secured | $0.00 | Secured | $0.00 | The administrative expense claim relates to obligations allegedly owed under a lease. Based on the Debtors' books and records, all valid administrative expense obligations owed to claimant ha... administrative expense portion of the claim must be disallowed and expunged in its entirety. |
| | | | | | Admin | $13,910.39 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $556.12 | GUC | $556.12 | |
| | | | | | Total | $14,466.51 | Total | $556.12 | |
| 664 | Regional Water Authority | 1783 | JOANN Inc. | 3/10/2025 | Secured | $171.56 | Secured | $0.00 | This claim relates to a water bill allegedly owed to claimant. Such claim has now been paid in full. To the extent the claim is for more than the payments, such claim is overstated. The claim m... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $171.56 | Total | $0.00 | |
| 665 | Schneider National Carriers, Inc. | 19729 | Jo-Ann Stores, LLC | 8/1/2025 | Secured | $0.00 | Secured | $0.00 | Based on the Debtors' books and records, the valid amount of the claim is $57,520.22, with such amount being entitled to administrative expense status. The valid amount of the claim has been... |
| | | | | | Admin | $57,520.22 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $57,520.22 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $115,040.44 | Total | $0.00 | |
| 67 | Silas Creek Improvements, LLC | 19545 | Jo-Ann Stores, LLC | 7/22/2025 | Secured | $0.00 | Secured | $0.00 | The administrative expense portion of the claim relates to postpetition rent. Based on the Debtors' books and records, all valid amounts relating to such administrative expense claim have been... administrative expense portion of the claim must therefore be disallowed and expunged in its entirety. |
| | | | | | Admin | $4,750.47 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $4,750.47 | Total | $0.00 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Twenty-First Omnibus Objection
Schedule 1 - Overstated and Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Claim Nature | Current Claim Amount | Modified Claim Claim Nature | Modified Claim Amount | Basis for Modification |
|---|---|---|---|---|---|---|---|---|---|
| 666 | Smith County | 19443 | Jo-Ann Stores, LLC | 7/17/2025 | Secured | $9,983.00 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $9,983.00 | Total | $0.00 | |
| 667 | Snohomish County Treasurer | 1633 | JOANN Inc. | 3/10/2025 | Secured | $6,487.40 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $6,487.40 | Total | $0.00 | |
| 668 | State of Nevada Department of Taxation | 1309 | Jo-Ann Stores, LLC | 2/25/2025 | Secured | $0.00 | Secured | $0.00 | The priority portion of the claim relates to taxes allegedly owed to claimant. All priority taxes relating to this claim have now been paid in full. To the extent the priority claim is for more than t... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,156.96 | Priority | $0.00 | |
| | | | | | GUC | $1,601.96 | GUC | $1,601.96 | |
| | | | | | Total | $16,758.92 | Total | $1,601.96 | |
| 669 | Tamarack Village Shopping Center, A Limited Partnership | 18774 | Jo-Ann Stores, LLC | 6/18/2025 | Secured | $0.00 | Secured | $0.00 | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied. Thus, the administrative expense po... |
| | | | | | Admin | $288,809.22 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $748,559.89 | GUC | $748,559.89 | |
| | | | | | Total | $1,037,369.11 | Total | $748,559.89 | |
| 670 | The County of Comal, Texas | 422 | Jo-Ann Stores, LLC | 2/12/2025 | Secured | $5,130.23 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,130.23 | Total | $0.00 | |
| 671 | The County of Denton, Texas | 20210 | Jo-Ann Stores, LLC | 10/13/2025 | Secured | $16,037.09 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $16,037.09 | Total | $0.00 | |
| 672 | The Marketplace Tavares, LLC | 8023 | Jo-Ann Stores, LLC | 4/2/2025 | Secured | $0.00 | Secured | $0.00 | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied. Thus, the administrative expense po... |
| | | | | | Admin | $64,882.94 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $7,758.81 | GUC | $7,758.81 | |
| | | | | | Total | $72,641.75 | Total | $7,758.81 | |
| 673 | TOWN OF DARTMOUTH, MA | 17317 | JOANN Inc. | 5/12/2025 | Secured | $0.00 | Secured | $0.00 | This claim relates to water and sewer taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such cl... |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $295.55 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $295.55 | Total | $0.00 | |
| 674 | U-Blaine Properties, LLC | 9809 | Jo-Ann Stores, LLC | 4/3/2025 | Secured | $0.00 | Secured | $0.00 | Based on the Debtors' books and records, all of the Debtors' obligations with respect to the administrative expense portion of the claim have been satisfied. Thus, the administrative expense po... |
| | | | | | Admin | $260,435.19 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $6,200.83 | GUC | $6,200.83 | |
| | | | | | Total | $266,636.02 | Total | $6,200.83 | |
| 675 | Washington County Tax Collector | 19301 | JOANN Inc. | 7/10/2025 | Secured | $13,964.47 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant. All taxes relating to this claim have now been paid in full. To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $13,964.47 | Total | $0.00 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Twenty-First Omnibus Objection
Schedule 1 - Overstated and Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Claim Nature | Current Claim Claim Amount | Modified Claim Claim Nature | Modified Claim Claim Amount | Basis for Modification |
|---|------|-------------|--------|-----------|------------|------------|------------|------------|----------------------|
| 76 | Westgate Crossing Propco, LLC, by CBL & Associates Management, Inc., | 19146 | Jo-Ann Stores, LLC | 6/27/2025 | Secured | $0.00 | Secured | $0.00 | The administrative expense portion of the claim relates to January postpetition rent.  Based on the Debtors' books and records, all valid amounts relating to such administrative expense claim ha |
| | | | | | Admin | $5,030.57 | Admin | $0.00 | The administrative expense portion of the claim must therefore be disallowed and expunged in its entirety. |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $257,201.20 | GUC | $257,201.20 | |
| | | | | | Total | $262,231.77 | Total | $257,201.20 | |
| 77 | YAVAPAI COUNTY TREASURER | 10100 | JOANN Inc. | 3/31/2025 | Secured | $111.35 | Secured | $0.00 | This claim relates to taxes allegedly owed to claimant.  All taxes relating to this claim have now been paid in full.  To the extent the claim is for more than the payments, such claim is overstated |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $111.35 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $222.70 | Total | $0.00 | |