**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) | **Re: Docket No. 2081** |

**CERTIFICATE OF NO OBJECTION REGARDING**
**PLAN ADMINISTRATOR'S TWENTY-SEVENTH (NON-SUBSTANTIVE) OMNIBUS**
**OBJECTION TO CERTAIN CLAIMS (LATE FILED ADMINISTRATIVE CLAIMS)**

The undersigned counsel to the Plan Administrator appointed in the above-captioned case, hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Plan Administrator's Twenty-Seventh (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims)* [Docket No. 2081] (the "Omnibus Objection") filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on March 2, 2026. Pursuant to the Notice of Omnibus Objection, responses to the Omnibus Objection were to be filed and served no later than March 23, 2026 (the "Response Deadline"). The undersigned further certifies that the Response Deadline has passed, the Court's docket has been reviewed in this case, and no answer, objection, or other responsive pleading to the Omnibus Objection appears thereon. It is hereby respectfully requested that the Court enter the proposed order attached to the Omnibus Objection at the earliest convenience of the Court.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Dated: March 24, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*

Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              snewman@coleschotz.com
              jdougherty@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

2