**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) | **Re: Docket No. 1907** |

**CERTIFICATION OF COUNSEL
REGARDING PLAN ADMINISTRATOR'S TWENTY-SECOND
(SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1.      On December 26, 2025, the *Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims* [Docket No. 1907] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").  Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection (the "Proposed Order").

2.      Pursuant to the notice of the Objection, the deadline to file a response to the Objection was January 16, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3.      Prior to the Response Deadline, Platte Purchase Plaza, LLC [Docket No. 1981] and Loyalty and Family Forever LLC on behalf of Kenneth J. Lafayette II [Docket No. 2000] filed formal responses to the Objection and Proposed Order (collectively, the "Formal Responses").

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

4.      Additionally, prior to the Response Deadline, the Plan Administrator received informal responses to the Objection and Proposed Order from the following claimants, or their counsel, including: (i) ATC Glimcher (Claim No. 18292), (ii) Brixmor Exchange Property Owner IV, LLC (Claim No. 19737), (iii) Columbia Cascade Plaza, LLC (Claim No. 11984), (iv) Kenneth J. LaFayette II (Claim No. 12815), (v) PBA II, LLC (Claim No. 18713), (vi) Platte Purchase Plaza, LLC (Claim No. 10769), (vii) PTC TX Holdings, LLC (Claim No. 19466), (viii) Shops at Lindale, LLC (Claim No. 19569), (ix) Vestar DRM-Opco (Claim No. 19497), (x) Viition (Asia) Limited (Claim No. 11916), and (xi) Wheaton Plaza Regional Shopping Center LLC (Claim No. 18732) (collectively, the "Informal Responses").

5.      No other claimant listed on the Objection has responded to the Plan Administrator's Objection.

6.      All Informal Responses and Formal Responses to the Objection from the responding claimants, or their counsel, have been resolved, are currently in the process of being resolved, or are being resolved via a separate order to be filed under certification of counsel with the Court, as detailed below.

7.      The Plan Administrator agreed with the following claimants, or their counsel, including: (i) ATC Glimcher, LLC, (ii) Platte Purchase Plaza, LLC, (iii) PTC TX Holdings, LLC, (iv) Shops at Lindale, LLC, (v) Vestar DRM- Opco, L.L.C., and (vi) Wheaton Plaza Shopping Center, to remove these claimants' claims from the revised Proposed Order.   The Plan Administrator, ATC Glimcher, LLC, Platte Purchase Plaza, LLC, PTC TX Holdings, LLC, Shops at Lindale, LLC, Vestar DRM- Opco, L.L.C., and Wheaton Plaza Shopping Center, each agreed that the treatment of their claims be updated and recorded on the claims register maintained by the Court-appointed claims agent in this case, Kroll Restructuring Administration LLC.

8.      Brixmor Exchange Property Owner IV, LLC, PBA II, LLC, and Columbia Cascaded Plaza LLC each confirmed it does not oppose the relief requested in the Proposed Order.

9.      Viition (Asia) Limited and the Plan Administrator agreed to fix a typographical error in the revised Proposed Order with respect to Viition (Asia) Limited's claim.

10.      The Plan Administrator also removed the claim of Kenneth J. Lafayette II (Claim No. 12815) from the revised Proposed Order based on the Court's ruling at the March 12, 2026 hearing with respect to this claim.  The Plan Administrator will submit a separate order under certification of counsel for this claim.

11.      No other changes to the Proposed Order were required to be made to resolve any other informal or formal responses.

12.      A revised Proposed Order implementing the changes referenced in this certification of counsel is attached hereto as **Exhibit A** (the "Revised Proposed Order").

13.      A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

14.      The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 25, 2026
Wilmington, Delaware

/s/ *Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:           preilley@coleschotz.com
                     snewman@coleschotz.com
                     jdougherty@coleschotz.com
                     mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:           cwick@hahnlaw.com
                     pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

4