**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**SUPPLEMETAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("**Kroll**"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On March 17, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on the parties attached hereto as **Exhibit A**:

- Third Order (I) Enlarging the Period Within Which the Plan Administrator and GUC Trust May Remove Actions and (II) Granting Related Relief [Docket No. 2061]

Dated: March 26, 2026

/s/ Paul Pullo
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on March 26, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2028

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

SRF 95306

**Exhibit A**

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 30200646 | CARLA H. CASTILLO | C/O BALINT & ASSOCIATES, PLLC | ATTN: DAVID J. BALINT | 14900 INTERURBAN AVE S | # 288170 | TUKWILA | WA | 98168-4635 |
| 29961517 | MICHELLE E. CORREA | ADDRESS ON FILE | | | | | | |