## Schedule 1

**No Liability Claims**

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|---|---------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Avery, Crystal | 9857 | JOANN Inc. | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts "services performed" without any detail or support provided, with a $0.00 claim. Pursuant to the Debtors' books and records, there is no support for this claim. |
| 2 | Brixmor Exchange Property Owner IV, LLC | 19737 | Jo-Ann Stores, LLC | 8/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$3,173.93<br>$0.00<br>$0.00<br>$6,384.20<br>$9,558.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$6,384.20<br>$6,384.20 | Lease expired on 1/31/2025. THe claim asserts 7 days of rent and utilities for February 2025 after the lease expired. Thus, claim is invalid and there is no support for the claim pursuant to the Debtors' books and records. |
| 3 | Bronola, Rommel | 15906 | Jo-Ann Stores, LLC | 4/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $55.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$55.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a secured claim for $55 of "goods sold", but did not provide any documentation or support for a secured claim. Debtors' books and records do not support this claim. |
| 4 | Bumby Jo LLC | 519 | JOANN Inc. | 2/6/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$9,850.00<br>$25,000.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$9,850.00<br>$9,850.00 | Claim asserts a section 507(a)(4) [wages, salaries, or commissions] priority for $15,150 earned within 180 days before the petition date. Debtors' books and records do not identify any post-petition payables due and outstanding to this claimant. Further, the claim lacks any support and documentation of the claim. |
| 5 | Cache County Assessor | 8088 | JOANN Inc. | 3/27/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $30,127.00<br>$0.00<br>$0.00<br>$240.50<br>$0.00<br>$30,367.50 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a secured status of $30,127 personal property taxes and $240.50 priority claim pursuant to 507(a)(8). Debtors' books and records indicate no taxes due/account closed, no liability. |
| 6 | Cardenaz, Olivia Denise | 15118 | JOANN Inc. | 4/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$1,056.00<br>$0.00<br>$1,056.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a $1,056.00 priority for unpaid sick time. Pursuant to California law, unpaid sick time is not paid out upon termination in CA; thus, Debtors' books and records do not reflect any obligations due and owing to claimant. |
| 7 | CARMONA, FRANCES | 12393 | JOANN Inc. | 4/7/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$3,744.00<br>$15,474.19<br>$19,218.19 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$15,474.19<br>$15,474.19 | Claim asserts a $3,744.00 priority for wages due. Based on Debtors' books and records, there is no obligation to this claimant as all wages have been paid. Further, claimant attached car loan and credit card invoices as "security" for the claim. |

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Nature | Claim Amount | Modified Claim Nature | Claim Amount | Basis for Objection |
|---|------|--------------|--------|-----------|----------------------|--------------|-----------------------|--------------|---------------------|
| 8 | Chinatex Inc. | 10869 | joann.com, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $64,423.49<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$64,423.49 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claimant scheduled as a GUC in the amount of $61,866.62. Claim asserts a secured claim based on a lien on "cash". Debtors' books and records do not indicate any post-petition payables outstanding; in addition, claimant's 503(b)(9) claim was previously paid in full. Claim does not assert a 503(b)(9) component or an administrative component. |
| 9 | City of Fort Myers | 20024 | JOANN Inc. | 9/8/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a priority pursuant to t 11 U.S.C. Section 507(a) in the amount of 4.23. No supporting informaiton provided. Debtors' books and records do not reflect any oustanding obligation to claimant. |
| 10 | City of Novi | 622 | JOANN Inc. | 2/18/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $427.23<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$427.23 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a $427.23 secured claim for water and sewer obligations at 43570 West Oaks Drive. Debtors' books and records do not reflect any obligation owed to claimant. Confirmed the same with claimant. |
| 11 | Columbia Cascade Plaza, LLC | 11984 | Jo-Ann Stores, LLC | 3/26/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$617.07<br>$0.00<br>$0.00<br>$314,748.09<br>$315,365.16 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$314,748.09<br>$314,748.09 | Claim asserts HVAC maintenance and repair during February- April 2025. HVAC repair and maintence is not an obligation under the lease and never has historically been paid. No liability. |
| 12 | COUNTY OF SACRAMENTO | 12003 | Jo-Ann Stores, LLC | 3/28/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$775.00<br>$0.00<br>$775.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a $775.00 priority claim under 507(a)(8) for a 2024 inspection fee ($100), re-inpsection fee ($75) and point of sale violation incurred in 2024 ($600) at Store #1568. Claim detail also asserts a $250.00 business license charge for a point of sale registration, which would have been incurred subsequent to store closure, but is not included in the claim. Not a tax claim; no liability. |
| 13 | DeShazor, Joya | 11542 | Jo-Ann Stores Support Center, Inc. | 4/5/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$27,053.88<br>$0.00<br>$27,053.88 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a priorty claim of $27,053.88 in goods purchased but not received. No documentation or support provided. Debtors' books and records do not reflect any amounts due and owing. |
| 14 | Englade, Gwendolyn Englade B | 3815 | JOANN Inc. | 3/20/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $200.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$200.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a $200 secured status claim for goods purchased, but not received. No documentation or support for claim was provided. Debtors' books and records do not reflect any obligation due and owing to claimant. |

JOANN Inc. Case No. 25-10068
22nd Omnibus Objection for Certain No Liability Claims
Schedule 1 - No Liability Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|---|----------------|---|--------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 15 | Gray, Melissa | 17908 | Jo-Ann Stores, LLC | 5/27/2025 | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $115.43 / GUC $0.00 / Total $115.43 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | Claim asserts $115.43 priorty claim for 7.45 hours not paid on 5/23/25 paycheck. These hours were added to her 6/6/25 paycheck. Thus, Debtor's books and records do not reflect any obligation due and owing to claimant. |
| 16 | Indiana Department of Revenue | 19828 | WeaveUp, Inc. | 8/12/2025 | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $2,949.16 / GUC $583.66 / Total $3,532.82 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $583.66 / Total $583.66 | | Claim asserts a $2,929.16 priority claim for Debtor WeaveUp employees. Business Closure form filed with the claimant reflecting no employees after 12/31/2023 and no taxes due. Thus, Debtors' books and records reflect no liability. |
| 17 | Inspectorio, Inc. | 11890 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00 / Admin $38,675.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $38,675.00 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | Claim asserts $38,675 adminstrative claim for future Quality Risk Management subscription. Agreement rejected on 4/30/2025; Invoice for 6/22/25 to 6/21/25 time period. Thus, invoice and claim is not a valid admin claim. |
| 18 | Jones, Jahson | 9835 | JOANN Inc. | 4/3/2025 | Secured $0.00 / Admin $194.84 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $194.84 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | Claim asserts $194.84 admin claim for "not working out of the box". Claimant is not a former employee. Thus, Debtors' books and records do not reflect any obligation to claimant. |
| 19 | Kolbow, Pam | 4059 | JOANN Inc. | 3/20/2025 | Secured $0.00 / Admin $2,282,025.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $2,282,025.00 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | Claimant asserts she was overcharged $52.18 on 2/28/25; date was incorrectly entered into the total amount of the claim. Post-petition receipts indicate "All Sales Final". Thus, Debtors' books and records do not reflect any outstanding obligation to claimant. |
| 20 | Lakewood Station LLC | 17627 | Jo-Ann Stores, LLC | 5/23/2025 | Secured $0.00 / Admin $159.18 / 503(b)(9) $0.00 / Priority $0.00 / GUC $167,085.81 / Total $167,244.99 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $167,085.81 / Total $167,085.81 | | Claim asserts $159.18 admin claim for May 2025 water bill. All utilites were paid via Engie. Thus, Debtors' books and records do not reflect any obligations due and owing to claimant. |
| 21 | Lee, Lisanne Magdaleno | 14973 | JOANN Inc. | 4/26/2025 | Secured $0.00 / Admin $833.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $833.00 | | Secured $0.00 / Admin $0.00 / 503(b)(9) $0.00 / Priority $0.00 / GUC $0.00 / Total $0.00 | | Claim asserts a $833.00 priority for unpaid sick time. Pursuant to California law, unused and unpaid sick time is not paid out upon termination in CA (unlike vaction or PTO) ; thus, Debtors' books and records do not reflect any obligations due and owing to claimant. |

Case 25-10068-CTG    Doc 2128-1    Filed 03/26/26    Page 5 of 9

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 22 | Lehman, Katrina | 15222 | JOANN Inc. | 4/26/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $928.00 priority for unpaid sick time.  Pursuant to California law, unused and  unpaid sick time is not paid out upon termination in CA (unlike vaction or PTO) ; thus, Debtors' books and records do not reflect any obligations due and owing to claimant. |
| | | | | | Admin | $928.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $928.00 | GUC | $928.00 | |
| | | | | | Total | $1,856.00 | Total | $928.00 | |
| 23 | Lewis, Dylan Star | 15038 | JOANN Inc. | 4/26/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $117.29 priority for unpaid sick time.  Pursuant to California law, unused and  unpaid sick time is not paid out upon termination in CA (unlike vaction or PTO) ; thus, Debtors' books and records do not reflect any obligations due and owing to claimant. |
| | | | | | Admin | $117.29 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $117.29 | Total | $0.00 | |
| 24 | Martinez, Adriana | 18643 | JOANN Inc. | 6/15/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $117.29 administrative claim; likely a former customer claim, but documentation or support provided.  Thus, Debtors' books and records do not reflect any obligations due and owing to claimant. |
| | | | | | Admin | $7.81 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $7.81 | Total | $0.00 | |
| 25 | MIAMI DADE OFFICE OF THE TAX COLLECTOR(BOURNE) | 20072 | Jo-Ann Stores, LLC | 9/15/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts $5,418.78 for ad valorem taxes.  Tax amount determined to be $4,013.59 and paid in November 2025.  Thus, Debtors' records do not reflect any obligation due and owing to claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $5,418.78 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,418.78 | Total | $0.00 | |
| 26 | MILLSAP, EFFERIN | 12401 | JOANN Inc. | 4/7/2025 | Secured | $0.00 | Secured | $0.00 | Unliquidated claim relates to a previously scheduled workers' compensation claim. Workers' comp claims continue to be handled and paid in the Debtors' normal business operations. Thus, no claim against JOANN Inc. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $0.00 | Total | $0.00 | |
| 27 | Mondry, Joyce | 10332 | Jo-Ann Stores, LLC | 4/1/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $1,600 priority claim for unpaid wages from Dec 2023; no documentation or support for the claim was provided . All wages have been paid in accordance with Debtors' payroll books and records. Thus, Debtors' books and records do not reflect any obligations to the claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $1,600.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $1,600.00 | Total | $0.00 | |
| 28 | Moss, Patricia | 11333 | JOANN Inc. | 4/1/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts $15,000 priority claim for unpaid wages; no documentation or support provided for the claim. All wages have been paid in accordance with Debtors' payroll books and records. Thus, Debtors' books and records do not reflect any obligations to the claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,000.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $15,000.00 | Total | $0.00 | |

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|---|---------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 29 | NM Taxation & Revenue Department | 17773 | Jo-Ann Stores, LLC | 5/27/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts $987.01 priorty claim pursuant to 507(a)(8) for "estimated tax and interest on nonfiled Corproate Income Tax... for tax years Dec22-Dec24." Deloitte review on November 6, 2025 and disagrees that any tax is owed. Thus, Debtors' books and records do not reflect any obligation to this claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $987.01 | Priority | $0.00 | |
| | | | | | GUC | $547.32 | GUC | $547.32 | |
| | | | | | Total | $1,534.33 | Total | $547.32 | |
| 30 | OCHOA, DEEISY | 16271 | JOANN Inc. | 5/7/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $15,150 priority claim for unpaid wage; no documentation or support for the claim was provided . All wages have been paid in accordance with Debtors' payroll books and records. Thus, Debtors' books and records do not reflect any obligations to the claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $15,150.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $15,150.00 | Total | $0.00 | |
| 31 | Orchard Yarn and Thread Company Inc | 560 | Needle Holdings LLC | 2/21/2025 | Secured | $5,259,270.00 | Secured | $0.00 | Claim asserts a $5,259,270 secured claim based on intellectual property per Senior Secured Super-Priority DIP Credit Agreement dated 3/19/2024. Debtors' books and records do not reflect any amount outstanding to this claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,259,270.00 | Total | $0.00 | |
| 32 | Palm Beach County Tax Collector | 1263 | JOANN Inc. | 3/3/2025 | Secured | $333.89 | Secured | $0.00 | Claim asserts a $333.89 claim for "2025 Estimated Tangible Taxes." Deloitte confirmed no tax due to claimant for 2025; thus, Debtors' books and records do not reflect any outstanding obligation due and owing to claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $333.89 | Total | $0.00 | |
| 33 | Parsons, Aaron | 16934 | Jo-Ann Stores, LLC | 5/16/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $1,019.49 priority claim is for accrued sick time, which is not paid out upon termination under Florida law; thus, Debtors' books and records do not reflect any obligations due and owing to claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $1,019.49 | Priority | $0.00 | |
| | | | | | GUC | $2,875.53 | GUC | $2,875.53 | |
| | | | | | Total | $3,895.02 | Total | $2,875.53 | |
| 34 | PBA II, LLC | 18713 | Jo-Ann Stores, LLC | 6/9/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $4,823.91 administrative and priority claim under 11U.S.C. Sections 365(d)(4)/503(b)/507(a)(2) for a 4/28/25 invoice for garbage collection. This expense is not a part of the lease; historically, this expense was never paid. Thus, according to the Debtors' book and records the administrative expense claim is not due and owing to the claimant. |
| | | | | | Admin | $4,823.91 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $394,334.84 | GUC | $394,334.84 | |
| | | | | | Total | $399,158.75 | Total | $394,334.84 | |
| 35 | Ramirez, Jose Alejandro | 10366 | JOANN Inc. | 4/1/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $3,913 priority claim for unpaid wages. Debtors' books and records indicate that all wages due and owing were paid in off-cycle check on 4/3/25. Accordingly, Debtors assert no admin or priority obligation remain to this claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $3,913.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $3,913.00 | Total | $0.00 | |

Case 25-10068-CTG    Doc 2128-1    Filed 03/26/26    Page 7 of 9

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Nature | Current Claim Amount | Modified Claim Nature | Modified Claim Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Ro, Queena | 15893 | JOANN Inc. | 5/5/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $52.90 admin claim for "goods sold"; no documentation or support for claim provided; thus, according to Debtors' books and records, there are no obligations due and owing to this claimant. |
| | | | | | Admin | $52.90 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $52.90 | Total | $0.00 | |
| 37 | Ross, Franklin J | 16141 | JOANN Inc. | 4/30/2025 | Secured | $99.90 | Secured | $0.00 | Claim asserts a $99.90 admin claim for order placed during "all sales final". Product was provided to claimant; accordingly, Debtors' books and records do not indicate any outstanding obligation due and owing to claimant. |
| | | | | | Admin | $99.90 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $99.90 | GUC | $99.90 | |
| | | | | | Total | $299.70 | Total | $99.90 | |
| 38 | Salas, Amy | 12831 | Jo-Ann Stores, LLC | 4/10/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $413.29 priority claim to pay claimant amounts that Debtors were statutorily required to pay, and paid, to the California State Disbaility Insurance Fund.  Accordingly, Debtors' books and records do not indicate any amount due and owing to claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $413.29 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $413.29 | Total | $0.00 | |
| 39 | Silver Lake Mall, LLC | 19450 | Jo-Ann Stores, LLC | 7/22/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $1,118.00 admin claim for utilities; Debtors' books and records indicate that utilities are not paid at this site pursuant to the lease. |
| | | | | | Admin | $1,118.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $100,842.47 | GUC | $100,842.47 | |
| | | | | | Total | $101,960.47 | Total | $100,842.47 | |
| 40 | Square One Partners, LLC | 19499 | Jo-Ann Stores, LLC | 7/18/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $11,986.19 admin claim for post-petition taxes, which Debtors' books and records indicate have been paid, and a utility bill that was paid directly to the utility; accordingly, Debtors' books and records indicate no admin amounts due and owing to claimant. |
| | | | | | Admin | $11,986.19 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $410,083.74 | GUC | $410,083.74 | |
| | | | | | Total | $422,069.93 | Total | $410,083.74 | |
| 41 | State of Delaware Division of Revenue | 85 | Jo-Ann Stores, LLC | 1/30/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $386,839.64 priority claim for unpaid gross receipts tax plus penalties and interest for 2023 and 2024. Deloitte confirmed that claim has been resolved; accordingly, Debtors' books and records do not indicate any admin amounts due and owing to claimant. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $386,839.64 | Priority | $0.00 | |
| | | | | | GUC | $50,880.37 | GUC | $50,880.37 | |
| | | | | | Total | $437,720.01 | Total | $50,880.37 | |

JOANN Inc. Case No. 25-10068
22nd Omnibus Objection for Certain No Liability Claims
Schedule 1 - No Liability Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|---|----------------|---|--------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 42 | Traverse City Light & Power (TCLP) | 7086 | JOANN Inc. | 3/27/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $693.98<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$693.98 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a $693.98 secured claim; Debtors' books and records confirmed that Debtors' made an overpayment, that this admin claim amount and claim has been credited to overpayment amount and claim has been resolved. |
| 43 | United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union | 8187 | Jo-Ann Stores, LLC | 3/27/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$1,013,314.06<br>$0.00<br>$213,255.19<br>$106,627.54<br>$1,333,196.79 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$106,627.54<br>$106,627.54 | Claim asserts a $1,013,314.06 admin claim and a $213,255.19 priority claim amount; Debtors' books and records indicat that all obligations to this union have been satisfied; accordingly, Debtors' books and records do not indicate any outstanding admin or priority obligations due and owing to this claimant. |
| 44 | VIITION (ASIA) LIMITED | 11916 | Jo-Ann Stores, LLC | 4/2/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$657,928.26<br>$0.00<br>$0.00<br>$5,234,604.34<br>$5,892,532.60 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$5,234,604.34<br>$5,234,604.34 | Claim asserts a $657,928.26 admin claim for goods received between Petition Date and February 26, 2025; Debtors' books and records indicate that these goods and respective containers were abandoned and/or returned to vendor. Accordingly, Debtors' books and records do not indicate any admin amounts due and owing to claimant. |
| 45 | Vizmeg Landscaping, Inc. | 11483 | Jo-Ann Stores, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$113,445.00<br>$0.00<br>$0.00<br>$36,159.07<br>$149,604.07 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$36,159.07<br>$36,159.07 | Claim asserts a $113,445.00 admin claim for goods received; Debtors' books and records indicate only pre-petition amounts remain outstanding. Accordingly, Debtors' books and records do not indicate any admin claim due and owing to claimant. |
| 46 | WILSON-HENSLEY, VICTORIA | 11917 | JOANN Inc. | 4/1/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$15,150.00<br>$0.00<br>$15,150.00 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a $15,150 priority claim for unpaid wages; claim lacks any documentation or support for claim; according to Debtors' books and records, all wages have been paid in accordance with Debtors' books and records. Accordingly, Debtors' books and records do not indicate any amounts due and owing to claimant. |
| 47 | Woodmont Criterion Slidell GP LLC | 651 | Jo-Ann Stores, LLC | 2/27/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $24,140.96<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$24,140.96 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts a $24,140.96 secured claim for post-petition rent, which Debtors' books and records indicate pre-rejection rent has been paid in full. Debtors' books and records further indicate post-petition rent properly paid on 3/17 via ACH, and admin portion is further setoff by 2024 CTI reconciliation that nets to a credit due to Debtors. MB - to add, majority of the claim amt is prepetition, remaining portion is Jan |
| 48 | Workday, Inc. | 8443 | Jo-Ann Stores, LLC | 4/2/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$87,360.39<br>$0.00<br>$87,360.39<br>$0.00<br>$174,720.78 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00<br>$0.00 | Claim asserts $87,360.39 admin and priority claim; claim was negotiated and resolved by the Plan Administrator and counsel for claimant; Counsel (Katie Verburgt Allare) confirmed that claim should be withdrawn. |

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|-----------|---------------|---|----------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 49 | Workday, Inc. | 19763 | Jo-Ann Stores, LLC | 8/6/2025 | Secured | $0.00 | Secured | $0.00 | Claim asserts a $103,538.24 admin claim; claim has been successfully negotiated with claimants counsel; Counsel (Katie Verburgt Allare) confirmed that claim should be withdrawn. |
| | | | | | Admin | $103,538.24 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $103,538.24 | Total | $0.00 | |