## Schedule 1

**Late Filed Claims**

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for Objection |
|---|------|--------------|--------|------------|----------------------|------------------------|-----------------|---------------------|
| 1 | Brettschneider, Jennifer | 20561 | Jo-Ann Stores, LLC | 1/19/2026 | $25.00 | Asserted priority amount. | $0.00 | Gift Card Claim. Claim was filed after the applicable Bar Date. |
| 2 | Carr, Danielle Ashlee | 20568 | JOANN Inc. | 1/20/2026 | $50.00 | Asserted secured amount. | $0.00 | Gift Card Claim. Claim was filed after the applicable Bar Date. |
| 3 | Loyalty and Family Forever LLC | 20567 | JOANN Inc. | 1/20/2026 | $600,000.00 | Asserted secured amount. | $0.00 | Claim was filed after the applicable Bar Date. |
| 4 | McNulty, Frances | 20582 | JOANN Inc. | 1/27/2026 | $50.00 | Asserted secured amount. | $0.00 | Gift Card Claim. Claim was filed after the applicable Bar Date. |
| 5 | Union County Tax Administration | 20572 | JOANN Inc. | 1/22/2026 | $1,946.00 | Asserted priority amount. | $0.00 | Business tax claim. Claim was filed after the applicable Bar Date. |
| 6 | VanSchaick, Michelle Patricia | 20484 | JOANN Inc. | 12/31/2025 | $50.00 | Asserted secured amount. | $0.00 | Gift Card Claim. Claim was filed after the applicable Bar Date. |