## Schedule 1

**No Administrative Liability Claims**

JOANN Inc. Case No. 25-10068
28th Omnibus Objection for Certain Paid/No Liability Claims
Schedule 1 - No Liability Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|-----------|---------------|---|----------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | ARG OTOWEKY001, LLC | 18740 | Jo-Ann Stores, LLC | 6/16/2025 | Secured $0.00<br>Admin $2,367.48<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $224,589.39<br>Total $226,956.87 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $224,589.39<br>Total $224,589.39 | | Claimant and Plan Administrator agreed to the amount of the administrative expense liability. On or about February 19, 2026, the Plan Administrator paid the agreed upon amount via ACH. Thus, from an administrative/secured/priority claim perspective, no liability remains outstanding. |
| 2 | Birch Run Station, LLC | 18936 | Jo-Ann Stores, LLC | 6/22/2025 | Secured $0.00<br>Admin $39,966.71<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $1,704,182.37<br>Total $1,784,115.79 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $1,704,182.37<br>Total $1,704,182.37 | | Claimant filed three claims (Claim Nos. 10070, 10413, and this claim 18936). The first two claims have been expunged. The administrative portion of Claim No. 18936 has been satisfied on January 31, 2026. Thus, from an administrative/secured/priority claim perspective, no liability remains outstanding. |
| 3 | City of Grapevine | 377 | Jo-Ann Stores, LLC | 1/23/2025 | Secured $2,681.07<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $2,681.07 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | This claim is for certain ad valorem taxes. Deloitte confirmed that 2024 taxes were paid in January 2025 ($1,276.70) and 2025 taxes ($1,255.86) were paid on November 24, 2025 via Check No. 87061613. Thus, from an administrative/secured/priority claim perspective, no liability remains outstanding. |
| 4 | County of Orange Treasurer - Tax Collector | 7480 | Jo-Ann Stores, LLC | 3/26/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $53,675.72<br>GUC $0.00<br>Total $53,675.72 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | Tax amount was paid on January 21, 2026. Thus, no administrative or priority liability remains outstanding. |
| 5 | Daane's Development Company | 19484 | Jo-Ann Stores, LLC | 7/18/2025 | Secured $0.00<br>Admin $24,038.11<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $294,082.80<br>Total $318,120.91 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $294,082.80<br>Total $294,082.80 | | Landlord and Plan Administrator resolved administrative claim amount by reviewing supporting documentation and applying escrowed amounts. On February 11, 2026, claimant agreed to amount outstanding ($15,849.25) which was paid on February 20, 2026. Thus, no administrative expense liability remains outstanding. |
| 6 | DCTN3 509 Panama City FL, LLC | 20222 | JOANN Inc. | 10/16/2025 | Secured $0.00<br>Admin $57,951.04<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $132,686.96<br>Total $190,638.00 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $132,686.96<br>Total $132,686.96 | | Claimant and Plan Administrator agreed to the amount of the administrative expense liability ($25,764.62), which amount has been paid. The remainder of the asserted administrative expense claim is invalid. Thus, from an administrative/secured/priority claim perspective, no liability remains outstanding. |
| 7 | Plano Independent School District | 399 | Jo-Ann Stores, LLC | 1/23/2025 | Secured $14,126.78<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $14,126.78 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | Claim relates to estimated ad valorem tax obligations. Actual tax amount was paid on November 24, 2025 (Check No. 87062056) in the amount of $5,099.07. Thus, no administrative/secured/priority expense liability remains outstanding. |

Case 25-10068-CTG  Doc 2130-1  Filed 03/26/26  Page 3 of 3

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|------------|---------------|---|----------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 8 | Texas Comptroller of Public Accounts | 19927 | Creativebug, LLC | 8/25/2025 | Secured $0.00<br>Admin $124,571.56<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $124,571.56 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | Claim is for oustanding 2025 franchise tax. Claim has been resolved. On February 9, 2026, Claimant send Kroll an email seeking to withdraw Claim No. 19927. Claims register has not yet been updated. Thus, from an administrative claim perspective, no liability remains outstanding. |
| 9 | Vestar DRM-OPCO, L.L.C. | 19497 | Jo-Ann Stores, LLC | 7/18/2025 | Secured $0.00<br>Admin $4,694.64<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $1,224,192.71<br>Total $1,228,887.35 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $1,224,192.71<br>Total $1,224,192.71 | | Claimant and Plan Administrator resolved dispute regarding fixed CAM increases and agreed on the amount ($2,904.66) due, which subsequently was paid. Thus, from an administrative claim perspective, no liability remains outstanding. |
| 10 | Von Karman Plaza, LLC | 10695 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $70,855.61<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $35,623.00<br>Total $106,478.61 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $35,623.00<br>Total $35,623.00 | | Claimant and Plan Administrator resolved dispute regarding the amount ($42,705.91) due, which subsequently was paid. Thus, from an administrative claim perspective, no liability remains outstanding. |
| 11 | WOO Jin Corp./SUYEON KIM | 15909 | JOANN Inc. | 5/2/2025 | Secured $0.00<br>Admin $360,630.67<br>503(b)(9) $360,630.67<br>Priority $0.00<br>GUC $0.00<br>Total $721,261.34 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | Claim contends to amend Claim No. 172. In this claim, Claimant separately asserted the same claim amount ($360,630.67) as a priority claim AND a 503(b)(9) claim. The claim is a proper 503(b)(9) amount, which portion was satisfied by the Plan Administrator. Thus, from an administrative claim perspective, no liability remains outstanding. Additionally, Claim Nos. 172 and 15924, each also filed by Claimant related to the same liabilities asserted in this Claim No. 15909, have already have been expunged. |
| 12 | WRD Hanover, LP | 19106 | Jo-Ann Stores, LLC | 6/30/2025 | Secured $0.00<br>Admin $9,579.95<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $166,881.08<br>Total $176,461.03 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $166,881.08<br>Total $166,881.08 | | Admin claim was for January rent, utilities, and real estate taxes. Claimant and Plan Administrator resolved the amount due and it was paid in February 2026. Thus, from an administrative claim perspective, no liability remains outstanding. |