## EXHIBIT A

**Smart Match Logs**

```
avi_oron@mautic-1-vm:/home/joann-sftp/share$ ls -lt | head -n 40
total 4756724
-rw-r--r-- 1 joann-sftp sftpusers     74813 May  8 2025
smart_match-20250507.json.gz
-rw-r--r-- 1 joann-sftp sftpusers     74799 May  8 2025
smart_match-20250508.json.gz
-rw-r--r-- 1 joann-sftp sftpusers  19996427 May  8 2025
productextract-20250508.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19993602 May  7 2025
productextract-20250507.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19982399 May  6 2025
productextract-20250506.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19969098 May  5 2025
productextract-20250505.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19992747 May  4 2025
productextract-20250504.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19960729 May  3 2025
productextract-20250503.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19982889 May  2 2025
productextract-20250502.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19963810 May  1 2025
productextract-20250501.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19964741 Apr 30 2025
productextract-20250430.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers 161744618 Apr 29  2025 productextract-20250429.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161744608 Apr 28  2025 productextract-20250428.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161744612 Apr 27  2025 productextract-20250427.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161744610 Apr 26  2025 productextract-20250426.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161744427 Apr 25  2025 productextract-20250425.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161745583 Apr 24  2025 productextract-20250424.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161745582 Apr 23  2025 productextract-20250423.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749376 Apr 22  2025 productextract-20250422.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749373 Apr 21  2025 productextract-20250421.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749351 Apr 20  2025 productextract-20250420.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749367 Apr 19  2025 productextract-20250419.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161748296 Apr 18  2025 productextract-20250418.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161748330 Apr 17  2025 productextract-20250417.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161748295 Apr 16  2025 productextract-20250416.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749598 Apr 15  2025 productextract-20250415.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749609 Apr 14  2025 productextract-20250414.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749421 Apr 13  2025 productextract-20250413.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749416 Apr 12  2025 productextract-20250412.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161751200 Apr 11  2025 productextract-20250411.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161751211 Apr 10  2025 productextract-20250410.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161754669 Apr  9  2025 productextract-20250409.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161756216 Apr  8  2025 productextract-20250408.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161756093 Apr  7  2025 productextract-20250407.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161756085 Apr  6  2025 productextract-20250406.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161756081 Apr  5  2025 productextract-20250405.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161755690 Apr  4  2025 productextract-20250404.tsv
```

```
-rw-r--r-- 1 joann-sftp sftpusers 161759545 Apr  3  2025 productextract-20250403.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161755319 Apr  2  2025 productextract-20250402.tsv
avi_oron@mautic-1-vm:/home/joann-sftp/share$
```

# EXHIBIT B

## Advertising Screenshots



**Analytics** | Ribblr apps / Ribblr apps

🔍 Try searching "path analysis"

## 📋 Variables ✕

EXPLORATION NAME:
Joann Ads visibility

[Custom]
1 Jan - 30 Jun 2025 ▾

SEGMENTS ➕

⠿ US

⠿ Direct traffic 👥

⠿ Paid traffic 👥

⠿ Mobile traffic 👥

⠿ Tablet traffic 👥

DIMENSIONS ➕

⠿ Month

⠿ Event name

⠿ ad_vendor

METRICS ➕

⠿ Event count

## ⚙️ Settings ✕

COLUMNS

┊ ➕ Drop or select
┊     dimension

START COLUMN GROUP

1

SHOW COLUMN GROUPS

5 ▾

VALUES

⠿ Event count

┊ ➕ Drop or select metric

CELL TYPE

Plain text ▾

FILTERS

Event name contains
ad_visible

ad_vendor contains
Joann

➕ Drop or select
   dimension or metric

## ✏️ Joann Ads2025 ▾ ➕

| ↑ | Month | Event count |
|---|---|---|
| | **Totals** | **13,361,022** |
| 1 | 01 | 3,479,323 |
| 2 | 02 | 3,217,844 |
| 3 | 03 | 3,390,460 |
| 4 | 04 | 3,225,231 |
| 5 | 05 | 48,122 |
| 6 | 06 | 2 |

2025 Monthly totals of impressions from Ribblr's website.



JoAnn advertisement on Ribblr's website.

**wayback-JOANN.com-25March25.png**



**JOANN-ads-Ribblr-27Mar2025.png**



**wayback-JOANN.com-29Apr25_converted.png**



**JOANN-ads-Ribblr-23Apr2025.png**



**wayback-Joann.com-1June2025.png**



**Joann.com-31May2025.png**



## Important Notice: Beware of Fake JOANN Websites

As of Wednesday, March 5th, purchases on JOANN.com have been disabled. There are no other authorized JOANN shopping websites. Please see your local store for all your crafting needs. Inventory varies by location.

**Store Locator**













## EXHIBIT C

## Oron Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 2091** |

**DECLARATION OF SAAR ORON IN SUPPORT OF RESPONSE OF RIBBLR, LTD. TO PLAN ADMINISTRATOR'S THIRTIETH (SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (RECLASSIFIED CLAIMS, OVERSTATED CLAIMS, AND NO LIABILITY CLAIMS)**

I, Saar Oron, hereby declare under penalty of perjury:

1.      I am the Chief Executive Officer of Ribblr, Ltd. ("**Ribblr**," or the "**Claimant**"), a Limited Company organized under the laws of the United Kingdom, with its principal place of business in 4th Floor, 18 St Cross Street, London, EC1N 8UN, UK.

2.      I have been the Chief Executive Officer of Ribblr since June of 2020.

3.      I am over 18 years of age and am competent to make this declaration (the "**Declaration**") in support of the Response of Ribblr, Ltd. and testify to the facts set forth herein.[2]

4.      I submit this Declaration in support of the Response to the Plan Administrator's Thirtieth (Substantive) Objection.

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]     Terms not defined herein shall have the meaning given to them in the Response.

5.      On July 30, 2023, Ribblr and JoAnn entered into an initial service agreement, establishing a foundational business relationship covering digital advertising, technology services, and promotional activities.

6.      On October 1, 2024, Ribblr and JoAnn entered into the Agreement.  The Agreement superseded the July 30, 2023, agreement, broadened the scope of the services Ribblr was to provide, and incorporated the Smart Match Program, among other things.

7.      On December 20, 2024, Ribblr and JoAnn executed the Statement of Work No. 1 to Service Agreement.  Pursuant to the SOW, Ribblr was to provide a free premium pattern to customers who purchased $25 or more of yarn from JoAnn (either in-store or online) in a single purchase.  Ribblr was to receive a ▮▮▮ commission for each premium pattern provided.  This campaign generated over $1 million for JoAnn.

8.      Ribblr also provided digital advertising services to JoAnn, and JoAnn was also provided with access to and use of Ribblr's Smart Match Program.

9.      JoAnn continued to use Ribblr's proprietary software, the Smart Match Program, after the Petition Date, and after March 5, 2025.  JoAnn also continued to use Ribblr's digital advertising services after the Petition Date, and after March 5, 2025.  Specifically, JoAnn sent Ribblr a catalog, and Ribblr would match this catalog with yarn patterns.

10.      After March 5, 2025, JoAnn was still operational and Ribblr continued to promote liquidation sales and drive customers to physical JoAnn stores.  JoAnn placed advertisements on Ribblr's website, promoting their GOB sales.  These advertisements (and marketing emails Ribblr sent about the sales) led to hundreds of thousands of impressions for JoAnn's going-out-of-business sales.  Ribblr was (and is) entitled to ▮▮▮ per thousand impressions, capped at

- 3 -

████████ per month.  The monthly impressions for March and April 2025 exceeded the capped amount.

11.     On May 2, 2025, Ribblr filed the Claim in the total amount of $633,697.84, of which a portion of the Claim ($199,257.47) was asserted as an administrative expense claim.

Dated: March 16, 2026

/s/ Saar Oron
Saar Oron
Chief Executive Officer

# <u>Exhibit D</u>

# Invoices and Other Support



# INVOICE

Jo-Ann Stores, LLC
5555 Darrow Road
Hudson
Ohio
44236
USA

**Invoice Date**
30 Apr 2025

**Invoice Number**
INV-0192

**Reference**
SERVICE AGREEMENT -
24-10-01

**VAT Number**
448405485

RIBBLR LTD
4th Floor
18 St. Cross Street
London
EC1N8UN
UNITED KINGDOM

| Description | Quantity | Unit Price | VAT | Amount USD |
|---|---|---|---|---|
| ██████████ Apr 2025 | ██████ | ██████ | No VAT | 21,000.00 |
| ██████████ Apr 2025 | █████ | ██████ | No VAT | 21,000.00 |
| | | | Subtotal | 42,000.00 |
| | | | TOTAL  NO VAT | 0.00 |
| | | | **TOTAL USD** | 42,000.00 |

**Due Date: 30 Jun 2025**
ACH bank payments (USD only):

Account name: RIBBLR LTD
Bank account number: ███████
ACH routing number: ███████
Bank name: Community Federal Savings Bank
Account type: Checking
Bank address:
89-16 Jamaica Ave
Woodhaven, NY
11421

Company Registration No: 12683675. Registered Office: 4th Floor, 18 St. Cross Street, London, EC1N 8UN, United Kingdom.



# INVOICE

Jo-Ann Stores, LLC
5555 Darrow Road
Hudson
Ohio
44236
USA

**Invoice Date**
1 Apr 2025

**Invoice Number**
INV-0177

**Reference**
SERVICE AGREEMENT -
24-10-01

**VAT Number**
448405485

RIBBLR LTD
4th Floor
18 St. Cross Street
London
EC1N8UN
UNITED KINGDOM

| Description | Quantity | Unit Price | VAT | Amount USD |
|---|---|---|---|---|
| ███████ <br> 1 Mar to 31 Mar | ████ | █████ | No VAT | 21,000.00 |
| ████████████ <br> 1 Mar to 5 Mar <br> ███████████ | ████ | ████ | No VAT | 422.13 |
| ██████████ <br> Mar 2025 | ████ | █████ | No VAT | 21,000.00 |
| | | | Subtotal | 42,422.13 |
| | | | TOTAL  NO VAT | 0.00 |
| | | | **TOTAL USD** | 42,422.13 |

**Due Date: 1 Jun 2025**
ACH bank payments (USD only):

Account name: RIBBLR LTD
Bank account number: █████████
ACH routing number: ██████
Bank name: Community Federal Savings Bank
Account type: Checking
Bank address:
89-16 Jamaica Ave
Woodhaven, NY
11421

Company Registration No: 12683675.  Registered Office: 4th Floor, 18 St. Cross Street, London, EC1N 8UN, United Kingdom.

## <u>EXHIBIT A</u>

**Smart Match Logs**

```
avi_oron@mautic-1-vm:/home/joann-sftp/share$ ls -lt | head -n 40
total 4756724
-rw-r--r-- 1 joann-sftp sftpusers     74813 May  8  2025
smart_match-20250507.json.gz
-rw-r--r-- 1 joann-sftp sftpusers     74799 May  8  2025
smart_match-20250508.json.gz
-rw-r--r-- 1 joann-sftp sftpusers  19996427 May  8  2025
productextract-20250508.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19993602 May  7  2025
productextract-20250507.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19982399 May  6  2025
productextract-20250506.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19969098 May  5  2025
productextract-20250505.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19992747 May  4  2025
productextract-20250504.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19960729 May  3  2025
productextract-20250503.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19982889 May  2  2025
productextract-20250502.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19963810 May  1  2025
productextract-20250501.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers  19964741 Apr 30  2025
productextract-20250430.tsv.gz
-rw-r--r-- 1 joann-sftp sftpusers 161744618 Apr 29  2025 productextract-20250429.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161744608 Apr 28  2025 productextract-20250428.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161744612 Apr 27  2025 productextract-20250427.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161744610 Apr 26  2025 productextract-20250426.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161744427 Apr 25  2025 productextract-20250425.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161745583 Apr 24  2025 productextract-20250424.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161745582 Apr 23  2025 productextract-20250423.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749376 Apr 22  2025 productextract-20250422.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749373 Apr 21  2025 productextract-20250421.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749351 Apr 20  2025 productextract-20250420.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749367 Apr 19  2025 productextract-20250419.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161748296 Apr 18  2025 productextract-20250418.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161748330 Apr 17  2025 productextract-20250417.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161748295 Apr 16  2025 productextract-20250416.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749598 Apr 15  2025 productextract-20250415.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749609 Apr 14  2025 productextract-20250414.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749421 Apr 13  2025 productextract-20250413.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161749416 Apr 12  2025 productextract-20250412.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161751200 Apr 11  2025 productextract-20250411.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161751211 Apr 10  2025 productextract-20250410.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161754669 Apr  9  2025 productextract-20250409.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161756216 Apr  8  2025 productextract-20250408.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161756093 Apr  7  2025 productextract-20250407.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161756085 Apr  6  2025 productextract-20250406.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161756081 Apr  5  2025 productextract-20250405.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161755690 Apr  4  2025 productextract-20250404.tsv
```

```
-rw-r--r-- 1 joann-sftp sftpusers 161759545 Apr  3  2025 productextract-20250403.tsv
-rw-r--r-- 1 joann-sftp sftpusers 161755319 Apr  2  2025 productextract-20250402.tsv
avi_oron@mautic-1-vm:/home/joann-sftp/share$
```

## EXHIBIT B

**Advertising Screenshots**



**Analytics** | Ribblr apps
**Ribblr apps**

🔍 Try searching "path analysis"

### 📄 Variables ✕

**EXPLORATION NAME:**
Joann Ads visibility

Custom
1 Jan - 30 Jun 2025 ▾

**SEGMENTS** +

⠿ US

⠿ Direct traffic 👥

⠿ Paid traffic 👥

⠿ Mobile traffic 👥

⠿ Tablet traffic 👥

**DIMENSIONS** +

⠿ Month

⠿ Event name

⠿ ad_vendor

**METRICS** +

⠿ Event count

### ⚙ Settings ✕

**COLUMNS**

┆ + Drop or select
┆   dimension

**START COLUMN GROUP**

1

**SHOW COLUMN GROUPS**

5 ▾

**VALUES**

⠿ Event count

┆ + Drop or select metric

**CELL TYPE**

Plain text ▾

**FILTERS**

Event name contains
ad_visible

ad_vendor contains
Joann

+ Drop or select
  dimension or metric

### ✏ Joann Ads2025 ▾   +

| ↑ | Month | Event count |
|---|---|---|
|  | **Totals** | **13,361,022** |
| 1 | 01 | 3,479,323 |
| 2 | 02 | 3,217,844 |
| 3 | 03 | 3,390,460 |
| 4 | 04 | 3,225,231 |
| 5 | 05 | 48,122 |
| 6 | 06 | 2 |

2025 Monthly totals of impressions from Ribblr's website.



JoAnn advertisement on Ribblr's website.

**wayback-JOANN.com-25March25.png**



**JOANN-ads-Ribblr-27Mar2025.png**



**wayback-JOANN.com-29Apr25_converted.png**



**JOANN-ads-Ribblr-23Apr2025.png**



**wayback-Joann.com-1June2025.png**



## Joann.com-31May2025.png



All Sales Final. Visit your local store - Inventory varies by location.
**Find a Store**

Bar Date Notice  **See Details**

All | What can we help you find? | Select a Store | Sign In

### Important Notice: Beware of Fake JOANN Websites

As of Wednesday, March 5th, purchases on JOANN.com have been disabled. There are no other authorized JOANN shopping websites. Please see your local store for all your crafting needs. Inventory varies by location.

**Store Locator**













# EXHIBIT C

## Oron Declaration

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 2091** |

**DECLARATION OF SAAR ORON IN SUPPORT OF RESPONSE OF RIBBLR, LTD. TO PLAN ADMINISTRATOR'S THIRTIETH (SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (RECLASSIFIED CLAIMS, OVERSTATED CLAIMS, AND NO LIABILITY CLAIMS)**

I, Saar Oron, hereby declare under penalty of perjury:

1.    I am the Chief Executive Officer of Ribblr, Ltd. ("**Ribblr**," or the "**Claimant**"), a Limited Company organized under the laws of the United Kingdom, with its principal place of business in 4th Floor, 18 St Cross Street, London, EC1N 8UN, UK.

2.    I have been the Chief Executive Officer of Ribblr since June of 2020.

3.    I am over 18 years of age and am competent to make this declaration (the "**Declaration**") in support of the Response of Ribblr, Ltd. and testify to the facts set forth herein.[2]

4.    I submit this Declaration in support of the Response to the Plan Administrator's Thirtieth (Substantive) Objection.

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Terms not defined herein shall have the meaning given to them in the Response.

5.      On July 30, 2023, Ribblr and JoAnn entered into an initial service agreement, establishing a foundational business relationship covering digital advertising, technology services, and promotional activities.

6.      On October 1, 2024, Ribblr and JoAnn entered into the Agreement.  The Agreement superseded the July 30, 2023, agreement, broadened the scope of the services Ribblr was to provide, and incorporated the Smart Match Program, among other things.

7.      On December 20, 2024, Ribblr and JoAnn executed the Statement of Work No. 1 to Service Agreement.  Pursuant to the SOW, Ribblr was to provide a free premium pattern to customers who purchased $25 or more of yarn from JoAnn (either in-store or online) in a single purchase.  Ribblr was to receive a ▮▮▮ commission for each premium pattern provided.  This campaign generated over $1 million for JoAnn.

8.      Ribblr also provided digital advertising services to JoAnn, and JoAnn was also provided with access to and use of Ribblr's Smart Match Program.

9.      JoAnn continued to use Ribblr's proprietary software, the Smart Match Program, after the Petition Date, and after March 5, 2025.  JoAnn also continued to use Ribblr's digital advertising services after the Petition Date, and after March 5, 2025.  Specifically, JoAnn sent Ribblr a catalog, and Ribblr would match this catalog with yarn patterns.

10.     After March 5, 2025, JoAnn was still operational and Ribblr continued to promote liquidation sales and drive customers to physical JoAnn stores.  JoAnn placed advertisements on Ribblr's website, promoting their GOB sales.  These advertisements (and marketing emails Ribblr sent about the sales) led to hundreds of thousands of impressions for JoAnn's going-out-of-business sales.  Ribblr was (and is) entitled to ▮▮▮ per thousand impressions, capped at

- 3 -

██████████ per month.  The monthly impressions for March and April 2025 exceeded the capped amount.

11.     On May 2, 2025, Ribblr filed the Claim in the total amount of $633,697.84, of which a portion of the Claim ($199,257.47) was asserted as an administrative expense claim.

Dated: March 16, 2026                                  /s/ Saar Oron
                                                                 Saar Oron
                                                                 Chief Executive Officer

# <u>Exhibit D</u>

# Invoices and Other Support

# Ribblr

# INVOICE

Jo-Ann Stores, LLC
5555 Darrow Road
Hudson
Ohio
44236
USA

**Invoice Date**
30 Apr 2025

**Invoice Number**
INV-0192

**Reference**
SERVICE AGREEMENT -
24-10-01

**VAT Number**
448405485

RIBBLR LTD
4th Floor
18 St. Cross Street
London
EC1N8UN
UNITED KINGDOM

| Description | Quantity | Unit Price | VAT | Amount USD |
|---|---|---|---|---|
| ▇▇▇▇▇▇<br>Apr 2025 | ▇▇▇ | ▇▇▇ | No VAT | 21,000.00 |
| ▇▇▇▇▇▇<br>Apr 2025 | ▇▇▇ | ▇▇▇ | No VAT | 21,000.00 |
| | | | Subtotal | 42,000.00 |
| | | | TOTAL  NO VAT | 0.00 |
| | | | **TOTAL USD** | 42,000.00 |

**Due Date: 30 Jun 2025**
ACH bank payments (USD only):

Account name: RIBBLR LTD
Bank account number: ▇▇▇▇▇
ACH routing number: ▇▇▇▇▇
Bank name: Community Federal Savings Bank
Account type: Checking
Bank address:
89-16 Jamaica Ave
Woodhaven, NY
11421

Company Registration No: 12683675.  Registered Office: 4th Floor, 18 St. Cross Street, London, EC1N 8UN, United Kingdom.



# INVOICE

Jo-Ann Stores, LLC
5555 Darrow Road
Hudson
Ohio
44236
USA

**Invoice Date**
1 Apr 2025

**Invoice Number**
INV-0177

**Reference**
SERVICE AGREEMENT -
24-10-01

**VAT Number**
448405485

RIBBLR LTD
4th Floor
18 St. Cross Street
London
EC1N8UN
UNITED KINGDOM

| Description | Quantity | Unit Price | VAT | Amount USD |
|---|---|---|---|---|
| ███████ <br> 1 Mar to 31 Mar | ████ | ████ | No VAT | 21,000.00 |
| █████████ <br> 1 Mar to 5 Mar <br> ████████ | ████ | ███ | No VAT | 422.13 |
| ████████ <br> Mar 2025 | ████ | ████ | No VAT | 21,000.00 |
| | | | Subtotal | 42,422.13 |
| | | | TOTAL  NO VAT | 0.00 |
| | | | **TOTAL USD** | **42,422.13** |

**Due Date: 1 Jun 2025**
ACH bank payments (USD only):

Account name: RIBBLR LTD
Bank account number: ██████
ACH routing number: █████
Bank name: Community Federal Savings Bank
Account type: Checking
Bank address:
89-16 Jamaica Ave
Woodhaven, NY
11421

Company Registration No: 12683675.  Registered Office: 4th Floor, 18 St. Cross Street, London, EC1N 8UN, United Kingdom.

| Invoice Number | Invoice Amount | Asserted 503(b)(1) Amount in Proof of Claim | Actual 503(b)(1) Total | Description of Services Included in Actual 503(b)(1) Total |
|---|---|---|---|---|
| 0156 | $45,329.77 | $24,858.26 | $24,858.26 | digital advertising and Smart Match Program from 01/15/25- 01/31/25 |
| 0165 | $44,092.08 | $44,092.08 | $44,092.08 | digital advertising and Smart Match Program from 02/01/25 - 02/28/25 |
| 0166 | $47,285.00 | $47,285.00 | $42,467.50 | postpetition redemptions from 01/15/25 - 03/24/25 |
| 0177 | $42,422.13 | $42,422.13 | $42,022.13 | digital advertising and Smart Match Program from 03/01/25 - 03/31/25 |
| 0192 | $42,000.00 | $40,600.00 | $40,600.00 | digital advertising and Smart Match Program from 04/01/25 - 04/29/25 |
| Totals: | $221,128.98 | $199,257.47 | $194,039.97 | |

| Invoice Number | Invoice Amount | Asserted 503(b)(1) Amount in Proof of Claim | Actual 503(b)(1) Total | Description of Services Included in Actual 503(b)(1) Total |
|---|---|---|---|---|
| 0156 | $45,329.77 | $24,858.26 | $24,858.26 | digital advertising and Smart Match Program from 01/15/25- 01/31/25 |
| 0165 | $44,092.08 | $44,092.08 | $44,092.08 | digital advertising and Smart Match Program from 02/01/25 - 02/28/25 |
| 0166 | $47,285.00 | $47,285.00 | $42,467.50 | postpetition redemptions from 01/15/25 - 03/24/25 |
| 0177 | $42,422.13 | $42,422.13 | $42,022.13 | digital advertising and Smart Match Program from 03/01/25 - 03/31/25 |
| 0192 | $42,000.00 | $40,600.00 | $40,600.00 | digital advertising and Smart Match Program from 04/01/25 - 04/29/25 |
| Totals: | $221,128.98 | $199,257.47 | $194,039.97 | |