## CERTIFICATE OF SERVICE

I, Mark L. Desgrosseilliers, hereby certify that, on March 26, 2026, I caused a true and correct copy of the *Motion of Ribblr, Ltd. for Entry of an Order Authorizing Ribblr, Ltd. to File Redacted Response to the Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Claims (Reclassified Claims, Overstated Claims, And No Liability Claims)* to be served (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, (ii) on the parties listed below in the manner so indicated, and (iii) and via First Class Mail on the parties listed on the attached Core/2002 Service List.

| **Via Hand Delivery and Email** | **Via Hand Delivery and Email** |
|---|---|
| COLE SCHOTZ P.C. <br> Patrick J. Reilley, Esq. <br> Stacy L. Newman, Esq. <br> Jack M. Dougherty, Esq. <br> Michael E. Fitzpatrick, Esq. <br> 500 Delaware Avenue, Suite 600 <br> Wilmington, Delaware 19801 <br> preilley@coleschotz.com <br> snewman@coleschotz.com <br> jdougherty@coleschotz.com <br> mfitzpatrick@coleschotz.com | Timothy J. Fox, Esq. <br> Malcolm M. Bates, Esq. <br> United States Department of Justice <br> Office of the United States Trustee <br> J. Caleb Boggs Federal Building <br> 844 N. King Street, Room 2207, Lockbox 35 <br> Wilmington, DE 19801 <br> Timothy.Fox@usdoj.gov <br> Malcolm.bates@usdoj.gov |
| **Via Federal Express and Email** <br> HAHN LOESER & PARKS LLP <br> Christopher B. Wick, Esq. <br> Philip K. Stovall, Esq. <br> 200 Public Square, Suite 2800 <br> Cleveland, Ohio 44114 <br> cwick@hahnlaw.com <br> pstovall@hahnlaw.com | |

Dated: March 26, 2026

CHIPMAN BROWN CICERO & COLE, LLP

*/s/ Mark L. Desgrosseilliers*

Mark L. Desgrosseilliers (No. 4083)