**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | **Re: Docket No. 2084** |

**CERTIFICATION OF COUNSEL REGARDING PLAN**
**ADMINISTRATOR'S TWENTY-NINTH (SUBSTANTIVE) OMNIBUS**
**OBJECTION TO CERTAIN REDUCED AND RECLASSIFIED CLAIMS**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1.      On March 3, 2026, the *Plan Administrator's Twenty-Ninth (Substantive) Omnibus Objection to Certain Reduced and Reclassified Claims* [Docket No. 2084] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").  Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection (the "Proposed Order").

2.      Pursuant to the notice of the Objection, the deadline to file a response to the Objection was March 24, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3.      Prior to the Response Deadline, Crimson 1031 Portfolio, LLC ("Crimson") informally responded to the Objection and Proposed Order (the "Informal Response").

4.      The other claimant listed on the Objection did not respond to the Objection.

---

[1]      The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

5.      The Informal Response from Crimson to the Objection and Proposed Order has been resolved.

6.      The Plan Administrator agreed with Crimson to remove Crimson's claim from the revised Proposed Order.  The Plan Administrator and Crimson agreed that the treatment of Crimson's claim be updated and recorded on the claims register maintained by the Court-appointed claims agent in this case, Kroll Restructuring Administration LLC.

7.      A revised Proposed Order implementing the change referenced in this certification of counsel is attached hereto as **Exhibit A** (the "Revised Proposed Order").

8.      A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

9.      The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: March 27, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:         preilley@coleschotz.com
               snewman@coleschotz.com
               jdougherty@coleschotz.com
               mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:         cwick@hahnlaw.com
               pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*