## Schedule 1

**Fully Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Fifth Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Arapahoe County Treasurer | 1316 | JOANN Inc. | 3/3/2025 | Secured | $21,875.99 | Secured | $0.00 | The claim was asserted as a secured claim based on personal property taxes for 2024/2025.  Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $21,875.99 | Total | $0.00 | |
| 2 | Benton County WA Treasurer | 20059 | Jo-Ann Stores, LLC | 9/10/2025 | Secured | $3,584.96 | Secured | $0.00 | The claim was asserted as, or determined to be, only a secured and priority claim based on real property and/or personal property taxes.  Based on the Debtors' rator's books and records, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $6,432.91 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $10,017.87 | Total | $0.00 | |
| 3 | Calvert County, Maryland | 20601 | Jo-Ann Stores, LLC | 2/25/2026 | Secured | $0.00 | Secured | $0.00 | This claim amends Claim No. 13109 for FY 2026 (Tax Year 2026). Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that this claim  has been paid or otherwise satisfied in full. |
| | | | | | Admin | $738.80 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $738.80 | Total | $0.00 | |
| 4 | D&H Hawley LLC | 18128 | Jo-Ann Stores, LLC | 5/30/2025 | Secured | $1,000.00 | Secured | $0.00 | This claim was a mess.  It asserted a $1,000 secured claim with a GUC of $149,959.92.  The Claim meant to to assert tax claims. Per negotiations with claimant's counsel, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $149,959.92 | GUC | $0.00 | |
| | | | | | Total | $150,959.92 | Total | $0.00 | |
| 5 | Harford County, Maryland | 20616 | JOANN Inc. | 3/6/2026 | Secured | $10,663.94 | Secured | $0.00 | The claim was asserted tax claim to amend Claim No. 19886.  Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that such claim has been paid in full on March 9, 2026. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $10,663.94 | Total | $0.00 | |
| 6 | Harford County, Maryland | 19886 | JOANN Inc. | 8/21/2025 | Secured | $0.00 | Secured | $0.00 | This claim was asserted as a $0.00 claim for 2025 taxes not yet due at the time of claim filing.  This claim was amended by Claim No. 19886, which has been paid in full. Accordingly, the Plan Administrator has determined that such claim has been paid or otherwise satisfied in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $0.00 | Total | $0.00 | |
| 7 | King County Treasury | 7397 | JOANN Inc. | 3/24/2025 | Secured | $31,598.51 | Secured | $0.00 | The claim was asserted as 2025 taxes not yet due at the time the claim was filed. Tax bill received in March 2026 and paid in full on March 5, 2026. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $31,598.51 | Total | $0.00 | |
| 8 | Pierce County Finance Department | 18467 | JOANN Inc. | 6/5/2025 | Secured | $3,399.00 | Secured | $0.00 | The claim was asserted as 2025 taxes not yet due at the time the claim was filed. Tax bill received in March 2026 and paid in full on March 5, 2026. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $3,399.00 | Total | $0.00 | |
| 9 | Pierce County Finance Department | 18470 | JOANN Inc. | 6/5/2025 | Secured | $2,149.61 | Secured | $0.00 | The claim was asserted as 2025 taxes not yet due at the time the claim was filed. Tax bill received in March 2026 and paid in full on March 5, 2026. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $2,149.61 | Total | $0.00 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Fifth Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|-----------|---------------|--|----------------|--|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 10 | Spokane County Treasurer | 535 | Jo-Ann Stores, LLC | 2/19/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as 2025 estimated taxes not yet due at the time the claim was filed. Tax bill received and paid in full in March 2026. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $5,948.71 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $5,948.71 | Total | $0.00 | |
| 11 | SVAP IV Fairfax, LLC | N/A [Docket No. 1546] | Jo-Ann Stores, LLC | 8/6/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted as a part motion for payment of various administrative expenses. The Plan Administrator negotiated the resolution of this case and subsequently paid the amount due. |
| | | | | | Admin | $41,579.38 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $41,579.38 | Total | $0.00 | |
| 12 | The City and County of Denver | 7930 | Jo-Ann Stores, LLC | 3/27/2025 | Secured | $8,743.92 | Secured | $0.00 | The claim was asserted as 2024 taxes and 2025 estimated taxes not yet due at the time the claim was filed. Tax bill received and paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $8,743.92 | Total | $0.00 | |