## Schedule 2

**Partially Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Fifth Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|--------------|----|---------------|----|----------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | CPT Arlington Highlands 1, LP | 19154 | Jo-Ann Stores, LLC | 6/30/2025 | Secured | $72,899.32 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $750,692.84 | GUC | $750,692.84 | |
| | | | | | Total | $823,592.17 | Total | $750,692.84 | |
| 2 | CTO23 Rockwall LLC | 10465 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $20,124.84 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $41,268.01 | GUC | $41,268.01 | |
| | | | | | Total | $61,392.85 | Total | $41,268.01 | |
| 3 | Realty Income Properties 31, LLC | 19546 | Jo-Ann Stores, LLC | 7/22/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $6,731.13 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $381,797.80 | GUC | $381,797.80 | |
| | | | | | Total | $388,528.93 | Total | $381,797.80 | |
| 4 | Shaoxing Robb Imp & Exp Co Ltd. | 19293 | Jo-Ann Stores, LLC | 7/9/2025 | Secured | $0.00 | Secured | $0.00 | Administrative claim was reduced to $32,586.88 in the 14th Omnibus Objection. Claimant was unresponsive to repeated attempts to obtain payment instructions until March 2026. Administrative claim paid in full on March 19, 2026. |
| | | | | | Admin | $32,586.88 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,549,221.98 | GUC | $1,549,221.98 | |
| | | | | | Total | $1,581,808.86 | Total | $1,549,221.98 | |
| 5 | Tony Sammut Investments, Manager for Landlord Anthony Sammut and Christine Sammut, as Trustees of the Anthony & Christine Sammut Revocable Trust UTA Dated 2/14/1992 | 19081 | Jo-Ann Stores, LLC | 6/23/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as a secured, priority, administrative and/or a Section 503(b)(9) claim, with the remainder being classified as a general unsecured claim. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, administrative, and Section 503(b)(9) portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $4,399.50 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $297,820.00 | GUC | $297,820.00 | |
| | | | | | Total | $302,219.50 | Total | $297,820.00 | |