# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

RECEIVED

2026 MAR 27 A 11: 28

CLERK
US BANKRUPTCY COURT

Chapter 11

Case No. 25-10068 (CTG)

Claimant Name: Thomas Foster

Contact Numbers: 208-221-9736 or 208-221-9672

Claim Number: 18632

Date Filed: 6/11/2025

Hello, my name is Thomas Foster. I am responding to the basis of objection information.

OBJECTION INFORMATION

"This claim appears to relate to a post-petition purchase made from one of the Debtors' stores. All items sold during the Debtors' liquidation in his chapter 11 case were "final sales", and "All Sales Final" is clearly marked on the receipt included with this claim. The Debtors therefore have no liability with respect to this claim. The claim must be disallowed and expunged in its entirety."

Here is where the problem lies, I NEVER RECEIVED THE ITEMS THAT I PAID FOR. So how can it be disallowed or expunged "As Is"?

When I purchased the items from JoAnn Fabrics the store sales staff informed me that I would be contacted when I could come back into the store and retrieve the items I purchased, I never received a call. After a week of not hearing from anyone at Joann Fabrics, my wife went to the store, and the doors were locked.

My wife then tried calling the store and the recording indicated they were no longer receiving calls but gave an email address. She sent an email and a return message came back saying this email is no longer accepting emails.

We consulted with our attorney about this matter, and she was able to speak with the current Property Management agency to see if we could retrieve the counters we purchased and was informed that the store had been totally cleared out.

We were hoping to just get the counters and be done but that is not the case.

I paid for 2 material cutting counters at $200.00 each for a total of $400.00. I would like to have this amount reimbursed back to me. Thank You.

See included receipts.

_Tom Foster_    3/26/2026

# JOANN

2408 S 25TH E
IDAHO FALLS, ID 83404
208-522-0249

Ticket: 138211          Cashier: 881279
Date: 5/11/25           Time: 5:02 PM
Store: 2192
Register: 13

******** ALL SALES FINAL ********

| Item | Qty | Price | Amount |
|------|-----|-------|--------|
| POPH POP FLORAL PERCALE | | | |
| 19050384 | 5.000 | 39.99 | 39.99 |
| Sale 80% off GOB | | | (159.96) |
| POPH POP FLORAL PERCALE | | | |
| 19050384 | 0.625 | 39.99 | 1.25 |
| Sale 80% off GOB | | | (19.99) |
| POPH POP RAINBOW PERCALE | | | |
| 19050376 | 5.000 | 39.99 | 39.99 |
| Sale 80% off GOB | | | (159.96) |
| POPH POP RAINBOW PERCALE | | | |
| 19050376 | 1.000 | 39.99 | 2.00 |
| Sale 80% off GOB | | | (31.99) |
| NIPK SCS26 FLWR MACHINE CROCHET | | | |
| 20339453 | 2.583 | 24.99 | 25.83 |
| Sale 60% off GOB | | | (38.72) |
| STIR BAKING CUP 24CT NUT CUPS | | | |
| 18760801 | 1 | 4.49 | 2.24 |
| Sale 50% off GOB | | | (2.25) |
| STIR BAKING CUP 24CT NUT CUPS | | | |
| 18760801 | 1 | 4.49 | 2.24 |
| Sale 50% off GOB | | | (2.25) |
| STIR BAKING CUP 24CT NUT CUPS | | | |
| 18760801 | 1 | 4.49 | 2.24 |
| Sale 50% off GOB | | | (2.25) |
| CHOC YELLOW VANILLA WAFERS 12OZ | | | |
| 20390258 | 1 | 4.99 | 2.00 |
| Sale 60% off GOB | | | (2.99) |
| CHOC LT GREEN VANILLA WAFERS 12OZ | | | |
| 20390217 | 1 | 4.99 | 2.00 |
| Sale 60% off GOB | | | (2.99) |
| CHOC ORCHID VANILLA WAFERS 12OZ | | | |
| 20390225 | 1 | 4.99 | 2.00 |
| Sale 60% off GOB | | | (2.99) |
| CHOC PINK VANILLA WAFERS 12OZ | | | |
| 20390175 | 1 | 4.99 | 2.00 |
| Sale 60% off GOB | | | (2.99) |
| ZZ-H FIXTURE 9999 | | | |
| 20563862 | 2 | 200.00 | 400.00 |
| 75% Remnant | | | (9.75) |

|          | Subtotal | 523.78 |
|----------|----------|--------|
|          | State    | 31.42  |
|          | Total    | 555.20 |
|          |          | 555.20 |

Mastercard
***********8035
Auth #: 643200

459863

| CUSTOMER'S ORDER NO. 128211 | | DEPARTMENT | | | DATE 5/11/25 | |
|---|---|---|---|---|---|---|
| NAME Tom Foster | | | | | | |
| ADDRESS | | | | | | |
| CITY, STATE, ZIP 208 221 9736 | | | | | | |

| SOLD BY | CASH | C.O.D. | CHARGE | ON. ACCT. | MDSE. RETD. | PAID OUT |
|---|---|---|---|---|---|---|

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1  2 | Cut counter | 200 | 400 00 |
| 2 | | 200 | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |

RECEIVED BY

A-5305
T-45320/46350

**KEEP THIS SLIP FOR REFERENCE**

01-11





ORIGIN ID:IDAA   (208) 221-9672
MONICA FOSTER

4113 E 400 N

RIGBY, ID 83442
UNITED STATES US

SHIP DATE: 26MAR26
ACTWGT: 0.50 LB
CAD: 6994288/SSFE2701

BILL CREDIT CARD

TO **US BANKRUPTCY COURT**
**HONORABLE CRAIG T GOLDBLATT**
**824 N MARKET ST 3RD FLR COURTROOM 7**
**JUDGE FOR THE DISTRICT OF DELEWARE**
**WILMINGTON DE 19801**

(000) 000-0000
INV:
PO:                                    DEPT:
REF:

FedEx
Express

E

TRK# 3999 8824 0290
0201

FRI – 27 MAR 10:30A
PRIORITY OVERNIGHT

**XA ZWIA**

19801
DE-US   PHL



# Envelope

## Recycle me