## Schedule 1

**Overstated and Satisfied Claims**

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|---|----------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Shelby Town Center I, LLC | 19069 | Jo-Ann Stores, LLC | 6/28/2025 | Secured | $0.00 | Secured | $0.00 | The administrative claim is for January 2025 "stub rent" and related charges in the amount of $20,508.36, plus the cost to rekey doors in the amount of $226.42. January 2025 stub rent and related charges were paid in full on April 16, 2025, and any cost to rekey doors are rejection damages and not entitled to administrative expense status. |
| | | | | | Admin | $20,734.78 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $435,267.59 | GUC | $435,494.01 | |
| | | | | | Total | $456,002.37 | Total | $435,494.01 | |