**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| JOANN, Inc., | ) Case No. 25-10068 (CTG) |
|  | ) |
| Post-Effective Date Debtor.[1] | ) |
|  | ) |
|  | ) **Re: D.I. 1353** |

**ORDER APPROVING STIPULATION AND GRANTING**
**RELIEF FROM THE AUTOMATIC STAY AND PLAN INJUNCTION**

Upon consideration of the *Stipulation Granting Maria Sanchez Limited Relief from the Plan Injunction* (the "Stipulation"),[2] a copy of which is attached hereto as **Exhibit 1**; and the related *Certification of Counsel Regarding Stipulation Granting Relief From the Plan Injunction*; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that approval of the Stipulation is in the best interests of the Debtors' estates and creditors; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2.      The Parties are authorized and directed to take all actions necessary to effectuate the Stipulation.

3.      This Order shall become effective immediately upon entry notwithstanding anything in the Federal Rules of Bankruptcy Procedure or otherwise to the contrary.

---

[1]    The Post-Effective Date Debtor in this chapter 11 case is JOANN Inc.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

4.      The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Stipulation.

**Dated: March 30th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**