<u>Schedule 1</u>
## Unliquidated Claims
Basis for Objection: See Paragraphs 16-17 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted GUC Amount | Asserted Claim Priority | Basis for objection |
|---|------|-----------|--------|-----------|---------------------|------------------------|---------------------|
| 1 | Two Guys Partners, LLC | 317 | Jo-Ann Stores, LLC | 2/11/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 2 | CHM Development LLC | 362 | JOANN Inc. | 1/28/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 3 | ▮▮▮▮▮▮▮ | 1345 | joann.com, LLC | 3/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 4 | Ormo Ithalat Ve Ihracat A.S | 1598 | Jo-Ann Stores, LLC | 1/21/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 5 | Stockdale Investment Group, LLC | 1648 | JOANN Inc. | 2/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 6 | ▮▮▮▮▮▮▮▮ | 1715 | JOANN Inc. | 3/17/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 7 | Kump, Ruth | 2112 | JOANN Inc. | 3/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 8 | ▮▮▮▮▮ | 2176 | JOANN Inc. | 3/17/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 9 | ▮▮▮▮▮ | 2281 | Jo-Ann Stores, LLC | 3/14/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 10 | ▮▮▮▮▮▮ | 2341 | JOANN Inc. | 3/17/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 11 | ▮▮▮▮▮ | 2443 | JOANN Inc. | 3/17/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 12 | ▮▮▮▮▮ | 3066 | Jo-Ann Stores, LLC | 3/24/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 13 | ▮▮▮▮▮ | 3083 | JOANN Inc. | 3/25/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 14 | ▮▮▮▮▮▮▮ | 3429 | Jo-Ann Stores, LLC | 3/13/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 15 | ▮▮▮▮▮ | 3461 | Jo-Ann Stores, LLC | 3/19/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | ▆▆▆▆ | 3532 | JOANN Inc. | 3/20/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 17 | ▆▆▆▆ | 3809 | Jo-Ann Stores, LLC | 3/10/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 18 | ▆▆▆▆▆ | 4311 | JOANN Inc. | 3/15/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 19 | ▆▆▆ | 4725 | Jo-Ann Stores, LLC | 3/18/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 20 | ▆▆▆ | 4871 | Jo-Ann Stores, LLC | 3/10/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 21 | ▆▆▆ | 4901 | JOANN Inc. | 3/16/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 22 | ▆▆▆ | 5032 | Jo-Ann Stores, LLC | 3/11/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 23 | ▆▆▆ | 5044 | JOANN Inc. | 3/24/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 24 | ▆▆▆▆ | 5163 | JOANN Inc. | 3/25/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 25 | ▆▆▆▆ | 5164 | Jo-Ann Stores, LLC | 3/12/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 26 | ▆▆▆ | 5175 | JOANN Inc. | 3/20/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 27 | ▆▆▆ | 5222 | Jo-Ann Stores, LLC | 3/13/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 28 | Banda, Lidia | 5343 | JOANN Inc. | 3/19/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 29 | ▆▆▆ | 5413 | JOANN Inc. | 3/19/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 30 | ▆▆▆ | 5560 | Jo-Ann Stores, LLC | 3/18/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 31 | ▆▆▆ | 5673 | JOANN Inc. | 3/27/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 32 | ▆▆▆▆ | 6061 | JOANN Inc. | 3/21/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 33 | ▇▇▇▇▇▇ | 6067 | Jo-Ann Stores, LLC | 3/20/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 34 | Banda, Lidia | 6139 | Jo-Ann Stores, LLC | 3/20/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 35 | ▇▇▇▇▇▇ | 7307 | Jo-Ann Stores Support Center, LLC | 3/24/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 36 | ▇▇▇▇ | 7311 | JOANN Inc. | 3/21/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 37 | Goss, Makenzie | 7596 | JOANN Inc. | 3/25/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 38 | ▇▇▇▇▇▇ | 7965 | JOANN Inc. | 3/28/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 39 | ▇▇▇▇▇▇▇▇ | 8147 | JOANN Inc. | 3/28/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 40 | ▇▇▇▇ | 8484 | JOANN Inc. | 3/25/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 41 | ▇▇▇▇ | 8630 | Jo-Ann Stores, LLC | 4/2/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 42 | ▇▇▇▇▇ | 8850 | JOANN Inc. | 3/28/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 43 | ▇▇▇▇▇▇ | 9000 | JOANN Inc. | 3/29/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 44 | ▇▇▇▇ | 9001 | JOANN Inc. | 3/31/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 45 | ▇▇▇▇▇ | 9059 | JOANN Inc. | 4/2/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 46 | ▇▇▇▇▇▇▇ | 9199 | JOANN Inc. | 3/27/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 47 | ▇▇▇ | 9258 | Jo-Ann Stores, LLC | 4/1/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 48 | ▇▇▇▇▇▇ | 9444 | JOANN Inc. | 3/30/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 49 | ▇▇▇▇▇ | 9574 | JOANN Inc. | 3/31/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 50 | ▇ | 9714 | Jo-Ann Stores Support Center, Inc. | 3/31/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 51 | ▇ | 9927 | JOANN Inc. | 4/1/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 52 | ▇ | 10098 | Jo-Ann Stores, LLC | 3/31/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 53 | ▇ | 10139 | JOANN Inc. | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 54 | ▇ | 10259 | JOANN Inc. | 4/3/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 55 | ▇ | 10279 | JOANN Inc. | 3/28/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 56 | ▇ | 10292 | JOANN Inc. | 4/3/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 57 | Flowers, Lakeisha | 10552 | JOANN Inc. | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 58 | ▇ | 10627 | Jo-Ann Stores, LLC | 4/2/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 59 | ▇ | 10669 | Jo-Ann Stores, LLC | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 60 | Red Mountain Asset Fund I | 10867 | JOANN Inc. | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 61 | Smart Cienega SPE, LLC | 10918 | JOANN Inc. | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 62 | Flathead County Water Dist #1-evergreen | 10961 | JOANN Inc. | 3/31/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 63 | ▇ | 11005 | JOANN Inc. | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 64 | Arch Insurance Company | 11019 | JOANN Inc. | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 65 | ▇ | 11150 | JOANN Inc. | 4/6/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 66 | ▇ | 11307 | Jo-Ann Stores, LLC | 4/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 67 | ████████████ | 11315 | Jo-Ann Stores, LLC | 4/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 68 | ████████████ | 11351 | JOANN Inc. | 3/26/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 69 | ████████ | 11503 | JOANN Inc. | 4/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 70 | IG Design Group Americas, Inc. | 11734 | Jo-Ann Stores, LLC | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 71 | Awad-Letteri, Barbara | 11842 | JOANN Inc. | 4/1/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 72 | Baker, Beverly | 11854 | JOANN Inc. | 4/2/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 73 | BALL, DENISE | 11885 | Jo-Ann Stores, LLC | 4/4/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 74 | ██████████ | 11993 | Jo-Ann Stores, LLC | 4/7/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 75 | New Jersey Unclaimed Property Administration | 12239 | JOANN Inc. | 4/7/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 76 | █████████ | 12646 | Jo-Ann Stores, LLC | 4/10/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 77 | █████████ | 12694 | JOANN Inc. | 4/9/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |