### CERTIFICATE OF SERVICE

I, Jennifer R. Hoover, hereby certify that on March 30, 2026, I caused a copy of the *Notice of Corrected Schedule* to be served by email on the parties listed below and via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case.

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

 */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)

3