**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| JOANN, Inc., *et al.*, | ) Case No. 25-10068 (CTG) |
|  | ) |
| Post-Effective Date Debtors.[1] | ) (Jointly Administered) |
|  | ) |
|  | ) **RE: D.I. 2111** |
|  | ) |

**NOTICE OF CORRECTED SCHEDULE**

PLEASE TAKE NOTICE on March 20, 2026, the undersigned counsel filed the *GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims)* [D.I. 2111] (the "Objection")[2].

PLEASE TAKE FURTHER NOTICE that the Objection inadvertently includes a reference to Claim Number 19557. The corrected Schedule attached hereto removes such claim without prejudice. Such claims are still being reviewed by the GUC Trust who reserves all rights as to the same.

[*Signature block on following page*.]

---

[1]   The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

[2]   All defined terms used but not defined herein shall have the meanings ascribed to them in the Objection.

28460419

Dated: March 30, 2026

**BENESCH, FRIEDLANDER,
  COPLAN & ARONOFF LLP**

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Melissa A. Sobrepera (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneshlaw.com
         msobrepera@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
Charles J. Fendrych (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: ewilson@KelleyDrye.com
         mmcloughlin@kelleydrye.com
         cfendrych@kelleydrye.com

*Counsel to the GUC Trust*

2