**Schedule 2**
**Overstated Claims**

Basis for Objection: See Paragraphs 18-19 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim | | Reduced Claim | | Basis for objection |
|---|------|-----------|--------|-----------|----------------|--|---------------|--|---------------------|
| | | | | | Asserted Claim Amount | Asserted Claim Priority | Claim Amount | Claim Priority | |
| 1 | Birch Run Station, LLC | 18936 | Jo-Ann Stores, LLC | 6/22/2025 | $1,704,182.37 | General Unsecured | $489,182 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or are otherwise unenforceable against the GUC Trust. |
| 2 | CABREL COMPANY | 18686 | Jo-Ann Stores, LLC | 6/17/2025 | $4,841,174.00 | General Unsecured | $719,886 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or are otherwise unenforceable against the GUC Trust. |
| 3 | COFAL Partners, L.P. | 19179 | Jo-Ann Stores, LLC | 6/30/2025 | $3,748,322.65 | General Unsecured | $731,187 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or are otherwise unenforceable against the GUC Trust. |
| 4 | FOF 1073 LLC | 19178 | Jo-Ann Stores, LLC | 6/30/2025 | $2,391,127.52 | General Unsecured | $640,556 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or are otherwise unenforceable against the GUC Trust. |
| 5 | Greenfield, L.P. | 19493 | Jo-Ann Stores, LLC | 7/22/2025 | $2,449,333.51 | General Unsecured | $654,382 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or are otherwise unenforceable against the GUC Trust. |
| 6 | Kissimmee West Florida LP | 19073 | JOANN Inc. | 6/30/2025 | $638,115.31 | General Unsecured | $448,224 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or are otherwise unenforceable against the GUC Trust. |
| 7 | Marc NaperW, LLC and NaperW, LLC | 19556 | Jo-Ann Stores, LLC | 7/22/2025 | $2,041,193.02 | General Unsecured | $539,898 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or are otherwise unenforceable against the GUC Trust. |
| 8 | SDD, Inc. | 19117 | JOANN Inc. | 6/30/2025 | $1,494,470.00 | General Unsecured | $407,583 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or are otherwise unenforceable against the GUC Trust. |