## <u>CERTIFICATE OF SERVICE</u>

I, Jennifer R. Hoover, hereby certify that on March 30, 2026, I caused a copy of the *Notice of Corrected Schedule* to be served by email on the parties listed below and via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case.

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)