**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) | Case No. 25-10068 (CTG) |
| Post Effective-Date Debtor. | ) ) ) ) | |
| JOANN INC., *et al.,* | ) ) | Adversary No. 25-51022 (CTG) |
| Plaintiffs, v. | ) ) ) ) | |
| ADVANTUS, CORP., FAIRFIELD PROCESSING CORP., GWEN STUDIOS, LLC, LOW TECH TOY CLUB, LLC, ORMO ITHALAT IHRACAT A.S., SPRINGS CREATIVE PRODUCTS GROUP, LLC., | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |
| ADVANTUS, CORP., *et al.*, | ) ) | Adversary No. 25-52463 (CTG) |
| Plaintiffs, v. | ) ) ) ) | |
| MICHAEL PRENDERGAST, *et al.*, | ) ) ) | |
| Defendants | ) ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON APRIL 6, 2026 AT 1:00 P.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**AFTER REGISTERING YOUR APPEARANCE AND THE DEADLINE TO REGISTER HAS PASSED, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING THE RELEVANT AUDIO OR VIDEO LINK ABOUT JOINING THE HEARING.**

## ORAL ARGUMENT

1.      The Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed November 17, 2025) [*JOANN Inc., et al. v. Advantus Corp., et al.*, Adv. Proc. No. 25-51022] [Adv. Proc. No. 25-51022, D.I. 26]

Related Documents:

(a)     First Amended Complaint (Filed August 22, 2025) [Adv. Proc. No. 25-51022, D.I. 24]

(b)     The Wind-Down Debtors' (I) Reply in Support of their Motion for Judgment on the Pleadings; and (II) Opposition to Defendants' Cross-Motion for Judgment on the Pleadings (Filed December 23, 2025) [Adv. Proc. No. 25-51022, D.I. 40]

(c)     Order Scheduling Oral Argument (Entered February 6, 2026) [Adv. Proc. No. 25-51022, D.I. 46]

(d)     Notice of Completion of Briefing Regarding The Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed February 11, 2026) [Adv. Proc. No. 25-51022, D.I. 47]

Responses Received:

(a)     Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed November 28, 2025) [Adv. Proc. No. 25-51022, D.I. 28]

(b)     Defendants' Objection to, and Motion to Strike, the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [Adv. Proc. No. 25-51022, D.I. 31]

2

52561139

    (c)    Defendants' Opposition to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [Adv. Proc. No. 25-51022, D.I. 33]

    (d)    Defendants' Memorandum of Law in Further Support of Their Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 14, 2026) [Adv. Proc. No. 25-51022, D.I. 41]

Status:    This matter will be going forward.

2.    Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction (Filed December 5, 2025) [*JOANN Inc., et al. v. Advantus Corp., et al.*, Adv. Proc. No. 25-51022] [Adv. Proc. No. 25-51022, D.I. 29]

Related Documents:

    (a)    Defendants' Memorandum of Law in Support of their Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction (Filed December 5, 2025) [Adv. Proc. No. 25-51022, D.I. 30]

    (b)    Defendants' Request for Oral Argument on (I) Debtors' Motion for Judgment on the Pleadings, (II) Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings, (III) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction, and (IV) Defendants' Objection to, and Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 20, 2026) [Adv. Proc. No. 25-51022, D.I. 43]

    (c)    Notice of Completion of Briefing Regarding (I) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction and (II) Defendants' Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed February 5, 2026) [Adv. Proc. No. 25-51022, D.I. 44]

    (d)    Order Scheduling Oral Argument (Entered February 6, 2026) [Adv. Proc. No. 25-51022, D.I. 46]

Responses Received:

    (a)    Defendants' Opposition to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [Adv. Proc. No. 25-51022, D.I. 33]

52561139

(b)     The Wind-Down Debtors' (I) Reply in Support of their Motion for Judgment on the Pleadings; and (II) Opposition to Defendants' Cross-Motion for Judgment on the Pleadings (Filed December 23, 2025) [Adv. Proc. No. 25-51022, D.I. 40]

(c)     Defendants' Memorandum of Law in Further Support of Their Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction (Filed January 14, 2026) [Adv. Proc. No. 25-51022, D.I. 42]

Status:     This matter will be going forward.

3.     Defendants' Objection to, and Motion to Strike, the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [JOANN Inc., *et al. v.* Advantus Corp., *et al.*, Adv. Proc. No. 25-51022] [Adv. Proc. No. 25-51022, D.I. 31]

Related Documents:

(a)     Defendants' Memorandum of Law in Support of Their Objection to, and Motion to Strike, the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed December 5, 2025) [Adv. Proc. No. 25-51022, D.I. 32]

(b)     Defendants' Memorandum of Law in Further Support of Their Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 14, 2026) [Adv. Proc. No. 25-51022, D.I. 41]

(c)     Defendants' Request for Oral Argument on (I) Debtors' Motion for Judgment on the Pleadings, (II) Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings, (III) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction, and (IV) Defendants' Objection to, and Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 20, 2026) [Adv. Proc. No. 25-51022, D.I. 43]

(d)     Notice of Completion of Briefing Regarding (I) Defendants' Cross-Motion for Judgment on the Pleadings for Lack of Subject Matter Jurisdiction and (II) Defendants' Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed February 5, 2026) [Adv. D.I. Proc. No. 25-51022, 44]

4

(e)     Order Scheduling Oral Argument (Entered February 6, 2026) [Adv. Proc. No. 25-51022, D.I. 46]

Responses Received:

(a)     Objection of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Defendants' Motion to Strike (Filed December 23, 2025) [Adv. Proc. No. 25-51022, D.I. 38]

(b)     Defendants' Memorandum of Law in Further Support of Their Motion to Strike the Joinder of Melissa Bowers, Christopher DiTullio, Heather Holody, and Michael Kennedy to the Wind-Down Debtors' Motion for Judgment on the Pleadings (Filed January 14, 2026) [Adv. Proc. No. 25-51022, D.I. 41]

Status:     This matter will be going forward.

4.     Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed December 23, 2025) [Advantus Corp., *et al.* v. Prendergast, *et al.*, Adv. Proceeding No. 25-52463] [Adv. Proc. No. 25-52463, D.I. 6]

Related Documents:

(a)     Plaintiffs' Memorandum of Law in Support of Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed December 23, 2025) [Adv. Proc. No. 25-52463, D.I. 7]

(b)     Declaration of Frank H. Griffin in Support of Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed December 23, 2025) [Adv. Proc. No. 25-52463, D.I. 8]

(c)     Notice of Completion of Briefing Regarding Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed February 5, 2026) [Adv. Proc. No. 25-52463, D.I. 15]

(d)     Order Scheduling Oral Argument (Entered February 6, 2026) [Adv. Proc. No. 25-52463, D.I. 17]

Responses Received:

(a)     Defendants' Opposition to Plaintiffs' Third Motion for Remand (Filed January 20, 2026) [Adv. Proc. No. 25-52463, D.I. 12]

(b)     Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Remand Pursuant to 28 U.S.C. § 1452(b) to the Court of Common Pleas of Summit County, Ohio (Filed January 27, 2026) [Adv. Proc. No. 25-52463, D.I. 14]

52561139

Status:         This matter will be going forward.

5.   Plaintiffs' Motion for Abstention under 28 U.S.C. § 1334(C)(1), (2) and for the Return of All Causes of Action Alleged in the Ohio Complaint to the Court of Common Pleas of Summit County, Ohio (Filed July 10, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 5:25-cv-01250-RJA (N.D. Ohio)] [Dkt. 21]

Related Documents:

   (a)   Order Scheduling Oral Argument (Entered February 6, 2026) [JOANN Inc., *et al. v.* Advantus Corp., *et al.*, Adv. Proc. No. 25-51022] [Adv. D.I. 46]

Responses Received:

   (a)   Defendants' Opposition to Plaintiffs' Motion for Remand and Motion for Abstention (Filed July 24, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 5:25-cv-01250-RJA (N.D. Ohio)] [Dkt. 23]

   (b)   Plaintiffs' Reply Brief in Further Support of their (1) Motion to Remand Pursuant to 28 U.S.C. § 1452(b) and (2) Motion for Abstention under 28 U.S.C. § 1334(c)(1), (2) (Filed July 31, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 5:25-cv-01250-RJA (N.D. Ohio)] [Dkt. 24]

Status:         This matter will be going forward.

6.   Defendants' Motion to Stay Pending Resolution of Adversary Proceeding (Filed October 10, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 1:25-cv-01132-GBW (D. Del.)] [D.I. 34]

Related Documents:

   (a)   Order Scheduling Oral Argument (Entered February 6, 2026) [JOANN Inc., *et al. v.* Advantus Corp., *et al.*, Adv. Proc. No. 25-51022] [Adv. D.I. 46]

   (b)   Memorandum Order (Entered December 11, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 1:25-cv-01132-GBW (D. Del.)] [D.I. 43]

Responses Received:

   (a)   Plaintiffs' Opposition to Defendants' Motion to Stay Pending Resolution of Adversary Proceeding (Filed October 24, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 1:25-cv-01132-GBW (D. Del.)] [D.I. 39]

6

52561139

(b)   Joinder in Pending Motions and Briefing (Filed October 31, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 1:25-cv-01132-GBW (D. Del.)]  [D.I. 40]

(c)   Defendants' Reply in Support of Motion to Stay Pending Resolution of Adversary Proceeding (Filed October 31, 2025) [Advantus Corp., *et al. v.* Prendergast, *et al.*, Civil Action No. 1:25-cv-01132-GBW (D. Del.)] [D.I. 41]

Status:   This matter will be going forward.

Dated: April 1, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*

Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:   preilley@coleschotz.com
          mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**

Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:   cwick@hahnlaw.com
          pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

52561139