**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | **Re: Docket Nos. 1907, 2000** |

**CERTIFICATION OF COUNSEL REGARDING PLAN
ADMINISTRATOR'S TWENTY-SECOND (SUBSTANTIVE)
OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1.      On December 26, 2025, the *Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims* [Docket No. 1907] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection.

2.      Pursuant to the notice of the Objection, the deadline to file a response to the Objection was January 16, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3.      Prior to the Response Deadline, Mr. Lafayette filed a response to the Objection and proposed order at Docket No. 2000 (the "Lafayette Response").

5.      On March 12, 2026, the Court held a hearing (the "Hearing") on the Objection and Lafayette Response.

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

6.       As set forth on the record at the Hearing, the Court disallowed Claim No. 12815 filed by Mr. Lafayette ("Lafayette's Claim") in its entirety.

7.       A copy of a proposed order disallowing Lafayette's Claim is attached hereto as **Exhibit A** (the "Proposed Order").

8.       Counsel to the Plan Administrator made several attempts to transmit a copy of the Proposed Order to Mr. Lafayette for review and comment, including the following:

(a)  On March 20, 2026, counsel attempted to send the Proposed Order to Mr. Lafayette at the email address indicated on the proof of claim form relating to Lafayette's Claim.[2]  The email was returned undelivered by the email server with an indication that Mr. Lafayette's email inbox was full.

(b)  On March 24, 2026, counsel again attempted to send the Proposed Order to Mr. Lafayette at the email address indicated on the proof of claim form.  This email was also returned undelivered by the email server with an indication that Mr. Lafayette's email inbox was full.

(c)  On March 25, 2026, counsel contacted Mr. Lafayette by telephone to request an alternative email so the Proposed Order could be transmitted to him for review.  Mr. Lafayette indicated that he had counsel's email address and would provide counsel with an updated email address via email.  Counsel has not received an updated email address from Mr. Lafayette.

(d)  On March 26, 2026, counsel called Mr. Lafayette again and left a voicemail reminding Mr. Lafayette to provide an updated email address so the Proposed Order could be circulated.

9.       As of the date hereof, counsel for the Plan Administrator has not received an updated email address from Mr. Lafayette, and counsel has thus been unable to circulate the Proposed Order to Mr. Lafayette for review and comment.  Nonetheless, given the efforts of counsel described above, the Plan Administrator submits that entry of the Proposed Order is

---

[2]   The email address indicated on Mr. Lafayette's proof of claim form has been previously used by counsel and Mr. Lafayette to communicate regarding this case.

appropriate at this time, without providing Mr. Lafayette any further opportunity to review and comment.

10.     Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated:  April 1, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:         preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:         cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*