**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |
|  | ) | **Re: Docket Nos. 1907 and 2145** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND**
**(SUBSTANTIVE) OMNIBUS OBJECTION AS IT RELATES**
**TO CLAIM NO. 12815 OF KENNETH J. LAFAYETTE II**

This matter came on for hearing (the "Hearing") on March 12, 2026, upon the objection (the "Claim Objection") of the Plan Administrator to Claim No. 12815 (the "Claim") of Kenneth J. Lafayette II ("Claimant"), which Claim Objection was asserted in the *Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims* [Docket No. 1907] (the "Omnibus Objection"),[2] and the response thereto [Docket No. 2000] filed by Claimant. After hearing and considering the evidence presented and the arguments made at the Hearing, the Court issued an oral ruling sustaining the Claim Objection. Accordingly, for the reasons stated by the Court on the record at the Hearing, and in accordance with the Court's oral ruling, it is ORDERED and ADJUDGED as follows:

1.    The Claim Objection is SUSTAINED as set forth herein.

2.    The Claim is hereby disallowed and expunged in its entirety.

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to the terms in the Omnibus Objection.

2

3.      The Plan Administrator is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted herein.

4.      Kroll, as the Court-appointed claims and noticing agent in the chapter 11 case, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

5.      This Court retains jurisdiction to construe and enforce this Order.

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: April 2nd, 2026**
**Wilmington, Delaware**