**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | **Re: Docket No. 2091** |

**CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S**
**THIRTIETH (SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**(Reclassified Claims, Overstated Claims, and No Liability Claims)**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1. On March 3, 2026, the *Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims)* [Docket No. 2091] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection (the "Proposed Order").

2. Pursuant to the notice of the Objection, the deadline to file a response to the Objection was March 24, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3. Prior to the Response Deadline, Northway Mall Properties Sub, LLC ("Northway"), HH Golden Gate, LLC ("Golden Gate"), Yunus Textile Mill PVT LTD ("Yunus"), Siegen Lane Properties, LLC ("Siegen"), and MGP XII Sunrise Village, LLC ("MGP") informally responded to the Objection and Proposed Order (collectively, the "Informal Responses").

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

4.      Additionally, prior to the Response Deadline, Ribblr Ltd. ("Ribblr") filed the *Response of Ribblr, Ltd. to Plan Administrator's Thirtieth (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims)* [Docket No. 2131] (the "Ribblr Response") and Thomas Foster filed a response to the Objection (the "Foster Response" and, collectively with the Ribblr Response, the "Formal Responses").

5.      No other claimant listed on the Objection has respond to the Plan Administrator's Objection.

6.      The Informal Responses and Formal Responses to the Objection and Proposed Order have been resolved as set forth below or the claims of the applicable claimants have been removed from the Proposed Order to allow the Plan Administrator and each responding claimant to continue discussions to settle each Informal Response and Formal Response.

7.      Siegen confirmed to the Plan Administrator that it agreed with the proposed treatment of its claim on the Proposed Order.

8.      The Plan Administrator agreed with Northway and Yunus to remove their claims from the revised Proposed Order.  The Plan Administrator and Northway, and Yunus each agreed that the treatment of their claim be updated and recorded on the claims register maintained by the Court-appointed claims agent in this case, Kroll Restructuring Administration LLC.

9.      The Plan Administrator agreed to extend the objection deadline for Golden Gate and MGP, and the claims of Golden Gate and MGP have thus been removed from the Proposed Order.

10.     Due to the Formal Responses, the Plan Administrator also removed the claims of Thomas Foster and Ribblr from the Proposed Order.

11.     The revised Proposed Order implementing the changes referenced in this certification of counsel is attached hereto as **Exhibit A** (the "Revised Proposed Order").

12.     A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

13.     The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

Dated: April 2, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*