**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |
|  | ) | **Re: Docket Nos. 1907 and 2145** |

**ORDER SUSTAINING PLAN ADMINISTRATOR'S TWENTY-SECOND**
**(SUBSTANTIVE) OMNIBUS OBJECTION AS IT RELATES**
**TO CLAIM NO. 12815 OF KENNETH J. LAFAYETTE II**

This matter came on for hearing (the "Hearing") on March 12, 2026, upon the objection (the "Claim Objection") of the Plan Administrator to Claim No. 12815 (the "Claim") of Kenneth J. Lafayette II ("Claimant"), which Claim Objection was asserted in the *Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims* [Docket No. 1907] (the "Omnibus Objection"),[2] and the response thereto [Docket No. 2000] filed by Claimant. After hearing and considering the evidence presented and the arguments made at the Hearing, the Court issued an oral ruling sustaining the Claim Objection. Accordingly, for the reasons stated by the Court on the record at the Hearing, and in accordance with the Court's oral ruling, it is ORDERED and ADJUDGED as follows:

1.    The Claim Objection is SUSTAINED as set forth herein.

2.    The Claim is hereby disallowed and expunged in its entirety.

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is: JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to the terms in the Omnibus Objection.

3.      The Plan Administrator is authorized to take any action necessary or appropriate to give effect to this Order and the relief granted herein.

4.      Kroll, as the Court-appointed claims and noticing agent in the chapter 11 case, is hereby authorized and directed to make such revisions to the official claims register as are necessary to reflect the relief granted in this Order.

5.      This Court retains jurisdiction to construe and enforce this Order.


Dated: April 2nd, 2026
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

United States Bankruptcy Court

District of Delaware

In re:                                                                                          Case No. 25-10068-CTG

JOANN Inc.                                                                                 Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 26 |
| Date Rcvd: Apr 02, 2026 | Form ID: pdfgen | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 04, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| 20694633 | Kenneth Lafayette, 6023 Crystal Drive Lot 62, Columbus, GA 31907-8052 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2026                              Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adam Hiller | |
| | on behalf of Interested Party Kathleen Nowak ahiller@adamhillerlaw.com |
| Adam Hiller | |
| | on behalf of Interested Party CBTS Technology Solutions  LLC ahiller@adamhillerlaw.com |
| Adam Hiller | |
| | on behalf of Interested Party Avanti  Inc. ahiller@adamhillerlaw.com |
| Adam Hiller | |
| | on behalf of Interested Party Real Sub  LLC ahiller@adamhillerlaw.com |
| Adam G. Landis | |
| | on behalf of Creditor Centerbridge Partners  L.P. landis@lrclaw.com, Ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com |
| Alexander Lees | |
| | on behalf of Interested Party SVP Sewing Brands LLC alees@milbank.com autodocketecf@milbank.com,alexander-lees-2212@ecf.pacerpro.com |
| Alexander R. Steiger | |
| | on behalf of Interested Party SVP Sewing Brands LLC steiger@rlf.com rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com |

District/off: 0311-1

Date Rcvd: Apr 02, 2026

User: admin

Form ID: pdfgen

Page 2 of 26

Total Noticed: 1

Alexandra Thomas

on behalf of Interested Party 1903P Loan Agent  LLC and 1903 Partners, LLC athomas@choate.com

Amy Tirre

on behalf of Creditor Peckham PH  LLC admin@amytirrelaw.com

Amy Tirre

on behalf of Creditor Peckham KF  LLC admin@amytirrelaw.com

Amy Tryon

on behalf of Interested Party Coupa Software Inc. amy.tryon@btlaw.com  kathleen.lytle@btlaw.com

Amy D. Brown

on behalf of Creditor Jones Lang LaSalle Americas  Inc. adbrown@moodklaw.com, mfriedman@gsbblaw.com

Andrew Behlmann

on behalf of Interested Party GA Joann Retail Partnership  LLC aBehlmann@lowenstein.com

Andrew K Glenn

on behalf of Other Prof. Ad Hoc Term Loan Group aglenn@glennagre.com  mco@glennagre.com

Ann S Lee

on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. alee@mblawfirm.com

Anthony J. D'Artiglio

on behalf of Creditor Square One Partners LLC ADARTIGLIO@ANSELL.LAW  courtfilings@ansellgrimm.com

Austin Park

on behalf of Interested Party Crafty (AL) LLC apark@morrisnichols.com  austin-park-7609@ecf.pacerpro.com

Belkys Escobar

on behalf of Creditor County of Loudoun  Virginia belkys.escobar@loudoun.gov

Benjamin Joseph Steele

on behalf of Claims Agent Kroll Restructuring Administration LLC ecf@primeclerk.com

Bradford J. Sandler

on behalf of Creditor Committee Official Committee of Unsecured Creditors bsandler@pszjlaw.com  abates@pszjlaw.com

Bradford J. Sandler

on behalf of Interested Party Steven Balasiano in his capacity as the GUC Trustee bsandler@pszjlaw.com  abates@pszjlaw.com

Bradley P. Lehman

on behalf of Creditor Diane Irvine blehman@whitefordlaw.com
clano@whitefordlaw.com;bradley-lehman-7582@ecf.pacerpro.com

Brendan Collins

on behalf of Creditor Toll Global Forwarding (USA) Inc. bcollins@gkglaw.com

Brenna Anne Dolphin

on behalf of Other Prof. Ad Hoc Term Loan Group bdolphin@morrisnichols.com
brenna-dolphin-9491@ecf.pacerpro.com;john-lawrence-0804@ecf.pacerpro.com;jlawrence@morrisnichols.com;rchevli@morrisni
chols.com;radha--chevli--2257@ecf.pacerpro.com

Brian J. McLaughlin

on behalf of Creditor Sitetracker  Inc. brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

on behalf of Creditor Kimco Realty Corporation brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

on behalf of Creditor RPT Newman LLC brian.mclaughlin@offitkurman.com  Emily.Rodriguez@offitkurman.com

Brian J. McLaughlin

on behalf of Creditor Rouse Companies  LLC brian.mclaughlin@offitkurman.com, Emily.Rodriguez@offitkurman.com

Brian T.  Harvey

on behalf of Creditor WLPX Hesperia  LLC bharvey@buchalter.com,
ifs_filing@buchalter.com;bharvey@buchalter.com;dbodkin@buchalter.com

Brian Thomas FitzGerald

on behalf of Creditor Hillsborough County Tax Collector fitzgeraldb@hcfl.gov  stroupj@hcfl.gov;leema@hcfl.gov

Brya Michele Keilson

on behalf of Interested Party Wilmington Savings Fund Society  FSB, as Prepetition Term Loan Agent
bkeilson@morrisjames.com,
ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Byron Z Moldo

on behalf of Creditor Smart Cienega SPE  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo

on behalf of Creditor Nattan  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Byron Z Moldo

on behalf of Creditor Red Mountain Asset Fund I  LLC bmoldo@ecjlaw.com, aantonio@ecjlaw.com;dperez@ecjlaw.com

Carolyn Gauvin

on behalf of Interested Party GA Joann Retail Partnership  LLC cgauvin@lowenstein.com

Charles S. Stahl, Jr.

on behalf of Creditor Depth Commerce  LLC cstahl@smbtrials.com

Christopher Viceconte

on behalf of Creditor Konica Minolta Business Solutions U.S.A.  Inc cviceconte@fbtgibbons.com, dseward@gibbonslaw.com;nmitchell@gibbonslaw.com

Christopher Adam Ouellette

on behalf of Creditor Hudson Retail LLC  Fairview Hudson 15 LLC & 11-13 Hudson LLC couellette@cohenseglias.com

Christopher B Wick

on behalf of Plan Administrator Ann Aber  solely in her capacity as the Plan Administrator of JOANN Inc., et al. cwick@hahnlaw.com, cmbeitel@hahnlaw.com

Christopher Dean Loizides

on behalf of Attorney LOIZIDES  P.A. loizides@loizides.com

Christopher L. Carter

on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent christopher.carter@morganlewis.com

Christopher M. Donnelly

on behalf of Interested Party Wilmington Savings Fund Society  FSB, as Prepetition Term Loan Agent cdonnelly@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Christopher Page Simon

on behalf of Interested Party GA Joann Retail Partnership  LLC csimon@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com

Christopher S. Murphy

on behalf of Creditor Texas Comptroller of Public Accounts  Revenue Accounting Division hristopher.murphy@oag.texas.gov, sherri.simpson@oag.texas.gov

Curtis S. Miller

on behalf of Interested Party Crafty (AL) LLC csmefiling@mnat.com curtis-miller-4921@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Daire J Pyle

on behalf of Creditor Platte Purchase Plaza  LLC dpyle@sterneisenberg.com, ecfaccount@orlans.com;ANHSOrlans@InfoEX.com;bkecf@sterneisenberg.com

Dana S. Plon

on behalf of Creditor Concord Retail Partners  L.P. dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor ARD MacArthur LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor G&I IX Empire McKinley Milestrip LLC dplon@sirlinlaw.com

Dana S. Plon

on behalf of Creditor Centerton Square  LLC dplon@sirlinlaw.com

Daniel C. Kerrick

on behalf of Creditor OOCL USA Inc. dckerrick@dkhogan.com  kerry@dkhogan.com

Daniel C. Kerrick

on behalf of Creditor Ocean Network Express (North America) Inc. dckerrick@dkhogan.com  kerry@dkhogan.com

Daniel Michael Pereira

on behalf of Creditor Rithum Corporation dpereira@stradley.com

David Shim

on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent david.shim@morganlewis.com

David M. Reeder

on behalf of Creditor ASL Investments  LLC david@reederlaw.com, secretary@reederlaw.com

David M. Unseth

on behalf of Creditor Gildan Activewear  Inc. david.unseth@bclplaw.com

Diane W. Sanders

on behalf of Creditor Hidalgo County austin.bankruptcy@publicans.com

Diane W. Sanders

on behalf of Creditor McLennan County austin.bankruptcy@publicans.com

District/off: 0311-1                                    User: admin                                         Page 4 of 26
Date Rcvd: Apr 02, 2026                              Form ID: pdfgen                                      Total Noticed: 1

Diane W. Sanders

on behalf of Creditor Nueces County austin.bankruptcy@publicans.com

Don Stecker

on behalf of Creditor Bexar County don.stecker@lgbs.com  don.stecker@ecf.courtdrive.com

Donna L. Culver

on behalf of Other Prof. Ad Hoc Term Loan Group dculver@mnat.com

Douglas R Gooding

on behalf of Interested Party Liberty Mutual Insurance Company dgooding@choate.com

Dustin Parker Branch

on behalf of Creditor Sherman Commons  L.P. branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor PBA II  LLC branchd@ballardspahr.com, carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Gallatin Mall Group  L.L.C. branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor ARG MHMORNC001  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor ARG OTOWEKY001  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Pride Center Co.  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Renaissance Partners I  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Acadia Realty Limited Partnership branchd@ballardspahr.com
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Lancaster Development Company LLC branchd@ballardspahr.com
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Marketplace West Partners  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor American Fork SC  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor ARC CLORLFL001  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor ARC SMWMBFL001  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor Santa Susana GRF2  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor ARC NLLKLFL001  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor EDENS branchd@ballardspahr.com  carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Dustin Parker Branch

on behalf of Creditor ARG JAFPTIL001  LLC branchd@ballardspahr.com,
carolod@ballardspahr.com;ZarnighianN@ballardspahr.com

Elazar A. Kosman

on behalf of Debtor JOANN Inc. ekosman@baileyglasser.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Elizabeth Banda Calvo

District/off: 0311-1                                    User: admin                                          Page 5 of 26
Date Rcvd: Apr 02, 2026                              Form ID: pdfgen                                   Total Noticed: 1

on behalf of Interested Party City of Grapevine  Grapevine-Colleyville ISD, Crowley ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com

Elizabeth A. Rogers

on behalf of Creditor Centerbridge Partners  L.P. erogers@lrclaw.com, ford@lrclaw.com;ramirez@lrclaw.com;hitchens@lrclaw.com;huynh@lrclaw.com;kittinger@lrclaw.com

Emily Margaret Hahn

on behalf of Creditor TAX Collin County Tax Assessor/Collector and City of Sherman ehahn@abernathy-law.com

Eric J. Monzo

on behalf of Interested Party Wilmington Savings Fund Society  FSB, as Prepetition Term Loan Agent emonzo@morrisjames.com, ddepta@morrisjames.com;slisko@morrisjames.com;joconnor@morrisjames.com;morrisjames@ecf.courtdrive.com

Eric R. Wilson

on behalf of Creditor Committee Official Committee of Unsecured Creditors KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Eric R. Wilson

on behalf of Interested Party Steven Balasiano in his capacity as the GUC Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

Erin L. Williamson

on behalf of Creditor MGP XII Sunrise Village  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Marketplace West Partners  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor ARG OTOWEKY001  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Gallatin Mall Group  L.L.C. williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Shops at St. Johns  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor ARG JAFPTIL001  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor ARC SMWMBFL001  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Santa Susana GRF2  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Shopping Center Associates  LP williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Sherman Commons  L.P. williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor The Sterling Organization williamsone@ballardspahr.com erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Arbor Square II  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Acadia Realty Limited Partnership williamsone@ballardspahr.com erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor EDENS williamsone@ballardspahr.com erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor PTC TX Holdings  LLC williamsone@ballardspahr.com, erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

District/off: 0311-1                          User: admin                                Page 6 of 26
Date Rcvd: Apr 02, 2026                       Form ID: pdfgen                            Total Noticed: 1

Erin L. Williamson

on behalf of Creditor Hutensky Capital Partners  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor ARC CLORLFL001  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor AFP Rockridge 2019  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor MFBY Ocala LLC williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor La Costa Capital Partners williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor TPP 217 Taylorsville  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Pride Center Co.  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor PBA II  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor SVAP III Coral Landings  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor CRI Easton Square LLC williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Wheeler Real Estate Investment Trust Inc. williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor ARC NLLKLFL001  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Inland Commercial Real Estate Services LLC williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor CCA-RSSC LLC williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor American Fork SC  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor Westfield  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor DLC Management Corporation williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor SVAP IV Presidential  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor ARG MHMORNC001  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor RD Management  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson

on behalf of Creditor GC Ambassador Courtyard LLC williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Gibraltar Management Co. Inc. williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Westford Valley Marketplace Inc. williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor National Realty & Development Corp. williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Federal Realty OP LP williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor First National Realty Partners williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Orem Family Center  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Renaissance Partners I  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Rivercrest Realty Associates  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Lancaster Development Company LLC williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor UFPTFC  LLC & BBTFC LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor Brixmor Operating Partnership LP williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor MP Elko  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor SVAP IV Fairfax  LLC williamsone@ballardspahr.com,
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin L. Williamson
on behalf of Creditor BMA JC LLC williamsone@ballardspahr.com
erin-williamson-8461@ecf.pacerpro.com;weidmanb@ballardspahr.com

Erin Powers Severini
on behalf of Creditor WPG Legacy  LLC eseverini@fbtgibbons.com

Evan Rassman
on behalf of Creditor Hudson Retail LLC  Fairview Hudson 15 LLC & 11-13 Hudson LLC erassman@cohenseglias.com

Evan T. Miller
on behalf of Creditor Studio Eluceo Ltd evan.miller@saul.com  robyn.warren@saul.com;sean.kenny@saul.com

Faye C Rasch
on behalf of Interested Party KHP Limited Partnership faye@wrlawgroup.com
hazel@wrlawgroup.com;jessica@wrlawgroup.com

Frank Hastings Griffin
on behalf of Defendant Fairfield Processing Corp. fgriffin@bsfllp.com
frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin
on behalf of Cred. Comm. Chair Ormo Ihracat A.S. fgriffin@bsfllp.com
frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin
on behalf of Defendant Advantus  Corp. fgriffin@bsfllp.com, frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin
on behalf of Plaintiff Low Tech Toy Club LLC fgriffin@bsfllp.com  frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

District/off: 0311-1     User: admin     Page 8 of 26

Date Rcvd: Apr 02, 2026     Form ID: pdfgen     Total Noticed: 1

Frank Hastings Griffin

on behalf of Cred. Comm. Chair Springs Creative Products Group LLC fgriffin@bsfllp.com, frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Cred. Comm. Chair Gwen Studios LLC fgriffin@bsfllp.com frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Defendant Low Tech Toy Club LLC fgriffin@bsfllp.com, frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Plaintiff Gwen Studios LLC fgriffin@bsfllp.com, frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Plaintiff Advantus Corp fgriffin@bsfllp.com frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Cred. Comm. Chair Advantus Corp fgriffin@bsfllp.com frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Plaintiff Springs Creative Products Group LLC fgriffin@bsfllp.com, frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Defendant Springs Creative Product Group LLC fgriffin@bsfllp.com, frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Defendant Ormo Ithalat Ihracat A.S. fgriffin@bsfllp.com frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Cred. Comm. Chair Fairfield Processing Corp. fgriffin@bsfllp.com frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Plaintiff Ormo Ithalat Ihracat A.S. fgriffin@bsfllp.com frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Cred. Comm. Chair Low Tech Toy Club LLC fgriffin@bsfllp.com frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Defendant Gwen Studios LLC fgriffin@bsfllp.com, frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frank Hastings Griffin

on behalf of Plaintiff Fairfiield Processing Corp fgriffin@bsfllp.com frank-griffin-9932@ecf.pacerpro.com;gnovod@bsfllp.com

Frederick Brian Rosner

on behalf of Interested Party Viition (Asia) Limited rosner@teamrosner.com chen@teamrosner.com,dong@teamrosner.com,wang@teamrosner.com

Garvan F. McDaniel

on behalf of Creditor Cotton Mill II LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Garvan F. McDaniel

on behalf of Creditor The Marketplace Tavares LLC fka Tamburro Properties II, LLC gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com

Gary D. Bressler

on behalf of Cred. Comm. Chair Brother International Corp. gbressler@mdmc-law.com hryan@mdmc-law.com

Gerald P. Kennedy

on behalf of Creditor Mann Enterprises Inc. gerald.kennedy@procopio.com, kristina.terlaga@procopio.com

Glenn A. Brown

on behalf of Creditor Chinatex Inc glenn.brown@realworldlaw.com, tiana.royal@realworldlaw.com

Glenn A. Brown

on behalf of Creditor DeHeng Chen. glenn.brown@realworldlaw.com tiana.royal@realworldlaw.com

Gordon Z. Novod

on behalf of Cred. Comm. Chair Low Tech Toy Club LLC gnovod@bsfllp.com gordon-novod-3734@ecf.pacerpro.com;fgriffin@bsfllp.com

Gordon Z. Novod

on behalf of Cred. Comm. Chair Advantus Corp gnovod@bsfllp.com gordon-novod-3734@ecf.pacerpro.com;fgriffin@bsfllp.com

Gordon Z. Novod

on behalf of Cred. Comm. Chair Ormo Ihracat A.S. gnovod@bsfllp.com gordon-novod-3734@ecf.pacerpro.com;fgriffin@bsfllp.com

Gordon Z. Novod

on behalf of Cred. Comm. Chair Gwen Studios LLC gnovod@bsfllp.com
gordon-novod-3734@ecf.pacerpro.com;fgriffin@bsfllp.com

Gregory Joseph Flasser

on behalf of Interested Party Gordon Brothers Retail Partners  LLC gflasser@potteranderson.com,
kmccloskey@potteranderson.com;leastburn@potteranderson.com;lhuber@potteranderson.com;tmistretta@potteranderson.com;mr
omano@potteranderson.com

Gregory Thomas Donilon

on behalf of Creditor Wilshire Plaza Investors  LLC gregory.donilon@stevenslee.com, rita.christopher@stevenslee.com

Gregory Warren Werkheiser

on behalf of Interested Party Crafty (AL) LLC werkheiser.gregory@dorsey.com

Howard A. Cohen

on behalf of Creditor Almaden Properties LLC hcohen@foxrothschild.com
msteen@foxrothschild.com,rsolomon@foxrothschild.com

J. Mark Chevallier

on behalf of Interested Party Venture Hulen  LP mchevallier@romclaw.com, dsalinas@romclaw.com

Jack M. Dougherty

on behalf of Plan Administrator Ann Aber  solely in her capacity as the Plan Administrator of JOANN Inc., et al.
jdougherty@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;Bankruptcy@coleschotz.com

Jack M. Dougherty

on behalf of Debtor JOANN Inc. jdougherty@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;Bankruptcy@coleschotz.com

Jacob S Lang

on behalf of Interested Party Liberty Mutual Insurance Company jslang@choate.com

James McCauley

on behalf of Defendant Heather Holody mccauley@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

James McCauley

on behalf of Defendant Robert Will mccauley@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

James McCauley

on behalf of Interested Party Heather Holody  Michael Kennedy, and Melissa Bowers mccauley@rlf.com,
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

James McCauley

on behalf of Defendant Michael Kennedy mccauley@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

James McCauley

on behalf of Defendant Melissa Bowers mccauley@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

James McCauley

on behalf of Defendant Christopher DiTullio mccauley@rlf.com
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

James Treece

on behalf of Creditor Missouri Department of Revenue james.treece@dor.mo.gov

James B. Sowka

on behalf of Interested Party IG Design Groups Americas  Inc. jsowka@seyfarth.com

James E O'Neill

on behalf of Attorney Pachulski Stang Ziehl & Jones LLP joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Creditor Committee Official Committee of Unsecured Creditors joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Creditor Committee Committee of Unsecured Creditors joneill@pszjlaw.com  efile1@pszjlaw.com

James E O'Neill

on behalf of Interested Party Steven Balasiano in his capacity as the GUC Trustee joneill@pszjlaw.com  efile1@pszjlaw.com

James E. Huggett

on behalf of Creditor Oracle America  Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com

James Philip Wilkins

on behalf of Attorney Kastner Westman & Wilkins  LLC jwilkins@kwwlaborlaw.com

Jami B. Nimeroff

on behalf of Creditor Roth Bros.  Inc., a Sodexo Company jnimeroff@snbhlaw.com, cjones@bmnlawyers.com

District/off: 0311-1
Date Rcvd: Apr 02, 2026
User: admin
Form ID: pdfgen
Page 10 of 26
Total Noticed: 1

Jarret P. Hitchings

on behalf of Creditor Gildan Activewear  Inc. jarret.hitchings@bclplaw.com,
deborah.field@bclplaw.com,jarret-hitchings-0150@ecf.pacerpro.com

Jarrod B. Martin

on behalf of Creditor Rayzor Ranch Marketplace Associates  LLC jbmartin@bradley.com

Jason A. Starks

on behalf of Creditor Travis County BKECF@traviscountytx.gov

Jason Daniel Angelo

on behalf of Interested Party W.P. Carey JAngelo@reedsmith.com
jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jason Daniel Angelo

on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent JAngelo@reedsmith.com,
jason-angelo-3987@ecf.pacerpro.com;kcleveland@reedsmith.com

Jeffery D. Carruth

on behalf of Creditor Witte Plaza  Ltd. jcarruth@condontobin.com,
jcarruth@aol.com;ATTY_CARRUTH@trustesolutions.com;jcarruth@ecf.courtdrive.com;jsteele@condontobin.com

Jeffrey Kurtzman

on behalf of Creditor Oxford Valley Road Associates kurtzman@kurtzmansteady.com

Jeffrey C. Wisler

on behalf of Creditor Blue Yonder  Inc. jwisler@connollygallagher.com

Jeffrey Ira Snyder

on behalf of Creditor Sunbeam Development Corp. jsnyder@bilzin.com
eservice@bilzin.com;lflores@bilzin.com;jeffrey-snyder-9959@ecf.pacerpro.com

Jeffrey M. Carbino

on behalf of Creditor G.W. REAL ESTATE OF GEORGIA LLC jeffrey.carbino@pierferd.com
jeffreycarbino@gmail.com;jeffrey-carbino-7516@ecf.pacerpro.com;nmeyers@leechtishman.com

Jeffrey Mark Rosenthal

on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. jrosenthal@mblawfirm.com

Jeffrey R Gleit

on behalf of Interested Party Wilmington Savings Fund Society  FSB, as Prepetition Term Loan Agent jeffrey.gleit@afslaw.com,
lisa.indelicato@afslaw.com;alyssa.fiorentino@afslaw.com

Jennifer R. Hoover

on behalf of Creditor DKS Investments  Inc. jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jennifer R. Hoover

on behalf of Interested Party Steven Balasiano in his capacity as the GUC Trustee jhoover@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jiangang Ou

on behalf of Creditor China National Art & Crafts Imp. & Exp. Huayong Corp. James.Ou@FisherBroyles.com

Joan Huh

on behalf of Creditor California Dept. of Tax and Fee Administration joan.huh@cdtfa.ca.gov

Jody C. Barillare

on behalf of Interested Party Michael Prendergast jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Defendant Michael Prendergast jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

Jody C. Barillare

on behalf of Interested Party Jeffrey Dwyer jody.barillare@morganlewis.com  lori.gibson@morganlewis.com

John Ventola

on behalf of Interested Party 1903P Loan Agent  LLC and 1903 Partners, LLC jventola@choate.com

John C Gentile

on behalf of Creditor Tufko International jgentile@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile

on behalf of Creditor Seasons Special Co.  Ltd. jgentile@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile

on behalf of Creditor Elegant Homes Limited jgentile@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile

on behalf of Creditor DKS Investments  Inc. jgentile@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile

on behalf of Creditor Polytek Development Corporation jgentile@beneschlaw.com

District/off: 0311-1                                      User: admin                                      Page 11 of 26
Date Rcvd: Apr 02, 2026                            Form ID: pdfgen                                Total Noticed: 1

docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile
on behalf of Creditor Infosys Limited jgentile@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John C Gentile
on behalf of Creditor Promax Manufacturing Co.  Ltd. jgentile@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

John Daniel McLaughlin, Jr.
on behalf of Interested Party Dudley Trading Associates Nominee Trust jack@mclaughlincounsel.com
jack@mclaughlincounsel.com;jmclaughlin@ciardilaw.com;sfrizlen@ciardilaw.com;sdoshi@ciardilaw.com

John J Wiles, Sr
on behalf of Creditor AmericasMart Real Estate  LLC bankruptcy@evict.net

John Jeffery Rich
on behalf of Creditor Madison County  Alabama jrich@madisoncountyal.gov

John Kendrick Turner
on behalf of Creditor Smith County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Dallas County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor City of Frisco dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Rockwall CAD dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Ellis county dallas.bankruptcyr@lgbs.com  Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Tarrant County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Grayson County dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John Kendrick Turner
on behalf of Creditor Lewisville ISD dallas.bankruptcyr@lgbs.com
Dora.Casiano-Perez@lgbs.com;John.Turner@ecf.courtdrive.com

John S Mairo
on behalf of Creditor Konica Minolta Business Solutions U.S.A.  Inc jmairo@fbtgibbons.com,
cclavis@fbtgibbons.com;emunera@fbtgibbons.com;jmoconnor@pbnlaw.com

Jonathan D. Marshall
on behalf of Interested Party 1903P Loan Agent  LLC and 1903 Partners, LLC jmarshall@choate.com

Jordan L. Williams
on behalf of Creditor Notions Marketing Corporation jordan.williams@blankrome.com

Joseph B Spero
on behalf of Creditor Summit Towne Center  Inc. sperofirm@sperolawoffice.com

Joseph C. Barsalona II
on behalf of Interested Party Liberty Mutual Insurance Company jbarsalona@pashmanstein.com
joseph--barsalona-5332@ecf.pacerpro.com

Joseph H Lemkin
on behalf of Creditor Bayshore Village (U.S.)  Inc jlemkin@stark-stark.com

Joseph J. DiPasquale
on behalf of Creditor Almaden Properties LLC jdipasquale@foxrothschild.com  cbrown@foxrothschild.com

Joshua A Sussberg
on behalf of Plaintiff JOANN Inc.  et al. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Joshua A Sussberg
on behalf of Debtor JOANN Inc. ecf-9b7a1a52c6e8@ecf.pacerpro.com;ecf-00163ec7e7ea@ecf.pacerpro.com

Juan E Martinez
on behalf of Creditor DKS Investments  Inc. jmartinez@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Juan E Martinez

District/off: 0311-1                              User: admin                                    Page 12 of 26
Date Rcvd: Apr 02, 2026                          Form ID: pdfgen                                 Total Noticed: 1

on behalf of Creditor Polytek Development Corporation jmartinez@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Judah S. Balasiano

on behalf of Cred. Comm. Chair Low Tech Toy Club LLC judah@balasianolaw.com

Julie Anne Parsons

on behalf of Creditor The County of Williamson  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor Central Appraisal District of Taylor County jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor The County of Comal  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor The County of Denton  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor The County of Brazos  Texas jparsons@mvbalaw.com,
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Julie Anne Parsons

on behalf of Creditor City of Waco and/or Waco ISD jparsons@mvbalaw.com
kalexander@mvbalaw.com;julie.parsons@ecf.courtdrive.com

Justin Cory Falgowski

on behalf of Creditor CTO23 Rockwall LLC as successor in interest to Excel Rockwall LLC jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor CTO Carolina Pavilion  as successor in interest for DDR Carolina Pavilion jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor Brookside Properties  Inc. jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor IGI21 Katy LLC jfalgowski@burr.com

Justin Cory Falgowski

on behalf of Creditor Marple XYZ Associates  L.P. jfalgowski@burr.com

Justin M Tuskan

on behalf of Creditor Park Associates LP jtuskan@metzlewis.com

Karen C. Bifferato

on behalf of Creditor Overlook Village Asheville  LLC kbifferato@connollygallagher.com

Karen C. Bifferato

on behalf of Creditor Polaris Towne Center SC  LLC kbifferato@connollygallagher.com

Karen M. Grivner

on behalf of Creditor Vestar Best in the West Property  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Santan MP  LP kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Square One Partners  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor T Mesquite MKT WVS TX  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Vestar DRM-Opco LLC kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor QCM Partners  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor CPT Riverside Plaza  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Daane's Development Company kgrivner@clarkhill.com  kwebster@clarkhill.com

Karen M. Grivner

on behalf of Creditor Suburban Plaza  LLC kgrivner@clarkhill.com, kwebster@clarkhill.com

Kate R. Buck

on behalf of Interested Party Shelbyville Road Plaza LLC kbuck@mccarter.com

District/off: 0311-1

Date Rcvd: Apr 02, 2026

User: admin

Form ID: pdfgen

Page 13 of 26

Total Noticed: 1

Kate R. Buck
> on behalf of Interested Party Tamarack Village Shopping Center  a Limited Partnership kbuck@mccarter.com

Katherine Hemming
> on behalf of Creditor Park Associates LP khemming@camlev.com

Katherine Welch
> on behalf of Creditor BV Waco Central Texas Marketplace  LLC katherine.welch@esbrook.com, aran.heining@esbrook.com

Kenneth J. Enos
> on behalf of Interested Party Boot Barn  Inc. bankfilings@ycst.com

Kenneth L. Baum
> on behalf of Creditor Columbus Park Crossing  LLC kbaum@kenbaumdebtsolutions.com, ddipiazza@kenbaumdebtsolutions.com

Kevin M. Capuzzi
> on behalf of Creditor Polytek Development Corporation kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
> on behalf of Creditor Elegant Homes Limited kcapuzzi@beneschlaw.com docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
> on behalf of Creditor Infosys Limited kcapuzzi@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
> on behalf of Creditor Promax Manufacturing Co.  Ltd. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin M. Capuzzi
> on behalf of Creditor Seasons Special Co.  Ltd. kcapuzzi@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Kevin S. Mann
> on behalf of Creditor David A. Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin S. Mann
> on behalf of Creditor Jeanette E. Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin S. Mann
> on behalf of Creditor Richard Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin S. Mann
> on behalf of Creditor Robert W. Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin S. Mann
> on behalf of Creditor U-Blaine Properties LLC kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin S. Mann
> on behalf of Creditor Ronald Giacomini kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kevin S. Mann
> on behalf of Creditor Lisa A. Martinoni kmann@crosslaw.com  smacdonald@crosslaw.com,cgreen@crosslaw.com

Kristen N. Pate
> on behalf of Creditor Brookfield Properties Retail Inc. ggpbk@ggp.com

Kristhy M. Peguero
> on behalf of Interested Party Burlington Stores  Inc. kpeguero@jw.com, kgradney@jw.com;dtrevino@jw.com

Kroll Restructuring Administration LLC
> info@ra.kroll.com

Kurt F. Gwynne
> on behalf of Creditor Bank of America  N.A., as Prepetition ABL Agent kgwynne@reedsmith.com, jmarcolini@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Laura L. McCloud
> on behalf of Creditor TN Dept of Revenue agbankdelaware@ag.tn.gov

Laurel D. Roglen
> on behalf of Creditor CRI Easton Square LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
> on behalf of Creditor Brixmor Operating Partnership LP roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen
> on behalf of Creditor Westford Valley Marketplace  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen
> on behalf of Creditor River Park Plaza  L.P. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor National Realty & Development Corp. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Wheeler Real Estate Investment Trust Inc. roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Gibraltar Management Co.  Inc. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor RD Management  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Acadia Realty Limited Partnership roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARG MHMORNC001  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARG JAFPTIL001  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARC CLORLFL001  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Pride Center Co.  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor The Sterling Organization roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor DLC Management Corporation roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor EDENS roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor UFPTFC  LLC & BBTFC LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Renaissance Partners I  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARC SMWMBFL001  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Hutensky Capital Partners  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Zaremba Metropolitan Midlothian  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor TPP 217 Taylorsville  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Santa Susana GRF2  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor La Costa Capital Partners roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Federal Realty OP LP roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor MGP XII Sunrise Village  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Shopping Center Associates  LP roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Marketplace West Partners  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor American Fork SC  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Sherman Commons  L.P. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor PBA II  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Shops at Lindale  LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

District/off: 0311-1                    User: admin                    Page 15 of 26
Date Rcvd: Apr 02, 2026              Form ID: pdfgen               Total Noticed: 1

Laurel D. Roglen

on behalf of Creditor Arbor Square II LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Paynter Realty roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor BMA JC LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor The Williams Family Trust roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARC NLLKLFL001 LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Inland Commercial Real Estate Services LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor ARG OTOWEKY001 LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Lancaster Development Company LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor First National Realty Partners roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor NNN Yulee FL Owner LP roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Gallatin Mall Group L.L.C. roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor MP Elko LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor PTC TX Holdings LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Orem Family Center LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor GC Ambassador Courtyard LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor CCA-RSSC LLC roglenl@ballardspahr.com  weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Rivercrest Realty Associates LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor Westfield LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor EREP Forest Hill I LLC roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Laurel D. Roglen

on behalf of Creditor The Widewaters Group Inc., as managing agent for Widewaters Roseland Center Company, LLC
roglenl@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Sherman Commons L.P. HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARG JAFPTIL001 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARG MHMORNC001 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARC SMWMBFL001 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor American Fork SC LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Federal Realty OP LP HeilmanL@ballardspahr.com  weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Marketplace West Partners LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

District/off: 0311-1                          User: admin                          Page 16 of 26
Date Rcvd: Apr 02, 2026                       Form ID: pdfgen                       Total Noticed: 1

on behalf of Creditor ARG OTOWEKY001 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Westford Valley Marketplace Inc. HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor MFBY Ocala LLC HeilmanL@ballardspahr.com weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor TPP 217 Taylorsville LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor PBA II LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor The Sterling Organization HeilmanL@ballardspahr.com weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Shops at St. Johns LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor EDENS HeilmanL@ballardspahr.com weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Acadia Realty Limited Partnership HeilmanL@ballardspahr.com weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Shopping Center Associates LP HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARC NLLKLFL001 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Pride Center Co. LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor RD Management LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Santa Susana GRF2 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Brixmor Operating Partnership LP HeilmanL@ballardspahr.com weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor ARC CLORLFL001 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor BMA JC LLC HeilmanL@ballardspahr.com weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor SVAP III Coral Landings LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Gallatin Mall Group L.L.C. HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor AFP Rockridge 2019 LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Lancaster Development Company LLC HeilmanL@ballardspahr.com weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor SVAP IV Fairfax LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Hutensky Capital Partners LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor SVAP IV Presidential LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Leslie C. Heilman

on behalf of Creditor Renaissance Partners I LLC HeilmanL@ballardspahr.com, weidmanb@ballardspahr.com

Louis F. Solimine

on behalf of Interested Party River Ridge Mall JV LLC louis.solimine@thompsonhine.com,
Tony.Hornbach@ThompsonHine.com,ecfdocket@thompsonhine.com

Louis J. Rizzo, Jr.

on behalf of Creditor DMC Corporation lrizzo@regerlaw.com mhalter@regerlaw.com

Lucian Borders Murley

on behalf of Creditor Echo/Continental Lincoln Village LLC luke.murley@akerman.com

reyko.delpino@akerman.com;tamera.pearson@akerman.com

M. Blake Cleary

on behalf of Interested Party Gordon Brothers Retail Partners  LLC bcleary@potteranderson.com, bankruptcy@potteranderson.com;mromano@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com

M. Hampton Foushee

on behalf of Interested Party 1903P Loan Agent  LLC and 1903 Partners, LLC hfoushee@choate.com

Malcolm M Bates

on behalf of U.S. Trustee U.S. Trustee malcolm.bates@blankrome.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Burlington Stores  Inc. marcy.smith@wbd-us.com, cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Marcy J. McLaughlin Smith

on behalf of Interested Party Burlington Coat Factory Warehouse Corporation marcy.smith@wbd-us.com cindy.giobbe@wbd-us.com;michelle.dero@wbd-us.com

Margaret Manning

on behalf of Creditor Jones Lang LaSalle Americas  Inc. mmanning@gsbblaw.com

Margaret A. Vesper

on behalf of Creditor ARC SMWMBFL001  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor PBA II  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor The Sterling Organization vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor American Fork SC  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Santa Susana GRF2  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor ARG MHMORNC001  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor TPP 217 Taylorsville  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor ARC CLORLFL001  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Federal Realty OP LP vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Lancaster Development Company LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Marketplace West Partners  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Acadia Realty Limited Partnership vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor BMA JC LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Gallatin Mall Group  L.L.C. vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor ARG JAFPTIL001  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor ARG OTOWEKY001  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Brixmor Operating Partnership LP vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor Shopping Center Associates  LP vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor ARC NLLKLFL001  LLC vesperm@ballardspahr.com

Margaret A. Vesper

on behalf of Creditor EDENS vesperm@ballardspahr.com

Margaret A. Vesper

    on behalf of Creditor Renaissance Partners I LLC vesperm@ballardspahr.com

Margaret A. Vesper

    on behalf of Creditor Pride Center Co. LLC vesperm@ballardspahr.com

Margaret A. Vesper

    on behalf of Creditor RD Management LLC vesperm@ballardspahr.com

Margaret A. Vesper

    on behalf of Creditor Westford Valley Marketplace Inc. vesperm@ballardspahr.com

Margaret A. Vesper

    on behalf of Creditor Hutensky Capital Partners LLC vesperm@ballardspahr.com

Mark A Salzberg

    on behalf of Creditor Blue Yonder Inc. mark.salzberg@squirepb.com,
sarah.conley@squirepb.com;mark-a-salzberg-2003@ecf.pacerpro.com

Mark D. Collins

    on behalf of Interested Party SVP Sewing Brands LLC
rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Mark L. Desgrosseilliers

    on behalf of Creditor Ribblr Ltd. desgross@chipmanbrown.com,
fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Matthew Williams

    on behalf of Other Prof. Ad Hoc Term Loan Group mjwilliams@gibsondunn.com
mgocksch@gibsondunn.com;jgoldsetein@gibsondunn.com;sgreenberg@gibsondunn.com;thammond@gibsondunn.com;mneumei
ster@gibsondunn.com;axiao@gibsondunn.com;mjackson@gibsondunn.com;matthew-j-williams-7113@ecf.pacerpro.com

Matthew B. Harvey

    on behalf of Other Prof. Ad Hoc Term Loan Group mharvey@mnat.com
matt-harvey-8145@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnich
ols.com;radha--chevli--2257@ecf.pacerpro.com

Matthew B. McGuire

    on behalf of Creditor Centerbridge Partners L.P. mcguire@lrclaw.com,
rogers@lrclaw.com;ramirez@lrclaw.com;huynh@lrclaw.com;ford@lrclaw.com;kittinger@lrclaw.com;huynh@lrclaw.com;ford@
lrclaw.com

Matthew P. Austria

    on behalf of Creditor Sincere Creates & Manufactures Limited maustria@austriallc.com

Matthew P. Ward

    on behalf of Interested Party Burlington Stores Inc. matthew.ward@wbd-us.com,
Heidi.sasso@wbd-us.com;cindy.giobbe@wbd-us.com;Michelle.Dero@wbd-us.com

Matthew Steven Sarna

    on behalf of Interested Party 1903P Loan Agent LLC and 1903 Partners, LLC matthew.sarna@us.dlapiper.com,
DLAPiper@ecfxmail.com

Melissa Sobrepera

    on behalf of Interested Party Steven Balasiano in his capacity as the GUC Trustee msobrepera@beneschlaw.com
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Melissa E. Valdez

    on behalf of Creditor Clear Creek Independent School District mvaldez@pbfcm.com
mvaldez@ecf.courtdrive.com;arandermann@pbfcm.com

Michael Breslauer

    on behalf of Creditor Alamo Center LLC mbreslauer@swsslaw.com, sdurazo@swsslaw.com

Michael Papandrea

    on behalf of Interested Party GA Joann Retail Partnership LLC mpapandrea@lowenstein.com, dclaussen@lowenstein.com

Michael Pipkin

    on behalf of Interested Party Venture Hulen LP mpipkin@romclaw.com, emoon@romclaw.com,dsalinas@romclaw.com

Michael C. Whalen

    on behalf of Debtor JOANN Inc. michael.whalen@kirkland.com

Michael E. Fitzpatrick

    on behalf of Plan Administrator Ann Aber solely in her capacity as the Plan Administrator of JOANN Inc., et al.
mfitzpatrick@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Michael E. Fitzpatrick

    on behalf of Plaintiff JOANN Inc. et al. mfitzpatrick@coleschotz.com,
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Michael E. Fitzpatrick

    on behalf of Debtor JOANN Inc. mfitzpatrick@coleschotz.com

pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Michael G. Busenkell

on behalf of Creditor Myrtle Beach Farms Company  Inc. mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor CI Warner Robbins  LLC mbusenkell@gsbblaw.com, mfriedman@gsbblaw.com

Michael G. Busenkell

on behalf of Creditor Sun-Yin (HK) Holding Ltd. mbusenkell@gsbblaw.com  mfriedman@gsbblaw.com

Michael Joseph Joyce

on behalf of Creditor Enchante Accessories  Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Woodmont Company  Inc. as Receiver for Mobile Festival Acquisition, LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Feldman Companies  Inc. mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor JJD-HOV Elk Grove  LLC mjoyce@mjlawoffices.com

Michael Joseph Joyce

on behalf of Creditor Ruth Kump mjoyce@mjlawoffices.com

Michelle E. Shriro

on behalf of Creditor RPI Ridgmar Town Square  Ltd. mshriro@singerlevick.com, scotton@singerlevick.com

Michelle E. Shriro

on behalf of Creditor Bridge33 Capital LLC mshriro@singerlevick.com  scotton@singerlevick.com

Monique Bair DiSabatino

on behalf of Creditor Beavercreek Towne Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Richmond Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Hamilton Village Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Bear Creek Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Lakewood Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Alameda Crossing Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Raynham Station LLC monique.disabatino@saul.com  robyn.warren@saul.com

Monique Bair DiSabatino

on behalf of Creditor Phillips Edison & Company Inc. monique.disabatino@saul.com  robyn.warren@saul.com

Nahal Zarnighian

on behalf of Creditor ARC SMWMBFL001  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Acadia Realty Limited Partnership zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Gallatin Mall Group  L.L.C. zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor ARG MHMORNC001  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Marketplace West Partners  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor EDENS zarnighiann@ballardspahr.com  CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Santa Susana GRF2  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor PBA II  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor ARC CLORLFL001  LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Renaissance Partners I LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Sherman Commons L.P. zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Lancaster Development Company LLC zarnighiann@ballardspahr.com CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor ARG JAFPTIL001 LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor ARG OTOWEKY001 LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor American Fork SC LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor Pride Center Co. LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nahal Zarnighian

on behalf of Creditor ARC NLLKLFL001 LLC zarnighiann@ballardspahr.com, CaroloD@ballardspahr.com

Nancy J. Newman

on behalf of Interested Party Lynnwood Tower LLC nnewman@hansonbridgett.com

Nancy J. Newman

on behalf of Interested Party Granite Village West L.P. nnewman@hansonbridgett.com

Nicole M. Fulfree

on behalf of Interested Party GA Joann Retail Partnership LLC nfulfree@lowenstein.com

Patrick J. Reilley

on behalf of Plan Administrator Ann Aber solely in her capacity as the Plan Administrator of JOANN Inc., et al.
preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor joann.com LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor Jo-Ann Stores LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor WeaveUp Inc. preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor Creative Tech Solutions LLC preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor Jo-Ann Stores Support Center Inc. preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor Creativebug LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor JAS Aviation LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor Needle Holdings LLC preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor JOANN Holdings 2 LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coleschotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor Dittopatterns LLC preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor JOANN Inc. preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor JOANN Ditto Holdings Inc. preilley@coleschotz.com
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Plaintiff JOANN Inc.  et al. preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

Patrick J. Reilley

on behalf of Debtor JOANN Holdings 1  LLC preilley@coleschotz.com,
bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@coleschotz.com;jford@coles
chotz.com;lmorton@coleschotz.com

R. Grant Dick, IV

on behalf of Creditor Shenyang Large Circle Arts & Crafts  Co., Ltd. gdick@coochtaylor.com,
gdick@ecf.courtdrive.com;grant-dick-1014@ecf.pacerpro.com

Rachel Amster

on behalf of Creditor Toll Global Forwarding (USA) Inc. ramster@gkglaw.com

Ricardo Palacio, Esq

on behalf of Creditor Cavender Stores  L.P. rpalacio@ashbygeddes.com,
kjones@ashbygeddes.com;DKosloske@ashbygeddes.com;adellose@ashbygeddes.com;ktsaganos@ashbygeddes.com

Ricardo A. Reyes

on behalf of Creditor DCTN3 509 PANAMA CITY FL  LLC rar@tobinreyes.com, rreid@tobinreyes.com

Rick Aaron Steinberg

on behalf of Creditor OOCL (USA) Inc. RSteinberg@pricemeese.com

Robert J. Dehney

on behalf of Other Prof. Ad Hoc Term Loan Group rdehney@morrisnichols.com
robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnic
hols.com;radha--chevli--2257@ecf.pacerpro.com

Robert S. Brady

on behalf of Interested Party Boot Barn  Inc. bankfilings@ycst.com

Ronald Brown, Jr

on behalf of Interested Party La Harbra Westbridge Partners L.P. ron@rkbrownlaw.com

Ronald E Gold

on behalf of Creditor WPG Legacy  LLC rgold@fbtlaw.com,
awebb@fbtlaw.com;eseverini@fbtlaw.com;jkleisinger@fbtlaw.com;dgharkhany@fbtlaw.com

Ronald M Tucker

on behalf of Creditor Simon Property Group  Inc. rtucker@simon.com, bankruptcy@simon.com

Ronald S. Beacher

on behalf of Creditor Evolution Credit Opportunity Master Fund II-B  LP rbeacher@pryorcashman.com,
bankruptcydocketing@pryorcashman.com

Ronald S. Beacher

on behalf of Creditor MCS Industries Inc. rbeacher@pryorcashman.com  bankruptcydocketing@pryorcashman.com

Ronald S. Gellert

on behalf of Creditor LNN Enterprises  Inc. rgellert@gsbblaw.com, mfriedman@gsbblaw.com

Ryan J Bird

on behalf of Creditor Blum Boulders Associates I  LLC rbird@gilbertbirdlaw.com, rbird@gilbertbirdlaw.com

Sandra S Hamilton

on behalf of Creditor Daane's Development Company bankruptcyfiling@clarkhill.com

Scott D. Cousins

on behalf of Creditor Orchard Yarn and Thread Company Inc. d/b/a Lion Brand Yarn Co. scott.cousins@lewisbrisbois.com
susan.brown@lewisbrisbois.com

Scott J Greenberg

on behalf of Other Prof. Ad Hoc Term Loan Group sgreenberg@gibsondunn.com
jbrody@gibsondunn.com;scott-j-greenberg-6049@ecf.pacerpro.com

District/off: 0311-1                                  User: admin                                  Page 22 of 26
Date Rcvd: Apr 02, 2026                              Form ID: pdfgen                              Total Noticed: 1

Scott J. Leonhardt
on behalf of Interested Party B&B South Plaza Holdings  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Creditor BV Wolf Creek  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott J. Leonhardt
on behalf of Creditor BV Waco Central Texas Marketplace  LLC scott.leonhardt@esbrook.com, scott.leonhardt@esbrook.com

Scott L. Fleischer
on behalf of Creditor The Widewaters Group  Inc., as managing agent for Widewaters Roseland Center Company, LLC
sfleischer@barclaydamon.com, scott-fleischer-2734@ecf.pacerpro.com

Sean Matthew Beach
on behalf of Interested Party Project Swift LLC bankfilings@ycst.com

Shannon Dougherty Humiston
on behalf of Creditor Marple XYZ Associates  L.P. shumiston@burr.com

Shannon Dougherty Humiston
on behalf of Creditor IGI21 Katy LLC shumiston@burr.com

Shawn M. Christianson
on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stacy L. Newman
on behalf of Debtor JOANN Inc. snewman@coleschotz.com
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Stacy L. Newman
on behalf of Plan Administrator Ann Aber  solely in her capacity as the Plan Administrator of JOANN Inc., et al.
snewman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Stacy L. Newman
on behalf of Plaintiff JOANN Inc.  et al. snewman@coleschotz.com,
pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Stephanie Slater Ward
on behalf of Creditor Almaden Properties LLC sslater@foxrothschild.com
rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com

Stephen M Kaplan
on behalf of Creditor FOF 1073 LLC kaplanlawworks@aol.com

Stephen V Falanga
on behalf of Creditor Jones Lang LaSalle Americas  Inc. sfalanga@walsh.law, chemrick@walsh.law

Steven Balasiano
on behalf of Cred. Comm. Chair Low Tech Toy Club LLC Steven@BalasianoLaw.com

Steven Walsh
on behalf of Creditor Elegant Homes Limited SWalsh@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
on behalf of Creditor Infosys Limited SWalsh@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
on behalf of Creditor Seasons Special Co.  Ltd. SWalsh@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven Walsh
on behalf of Creditor Promax Manufacturing Co.  Ltd. SWalsh@beneschlaw.com,
docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Steven J. Reisman
on behalf of Interested Party Gordon Brothers Retail Partners  LLC sreisman@katten.com, nyc.bknotices@katten.com

Stuart M. Brown
on behalf of Interested Party 1903P Loan Agent  LLC and 1903 Partners, LLC stuart.brown@dlapiper.com,
DLAPiper@ecfxmail.com;docketingbaltimore@dlapiper.com

Susan E. Kaufman
on behalf of Interested Party Granite Village West  L.P. skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Interested Party United Steel  Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service
Workers International Union skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Creditor WPG Legacy  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman
on behalf of Creditor Cahill Road Partners  LLC skaufman@skaufmanlaw.com

District/off: 0311-1

Date Rcvd: Apr 02, 2026

User: admin

Form ID: pdfgen

Page 23 of 26

Total Noticed: 1

Susan E. Kaufman

on behalf of Creditor 2075 Ford Parkway  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor EBH 127 Building  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Winkal Holdings  LLC c/o WIN Properties, Inc. skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Interested Party Lynnwood Tower  LLC skaufman@skaufmanlaw.com

Susan E. Kaufman

on behalf of Creditor J2H 127 Building  LLC skaufman@skaufmanlaw.com

Susan R Fuertes

on behalf of Creditor Harris County  ATTN: Property Tax Division susan.fuertes@harriscountytx.gov

Tara L. Grundemeier

on behalf of Creditor Montgomery County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Jefferson County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Katy ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston Comm Coll System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Lone Star College System houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris Co ESD #09 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Fort Bend County houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Humble houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Harris Co ESD #47 houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor City of Houston houston_bankruptcy@lgbs.com

Tara L. Grundemeier

on behalf of Creditor Houston ISD houston_bankruptcy@lgbs.com

Timothy T Mitchell

on behalf of Creditor EQYInvest Owner II  Ltd., LLP dkrm@aol.com, donna@rashtiandmitchell.com

Timothy T Mitchell

on behalf of Creditor Birch Run Station  LLC dkrm@aol.com, donna@rashtiandmitchell.com

Turner Falk

on behalf of Creditor Phillips Edison & Company Inc. turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Hamilton Village Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Bear Creek Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Raynham Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Lakewood Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Beavercreek Towne Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Alameda Crossing Station LLC turner.falk@saul.com  tnfalk@recap.email

Turner Falk

on behalf of Creditor Richmond Station LLC turner.falk@saul.com  tnfalk@recap.email

U.S. Trustee

USTPRegion03.WL.ECF@USDOJ.GOV

Valerie Bantner Peo

on behalf of Creditor Millbrae Square Company vbantnerpeo@buchalter.com

Victoria N Argeroplos

on behalf of Interested Party Burlington Stores  Inc. vargeroplos@jw.com, jpupo@jw.com;dtrevino@jw.com

William Ehrlich

on behalf of Attorney CB PASO  LLC william@ehrlichlawfirm.com

William A. Hazeltine

on behalf of Interested Party Ganga Acrowools Limited whazeltine@sha-llc.com

William A. Hazeltine

on behalf of Creditor Rayzor Ranch Marketplace Associates  LLC whazeltine@sha-llc.com

William A. Hazeltine

on behalf of Creditor Janome America Inc. whazeltine@sha-llc.com

William D. Sullivan

on behalf of Creditor Younger Partners Investements LLC wdsecfnotices@sha-llc.com

William D. Sullivan

on behalf of Creditor Janome America Inc. wdsecfnotices@sha-llc.com

William F. Taylor, Jr

on behalf of Creditor Entergy Arkansas  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Delmarva Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Toledo Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Atlantic City Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Entergy Mississippi  LLC wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Arizona Public Service Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Tampa Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Ohio Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor CenterPoint Energy Resources Corp. wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Public Service Company of Oklahoma wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor West Penn Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The Cleveland Electric Illuminating Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Salt River Project wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Monongahela Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Southern California Gas Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Kentucky Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Commonwealth Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Jersey Central Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Pennsylvania Power wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor The Potomac Electric Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Georgia Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Florida Power & Light Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Indiana Michigan Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Metropolitan Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Southern California Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Peoples Gas System  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Baltimore Gas and Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Potomac Edison Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Appalachian Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Pennsylvania Power Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Entergy Texas  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Ohio Power Company d/b/a AEP Ohio wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Dominion Energy South Carolina  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Pennsylvania Electric Company wtaylor@whitefordlaw.com
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

on behalf of Creditor Constellation NewEnergy  Inc. wtaylor@whitefordlaw.com,
clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

User: admin
Date Rcvd: Apr 02, 2026                    Form ID: pdfgen                    Total Noticed: 1

William F. Taylor, Jr

> on behalf of Creditor Constellation NewEnergy - Gas Division  LLC wtaylor@whitefordlaw.com,
> clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

> on behalf of Creditor Entergy Louisiana  LLC wtaylor@whitefordlaw.com,
> clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

> on behalf of Creditor Rochester Gas and Electric Corporation wtaylor@whitefordlaw.com
> clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

> on behalf of Creditor Southwestern Electric Power Company wtaylor@whitefordlaw.com
> clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

> on behalf of Creditor New York State Electric & Gas Corporation wtaylor@whitefordlaw.com
> clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

> on behalf of Creditor Virginia Electric and Power Company d/b/a Dominion Energy Virginia wtaylor@whitefordlaw.com
> clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

> on behalf of Creditor PECO Energy Company wtaylor@whitefordlaw.com
> clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William F. Taylor, Jr

> on behalf of Creditor Ohio Power Company d/b/a AEP wtaylor@whitefordlaw.com
> clano@whitefordlaw.com;william--taylor-4930@ecf.pacerpro.com

William J. Levant

> on behalf of Creditor Marple XYZ Associates  L.P. wlevant@kaplaw.com

William L. Siegel

> on behalf of Creditor Korber Supply Chain US  Inc. bsiegel@cowlesthompson.com, brodela@cowlesthompson.com

Zachary Javorsky

> on behalf of Interested Party Dollar Tree Stores  Inc. javorsky@rlf.com,
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro

> on behalf of Defendant Melissa Bowers shapiro@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro

> on behalf of Interested Party Heather Holody  Christopher DiTullio, Michael Kennedy, and Melissa Bowers shapiro@rlf.com,
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro

> on behalf of Interested Party Dollar Tree Stores  Inc. shapiro@rlf.com,
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro

> on behalf of Defendant Michael Kennedy shapiro@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro

> on behalf of Defendant Heather Holody shapiro@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro

> on behalf of Interested Party Melissa Bowers  Christopher DiTullio, Heather Holody, and Michael Kennedy shapiro@rlf.com,
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro

> on behalf of Defendant Christopher DiTullio shapiro@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro

> on behalf of Defendant Robert Will shapiro@rlf.com
> rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zhao Liu

> on behalf of Interested Party Viition (Asia) Limited liu@teamrosner.com
> wang@teamrosner.com,dong@teamrosner.com,chen@teamrosner.com

TOTAL: 611