**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | **Re: Docket No. 2091** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM REGARDING
PLAN ADMINISTRATOR'S THIRTIETH (SUBSTANTIVE) OMNIBUS
OBJECTION TO CERTAIN CLAIMS (RECLASSIFIED CLAIMS,
OVERSTATED CLAIMS, AND NO LIABILITY CLAIMS)**

**PLEASE TAKE NOTICE** that, on March 6, 2026, Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, filed the *Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims)* [Docket No. 2091] (the "Omnibus Objection") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801.  A hearing on the Omnibus Objection is scheduled for April 20, 2026 at 1:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that the electronic Claims Binder was emailed on April 6, 2026 to the Judge's Courtroom Deputy and Judicial Assistant, with copies of the proofs of claim (the "Proofs of Claim") that are the subject of the Omnibus Objection, along with all attachments, and a copy of the Omnibus Objection, in accordance with Rule 3007-1(d)(vi) of the Local Rules of the United States Bankruptcy Court for the District of Delaware. Copies of the Proofs of Claim can be requested from counsel for the Plan Administrator.

---

[1]    The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Dated: April 6, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:    preilley@coleschotz.com
    mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:    cwick@hahnlaw.com
    pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*