## Schedule 1

**Reclassified Claims**

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|------------|---------------|---------------|---------------|---------------|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Bassista, Debra | 19415 | JOANN Inc. | 7/14/2025 | Secured | $0.00 | Secured | $0.00 | This claim relates to the balance of severance pay allegedly owed to the claimant. Based on the Plan Administrator's review of the Debtors' books and records, the Plan Administrator has determined that the claimant has already been paid all amounts of severance pay that would be entitled to priority or administrative expense status. Thus, the priority and administrative portions of this claim must be reclassified as a general unsecured claim. |
| | | | | | Admin | $32.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $24.00 | Priority | $0.00 | |
| | | | | | GUC | $180.00 | GUC | $236.00 | |
| | | | | | Total | $236.00 | Total | $236.00 | |
| 2 | Dickinson, Melanie Lynn | 20347 | JOANN Inc. | 11/24/2025 | Secured | $0.00 | Secured | $0.00 | This claim amends Claim No. 18965, which was previously reclassified as a general unsecured claim [*see* Doc. 1866]. The claim relates to unredeemed gift cards and/or merchandise credits. Such claim not entitled to secured, priority, or administrative expense treatment, and thus must be reclassified, in its entirety, as a general unsecured claim. |
| | | | | | Admin | $0.00 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $400.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $400.00 | |
| | | | | | Total | $400.00 | Total | $400.00 | |
| 3 | Quantum Metric, Inc. | 10794 | Jo-Ann Stores, LLC | 4/4/2025 | Secured | $0.00 | Secured | $0.00 | The administrative expense claim is for post-petition invoices relating to services for website analytics. Based on the Plan Administrator's review of the Debtors' books and records, the claimant is entitled to an administrative expense for the cost of services for the period of the petition date through February 27, 2025, as the Debtors requested that claimant cease all services as of such date and services provided subsequent to such date did not result in any benefit to the bankruptcy estate. The cost of such services for the period of the petition date through February 27, 2025 was $37,547, which amount is entitled to administrative expense status. The remainder of the administrative expense claim must be reclassified as a general unsecured claim. |
| | | | | | Admin | $64,248.61 | Admin | $37,547.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $319,595.68 | GUC | $346,297.29 | |
| | | | | | Total | $383,844.29 | Total | $383,844.29 | |
| 4 | Rimini Street, Inc. | 9483 | Jo-Ann Stores, LLC | 4/1/2025 | Secured | $0.00 | Secured | $0.00 | The administrative expense claim is for hourly fees and annual fees, prorated for the post-petition portion of 2025, relating to three statements of work (SOW) for services that were to be provided to the Debtors throughout the entirety of 2025. Shortly after the petition date, on January 21, 2025, the Debtors informed claimant that it was putting the projects on hold due to the bankruptcy filing. Based on the Plan Administrator's review of the Debtors' books and records, no services were provided by claimant to any of the Debtors after January 21, 2025, and the services provided after the petition date through January 21, 2025 were limited in nature and did not benefit the estate. Accordingly, claimant is not entitled to any administrative expense claim. The entirety of the asserted administrative expense claim is in the nature of rejection damages and must be reclassified as a general unsecured claim. |
| | | | | | Admin | $1,023,847.29 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $53,584.21 | GUC | $1,077,431.50 | |
| | | | | | Total | $1,077,431.50 | Total | $1,077,431.50 | |

Case 25-10068-CTG    Doc 2154-1    Filed 04/06/26    Page 3 of 3

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|--|----------------|--|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 5 | Sun Li Fung Trading | 174 | Jo-Ann Stores, LLC | 1/24/2025 | Secured $513,149.12<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $513,149.12 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $10,523.52<br>Priority $0.00<br>GUC $502,625.60<br>Total $513,149.12 | | The claim was filed as a fully secured claim, but the claim is not and was not secured by any property of the Debtors. Based on the Plan Administrator's review of the debtors' books and records, however, the claimant is entitled to a claim under Section 503(b)(9) in the amount of $10,523.52, for the value of goods sold by the claimant and received by the Debtors within 20 days prior to the petition date. The remainder of the claim must be reclassified as a general unsecured claim. |
| 6 | Thomas, Victoria | 9936 | Jo-Ann Stores, LLC | 4/1/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority Unliquidated<br>GUC $0.00<br>Total Unliquidated | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC Unliquidated<br>Total Unliquidated | | This claim is a prepetition, unliquidated personal injury claim. The claim was filed as a priority claim under section 507(a)(10) of the Bankruptcy Code, which applies to claims for "death or personal injury resulting from the operation of a motor vehicle or vessel if such operation was unlawful because the debtor was intoxicated[.]" 11 U.S.C. 507(a)(10). The Debtors were corporate entities incapable of becoming intoxicated. The claim therefore is not entitled to priority status under section 507(a)(10) and must be reclassified as a general unsecured claim. |