## Schedule 2

**Overstated Claims**

JOANN Inc. Case No. 25-10068
Thirtieth Omnibus Objection
Schedule 2 - Overstated Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim — Claim Nature | Current Claim — Claim Amount | Modified Claim — Claim Nature | Modified Claim — Claim Amount | Basis for Objection |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Allied Universal Security Services | 10593 | Jo-Ann Stores, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$59,726.13<br>$0.00<br>$0.00<br>$0.00<br>$59,726.13 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$24,210.80<br>$0.00<br>$0.00<br>$0.00<br>$24,210.80 | This claim relates to two invoices for post-petition security services. Based on the Plan Administrator's review of the Debtors' books and records, the invoice dated March 9, 2025, has been paid in full. The invoice dated February 9, 2025, in the amount of $24,210.80, remains outstanding. The administrative expense claim of claimant must therefore be reduced to $24,210.80. |
| 2 | Lake Charles PC, L.P. | 10771 | Jo-Ann Stores, LLC | 4/4/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$81,871.42<br>$0.00<br>$0.00<br>$46,709.12<br>$128,580.54 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$8,707.15<br>$0.00<br>$0.00<br>$46,709.12<br>$55,416.27 | The administrative expense portion of this claim relates to amounts allegedly owed for post-petition monthly rent, CAM, tax, and insurance, and 2024 CAM, tax, and insurance reconciliations. Upon review of the Debtors' books and records, the Plan Administrator has determined that the Debtors paid and fully satisfied all post-petition monthly obligations, except to the extent of $8,707.15. Moreover, the claimant has failed to provide adequate documentation or other information to support its claim inasmuch as it relates to 2024 reconciliations. Thus, the administrative expense claim must be reduced to the amount of $8,707.15. |
| 3 | Siegen Lane Properties, LLC | 19430 | Jo-Ann Stores, LLC | 7/19/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$79,355.43<br>$0.00<br>$0.00<br>$720,573.31<br>$799,928.74 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$60,088.20<br>$0.00<br>$0.00<br>$720,573.31<br>$780,661.51 | The administrative expense claim includes amounts not properly chargeable to the Debtors under the relevant lease or related documents and/or includes obligations that were previously satisfied or not appropriately credited. Based on review of the Debtors' books and records and the documents and information submitted with the proof of claim, the Plan Administrator has determined that the claimant's administrative expense claim must be reduced to $60,088.20. |
| 4 | Southwest Commons 05 A, LLC | 8039 | Jo-Ann Stores, LLC | 4/2/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$51,929.56<br>$0.00<br>$15,879.81<br>$26,055.25<br>$93,864.62 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$1,115.28<br>$0.00<br>$0.00<br>$26,055.25<br>$27,170.53 | The claim is for obligations allegedly owed by the Debtors under a certain real estate lease. The administrative expense claim appears to be for January 2025 "stub rent," CAM escrows for the months of February, March, and April, 2025, base rent for April 2025, and water charges for the period of February 5 - March 5, 2025. The priority portion of the claim is for January 2025 stub rent, which amount is already included in the asserted administrative expense claim. Upon review of the Debtors' books and records, the Plan Administrator has determined that, except for CAM escrows for February, March, and April, 2025, in the cumulative amount of $1,115.28, all amounts asserted as an administrative expense claim or priority claim have been paid in full. Thus, the claim is overstated, and the administrative expense claim and priority claim must be reduced to $1,115.28, and $0.00, respectively. |