## Schedule 3

**No Liability Claims**

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|----------------|----------------|----------------|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | BONNEVILLE COUNTY TREASURERS | 16021 | JOANN Inc. | 5/6/2025 | Secured $2,606.28<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $2,606.28 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim appears to be related to personal property taxes. The Debtors' accountant has verified with the claimant that no taxes are owed for the relevant period and the Debtors therefore have no liability on this claim. The claim must be disallowed and expunged in its entirety. |
| 2 | City of Humble | 19265 | Jo-Ann Stores, LLC | 7/7/2025 | Secured $2,361.71<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $2,361.71 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim appears to be for 2025 estimated ad valorem taxes. The Plan Administrator verified with the claimant that no taxes are owed and the Debtors therefore have no liability on this claim. The claim must be disallowed and expunged in its entirety. |
| 3 | Humble Independent School District | 19664 | Jo-Ann Stores, LLC | 7/29/2025 | Secured $10,980.66<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $10,980.66 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim appears to be for 2025 estimated ad valorem taxes. The Plan Administrator verified with the claimant that no taxes are owed and the Debtors therefore have no liability on this claim. The claim must be disallowed and expunged in its entirety. |
| 4 | PH 706-750 N Casaloma Dr LLC | 6614 | JOANN Inc. | 3/20/2025 | Secured $0.00<br>Admin $13,550.68<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $79,542.48<br>Total $93,093.16 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $79,542.48<br>Total $79,542.48 | | The administrative expense claim is for 2025 CAM and taxes. The claimant has failed to provide any information or documentation regarding how such charges were calculated and has not demonstrated that such charges were appropriate under the applicable lease. Moreover, based on the Plan Administrator's review of the Debtors' books and records and other available documents and information, no obligations are owed to claimant that qualify for administrative expense status. Thus, the administrative expense claim must be disallowed and expunged. |
| 5 | Town of Manchester | 7716 | JOANN Inc. | 3/25/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $38,771.52<br>GUC $0.00<br>Total $38,771.52 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | This claim appears to relate to 2024 and estimated 2025 personal property taxes. Based on the Plan Administrator's review of the Debtors books and records, 2024 taxes have been paid in full, and, due to the Debtors' liquidation, no amount is due for 2025 taxes. Thus, the Debtors' have no liability for this claim and the claim must be disallowed and expunged in its entirety. |
| 6 | United Indy Investments LLC | 6260 | Jo-Ann Stores, LLC | 3/18/2025 | Secured $0.00<br>Admin $4,500.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $269,409.02<br>Total $273,909.02 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $269,409.02<br>Total $269,409.02 | | The claimant has failed to provide any information or documentation to sufficiently support its administrative expense claim. Further, the Debtors' books and records do not reflect any amounts due and owing to claimant that would be entitled to administrative expense status. Accordingly, the administrative expense claim must be disallowed and expunged. |