**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>JOANN, Inc., et al.,<br><br>      Post-Effective Date Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**RE: D.I. 2110, 2142** |

**CERTIFICATION OF COUNSEL REGARDING GUC TRUST'S FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (UNLIQUIDATED CLAIMS)**

The undersigned counsel for the JOANN Liquidating Trust (the "GUC Trust") in the above-captioned cases hereby certifies that:

1.     On March 20, 2026, the GUC Trust, by and through Steven Balasiano, solely in his capacity as the trustee of the GUC Trust, filed the *GUC Trust's Fourth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims)* [D.I. 2110] (as amended by the *Notice of Corrected Schedule* [D.I. 2142] filed by the GUC Trust on March 30, 2026, the "Objection"), by which the GUC Trust sought entry of the proposed order attached thereto (the "Proposed Order") disallowing and expunging certain claims for which the applicable claimant failed to specify the amount of the claim being asserted or listed the amount of the claim as "unliquidated."

2.     Pursuant to the *Notice of GUC Trust's Fourth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims)* [D.I. 2110], responses to the Objection were required to have been filed with the Court and served no later than April 10, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

---

[1]     The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

28511871

3.      Prior to the Objection Deadline, the GUC Trust received informal comments to the Proposed Order (the "Responses") from counsel to claimants Red Mountain Asset Fund I and Smart Cienega SPE, LLC.

4.      The GUC Trust has revised the Proposed Order (the "Revised Proposed Order") to resolve the Responses.  The Revised Proposed Order is attached hereto as **Exhibit 1**.

5.      The resolution reflected in the Revised Proposed Order has been shared with counsel for the parties that submitted the Responses, and such parties have confirmed their agreement to that resolution.  For the convenience of the Court and all parties in interest, a redline of the Revised Proposed Order, showing changes made from the Proposed Order, is attached hereto as **Exhibit 2**.

*[Remainder of page intentionally blank]*

WHEREFORE, the GUC Trust respectfully requests that the Revised Proposed Order be entered at the earliest convenience of the Court.

Dated: April 14, 2026

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Melissa A. Sobrepera (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
        msobrepera@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (*pro hac vice*)
Maeghan J. McLoughlin (*pro hac vice*)
Charles J. Fendrych (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: ewilson@kelleydrye.com
        mmcloughlin@kelleydrye.com
        cfendrych@kelleydrye.com

*Counsel to the GUC Trust*