**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, Inc., et al., | Case No. 25-10068 (CTG) |
| | (Jointly Administered) |
| Post-Effective Date Debtors.[1] | **RE: D.I. 2111, 2143** |

**CERTIFICATION OF COUNSEL REGARDING GUC TRUST'S**
**FIFTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN**
**CLAIMS (UNLIQUIDATED CLAIMS AND OVERSTATED CLAIMS)**

The undersigned counsel for the JOANN Liquidating Trust (the "GUC Trust") in the above-captioned cases hereby certifies that:

1.      On March 20, 2026, the GUC Trust, by and through Steven Balasiano, solely in his capacity as the trustee of the GUC Trust, filed the *GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims)* [D.I. 2111] (as amended by the *Notice of Corrected Schedule* [D.I. 2143] filed by the GUC Trust on March 30, 2026, the "Objection"), by which the GUC Trust sought entry of the proposed order attached thereto (the "Proposed Order") (i) disallowing and expunging certain claims for which the applicable claimant failed to specify the amount of the claim being asserted or listed the amount of the claim as "unliquidated" and (ii) reducing certain claims which were overstated because such claim (a) includes or reflects amounts higher than the amount of liabilities reflected in the Debtors' books and records or supporting documentation provided by the claimant and/or (b) includes amounts to which the claimant is not entitled to under applicable law.

---

[1]    The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

28512122

2.      Pursuant to the *Notice of GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims)* [D.I. 2111], responses to the Objection were required to have been filed with the Court and served no later than April 10, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

3.      Prior to the Objection Deadline, claimant Birch Run Station, LLC filed the *Birch Run Station, LLC's Response to GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) Relating to Claim # 18936 Concerning Birch Run Shopping Center in the City of Maplewood, County of Ramsey, Minnesota* [D.I. 2161] (the "Formal Response").

4.      Additionally, prior to the Objection Deadline, the GUC Trust received informal comments to the Proposed Order (the "Informal Responses") from counsel to claimants (i) Marc Naper W, LLC and NaperW, LLC and (ii) Greenfield, L.P.

5.      The GUC Trust has revised the Proposed Order (the "Revised Proposed Order") to resolve the Informal Responses.  The Revised Proposed Order is attached hereto as **Exhibit 1**.

6.      The GUC Trust's Objection with respect to the Claimant Birch Run Station, LLC's claim has been adjourned to the omnibus hearing scheduled for May 18, 2026, at 10:00 a.m. (ET). As such, claim number 18936 has been removed from the relevant schedule, as reflected in the Revised Proposed Order.

7.      The resolution reflected in the Revised Proposed Order has been shared with counsel for the parties that submitted the Responses, and such parties have confirmed their agreement to that resolution.  For the convenience of the Court and all parties in interest, a redline of the Revised Proposed Order, showing changes made from the Proposed Order, is attached hereto as **Exhibit 2**.

WHEREFORE, the GUC Trust respectfully request that the Revised Proposed Order be entered at the earliest convenience of the Court.

Dated: April 14, 2026

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Melissa A. Sobrepera (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneshlaw.com
      msobrepera@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (*pro hac vice*)
Maeghan J. McLoughlin (*pro hac vice*)
Charles J. Fendrych (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: ewilson@kelleydrye.com
      mmcloughlin@kelleydrye.com
      cfendrych@kelleydrye.com

*Counsel to the GUC Trust*