**Schedule 1**

Schedule 1
# Unliquidated Claims
Basis for Objection: See Paragraphs 16-17 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Basis for objection |
|---|------|-----------|--------|------------|----------------------|-------------------------|---------------------|
| 1 | ███████ | 13075 | JOANN Inc. | 4/13/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 2 | ███████ | 13166 | JOANN Inc. | 4/12/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 3 | ███████ | 13180 | JOANN Inc. | 4/12/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 4 | ███████ | 13222 | Jo-Ann Stores, LLC | 4/13/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 5 | ███████ | 13232 | JOANN Inc. | 4/12/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 6 | SKAGIT PUD | 13293 | JOANN Inc. | 4/11/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 7 | ███████ | 13348 | Jo-Ann Stores, LLC | 4/14/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 8 | ███████ | 13391 | JOANN Inc. | 4/14/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 9 | ███████ | 13425 | Jo-Ann Stores, LLC | 4/14/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 10 | ███████ | 13595 | JOANN Inc. | 4/15/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 11 | SANCHEZ, ASHLEY | 13626 | JOANN Inc. | 4/15/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 12 | ███████ | 14139 | Jo-Ann Stores, LLC | 4/20/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 13 | ███████ | 14317 | JOANN Inc. | 4/21/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 14 | ███████ | 14324 | JOANN Inc. | 4/21/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 15 | ███████ | 14381 | JOANN Inc. | 4/16/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

| # | | Claim No. | Debtor | Name | Date | | | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| 16 | | 14472 | Jo-Ann Stores, LLC | | 4/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 17 | | 14518 | JOANN Inc. | | 4/14/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 18 | | 14540 | JOANN Inc. | | 4/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 19 | | 14548 | JOANN Inc. | | 4/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 20 | | 15143 | Jo-Ann Stores, LLC | Cristobal, Veronidia Salazar | 4/26/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 21 | | 15289 | JOANN Inc. | | 4/28/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 22 | | 15294 | JOANN Inc. | | 4/24/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 23 | | 15334 | JOANN Inc. | | 4/29/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 24 | | 15704 | JOANN Inc. | | 5/2/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 25 | | 15798 | Jo-Ann Stores, LLC | | 5/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 26 | | 15832 | Jo-Ann Stores, LLC | | 5/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 27 | | 15870 | JOANN Inc. | | 5/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 28 | | 15886 | Jo-Ann Stores, LLC | | 5/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 29 | | 15899 | Jo-Ann Stores, LLC | | 5/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 30 | | 16199 | JOANN Inc. | | 5/7/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 31 | | 16206 | JOANN Inc. | | 5/7/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 32 | | 16241 | JOANN Inc. | | 5/7/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

| # | Claim No. | Debtor | Date | | Type | Basis for Objection |
|---|---|---|---|---|---|---|
| 33 | 16265 | Jo-Ann Stores, LLC | 5/7/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 34 | 16424 | Jo-Ann Stores, LLC | 5/9/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 35 | 16487 | Jo-Ann Stores, LLC | 5/10/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 36 | 16691 | JOANN Inc. | 5/13/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 37 | 16740 | JOANN Inc. | 5/13/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 38 | 16763 | Jo-Ann Stores, LLC | 5/14/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 39 | 16844 | Jo-Ann Stores, LLC | 5/14/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 40 | 16878 | JOANN Inc. | 5/17/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 41 | 16981 | JOANN Inc. | 5/20/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 42 | 17125 | JOANN Inc. | 5/20/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 43 | 17185 | Jo-Ann Stores, LLC | 5/18/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 44 | 17585 | Jo-Ann Stores, LLC | 5/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 45 | 17620 | JOANN Inc. | 5/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 46 | 17930 | JOANN Inc. | 5/25/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 47 | 17933 | Jo-Ann Stores, LLC | 5/24/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 48 | 18028 | Jo-Ann Stores, LLC | 5/28/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 49 | 18046 | JOANN Inc. | 5/29/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 50 | | 18298 | JOANN Inc. | 5/27/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 51 | | 18384 | Jo-Ann Stores, LLC | 6/5/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 52 | | 18469 | JOANN Inc. | 6/7/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 53 | | 18480 | JOANN Inc. | 6/11/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 54 | | 18565 | JOANN Inc. | 6/15/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 55 | | 18592 | JOANN Inc. | 6/8/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 56 | WHLR - Village of Martinsville, LLC | 18704 | Jo-Ann Stores, LLC | 6/11/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 57 | | 18825 | JOANN Inc. | 6/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 58 | | 18876 | Jo-Ann Stores, LLC | 6/23/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 59 | | 19078 | Jo-Ann Stores, LLC | 6/23/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 60 | | 19107 | Jo-Ann Stores, LLC | 7/2/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 61 | | 19244 | JOANN Inc. | 7/7/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 62 | | 19354 | JOANN Inc. | 7/13/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 63 | | 19364 | JOANN Inc. | 7/15/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 64 | Frederick County Square Improvements, LLC | 19477 | Jo-Ann Stores, LLC | 7/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 65 | Silas Creek Improvements, LLC | 19479 | Jo-Ann Stores, LLC | 7/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 66 | | 19572 | JOANN Inc. | 7/23/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

| | | | | | | |
|---|---|---|---|---|---|---|
| 67 | | 19638 | JOANN Inc. | 7/26/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 68 | | 19644 | Jo-Ann Stores, LLC | 7/27/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 69 | | 20086 | JOANN Inc. | 9/17/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 70 | Mississippi Department of Revenue | 20106 | Jo-Ann Stores, LLC | 9/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 71 | | 20108 | Jo-Ann Stores, LLC | 9/22/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 72 | | 20118 | Jo-Ann Stores, LLC | 9/25/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 73 | | 20301 | Jo-Ann Stores, LLC | 11/12/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 74 | | 20344 | JOANN Inc. | 11/24/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 75 | | 20404 | Jo-Ann Stores, LLC | 12/12/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 76 | | 20462 | JOANN Inc. | 12/26/2025 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 77 | | 20499 | Jo-Ann Stores, LLC | 1/1/2026 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 78 | | 20528 | JOANN Inc. | 1/10/2026 | Unliquidated | General Unsecured | Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |

**Schedule 2**

2

**Schedule 2**
**Overstated Claims**
Basis for Objection: See Paragraphs 18-19 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim | | Reduced Claim | | Basis for objection |
|---|------|-----------|--------|-----------|---------------------|-----------------------------|--------------|-----------------|---------------------|
| | | | | | Asserted Claim Amount | Asserted Claim Priority | Claim Amount | Claim Priority | |
| 2 | CABREL COMPANY | 18686 | Jo-Ann Stores, LLC | 6/17/2025 | $4,841,174.00 | General Unsecured | $719,886 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or is otherwise unenforceable against the GUC Trust. |
| 3 | COFAL Partners, L.P. | 19179 | Jo-Ann Stores, LLC | 6/30/2025 | $3,748,322.65 | General Unsecured | $731,187 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or is otherwise unenforceable against the GUC Trust. |
| 4 | FOF 1073 LLC | 19178 | Jo-Ann Stores, LLC | 6/30/2025 | $2,391,127.52 | General Unsecured | $640,556 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or is otherwise unenforceable against the GUC Trust. |
| 6 | Kissimmee West Florida LP | 19073 | JOANN Inc. | 6/30/2025 | $638,115.31 | General Unsecured | $448,224 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or is otherwise unenforceable against the GUC Trust. |
| 8 | SDD, Inc. | 19117 | JOANN Inc. | 6/30/2025 | $1,494,470.00 | General Unsecured | $407,583 | General Unsecured | The value of the claim asserted is overstated as it is not properly chargeable to or is otherwise unenforceable against the GUC Trust. |