**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON APRIL 20, 2026 AT 1:00 P.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

> **AS NO MATTERS ARE GOING FORWARD, WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED.**

**RESOLVED MATTER**

1.  GUC Trust's Fourth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims) (Filed March 20, 2026) [D.I. 2110]

    Related Documents:

    (a)  Notice of Corrected Schedule (Filed March 30, 2026) [D.I. 2142]

    (b)  Notice of Submission of Copies of Proofs of Claim Regarding GUC Trust's Fourth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims) (Filed April 10, 2026) [D.I. 2175]

    (c)  Certification of Counsel Regarding GUC Trust's Fourth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims) (Filed April 14, 2026) [D.I. 2177]

    (d)  Order Sustaining GUC Trust's Fourth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims) (Entered April 15, 2026) [D.I. 2179]

    Response Deadline:   April 10, 2026 at 4:00 p.m. (ET).

    Responses Received: Informal comments by Red Mountain Asset Fund I and Smart Cienega SPE, LLC.

    Status:   The Court entered an Order sustaining the Objection.  This matter will not be going forward.

---

[1]  The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

**ADJOURNED MATTERS**

2.    Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed January 30, 2026) [D.I. 2031]

Related Documents:

   (a)    Declaration of Robyn Woodruff in Support of the Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed February 19, 2026) [D.I. 2057]

Objection Deadline:    February 13, 2026 at 4:00 p.m. (ET).  The Objection Deadline was extended until February 17, 2026 for the Plan Administrator and February 18, 2026 for Shops at St. Johns, LLC.

Responses Received:

   (a)    Reservation of Rights of the Plan Administrator to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why it Should Not Be Found in Contempt (Filed February 17, 2026) [D.I. 2052]

   (b)    Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporations (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed February 18, 2026) [D.I. 2054]

Status:    This matter is adjourned to a date to be determined.  This matter will not be going forward.

3.    Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims) (Filed March 6, 2026) [D.I. 2091]

Related Documents:

   (a)    Certification of Counsel Regarding Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims) (Filed April 2, 2026) [D.I. 2151]

   (b)    Notice of Submission of Proofs of Claim Regarding Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims) (Filed April 6, 2026) [D.I. 2153]

(c)    Order Sustaining Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims) (Entered April 6, 2026) [D.I. 2154]

Response Deadline:    March 27, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)    Informal comments by Northway Mall Properties, HH Golden Gate, Yunus Textile and Siegen Lane Properties.

(b)    Response of Ribblr, Ltd. to Plan Administrator's Thirtieth (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims) (Filed March 26, 2026) [D.I. 2131 (Sealed)] (Filed March 26, 2026) [D.I. 2132 (Redacted)]

(c)    Response of Thomas Foster to Plan Administrator's Thirtieth (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims) (Filed March 30, 2026) [D.I. 2139]

Status:    The Court entered an Order sustaining the Objection with respect to all claimants who did not respond to the Objection and resolving the claim of Thomas Foster.  The hearing with respect to the claim of Ribblr, Ltd. (Claim No. 16361) is adjourned to the May 18, 2026 hearing.  This matter will not be going forward.

4.    GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed March 20, 2026) [D.I. 2111]

Related Documents:

(a)    Notice of Corrected Schedule (Filed March 30, 2026) [D.I. 2143]

(b)    Notice of Submission of Copies of Proofs of Claim Regarding GUC Trusts Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed April 10, 2026) [D.I. 2176]

(c)    Certification of Counsel Regarding GUC Trusts Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed April 14, 2026) [D.I. 2178]

(d)    Order Sustaining GUC Trusts Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Entered April 15, 2026) [D.I. 2180]

Response Deadline:    April 10, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)    Informal comments by Marc Naper W, LLC and NaperW, LLC and Greenfield, L.P.

      (b)     Birch Run Station, LLC's Response to GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) Relating to Claim # 18936 Concerning Birch Run Shopping Center in the City of Maplewood, County of Ramsey, Minnesota (Filed April 9, 2026) [D.I. 2161]

Status:      The Court entered an Order sustaining the Objection with respect to all claimants who did not respond to the Objection and the informal comments by Marc Naper W, LLC and NaperW, LLC and Greenfield, L.P. The hearing with respect to the claim of Birch Run Station, LLC (Claim No. 18936) is adjourned to the May 18, 2026 hearing.  This matter will not be going forward.

5.      Motion of Ribblr, Ltd. for Entry of an Order Authorizing Ribblr, Ltd. to File Redacted Response to the Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Claims (Reclassified Claims, Overstated Claims, and No Liability Claims) (Filed March 26, 2026) [D.I. 2133]

Related Documents:

      (a)     Response of Ribblr, Ltd. to Plan Administrator's Thirtieth (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims) (Filed March 26, 2026) [D.I. 2131 (Sealed)] (Filed March 26, 2026) [D.I. 2132 (Redacted)]

Objection Deadline:   April 9, 2026 at 4:00 p.m. (ET).

Responses Received: None at this time.

Status:      This matter is adjourned to the May 18, 2026 hearing at 10:00 a.m. (ET). This matter will not be going forward.

*[Remainder of Page Intentionally Left Blank]*

Dated:  April 16, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*

Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:       (302) 652-3131
Facsimile:       (302) 652-3117
Email:           preilley@coleschotz.com
                 mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:       (216) 274-2489
Facsimile:       (216) 241-2824
Email:           cwick@hahnlaw.com
                 pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

5