**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On April 10, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via First-Class Mail on the list of parties attached hereto as **Exhibit A**:

- TIN Solicitation Notice, a blank copy of which is attached hereto as **Exhibit B**.

- W-9 Form, a blank copy of which is attached hereto as **Exhibit C**.

Dated: April 16, 2026

/s/ *Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 16, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ *OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

SRF 95705

**Exhibit A**

Exhibit A

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|---|
| 30297694 | ADVANCE CARTS INC. | 2799 NW 2ND AVE | | | | BOCA RATON | FL | 33431 |
| 30442284 | ALMADEN PROPERTIES LLC | 6455 ALMADEN EXPRESS WAY | SUITE 200 | | | SAN JOSE | CA | 95120 |
| 30291586 | AMERICAN & EFIRD LLC | ATTN: BRIAN C. ZALDIVAR | 22 AMERICAN STREET | P.O. BOX 507 | | MOUNT HOLLY | NC | 28120 |
| 29907311 | AMERICAN NEWS COMPANY LLC | DBA ANC | 1962 HIGHWAY 160 W | STE 102 | | FORT MILL | SC | 29708-8059 |
| 29975821 | ARL INC | JEFF GOLDENBERG | 4640 FORBES BLVD | SUITE 330 | | LANHAM | MD | 20706 |
| 30260618 | ATMOS ENERGY CORPORATION | GREGORY WOFFORD | BANKRUPTCY SPECIALIST | ATMOS ENERGY CORPORATION | 5430 LBJ FWY | DALLAS | TX | 75240 |
| 29913760 | CHRISTOPHER DITULLIO | 106 SYNANDRA DR | UNIT E | | | MOORESVILLE | NC | 28117-5458 |
| 30196636 | CLOVER NEEDLECRAFT, INC. | ATTN: GEORGE ANTHONY RODRIGUEZ | 2625 E. CEDAR STREET | | | ONTARIO | CA | 91761 |
| 30331788 | COATS AND CLARK, INC. | ATTN: SHANE KALMUSKY | 2550 W TYVOLA ROAD | SUITE 150 | | CHARLOTTE | NC | 28217 |
| 30386483 | CRAFTY (AL) LLC | CHAFFETZ LINDSEY LLP | ALAN J. LIPKIN, ESQ | 1700 BROADWAY, 33RD FLOOR | | NEW YORK | NY | 10019 |
| 29957232 | DENIK LLC | 1155 WEST 2200 SOUTH | SUITE 130 | | | LOGAN | UT | 84321 |
| 29919568 | ENVIRONMENTAL TECHNOLOGY INC | 2541 E UNIVERSITY DRIVE | | | | PHOENIX | AZ | 85034-6912 |
| 30201388 | EVERGLORY PRODUCTS CORPORATION | 15794 DESERT BROOM RD | | | | FRISCO | TX | 75035-4030 |
| 29920413 | FOUNTAINS SC LLC | ATTN: ACCOJNTS PAYABLE | 1 TOWER LN | STE 400 | | OAKBROOK TER | IL | 60181-4618 |
| 30331926 | FOX RIVER TEI EQUITIES LLC | C/O R3M LAW, LLP | JEFFREY N. RICH, ESQ. | 437 MADISON AVENUE | 24TH FLOOR | NEW YORK | NY | 10022 |
| 29921335 | GLOWFORGE INC | 1938 OCCIDENTAL AVE S | SUITE C | | | SEATTLE | WA | 98134 |
| 29923046 | IRC RETAIL CENTERS INC | 814 COMMERCE DRIVE | SUITE 300 | | | OAK BROOK | IL | 60523 |
| 29959314 | JOSHEN PAPER & PACKAGING | BUNZL DISTRIBUTION MIDCENTRAL INC | ONE CITY PLACE DRIVE | SUITE 200 | | ST. LOUIS | MO | 63141 |
| 29934826 | ME AND MY BIG IDEAS | 7261 LAMPSON AVE | | | | GARDEN GROVE | CA | 92841-3915 |
| 30280624 | META PLATFORMS, INC. | ATTN: ACCOUNTS RECEIVABLE - BANKRUPTCY | 1 HACKER WAY | | | MENLO PARK | CA | 94025 |
| 30331920 | ORCHARDS MARKET TEI EQUITIES LLC | C/O R3M LAW, LLP | JEFFREY N. RICH | 437 MADISON AVENUE | 24TH FLOOR | NEW YORK | NY | 10022 |
| 30508121 | PALOUSE MALL, LLC | MATT ADAMSON | 1850 W. PULLMAN RD. | SUITE 700 | | MOSCOW | ID | 83843 |
| 30281611 | PUBLIC SERVICE COMPANY DBA XCEL ENERGY | ATTN: CUSTOMER RECEIVABLES | 401 NICOLLET MALL | 8TH FLOOR | | MINNEAPOLIS | MN | 55401 |
| 30200692 | QUAKERTOWN HOLDING CORP | ADCO, AMERICAN DEVELOPMENT CO | 1105 INDUSTRIAL HWY | | | SOUTHAMPTON | PA | 18966-4074 |
| 30282584 | RITHUM, LLC (F/K/A COMMERCE TECHNOLOGIES, LLC) | JPMORGAN CHASE BANK, N.A. | 270 PARK AVENUE | | | NEW YORK | NY | 10172 |
| 30331600 | ROCHESTER CROSSING, LLC | CAFE OF: JASON B. CURTIN | 160 WASHINGTON STREET | | | ROCHESTER | NH | 03836 |
| 29953173 | SANTEE PRINT WORKS | 104 W 40TH ST | FL 36 | | | NEW YORK | NY | 10018-3650 |
| 30508115 | SILVER LAKE MALL, LLC | MATT ADAMSON | 200 W. HANLEY AVE | | | COEUR D'ALENE | ID | 83815 |
| 29943594 | SIMPLICITY CREATIVE GROUP | 450 PLYMOUNT RD | | | | PLYMOUTH MEETING | PA | 19462 |
| 29944584 | SUNBELT POWER EQUIPMENT LLC | 1834 GUNN HIGHWAY | | | | ODESSA | FL | 33556 |
| 29945718 | THE CENTRE AT DEANE HILL GP | 1370 CENTER DR | STE 200 | | | ATLANTA | GA | 30338-4132 |
| 29945754 | THE GRACE COMPANY | C/O GRACEWOOD MANAGEMENT INC | 6748 S REDWOOD RD | | | WEST JORDAN | UT | 84084 |
| 30508083 | UNIVERSITY HILLS PLAZA LLC | C/O MILLER UNITED REAL ESTATE (ATTN. MIKE SMITH) | 6900 E. BELLEVIEW AVE | SUITE 300 | | GREENWOD VILLAGE | CO | 80111 |
| 29947739 | VOTUM ENTERPRISES, LLC | 1 GATEHALL DR | STE P005 | | | PARSIPPANY | NJ | 07054-4514 |
| 30552372 | WORKDAY, INC. | 6110 STONERIDGE MALL RD | | | | PLEASANTON | CA | 94588 |

**Exhibit B**

JOANN GUC Trust
c/o MHR Advisory Group, LLC
6701 Bay Parkway
Brooklyn, NY 11204

**<u>TIN SOLICITATION NOTICE</u>**

March 13, 2026

<div style="border:1px solid red;">

**<span style="color:red">*** Time-Sensitive – Response Required by June 20, 2026 ***</span>**

</div>

Re:    JOANN INC., *et al.*,
       Case No. 25-10068 (CTG)

Dear Claim Holder:

On January 15, 2025, Joann Inc. and certain affiliates (collectively, the "Debtors") filed voluntary petitions for relief under Chapter 11 of the United States Bankruptcy Code with the United States Bankruptcy Court for Delaware (the "Court").  On July 10, 2025, the Court entered an order [D.I. 1387] confirming the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [D.I. 1353] (as confirmed, the "Plan").[1]  The Plan became effective and was substantially consummated on July 16, 2025 (the "Effective Date").

Pursuant to the Plan, on the Effective Date, the GUC Trust (the "Trust") was established, and I was appointed as the GUC Trustee.  Additionally, on the Effective Date, the Debtors and their Estates irrevocably transferred to the Trust for the benefit of the GUC Trust Beneficiaries title and interest in certain of the Debtors' assets, including, without limitation, all Causes of Action of each of the Debtors, free and clear of all Claims, Liens, encumbrances, charges, and other interests.  Pursuant to the Plan, the Trust exists to, among other things, resolve all Claims against the Debtors' estates and to make distributions to holders of allowed Claims against the Debtors' Estates.

The Trust is a grantor, liquidating trust and, as such, needs your taxpayer identification number ("TIN") to be able to fulfill its tax withholding and/or reporting obligations under IRS Revenue Procedure 94-45, 1994-2 C.B. 684, and U.S. Treasury Regulations sections 1.671-4(a) and 301.7701-4(d).

Pursuant to Article 4.4 of the GUC Trust Agreement, the GUC Trustee is authorized to collect such tax information (including social security numbers or other TINs) as it deems necessary in its sole discretion to effectuate the Plan, the Confirmation Order, and the GUC Trust Agreement.[2]  All Holders of Claims shall be required to provide the information necessary to allow the GUC Trustee to comply with all withholding, payment, and reporting requirements with respect to such taxes.  The GUC Trustee is further authorized to take any and all actions that may be necessary or appropriate to comply with the tax

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan.

[2]    A substantially final version of the GUC Trust Agreement is included as Exhibit C to the *Amended Plan Supplement for the Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [D.I. 1357]

JOANN GUC Trust
TIN Solicitation Notice
Page 2 of 2

withholding, payment, and reporting requirements imposed by any federal, state, local, or foreign taxing authority.

In particular, the GUC Trustee may refuse to make a Plan Distribution to any Holder that fails to furnish such information in a timely fashion and, until such information is delivered, may treat such Holder's Claim as disputed.  Additionally, if such information is not furnished to the GUC Trustee within 90 days of the original request to furnish such information, the GUC Trustee, in its sole discretion, may: (i) make a Plan Distribution net of any applicable maximum withholding; or (ii) determine that such Holder shall be deemed to have forfeited the right to receive any Plan Distribution without further order of the Bankruptcy Court. Any such forfeited Plan Distribution will revert to the Trust, and your Claim will be discharged and barred without further order of the Bankruptcy Court.

Accordingly, you must return a completed I.R.S Form W-9 or its equivalent by **June 20, 2026** to effect the necessary reporting for the GUC Trustee to evaluate the withholding of applicable taxes with respect to Plan Distributions.

Notwithstanding the requirement to submit a Form W-9, each Holder receiving a Plan Distribution has the responsibility for the tax obligations on account of such Plan Distribution.  If the GUC Trustee fails to withhold in respect of amounts received or distributable with respect to any such Holder and the GUC Trustee is later held liable for the amount of such withholding, such Holder shall reimburse the GUC Trustee for such liability.

*Completing the Form*

- Enclosed for your convenience is a blank I.R.S. Form W-9.  Please return a completed form to the attention of the GUC Trustee by E-mail to Jordan.olsen@dundon.com or mail to JOANN GUC Trust, c/o Dundon Advisers, LLC 10 Bank Street, White Plains, NY 10606.  Please write "JOANN GUC Trust" on the Form W-9 or cover page.

  - If you choose to mail your tax document by hard copy, **please include with your submission an email address where we may contact you if there are any issues with your form**.

- If you are unsure of your TIN or need help completing the Form W-9 or its equivalent, please consult with your tax advisor.  Please understand that the GUC Trustee requires your executed and completed Form W-9 or its equivalent, including your TIN, before making any Plan Distribution to you.

**Please note that receiving this letter does not necessarily mean that your Claim(s) are "Allowed" within the meaning of the Plan or presently entitled to a Plan Distribution.  Numerous Claims are still under review.  The GUC Trustee reserves any and all of its rights with respect to all Claims and nothing herein is or shall be deemed to constitute an admission or acknowledgement regarding the amount, validity, or priority of any Claim.**

2

JOANN GUC Trust
TIN Solicitation Notice
Page 2 of 2

If your address changes, it is your responsibility to notify the Trust.  If a Plan Distribution check is returned to the Trust because of an incorrect address and you do not provide a correct address, eventually your right to a Plan Distribution will be forfeited under the relevant provisions of the Plan.

If you would like a copy of the Plan or other public documents concerning the Debtors' chapter 11 cases, they can be accessed at:  https://cases.ra.kroll.com/Joann2025/Home-Index.

If you have any questions about which form to use or the legal or tax implications of the information provided on the form, you should contact your attorney or tax advisor.  Neither the Trust, the Trustee nor the Trust's advisors will provide advice concerning those matters.

Sincerely,


Steven Balasiano
GUC Trustee

**Exhibit C**

Form **W-9**
(Rev. October 2018)
Department of the Treasury
Internal Revenue Service

# Request for Taxpayer
# Identification Number and Certification

▶ Go to *www.irs.gov/FormW9* for instructions and the latest information.

Give Form to the requester. Do not send to the IRS.

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

☐ Individual/sole proprietor or single-member LLC

☐ C Corporation  ☐ S Corporation  ☐ Partnership  ☐ Trust/estate

☐ Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

☐ Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

**6** City, state, and ZIP code

Requester's name and address (optional)

**7** List account number(s) here (optional)

*Print or type.*
*See Specific Instructions on page 3.*

## Part I    Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN,* later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

Social security number

☐☐☐ – ☐☐ – ☐☐☐☐

or

Employer identification number

☐☐ – ☐☐☐☐☐☐☐

## Part II    Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and

2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and

3. I am a U.S. citizen or other U.S. person (defined below); and

4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**

Signature of U.S. person ▶

Date ▶

# General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9.*

# Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

• Form 1099-INT (interest earned or paid)

• Form 1099-DIV (dividends, including those from stocks or mutual funds)

• Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)

• Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)

• Form 1099-S (proceeds from real estate transactions)

• Form 1099-K (merchant card and third party network transactions)

• Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)

• Form 1099-C (canceled debt)

• Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding,* later.

Cat. No. 10231X

Form **W-9** (Rev. 10-2018)