**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | **Re: Docket No. 2137** |

**CERTIFICATION OF COUNSEL REGARDING PLAN ADMINISTRATOR'S THIRTY-FIRST (NON-SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**(Late Filed Administrative Claims)**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1. On March 30, 2026, the *Plan Administrator's Thirty-First (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims)* [Docket No. 2137] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court"). Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Objection (the "Proposed Order").

2. Pursuant to the notice of the Objection, the deadline to file a response to the Objection was April 20, 2026 at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3. Prior to the Response Deadline, the Washington State Department of Labor and Industries ("Washington") informally responded to the Objection and Proposed Order.

4. No other claimant listed on the Objection has respond to the Plan Administrator's Objection.

---

[1]  The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

5.      The Plan Administrator agreed with Washington to remove their claim from the revised Proposed Order and the parties agreed that the treatment of Washington's claim be updated and recorded on the claims register maintained by the Court-appointed claims agent in this case, Kroll Restructuring Administration LLC.

6.      The revised Proposed Order implementing the change referenced in this certification of counsel is attached hereto as **Exhibit A** (the "Revised Proposed Order").

7.      A redline comparing the Revised Proposed Order against the Proposed Order is attached hereto as **Exhibit B**.

8.      The Plan Administrator respectfully requests that the Court enter the Revised Proposed Order at its earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: April 22, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*