## Schedule 1

**Late Filed Claims**

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for Objection |
|---|------|-------------|--------|-----------|----------------------|------------------------|-----------------|---------------------|
| 1 | Hansen, Christa Marie | 20594 | Jo-Ann Stores, LLC | 2/25/2026 | $30.00 | Asserted secured amount. | $0.00 | Claim was filed after the applicable Bar Date. |
| 2 | Keim, Gladys | 20485 | JOANN Inc. | 12/29/2025 | $25.00 | Asserted 503(b)(9) amount. | $0.00 | Claim was filed after the applicable Bar Date. |
| 3 | Kilcrease, Emily Rae | 20595 | JOANN Inc. | 2/25/2026 | $150.00 | Asserted priority amount. | $0.00 | Claim was filed after the applicable Bar Date. |
| 4 | Klamath County Tax Collector | 20605 | Jo-Ann Stores, LLC | 3/4/2026 | $2,043.12 | Asserted secured business personal property tax amount. | $0.00 | Claim was filed after the applicable Bar Date. |
| 5 | McKnight, Sharinda Sharrell | 20606 | Jo-Ann Stores, LLC | 3/4/2026 | $1,272.00 | Asserted 503(b)(9) amount. | $0.00 | Claim was filed after the applicable Bar Date. |
| | | | | | | | | |
| 7 | Willoughby, Cynthia | 20589 | JOANN Inc. | 2/12/2026 | $50.00 | Asserted priority amount. | $0.00 | Claim was filed after the applicable Bar Date. |