**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**CERTIFICATION OF COUNSEL FOR THE PLAN ADMINISTRATOR REGARDING**
**APPROVAL OF STIPULATION REGARDING CLAIM OF RIBBLR LTD.**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, hereby certifies as follows:

1.      On May 5, 2025, Ribblr Ltd. ("Ribblr") filed Proof of Claim No. 16361 ("Claim 16361") asserting an administrative expense claim in the amount of $199,257.47 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $434,440.37 (the "GUC Claim").

2.      On March 6, 2026, the Plan Administrator filed the *Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2091] ("Omnibus Claim Objection"), seeking to reclassify a portion of the Administrative Expense Claim as a general unsecured claim.  Ribblr filed a response [Docket No. 2132] (the "Response") to the Omnibus Claim Objection on March 26, 2026.

3.      Ribblr and the Plan Administrator (collectively, the "Parties") have entered into a stipulation (the "Stipulation") fully resolving the Omnibus Claim Objection and the Response as it relates to the Administrative Expense Claim.

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

4.      A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

5.      A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated:  April 23, 2026
Wilmington, Delaware

<div style="margin-left: 50%;">

*/s/ Michael E. Fitzpatrick*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

</div>