**IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| | ) | Chapter 11 |
| JOANN INC., | ) | |
| | ) | Case No. 25-10068 (CTG) |
| Post- Effective Date Debtor. | ) | |
| | ) | |

**WITHDRAWAL OF MISSOURI DEPARTMENT OF REVENUE'S RESPONSE
TO THE PLAN ADMINISTRATOR'S SECOND NOTICE OF SATISFACTION OF CLAIMS**

The Missouri Department of Revenue's Response to the Plan Administrator's Second Notice of Satisfaction of Claims is hereby withdrawn.

CATHERINE L. HANAWAY
Attorney General State of Missouri

*/s/ James Treece*
James Treece
Special Assistant Attorney General
Missouri Department of Revenue
General Counsel's Office
301 W. High Street
Room 670
Jefferson City, MO  65105-0475
Phone: (573) 751-5531 | FAX: (573) 751-7232
*Attorney for Missouri Department of Revenue*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically and served upon all those who receive electronic notification on April 24, 2026.

/s/ James M. Treece
Special Assistant Attorney General