**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) | **Re: Docket Nos. 2002 and 2049** |
|  | ) |  |

**CERTIFICATION OF COUNSEL FOR THE PLAN ADMINISTRATOR**
**REGARDING APPROVAL OF STIPULATION REGARDING CLAIM OF**
**SUNBEAM DEVELOPMENT CORPORATION**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator")

appointed in the above-captioned case, hereby certifies as follows:

1. On June 30, 2025, Sunbeam Development Corporation ("Sunbeam") filed Proof of

Claim No. 19092 ("Claim 19092") asserting an administrative expense claim in the amount of

$23,555.38 (the "Administrative Expense Claim") and a general unsecured claim in the amount of

$486,215.98 (the "GUC Claim").

2. On January 26, 20226, the Plan Administrator filed the *Plan Administrator's Third*

*Notice of Satisfaction of Claims* [Docket No. 2002] (the "Notice of Satisfaction"), asserting that

the Administrative Expense Claim had been satisfied in full.  Although the intent of the Notice of

Satisfaction was to leave the GUC Claim unaffected, the Plan Administrator inadvertently

indicated that Sunbeam's GUC Claim was filed, and thus would survive, only in the amount of

$58,958.49.

3. On February 13, 2026, Sunbeam filed the *Response of Sunbeam Development*

*Corporation to Plan Administrator's Third Notice of Satisfaction of Claims* [Docket No. 2049]

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

(the "Response"), indicating that Sunbeam agreed that the Administrative Expense Claim had been paid and satisfied in full, but objecting to the Notice of Satisfaction to the extent it purported to alter or reduce the amount of the GUC Claim.

4.      Sunbeam and the Plan Administrator (collectively, the "Parties") have entered into a stipulation (the "Stipulation") resolving the Notice of Satisfaction and the Response with respect to Sunbeam's Claim 19092.

5.      A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

6.      A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated:  April 27, 2026
Wilmington, Delaware

*/s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                    mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                    pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*