**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**CONSENT ORDER APPROVING STIPULATION REGARDING**
**CLAIM OF SUNBEAM DEVELOPMENT CORPORATION**

Pursuant to and in accordance with the *Stipulation Regarding Claim of Sunbeam Development Corporation* (the "Stipulation")[2] attached hereto as **Exhibit 1**, and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief set forth herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and with the consent of the Parties; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

1.      The Stipulation is approved and the terms of the Stipulation are hereby made effective by this Consent Order.

2.      Sufficient notice of this Consent Order has been provided and the requirements of Rule 3007 of the Federal Rules of Bankruptcy Procedure and any applicable local rules of this Court are otherwise satisfied.

3.      Notwithstanding any applicable rules to the contrary, this Consent Order shall be immediately binding and enforceable upon its entry.

4.      The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Consent Order.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order.

## **Exhibit 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**STIPULATION REGARDING**
**CLAIM OF SUNBEAM DEVELOPMENT CORPORATION**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and Sunbeam Development Corporation ("Sunbeam" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On June 30, 2025, Sunbeam Development Corporation ("Sunbeam") filed Proof of Claim No. 19092 ("Claim 19092") asserting an administrative expense claim in the amount of $23,555.38 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $486,215.98 (the "GUC Claim").

2.      On January 26, 2026, the Plan Administrator filed the *Plan Administrator's Third Notice of Satisfaction of Claims* [Docket No. 2002] (the "Notice of Satisfaction"), asserting that the Administrative Expense Claim had been satisfied in full.  Although the intent of the Notice of Satisfaction was to leave the GUC Claim unaffected, the Plan Administrator inadvertently indicated that Sunbeam's GUC Claim was filed, and thus would survive, only in the amount of $58,958.49.

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

3.    On February 13, 2026, Sunbeam filed the *Response of Sunbeam Development Corporation to Plan Administrator's Third Notice of Satisfaction of Claims* [Docket No. 2049] (the "Response"), indicating that Sunbeam agreed that the Administrative Expense Claim had been paid and satisfied full, but objecting to the Notice of Satisfaction to the extent it purported to alter or reduce the amount of the GUC Claim.

4.    To correct the Notice of Satisfaction with respect to Sunbeam's Claim 19092 and resolve the Response, the Parties agree that (a) the Administrative Expense Claim shall be, and hereby is, deemed paid and satisfied in full; and (b) Sunbeam's surviving GUC Claim is in the amount of $486,215.98.

5.    Nothing in this Stipulation shall constitute the allowance or disallowance Sunbeam's GUC Claim, which claim shall remain subject to reconciliation and be resolved separately in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

6.    Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  April 27, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Jeffrey I. Snyder* | */s/ Michael E. Fitzpatrick* |
| Jeffrey I. Snyder (Fla. Bar No. 021281) 2 | **COLE SCHOTZ P.C.** |
| Bilzin Sumberg Baena Price & Axelrod LLP | Patrick J. Reilley (No. 4451) |
| 1450 Brickell Avenue, 23rd Floor | Michael E. Fitzpatrick (No. 6797) |
| Miami, Florida 33131 | 500 Delaware Avenue, Suite 600 |
| Telephone: (305) 374-7580 | Wilmington, Delaware 19801 |
| Facsimile: (305) 351-2234 | Telephone:    (302) 652-3131 |
| Email: jsnyder@bilzin.com | Facsimile:    (302) 652-3117 |
| | Email:         preilley@coleschotz.com |
| *Counsel to Sunbeam Development* | mfitzpatrick@coleschotz.com |
| *Corporation* | |
| | - and - |
| | **HAHN LOESER & PARKS LLP** |
| | Christopher B. Wick (admitted *pro hac vice*) |
| | Philip K. Stovall (admitted *pro hac vice*) |
| | 200 Public Square, Suite 2800 |
| | Cleveland, Ohio 44114 |
| | Telephone:    (216) 274-2489 |
| | Facsimile:    (216) 241-2824 |
| | Email:         cwick@hahnlaw.com |
| | pstovall@hahnlaw.com |
| | *Co-Counsel to the Plan Administrator* |

3