## **Exhibit 1**

## **Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

## STIPULATION REGARDING CLAIM OF RIBBLR LTD.

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and Ribblr ("Ribblr" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1. On May 5, 2025, Ribblr Ltd. ("Ribblr") filed Proof of Claim No. 16361 ("Claim 16361") asserting an administrative expense claim in the amount of $199,257.47 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $434,440.37 (the "GUC Claim").

2. On March 6, 2026, the Plan Administrator filed the *Plan Administrator's Thirtieth (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2091] ("Omnibus Claim Objection"), seeking to reclassify a portion of the Administrative Expense Claim as a general unsecured claim. Ribblr filed a response [Docket No. 2132] (the "Response") to the Omnibus Claim Objection on March 26, 2026.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

3.    Ribblr and the Plan Administrator have engaged in good-faith negotiations regarding the Omnibus Claim Objection, the Response, and the Administrative Expense Claim and have agreed as follows:

(a)    Ribblr's Administrative Expense Claim is reduced to and deemed allowed in the amount of $140,000.00 (the "Allowed Administrative Expense Claim").

(b)    $59,257.47 of the Administrative Expense Claim is reclassified as a general unsecured claim, resulting in an increase in Ribblr's GUC Claim to $493,697.84 (the "Revised GUC Claim").

4.    The Allowed Administrative Claim shall be paid on or before April 30, 2026, in the manner directed by Ribblr's counsel in writing to counsel for the Plan Administrator.

5.    Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of Ribblr, including, without limitation, the Revised GUC Claim, which claims shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

6.    Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

*[Remainder of Page Intentionally Left Blank]*

**STIPULATED and AGREED:**

Dated:  April 23, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Mark L. Desgrosseilliers* | */s/ Michael E. Fitzpatrick* |

**CHIPMAN BROWN CICERO & COLE, LLP**
Mark L. Desgrosseilliers (No. 4083)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email: desgross@chipmanbrown.com
       bach@chipmanbrown.com

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Stacy L. Newman (No. 5044)
Jack M. Dougherty (No. 6784)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:      preilley@coleschotz.com
           snewman@coleschotz.com
           jdougherty@coleschotz.com
           mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:      cwick@hahnlaw.com
           pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*