## **Exhibit 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**STIPULATION REGARDING**
**CLAIM OF SUNBEAM DEVELOPMENT CORPORATION**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and Sunbeam Development Corporation ("Sunbeam" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On June 30, 2025, Sunbeam Development Corporation ("Sunbeam") filed Proof of Claim No. 19092 ("Claim 19092") asserting an administrative expense claim in the amount of $23,555.38 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $486,215.98 (the "GUC Claim").

2.      On January 26, 2026, the Plan Administrator filed the *Plan Administrator's Third Notice of Satisfaction of Claims* [Docket No. 2002] (the "Notice of Satisfaction"), asserting that the Administrative Expense Claim had been satisfied in full.  Although the intent of the Notice of Satisfaction was to leave the GUC Claim unaffected, the Plan Administrator inadvertently indicated that Sunbeam's GUC Claim was filed, and thus would survive, only in the amount of $58,958.49.

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

3.      On February 13, 2026, Sunbeam filed the *Response of Sunbeam Development Corporation to Plan Administrator's Third Notice of Satisfaction of Claims* [Docket No. 2049] (the "Response"), indicating that Sunbeam agreed that the Administrative Expense Claim had been paid and satisfied full, but objecting to the Notice of Satisfaction to the extent it purported to alter or reduce the amount of the GUC Claim.

4.      To correct the Notice of Satisfaction with respect to Sunbeam's Claim 19092 and resolve the Response, the Parties agree that (a) the Administrative Expense Claim shall be, and hereby is, deemed paid and satisfied in full; and (b) Sunbeam's surviving GUC Claim is in the amount of $486,215.98.

5.      Nothing in this Stipulation shall constitute the allowance or disallowance Sunbeam's GUC Claim, which claim shall remain subject to reconciliation and be resolved separately in accordance with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

6.      Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  April 27, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Jeffrey I. Snyder* | */s/ Michael E. Fitzpatrick* |

| | |
|---|---|
| Jeffrey I. Snyder (Fla. Bar No. 021281) 2<br>Bilzin Sumberg Baena Price & Axelrod LLP<br>1450 Brickell Avenue, 23rd Floor<br>Miami, Florida 33131<br>Telephone: (305) 374-7580<br>Facsimile: (305) 351-2234<br>Email: jsnyder@bilzin.com | **COLE SCHOTZ P.C.**<br>Patrick J. Reilley (No. 4451)<br>Michael E. Fitzpatrick (No. 6797)<br>500 Delaware Avenue, Suite 600<br>Wilmington, Delaware 19801<br>Telephone:     (302) 652-3131<br>Facsimile:     (302) 652-3117<br>Email:          preilley@coleschotz.com<br>                 mfitzpatrick@coleschotz.com |
| *Counsel to Sunbeam Development Corporation* | - and - |
| | **HAHN LOESER & PARKS LLP**<br>Christopher B. Wick (admitted *pro hac vice*)<br>Philip K. Stovall (admitted *pro hac vice*)<br>200 Public Square, Suite 2800<br>Cleveland, Ohio 44114<br>Telephone:     (216) 274-2489<br>Facsimile:     (216) 241-2824<br>Email:          cwick@hahnlaw.com<br>                 pstovall@hahnlaw.com |
| | *Co-Counsel to the Plan Administrator* |

3