**<u>Schedule 1</u>**

**Fully Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Sixth Notice of Satisfaction of Claims
Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|---------------|--|----------------|--|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Allen County Treasurer | 478 | Jo-Ann Stores, LLC | 2/10/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $16,607.01<br>GUC $0.00<br>Total $16,607.01 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was asserted as a priority tax claim.  Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that all such tax bills supporting this claim have been paid or otherwise satisfied in full. |
| 2 | Allied Universal Security Services | 10593 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $59,726.13<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $59,726.13 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim was previously objected to under the Plan Administrator's 30th omnibus claim objection.  Pursuant to the order, the claim was reduced to $24,210.80 and paid via ACH on April 16th.  Based on the Debtors' books and records, the claim has been paid or otherwise satisfied in full. |
| 3 | FOF 1073 LLC | 19061 | Jo-Ann Stores, LLC | 6/30/2025 | Secured $0.00<br>Admin $27,671.09<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $27,671.09 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | This administrative claim relates to post-petition real estate lease obligations and was reduced to $25,646.43 pursuant to the order granting the Plan Administrator's 17th Omnibus Claim Objection. See Docket No. 1966. This reduced claim was paid in full via ACH on April 3, 2026. |
| 4 | IBM, Corp. | 19939 | Jo-Ann Stores, LLC | 8/27/2025 | Secured $0.00<br>Admin $605,632.63<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | This administrative claim was initially filed in the amount of $605,632.63. Through a series of negotiations, the Plan Administrator and the Claimant were able to resolve the claim for $260,714, which amount was paid via ACH on March 31, 2026. |
| 5 | Rouse Companies, LLC | 11759 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $16,898.64<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $16,898.64 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | The claim asserts administrative tax claims and was reduced as an overstated claim pursuant to the order sustaining the Plan Administrator's 17th Omnibus Claim Objection [D.I. 1966].  The reduced amount of $12,674.00 was paid in full via ACH on April 16, 2026. |
| 6 | WA ST Dept of Labor and Industries | 20315 | JOANN Inc. | 11/17/2025 | Secured $0.00<br>Admin $72,479.37<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $72,479.37 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $0.00<br>Total $0.00 | | Claim No. 20315 orginally was asserted as tax obligations. Claim No. 20315 iniitally was the subject of the Plan Administrator's 31st Omnibus Claims Objection as a late-filed claim. [D.I. 2193].  After receiving an informal response, the objection was removed from the Certification of Counsel and Proposed Order regarding the 31st Omnibus Claim Objection and subsequently negotiated a resolution with the claimant of a $36,000 administrative claim, which was paid in full online on April 24, 2026. |