## Schedule 2

**Partially Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Sixth Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim Nature | Current Claim Amount | Modified Claim Nature | Modified Claim Amount | Basis for Modification |
|---|------|-------------|--------|-----------|------------|--------------|------------|--------------|------------------------|
| 1 | Carwood Skypark, LLC | 18716 | JOANN, Inc. | 6/13/2025 | Secured | $0.00 | Secured | $0.00 | The administrative portion of this claim is for 2024/2025 2nd half taxes and was adjusted for the 5/31/2025 rejection date. Admin claim was paid on April 3, 2026. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, and administrative, portions of the claim, as applicable, have been paid in full. |
| | | | | | Admin | $14,094.70 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $336,222.70 | GUC | $336,222.70 | |
| | | | | | Total | $350,317.40 | Total | $336,222.70 | |
| 2 | Concord Retail Partners, l.P. | 17165 | Jo-Ann Stores, LLC | 5/20/2025 | Secured | $0.00 | Secured | $0.00 | The administrative claim was for the prorated share of 2025 taxes and certain utilities. The administrative claim portion of this claim was previously reduced pursuant to the order sustaining the 17th omnibus claim objection [Docket No. 1966]. The administrative portion of the claim was paid via ACH on 4/3/2026. |
| | | | | | Admin | $2,517.97 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $166,134.16 | GUC | $166,134.16 | |
| | | | | | Total | $168,652.13 | Total | $166,134.16 | |
| 3 | Crimson 1031 Portfolio, LLC | 19452 | Jo-Ann Stores, LLC | 7/22/2025 | Secured | $0.00 | Secured | $0.00 | The administrative portion of thus claim realted to real estate lease obligations. The claim was subject to the Plan Administrator's 20th Omnibus Claim Objection. Claimant's counsel and the Plan Administrator were able to reconcile the administrative portion of this claim, which was paid via ACH on April 3, 2026. |
| | | | | | Admin | $89,830.21 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $385,300.41 | GUC | $385,300.41 | |
| | | | | | Total | $475,130.62 | Total | $385,300.41 | |
| 4 | Del Amo Fashion Center Operating Company L.L.C. | 18627 | Jo-Ann Stores, LLC | 6/6/2025 | Secured | $0.00 | Secured | $0.00 | The administrative portion of this claim relates to real estate lease obligations. This claim amended the claimant's prior claim, Claim No. 9715, which was separately expunged by the GUC Trust's 1st Omnibus Claim Objection as duplicative. Previously, the Plan Administrator objected to this claim (Claim No. 18627) pursuant to her 17th Omnibus Claim Objections as an overstated claim, which administrative claim was reduced to $343.38. *See* Docket No. 1966. The reduced claim was paid via ACH on April 3, 2026. |
| | | | | | Admin | $1,779.06 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,084,847.43 | GUC | $1,084,847.43 | |
| | | | | | Total | $1,086,626.49 | Total | $1,084,847.43 | |
| 5 | Giacomini Trusts | 18698 | Jo-Ann Stores, LLC | 6/26/2025 | Secured | $0.00 | Secured | $0.00 | This claim is for real estate lease obligations. The administrative portion included several charges that were already paid and/or were not appropriately chargeable. This claim was included on the Plan Administrator's 32nd Omnibus Claim Objection. Subsequent to filing the 32nd Omnibus Claim Objection, Claimant agreed to proposed reduction set forth therein ($37,349.66), which amount was paid via ACH on April 24, 2026. |
| | | | | | Admin | $90,568.96 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $381,936.65 | GUC | $381,936.65 | |
| | | | | | Total | $472,505.61 | Total | $381,936.65 | |
| 6 | Holobeam, Inc. | 19000 | Jo-Ann Stores, LLC | 6/26/2025 | Secured | $0.00 | Secured | $0.00 | The administrative portion of this claim previously was reduced to $27,111.10 pursuant to the order sustaning the Plan Administrator's 17th omnibus objection. See Docket No. 1966. The reduced claim amount was paid on April 16, 2026 via Check No. 1020. |
| | | | | | Admin | $39,821.43 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,215.53 | GUC | $1,215.53 | |
| | | | | | Total | $41,036.96 | Total | $1,215.53 | |
| 7 | Mann Enterprises, Inc. | 19091 | Jo-Ann Stores, LLC | 6/19/2025 | Secured | $0.00 | Secured | $0.00 | The administrative portion of this claim previously was reduced to $35,800.58 pursuant to the order sustaning the Plan Administrator's 17th omnibus objection. See Docket No. 1966. The reduced claim amount was paid via ACH on April 16, 2026. |
| | | | | | Admin | $43,199.33 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $829,219.96 | GUC | $829,219.96 | |
| | | | | | Total | $872,419.29 | Total | $829,219.96 | |
| 8 | McGrath-RHD Partners, L.P. | 18885 | Jo-Ann Stores, LLC | 6/23/2025 | Secured | $0.00 | Secured | $0.00 | The administrative portion of this claim previously was reduced to $18312.39 pursuant to the order sustaning the Plan Administrator's 17th omnibus objection. See Docket No. 1966. The reduced claim amount was paid on April 3, 2026. |
| | | | | | Admin | $37,802.60 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $265,153.10 | GUC | $265,153.10 | |
| | | | | | Total | $302,955.70 | Total | $265,153.10 | |
| 9 | Milan Real Estate Investments, LLC | 19045 | Jo-Ann Stores, LLC | 6/27/2025 | Secured | $0.00 | Secured | $0.00 | The administrative portion of this claim previously was reduced to $18,232.71 pursuant to the order sustaning the Plan Administrator's 17th omnibus objection. See Docket No. 1966. The reduced claim amount was paid via ACH on April 16, 2026. |
| | | | | | Admin | $36,842.50 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $264,133.44 | GUC | $265,153.10 | |
| | | | | | Total | $300,975.94 | Total | $265,153.10 | |
| 10 | Northway Mall Properties Sub, LLC | 19455 | Jo-Ann Stores, LLC | 7/19/2025 | Secured | $0.00 | Secured | $0.00 | The claim has been classified, in part, as an administrative claim, with the remainder being classified as a general unsecured claim. This claim was subject to the Debtors' 30th Omnibus Objection. The Plan Administrator and claimant have resolved the adminstrative portion of claim, which was paid via ACH on March 30, 2026. |
| | | | | | Admin | $61,536.72 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $1,193,098.64 | GUC | $1,193,098.64 | |
| | | | | | Total | $1,254,635.36 | Total | $1,193,098.64 | |

JOANN Inc. Case No. 25-10068
Plan Administrator's Sixth Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 11 | PH 706-750 N Casaloma Dr. LLC | 6614 | JOANN, Inc. | 3/20/2025 | Secured | $0.00 | Secured | $0.00 | The claim relates to real estate lease obligations for CAM and taxes. This claim was subject to the Debtors' 30th Omnibus Objection as a no liability claim.  The claimant subsequently provided support for a portion of the claim.  The Claimant and Plan Administrator negotiated a resolution, which amount was paid via ACH on April 16, 2026. |
| | | | | | Admin | $13,550.68 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $79,542.48 | GUC | $79,542.48 | |
| | | | | | Total | $93,093.16 | Total | $79,542.48 | |
| 12 | Siegen Lane Properties, LLC | 19430 | Jo-Ann Stores, LLC | 7/19/2025 | Secured | $0.00 | Secured | $0.00 | The administrative portion of this claim was the subject of the order sustaining the Plan Administrator's Thirthieth Omnibus Claim Objection, in which is was redcued from $79,355.43 to $60,088.20. [DI 2154]. The reduced claim was paid in full claim via ACH on March 30, 2026. |
| | | | | | Admin | $60,088.20 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $720,573.31 | GUC | $720,573.31 | |
| | | | | | Total | $780,661.51 | Total | $720,573.31 | |
| 13 | Southwest Commons 05 A, LLC | 8039 | Jo-Ann Stores, LLC | 4/2/2025 | Secured | $0.00 | Secured | $0.00 | Claim No. 8039 originally asserted real estate lease obligations.  It was the subject of the order sustaining the Plan Administrator's Thirthieth Omnibus Claim Objection, in which the admin claim was reduced from $51,929.56 down to $1,115.28 and the priorty claim amount was reduced from $15,879.81 to $0.00. The reduced administrative claim amount was paid in full via wire on April 24, 2026. |
| | | | | | Admin | $1,115.28 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $26,055.25 | GUC | $26,055.25 | |
| | | | | | Total | $27,170.53 | Total | $26,055.25 | |
| 14 | Summit Towne Centre, Inc. | 18956 | Jo-Ann Stores, LLC | 6/25/2025 | Secured | $0.00 | Secured | $0.00 | Claim No. 18956 originally asserted real estate lease obligations, including improperly classified rejection damage amounts. Claim 19135 has already been expunged as a duplicate claim.  Counsel for claimant agreed to a reduced administrative claim of $1,445.59, and reclassification of the remaining claim amount as a GUC.  The reduced administrative claim amount was paid in full  via check No. 1022 on April 24, 2026. |
| | | | | | Admin | $603,885.28 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $9,646.51 | GUC | $602,439.69 | |
| | | | | | Total | $613,531.79 | Total | $602,439.69 | |