**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| JOANN, Inc., *et al.*, | ) Case No. 25-10068 (CTG) |
|  | ) |
|  | ) (Jointly Administered) |
| Post-Effective Date Debtors.[1] | ) |
|  | ) **RE: D.I. 2184** |
|  | ) |

**NOTICE OF SUBMISSION OF COPIES OF PROOFS OF CLAIM REGARDING GUC TRUST'S SIXTH OMNIBUS (NON-SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (INSUFFICIENT DOCUMENTATION, AMENDED, DUPLICATE, AND EQUITY CLAIMS)**

**PLEASE TAKE NOTICE** that, on May 4, 2026, the JOANN Liquidating Trust (the "GUC Trust"), by and through Steven Balasiano, solely in his capacity as the trustee of the GUC Trust, in the above-captioned cases has delivered to The Honorable Craig T. Goldblatt, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, copies of the relevant proofs of claim (the "Claims"), subject to the *GUC Trust's Sixth Omnibus (Non-Substantive) Objection to Certain Claims (Insufficient Documentation, Amended, Duplicate, and Equity Claims)* [Docket No. 2184], filed on April 17, 2026.

**PLEASE TAKE FURTHER NOTICE** that copies of the Claims may be obtained from the GUC Trust's undersigned counsel.

---

[1]    The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

Dated: May 4, 2026

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 */s/ Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Melissa A. Sobrepera (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
         msobrepera@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (*pro hac vice*)
Maeghan J. McLoughlin (*pro hac vice*)
Charles J. Fendrych (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email: ewilson@kelleydrye.com
         mmcloughlin@kelleydrye.com
         cfendrych@kelleydrye.com

*Counsel to the GUC Trust*

2