## DECLARATION OF DENA DIONNE JOHNSON

I, Dena Dionne Johnson declare as follows:

1.      I am a Creditor in this bankruptcy matter concerning Jo-Ann Stores, LLC and if called upon to testify, I could and would testify as follows:

2.      This declaration is made in support of my claim in this matter.

3.      I am currently 51 years old.

4.      On August 8, 2023, I was a customer at Jo-Ann Stores, LLC's store located at 1625 W. Lugonia Avenue, Redlands, California 92374 (JOANN Fabric and Crafts). As I was walking near the art department, I suddenly slipped on a liquid on the floor. My right leg went behind me and my left leg shot out straight as I fell to the floor. When I hit the ground, I blacked out for a moment. Some nearby fellow customers came to my aid as I woke back up.

5.      As I got my bearings, I saw that a water puddle had formed on the floor and there was water dripping from the ceiling. Attached as **Exhibit A** is a true and correct copy of a picture of the ceiling from where the water was dripping. I did not see any caution cones or other warnings around the area.

6.      I reported the incident to an employee and they put wastebaskets and a chair over where the puddle had formed. Water continued to drop onto the chair. Attached as **Exhibit B** is a true and correct copy of a picture of the chair with water drops on it and the employee setting up the wastebaskets. I was advised by the employee that there was an issue with their air conditioning which was causing the drips.

7.      I managed to pay for my items and depart the store. I started feeling pain in my left ankle and leg. I noticed that my left ankle was starting to swell. I sought treatment that same day at Highland Urgent Care. They took x-rays of my back and left ankle and then sent me home with pain medication. Attached as **Exhibit C** are true and correct copies of the swelling in my ankle.

8.      The next day the pain worsened and I developed a headache, as well as pain in my neck, back, and both knees. I sought treatment at the emergency room of St. Bernardine Medical Center. I was given an exam and then discharged with orders to follow up with my

- 1 -
DECLARATION OF DENA DIONNE JOHNSON

primary care doctor.

9. The pain continued but I was hopeful the pain medication I was prescribed would help. After a couple weeks of trying to manage the pain with the medication, I realized I needed more advanced treatment as the pain was worsening. I went for a consult with an orthopedic doctor, Dr. Raj Ahluwalia, M.D., at Haven Orthopedics and Spine Institute on September 11, 2023. I was diagnosed with cervical and lumbar strains and a left ankle sprain. I was referred to chiropractic treatment and MRIs.

10. A week later I started treatment at Cedarpointe Chiropractic Group. I continued with this treatment through January 2024. The chiropractic treatment provided some relief, but the relief ended up being temporary and the pain would come back.

11. I had MRIs of my cervical spine, lumbar spine, left knee, right knee, and left ankle at Riverside Elite Imaging on September 27, 2023.

12. I followed up with Haven Orthopedics after undergoing the MRIs, this time with Dr. Fady Elias, M.D.. Dr. Elias reviewed my MRIs and noted disc herniations at several levels of my cervical and lumbar spine. Some tearing was noted in both of my knees, including a tear in my left meniscus. There was edema in my left ankle consistent with a sprain and tendon inflammation. I was referred for platelet rich plasma (PRP) injections in both my knees and facet joints injections for my neck and back.

13. I had a prior issue with my left knee prior to this incident, but my symptoms were well controlled and it did not bother me on a daily basis. After my slip and fall at JOANN, my left knee condition was significantly exacerbated and became a daily issue.

14. I underwent a series of PRP injections for both knees on November 17, 2023 December 15, 2023, and January 24, 2024. I underwent the lumbar spine facet joint injections on January 25, 2024. I underwent the cervical spine facet joint injections on December 14, 2023 and February 13, 2024.

15. I followed up with Dr. Elias on February 26, 2024. I reported improvement in my bilateral knee pain as a result of the PRP injections, although I continued to have intermittent left knee pain, especially in cold weather. Dr. Elias advised I could continue with

conservative treatment for now, but if the knee pain became unbearable, I could consider left knee arthroscopic surgery. Dr. Elias advised me that this surgery would cost approximately $40,000.00.

16.    Since then, I have continued with periodic follow-up with my primary care doctor and an orthopedic doctor through my health insurance. My treatment is ongoing.

17.    Attached as **Exhibit D** is a true and correct copy of my medical records and billing related to my injuries suffered at Jo-Ann Stores, LLC's store.

18.    Prior to my injuries, I was a very active person. I would regularly go to the gym and I loved to play basketball for recreation. Due to my ongoing pain in my back, neck, and legs, I now have trouble even rising from the sofa. I have noticed swelling in my legs that is not going away. Occasionally I will experience powerful back spasms that stop me in my tracks. It is hard to stand or sit for long periods of time without my pain flaring up. I now am much more limited in my activities.

19.    I am a teacher, a position which requires frequently being on my feet and walking around my classroom to tend to my students. I do my best to tolerate the pain each day of work, but find myself exhausted and needing to lay down once the workday ends. I have always considered myself a strong person who can tolerate a lot of pain, but I am worried about how my condition will affect my future.

20.    I am seeking $89,590.50 for my medical expenses to date. I am seeking $60,750.00 for my future medical expenses. I am seeking $400,000.00 for my pain and suffering as a result of this incident.

I declare under penalty of perjury under the laws of the State of California, State of Delaware, and the United States, that the foregoing is true and correct.

Executed this 24th day of April 2026 at San Bernardino, California.

By: _____

DENA DIONNE JOHNSON
Declarant

DECLARATION OF DENA DIONNE JOHNSON