## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 1, 2026, he caused the foregoing to be electronically filed with the Clerk of the Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing, and that the foregoing is also being served on the parties listed below via regular e-mail and/or U.S. Mail:

Office of the United States Trustee
Attn: Timothy Jay Fox, Jr.
844 King Street, Suite 2207
Wilmington, Delaware 19801
Timothy.fox@usdoj.gov

Kelley Drye & Warren LLP
Attn:  Eric R. Wilson
        Maeghan J. McLoughlin
        Charles J. Fenruch
3 World Trade Center
175 Greenwich Street
New York, New York 100007
EWilson@KelleyDrye.com
MMcloughlin@kelleydrye.com
CFendrych@kelleydrye.com

Benesch, Friedlander, Coplan & Aronoff LLP
Attn:  Jennifer R. Hoover
        Melissa A. Sobrepera
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
jhoover@beneschlaw.com
msobrepera@beneschlaw.com

/s/ Jason C. Powell
Jason C. Powell, Esquire (No. 3768)