## <u>CERTIFICATE OF SERVICE</u>

I, Margaret M. Manning, hereby certify that, on this 8th day of May, 2026, I caused a true

and correct copy of the foregoing pleading to be served by electronic notice upon all parties who

have requested notice in this case via the Court's CM/ECF system.


Dated:  May 8, 2026                                          /s/ *Margaret M. Manning*
       Wilmington, Delaware                          Margaret M. Manning (Bar No. 4183)