**STARK & STARK PC**                              *Attorney for Claimant*
By: Nicole Durso, Esquire
Attorney I.D. 317027
2 Caufield Place
Newtown, Pennsylvania 18940
267-907-9600 Telephone
267-907-9656 Fax
ndurso@stark-stark.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>JOANN, Inc., *et al.* | Chapter 11<br><br>Case No. 25-10068 (CTG) |

**RESPONSE OF PATRICIA COOK TO DEBTOR'S EIGHTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (PARTIALLY
UNLIQUIDATED)**

Claimant, Patricia Cook, respectfully submits this Response to the Eighth Omnibus

(Substantive) Objection (the "Objection") to Claim No. 19784, filed by GUC Trust ("Debtor")

(Case No. 25-10068). In support of this response, Claimant states as follows:

1. On August 11, 2025, Claimant filed Proof of Claim No. 19784 (the "Claim") against

Debtor in the amount of less than $50,000 based on personal injuries sustained on March 4, 2025

due to a trip and fall at Joann Fabrics Store #2092.

2. On or about April 17, 2025, GUC Trust filed an Eighth Omnibus Objection to

Certain Claims, including Patricia Cook's Claim No. 19784.

3. Claimant hereby objects to the relief requested by GUC Trust's Eighth Omnibus

Objection to Certain Claims.

4922-6663-3635, v. 1

4.     Claim No. 19784 arises from personal injuries sustained as a result of a trip and fall caused by the negligence of Joann Fabrics.

5.     As a result of the trip and fall, Claimant sustained fractures of the sternum and 7th rib together with severe bruising requiring medical treatment.

6.     Claimant submitted proofs with her initial filing including Joann Customer Incident Report, photographs of the bruising, medical records confirming the above diagnoses, and medical bills documenting charges in the amount of $4,535.00.

7.     The claim is partially unliquidated due to the nature of the claim. The statute of limitations on Claimant's personal injury action does not expire until March 4, 2027.  In addition to Claimant's medical expenses, Claimant is entitled to damages for pain and suffering.  The Claimant is entitled to a jury trial or assessment of damages hearing in order to liquidate her pain and suffering damages.  The Claimant may endure future medical expenses from treatment of injuries caused by the fall. The claimant has provided sufficient documentation for the known portion of the claim.

8.     The undersigned counsel possesses authority to reconcile, settle, or otherwise resolve the Claim on behalf of the claimant and should be served by GUC Trust with any reply to the Response.  Counsel's contact information is as follows:

**STARK & STARK PC**
Nicole Durso, Esquire
2 Caufield Place
Newtown, Pennsylvania 18940
267-907-9600 Telephone
267-907-9656 Fax
ndurso@stark-stark.com

4922-6663-3635, v. 1

Wherefore, Claimant requests that this Court deny the Objection as to Claim No. 19784.

Respectfully submitted:

STARK & STARK PC

By: *Nicole Durso*

NICOLE DURSO

Date: May 8, 2026

## CERTIFICATE OF SERVICE

I, Nicole M. Durso, Esquire, hereby certify that on this 8th day of May 2026, a true and correct copy of Claimant, Patricia Cook's response to debtor's eight omnibus (substantive) objection to certain claims (partially unliquidated) has been served upon counsel of record, via electronic mail/or electronically filed through the CM/ECF system.

Respectfully submitted:

STARK & STARK PC

By: *Nicole Durso*

NICOLE DURSO
*Attorney for Plaintiff*