**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN, INC., *et al.,*<br><br>      Post-Effective Date Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered) |

RESPONSE TO
GUC TRUST'S SEVENTH OMNIBUS (SUBSTANTIVE)
OBJECTION TO CERTAIN CLAIMS (PARTIALLY UNLIQUIDATE) RE:

**CLAIM NO. 932, AUDREY JENNINGS**

1.     Ms. Jennings' Claim is based upon damages resulting from a significant personal injury claim.  Records outlining the claim with supportive documents were provided with the submission of the claim.

2.     Ms. Jennings objects because GUC Trust is not liable to compensate her for damages related to her personal injury claim against JOANN Fabrics. At the time of Ms. Jenning's injury sustained in a JOANN Fabrics store due to employee negligence, the company was insured by a private insurer,  with claims handled by Sedgewick Claims Management Services, Inc. Documentation regarding the proof of this claim has previously been submitted, which included proof and amount of medical bills incurred and a demand for compensation for pain and suffering. This claim would be paid by the general liability insurance existing at the time of injury, not from GUC Trust. Claims to be paid by the general liability insurance should not be discharged.

3.     All documents supporting the Claim have been provided with the submission of Claim No. 932.

4.     The party with authority to reconcile, settle, or otherwise resolve the Claim on behalf of the claimant as well as receive service for any reply to the Response is:

Emily Shack
SHLESINGER & DEVILLENEUVE ATTORNEYS
P.O. Box 11616
Eugene, OR 97440
Voice: (541) 485-8411
Fax: (541) 485-4299
Email: eshack@letusfightforyou.com

Dated this 8th day of May, 2026

SHLESINGER & deVILLENEUVE
ATTORNEYS, P.C.


By:__/s/  Emily K. Shack
Emily K. Shack, OSB # 024527
Of Attorneys for Plaintiff /Claimant
P.O. Box 11616
Eugene, OR 97440
Voice: (541) 485-8411
Fax: (541) 485-4299
Email: eshack@letusfightforyou.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the foregoing RESPONSE TO GUC TRUST'S SEVENTH OMNIBUS (SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (PARTIALLY UNLIQUIDATE) RE: **CLAIM NO. 932, AUDREY JENNINGS,** on the following:

The Clerk of the Court
824 North Market Street, 3rd Floor
Wilmington, Delaware 19801

The Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207,
Wilmington, Delaware 19801,
Attn.: Timothy Jay Fox, Jr. (timothy.fox@usdoj.gov)
   Counsel for the GUC Trust:

 Kelley Drye & Warren LLP,
3 World Trade Center,
175 Greenwich Street, New York, New York 10007
Attn.: Eric R. Wilson (EWilson@KelleyDrye.com),
      Maeghan J. McLaughlin (MMcloughlin@kelleydrye.com), and
      Charles J. Fendrych (CFendrych@kelleydrye.com)

Benesch, Friedlander,
Coplan & Aronoff LLP,
1313 N. Market Street, Suite 1201,
Wilmington, Delaware 19801,
Attn: Jennifer R. Hoover (jhoover@beneschlaw.com) and
      Melissa A.Sobrepera (msobrepera@beneschlaw.com)

| | |
|---|---|
| ___xx___ | by **mailing** to the above a true and correct copy, certified by me, placed in a Sealed envelope addressed to each of them at the address set forth above and deposited the U.S. Post Office at Eugene, Oregon, on the date set forth below with postage prepaid. |
| _____ | by **hand-delivering** and leaving a copy thereof at said attorney's office with their clerk therein, or with a person apparently in charge thereof, at the office address noted above on the date set forth below. |
| _____ | by **faxing** to said attorney a copy thereof, certified by me as such, during normal office hours, addressed to said attorney at their last known facsimile number as indicated above. |
| _____ | by sending a full, true, and correct copy thereof **via overnight courier** in a sealed prepaid envelope, addressed to said attorney as shown above, at the last known office address of the  attorney on the date set forth below. |

1

2

**XX**        by **email** addressed to said attorney(s) as noted.

_____        By **electronic service,** addressed to said attorney at their last known email address registered with the Oregon State Bar, through Odyssey File and Serve, certified by me that said document was submitted for filing with the Circuit Court on the date set forth below.

Dated this 8th day of May, 2026                SHLESINGER &  deVILLENEUVE
                                               ATTORNEYS, P.C.


                                               /s/Emily K Shack
                                               EMILY K. SHACK, OSB No. 024527
                                               Of Attorneys for Plaintiff/Claimant