**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL FOR THE PLAN ADMINISTRATOR**
**REGARDING APPROVAL OF STIPULATION REGARDING CLAIM**
**OF PARAMOUNT HOME COLLECTIONS PVT. LTD.**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator")

appointed in the above-captioned case, hereby certifies as follows:

1.      On May 21, 2025, Paramount Home Collections Pvt. Ltd. ("Paramount") filed

Proof of Claim No. 17551 ("Claim 17551") asserting an administrative expense claim under 11

U.S.C. § 503(b)(9) in the amount of $135,479.21 (the "503(b)(9) Claim") and a general unsecured

claim in the amount of $343,162.41 (the "GUC Claim").

2.      On June 30, 2025, the debtors in the above-captioned case filed the *Debtors'*

*Eleventh Omnibus Objection to Certain Claims (Substantive)* [Docket No. 1319] ("Omnibus Claim

Objection"), seeking to reclassify the 503(b)(9) Claim as a general unsecured claim in its entirety.

Paramount filed two *pro se* responses in opposition to the Omnibus Claim Objection [Docket Nos.

1460 and 1752] (collectively, the "Responses").

3.      Paramount and the Plan Administrator (collectively, the "Parties") have entered

into a stipulation (the "Stipulation") fully resolving the Omnibus Claim Objection and the

Responses as it relates to the 503(b)(9) Claim.

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

4.      A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

5.      A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated: May 13, 2026
Wilmington, Delaware

*/s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                 mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                 pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*