**Exhibit 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**STIPULATION REGARDING CLAIM OF**
**PARAMOUNT HOME COLLECTIONS PVT. LTD.**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and Paramount Home Collections Pvt. Ltd. ("Paramount" and collectively with the Plan Administrator, the "Parties") hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On May 21, 2025, Paramount filed Proof of Claim No. 17551 ("Claim 17551") asserting an administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $135,479.21 (the "503(b)(9) Claim") and a general unsecured claim in the amount of $343,162.41 (the "GUC Claim").

2.      On June 30, 2025, the debtors in the above-captioned case filed the *Debtors' Eleventh Omnibus Objection to Certain Claims (Substantive)* [Docket No. 1319] ("Omnibus Claim Objection"), seeking to reclassify the 503(b)(9) Claim as a general unsecured claim in its entirety. Paramount filed two *pro se* responses in opposition to the Omnibus Claim Objection [Docket Nos. 1460 and 1752] (collectively, the "Responses").

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

3.      Paramount and the Plan Administrator have engaged in good-faith negotiations regarding the Omnibus Claim Objection, the Responses, and the 503(b)(9) Claim, and have agreed as follows:

(a)     Paramount's 503(b)(9) Claim is reduced to and deemed allowed in the amount of $20,000.00 (the "Allowed 503(b)(9) Claim").

(b)     $115,479.21 of the 503(b)(9) Claim is reclassified as a general unsecured claim, resulting in an increase in Paramount's GUC Claim to $458,641.62 (the "Revised GUC Claim").

(c)     The Omnibus Claim Objection, solely as it relates to Claim 11752, is deemed withdrawn.

4.      Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of Paramount, including, without limitation, the Revised GUC Claim, which claims shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

5.      Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  May 13, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Mohd Ijlal Shamsi* | */s/ Michael E. Fitzpatrick* |

**Paramount Home Collections Private Limited**
Mohd Ijlal Shamsi
Director & Authorized Representative
36 Tavela Street, Akhtar Building
Moradabad, Uttar Pradesh 244001, India
Telephone: +91987031000
Email: ijlal@paramounthomecollections.com

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
Wilmington, Delaware 19801
500 Delaware Avenue, Suite 600
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                    mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                    pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

3