**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON MAY 18, 2026 AT 10:00 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

## AT THE COURT'S DIRECTION, THIS HEARING HAS BEEN CANCELLED

**CONTINUED MATTERS**

1.    Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed January 30, 2026) [D.I. 2031]

   Related Documents:

      (a)    Declaration of Robyn Woodruff in Support of the Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed February 19, 2026) [D.I. 2057]

   Objection Deadline:    February 13, 2026 at 4:00 p.m. (ET).  The Objection Deadline was extended until February 17, 2026 for the Plan Administrator and February 18, 2026 for Shops at St. Johns, LLC.

   Responses Received:

      (a)    Reservation of Rights of the Plan Administrator to Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why it Should Not Be Found in Contempt (Filed February 17, 2026) [D.I. 2052]

---

[1]    The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

(b)     Objection of Shops at St. Johns, LLC to Burlington Coat Factory Warehouse Corporations (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. Johns, LLC to Show Cause Why It Should Not Be Found in Contempt (Filed February 18, 2026) [D.I. 2054]

Status:     This matter is continued to the June 9, 2026 omnibus hearing.

2.   Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Filed April 17, 2026) [D.I. 2183]

Response Deadline:    May 8, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)     Eqyinvest Owner II, Ltd. LLP's Response to Plan Administrator's Thirty Second (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, Reduced and Reclassified) (Filed May 1, 2026) [D.I. 2209]

(b)     Response of Sunyin (HK) Holding Limited to Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2218]

(c)     California Department of Tax and Fee Administration's Opposition to the Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2220]

Status:     This matter is continued to the June 9, 2026 omnibus hearing.

3.   GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed March 20, 2026) [D.I. 2111]

Response Deadline:    April 10, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)     Birch Run Station, LLC's Response to GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) Relating to Claim # 18936 Concerning Birch Run Shopping Center in the City of Maplewood, County of Ramsey, Minnesota (Filed April 9, 2026) [D.I. 2161]

Status:     This matter is continued to the June 9, 2026 omnibus hearing.

4.      GUC Trust's Sixth Omnibus (Non-Substantive) Objection to Certain Claims (Insufficient Documentation, Amended, Duplicate, and Equity Claims) (Filed April 17, 2026) [D.I. 2184]

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding GUC Trust's Sixth Omnibus (Non-Substantive) Objection to Certain Claims (Insufficient Documentation, Amended, Duplicate, and Equity Claims) (Filed May 4, 2026) [D.I. 2210]

Response Deadline:    May 8, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)     Informal comments from Plaza Investors, LLC and Bella+Canvas, LLC

Status:      The GUC Trustee intends to file a certification of counsel with respect to this matter.

5.      GUC Trust's Seventh Omnibus (Substantive) Objection to Certain Claims (Partially Unliquidated) (Filed April 17, 2026) [D.I. 2185]

Related Documents:

(a)     Notice of Submission of Proofs of Claim Regarding GUC Trust's Seventh Omnibus (Substantive) Objection to Certain Claims (Partially Unliquidated) (Filed May 4, 2026) [D.I. 2211]

Response Deadline:    May 8, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)     Informal comments from Madison Victory Group, LLC, Ohio Bureau of Workers' Compensation, and Carol Kayne

(b)     Dena Dionne Johnson's Response to GUC Trust's Seventh Omnibus Objection to Certain Claims (Partially Unliquidated) (Filed May 8, 2026) [D.I. 2217]

(c)     Response to GUC Trust's Seventh Omnibus Objection to Certain Claims (Partially Unliquidated) Re: Claim No. 932, Audrey Jennings (Filed May 8, 2026) [D.I. 2222]

Status:      The GUC Trustee intends to file a certification of counsel with respect to this matter.

6.    GUC Trust's Eighth Omnibus (Substantive) Objection to Certain Claims (Partially Unliquidated) (Filed April 17, 2026) [D.I. 2186]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding GUC Trust's Eighth Omnibus (Substantive) Objection to Certain Claims (Partially Unliquidated) (Filed May 4, 2026) [D.I. 2212]

Response Deadline:    May 8, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)    Informal comments from Surge Staffing, LLC, Daily Services, LLC, and HV Center LLC, HV Center TIC 1 LLC, HV Center TIC 2 LLC

(b)    Response of Patricia Cook to Debtor's Eighth Omnibus (Substantive) Objection to Certain Claims (Partially Unliquidated) (Filed May 8, 2026) [D.I. 2219]

Status:    The GUC Trustee intends to file a certification of counsel with respect to this matter.

7.    GUC Trust's Ninth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims) (Filed April 17, 2026) [D.I. 2187]

Related Documents:

(a)    Notice of Submission of Proofs of Claim Regarding GUC Trust's Ninth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims) (Filed May 4, 2026) [D.I. 2213]

Response Deadline:    May 8, 2026 at 4:00 p.m. (ET).

Status:    The GUC Trustee intends to file a certificate of no objection with respect to this matter.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 14, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*