**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| JOANN, Inc., | ) Case No. 25-10068 (CTG) |
| | ) |
| Post-Effective Date Debtor.[1] | ) **RE: D.I. 2187** |
| | ) |

**CERTIFICATE OF NO OBJECTION REGARDING GUC TRUST'S NINTH OMNIBUS
(SUBSTANTIVE) OBJECTION TO CERTAIN CLAIMS (UNLIQUIDATED CLAIMS)**

The JOANN Liquidating Trust (the "GUC Trust"), acting by and through Steven Balasiano, solely in his capacity as the liquidating trustee (the "GUC Trustee"), hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *GUC Trust's Ninth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims)* [D.I. 2187] (the "Ninth Objection") filed on April 17, 2026.  Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Ninth Objection (the "Order"). Pursuant to the *Notice of GUC Trust's Ninth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims)* [D.I. No. 2187-3], responses to the Ninth Objection were to be filed and served no later than May 8, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

The GUC Trust further certifies that the Objection Deadline has passed and after reviewing the Court's docket in these cases, no answer, response, or other responsive pleading to the Ninth Objection appears thereon.  It is hereby respectfully requested that the Order attached to the Ninth Objection be entered at the earliest convenience of the Court.

[*Signature block on following page.*]

---

[1]   The Post-Effective Date Debtor in this chapter 11 case is JOANN Inc.

28658637

Dated: May 14, 2026

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esq. (No. 5111)
Melissa A. Sobrepera, Esq. (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email:  jhoover@beneshlaw.com
        msobrepera@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
Charles J. Fendrych (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email:  ewilson@kelleydrye.com
        mmcloughlin@kelleydrye.com
        cfendrych@kelleydrye.com

*Counsel to the GUC Trust*

2