**<u>Schedule 1</u>**

**Schedule 1**
**Insufficient Documentation Claims**
Basis for Objection: See Paragraphs 20-22 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Basis for objection |
|---|------|-----------|--------|-----------|----------------------|------------------------|---------------------|
| 2 | OH Waterville LLC | 19129 | JOANN Inc. | 06/30/25 | $267,324.08 | General Unsecured | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trust cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |
| 3 | Vereit Real Estate, L.P. | 18893 | JOANN Inc. | 06/20/25 | $632,610.00 | General Unsecured | The documentation attached to the claim does not provide prima facie evidence of the validity and amount of the claim, and the GUC Trust cannot ascertain a basis for the claim after a reasonable review of the Debtors' books and records. |

**Schedule 2**

Case 25-10068-CTG   Doc 2230-1   Filed 05/15/26   Page 4 of 8

**Schedule 2**
# Amended Claims

Basis for Objection: See Paragraphs 23-24 of the foregoing Objection

| # | Name | Amended Claim | | | | | Remaining Claim | | | | | Basis for objection |
|---|------|---------------|---|---|---|---|-----------------|---|---|---|---|---------------------|
| | | Claim No. | Debtor Name | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Claim No. | Debtor Name | Date Filed | Remaining Claim Amount | Asserted Claim Priority | |
| 1 | Emser International LLC | 17517 | JOANN Inc. | 5/22/2025 | $72,577.79 | General Unsecured | 18440 | JOANN Inc. | 6/4/2025 | 940,805.23 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim. |
| 2 | Towers Retail, LLC | 19149 | Jo-Ann Stores, LLC | 7/2/2025 | $362,212.39 | General Unsecured | 20130 | Jo-Ann Stores, LLC | 9/27/2025 | 362,212.39 | General Unsecured | The Amended Claim has been amended and superseded by the Remaining Claim. |

**Schedule 3**

Case 25-10068-CTG  Doc 2230-1  Filed 05/15/26  Page 6 of 8

Schedule 3
# Duplicate Claims
Basis for Objection: See Paragraphs 25-26 of the foregoing Objection

| # | Name | Duplicate Claim to be Disallowed | | | | | Remaining Claim | | | | | Basis for objection |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | |
| 1 | Tyler Broadway/Centennial LP | 19185 | JOANN Inc. | 6/30/2025 | $746,669.39 | General Unsecured | 18918 | JOANN Inc. | 06/23/25 | $746,669.39 | General Unsecured | Claim substantially duplicates, or is subsumed within, the corresponding Remaining Claim. |

**Schedule 4**

# Equity Claim

Basis for Objection: See Paragraphs 27-28 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Basis for objection |
|---|------|-----------|--------|-----------|----------------------|------------------------|---------------------|
| 1 | Jordan Stewart | 13649 | Jo-Ann Stores, LLC | 4/15/2025 | $100 | General Unsecured | Claim based on ownership of equity interest. |