## Schedule 1

28654207 v1

### Schedule 1
### Fix and Allow
Basis for Objection: See Paragraph 16 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted GUC Amount | Adjusted Amount | Asserted Claim Priority | Basis for objection |
|---|------|-----------|--------|-----------|---------------------|-----------------|-------------------------|---------------------|
| 1 | DeVries Public Relations, Ltd | 17 | JOANN Inc. | 1/24/2025 | $397,499.00 + unliquidated amounts | $397,499.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 2 | ▮▮▮▮▮▮ | 77 | Jo-Ann Stores, LLC | 1/29/2025 | $1,000,000.00 + unliquidated amounts | $1,000,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 3 | Dyno LLC | 240 | JOANN Inc. | 2/6/2025 | $1,156,219.67 + unliquidated amounts | $1,156,219.67 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 4 | Cintas Corporation | 261 | JOANN Inc. | 2/10/2025 | $2,188.55 + unliquidated amounts | $2,188.55 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 5 | ▮▮▮▮▮ | 424 | Jo-Ann Stores, LLC | 2/13/2025 | $30,000.00 + unliquidated amounts | $30,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 6 | Tri Marsh Realty LLC | 476 | JOANN Inc. | 2/16/2025 | $30,576.77 + unliquidated amounts | $30,576.77 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 7 | ▮▮▮▮▮ | 507 | JOANN Inc. | 2/6/2025 | $150,000.00 + unliquidated amounts | $150,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 8 | ▮▮▮▮▮▮ | 532 | Jo-Ann Stores, LLC | 2/19/2025 | $3,500,000.00 + unliquidated amounts | $3,500,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 9 | ▮▮▮▮▮▮ | 594 | Jo-Ann Stores, LLC | 2/25/2025 | $1.00 + unliquidated amounts | $1.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 10 | ▮▮▮▮▮▮ | 598 | Jo-Ann Stores, LLC | 2/25/2025 | $1,000,000.00 + unliquidated | $1,000,000.00 | General | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar |

28653726 v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | amounts | | Unsecured | Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 12 | ███████ | 1247 | Jo-Ann Stores, LLC | 3/3/2025 | $85.00 + unliquidated amounts | $85.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 13 | IRC Schaumburg, L.L.C. | 1771 | JOANN Inc. | 3/10/2025 | $36,711.92 + unliquidated amounts | $36,711.92 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 15 | ███████ | 2144 | JOANN Inc. | 3/18/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 16 | ███████ | 2382 | JOANN Inc. | 3/14/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 17 | ███████ | 2473 | JOANN Inc. | 3/13/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 18 | ███████ | 2647 | JOANN Inc. | 3/6/2025 | $75.00 + unliquidated amounts | $75.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 19 | ███████ | 2665 | Jo-Ann Stores, LLC | 3/19/2025 | $20.00 + unliquidated amounts | $20.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 20 | ███████ | 2707 | JOANN Inc. | 3/6/2025 | $30.00 + unliquidated amounts | $30.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 21 | ███████ | 2730 | Jo-Ann Stores, LLC | 3/6/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 22 | ███████ | 2749 | JOANN Inc. | 3/6/2025 | $1,000,000.00 + unliquidated amounts | $1,000,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |

28653726 v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 23 | | 2758 | JOANN Inc. | 3/21/2025 | $80.00 + unliquidated amounts | $80.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 24 | | 2785 | joann.com, LLC | 3/6/2025 | $40.00 + unliquidated amounts | $40.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 25 | | 2798 | JOANN Inc. | 3/6/2025 | $150.00 + unliquidated amounts | $150.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 26 | | 2848 | JOANN Inc. | 3/6/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 27 | | 2956 | JOANN Inc. | 3/12/2025 | $5.00 + unliquidated amounts | $5.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 28 | | 2973 | JOANN Inc. | 3/20/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 29 | | 3206 | Jo-Ann Stores, LLC | 3/26/2025 | $25.00 + unliquidated amounts | $25.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 30 | | 3329 | JOANN Inc. | 3/8/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 31 | | 3347 | Jo-Ann Stores, LLC | 3/8/2025 | $3.47 + unliquidated amounts | $3.47 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 32 | | 3476 | JOANN Inc. | 3/10/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 33 | | 3499 | JOANN Inc. | 3/25/2025 | $3.40 + unliquidated amounts | $3.40 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed |

28653726 v1

| # | | Claim # | Debtor | Date | Claim Amount | | Type | Objection |
|---|---|---|---|---|---|---|---|---|
| | | | | | | as a general unsecured claim in the liquidated sum. | | |
| 34 | ▬▬▬ | 3633 | JOANN Inc. | 3/16/2025 | $26.92 + unliquidated amounts | $26.92 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 35 | ▬▬ | 3744 | JOANN Inc. | 3/17/2025 | $75.00 + unliquidated amounts | $75.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 36 | ▬▬▬ | 3791 | Jo-Ann Stores, LLC | 3/17/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 37 | ▬▬ | 3898 | Jo-Ann Stores, LLC | 3/9/2025 | $10.00 + unliquidated amounts | $10.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 38 | ▬ | 4082 | JOANN Holdings 1, LLC | 3/26/2025 | $40.00 + unliquidated amounts | $40.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 39 | ▬▬ | 4192 | JOANN Inc. | 3/26/2025 | $40.00 + unliquidated amounts | $40.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 40 | ▬▬▬ | 4271 | JOANN Inc. | 3/19/2025 | $150,000.00 + unliquidated amounts | $150,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 41 | ▬▬ | 4469 | JOANN Inc. | 3/23/2025 | $223.39 + unliquidated amounts | $223.39 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 42 | Gildan USA LLC | 4549 | Jo-Ann Stores, LLC | 3/20/2025 | $1,905,245.04 + unliquidated amounts | $1,905,245.04 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 43 | Ohio Bureau of Workers' Compensation | 4591 | Dittopatterns LLC | 3/19/2025 | $26.00 + unliquidated amounts | $26.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |

28653726 v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 44 | Wegmans Food Markets, Inc. | 4599 | Jo-Ann Stores, LLC | 3/17/2025 | $52,792.58 + unliquidated amounts | $52,792.58 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 45 | ▬▬▬▬▬ | 4947 | Jo-Ann Stores, LLC | 3/24/2025 | $58,000.00 + unliquidated amounts | $58,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 46 | Athens Center, LLC | 5020 | Jo-Ann Stores, LLC | 3/11/2025 | $6,094.35 + unliquidated amounts | $6,094.35 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 47 | ▬▬▬▬▬ | 5084 | JOANN Inc. | 3/14/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 48 | ▬▬▬▬ | 5458 | Jo-Ann Stores, LLC | 3/15/2025 | $70.00 + unliquidated amounts | $70.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 49 | ▬▬▬▬ | 5536 | Jo-Ann Stores, LLC | 3/20/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 50 | Ohio Bureau of Workers' Compensation | 5548 | JOANN Inc. | 3/19/2025 | $1,365,561.16 + unliquidated amounts | $1,365,561.16 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 51 | ▬▬▬▬ | 5849 | Jo-Ann Stores, LLC | 3/17/2025 | $40.00 + unliquidated amounts | $40.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 52 | LINCOLN COUNTY TAX COLLECTOR | 6400 | Jo-Ann Stores, LLC | 3/17/2025 | $1,421.50 + unliquidated amounts | $1,421.50 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 53 | ▬▬▬▬▬ | 6741 | Jo-Ann Stores, LLC | 3/23/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 54 | ▬▬▬ | 7088 | Jo-Ann Stores, LLC | 3/23/2025 | $29.00 + unliquidated amounts | $29.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed |

28653726 v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | as a general unsecured claim in the liquidated sum. |
| 55 | | 7190 | Jo-Ann Stores, LLC | 3/22/2025 | $69.64 + unliquidated amounts | $69.64 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 56 | | 7281 | JOANN Inc. | 3/23/2025 | $25.00 + unliquidated amounts | $25.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 57 | | 7407 | JOANN Inc. | 3/25/2025 | $605,310.00 + unliquidated amounts | $605,310.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 58 | | 7449 | Jo-Ann Stores, LLC | 3/26/2025 | $100,000.00 + unliquidated amounts | $100,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 60 | | 7548 | Jo-Ann Stores, LLC | 3/25/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 61 | | 7780 | Jo-Ann Stores, LLC | 3/26/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 62 | | 7815 | JOANN Inc. | 3/26/2025 | $10.00 + unliquidated amounts | $10.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 63 | | 7827 | JOANN Inc. | 3/26/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 64 | | 7956 | Jo-Ann Stores, LLC | 3/27/2025 | $500,000.00 + unliquidated amounts | $500,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 65 | | 8058 | JOANN Inc. | 3/26/2025 | $17.00 + unliquidated amounts | $17.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |

28653726 v1

| No. | Name | Claim # | Debtor | Date | Asserted Amount | Liquidated Amount | Classification | Basis for Objection |
|---|---|---|---|---|---|---|---|---|
| 66 | | 8121 | Jo-Ann Stores, LLC | 3/28/2025 | $5,000,000.00 + unliquidated amounts | $5,000,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 67 | | 8165 | JOANN Inc. | 4/2/2025 | $5,000.00 + unliquidated amounts | $5,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 68 | | 8247 | JOANN Inc. | 3/28/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 69 | | 8249 | JOANN Inc. | 3/28/2025 | $15.00 + unliquidated amounts | $15.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 70 | EVP Auburn, LLC | 8373 | Jo-Ann Stores, LLC | 4/2/2025 | $62,931.01 + unliquidated amounts | $62,931.01 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 71 | | 8419 | JOANN Inc. | 3/28/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 72 | | 8502 | JOANN Inc. | 3/27/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 73 | | 8558 | JOANN Inc. | 3/26/2025 | $500.00 + unliquidated amounts | $500.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 74 | Iki Auburn Mile, LP, Samex Properties, LLC, Sunray Property Investments, LLC | 8574 | Jo-Ann Stores, LLC | 3/28/2025 | $52,151.96 + unliquidated amounts | $52,151.96 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 75 | | 9042 | JOANN Inc. | 4/2/2025 | $25.00 + unliquidated amounts | $25.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 76 | | 9167 | JOANN Inc. | 3/28/2025 | $65,000.00 + unliquidated | $65,000.00 | General | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar |

28653726 v1

| # | Name | Claim # | Debtor | Date Filed | Asserted Amount | Claim Amount | Classification | GUC Trust Statement |
|---|------|---------|--------|-----------|-----------------|--------------|----------------|---------------------|
| | | | | | amounts | | Unsecured | Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 77 | SRP LLC a/k/a Shelbyville Road Plaza LLC | 9364 | Jo-Ann Stores, LLC | 4/3/2025 | $21,557.44 + unliquidated amounts | $21,557.44 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 78 | ▮▮▮▮ | 9366 | Jo-Ann Stores, LLC | 4/2/2025 | $19.00 + unliquidated amounts | $19.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 79 | ▮▮▮▮ | 9434 | Jo-Ann Stores, LLC | 4/3/2025 | $750,000.00 + unliquidated amounts | $750,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 80 | ▮▮▮▮ | 9652 | Jo-Ann Stores, LLC | 3/30/2025 | $93.00 + unliquidated amounts | $93.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 81 | ▮▮▮▮ | 9742 | Jo-Ann Stores, LLC | 3/31/2025 | $25,000.00 + unliquidated amounts | $25,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 82 | ▮▮▮▮ | 9777 | JOANN Inc. | 4/3/2025 | $8,000,000.00 + unliquidated amounts | $8,000,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 83 | ▮▮▮▮ | 9778 | Jo-Ann Stores, LLC | 4/2/2025 | $800,000.00 + unliquidated amounts | $800,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 84 | ▮▮▮▮ | 9807 | Jo-Ann Stores, LLC | 4/3/2025 | $74,999.00 + unliquidated amounts | $74,999.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 85 | ▮▮▮▮ | 9991 | JOANN Inc. | 4/1/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 86 | Sarjo, Hawa | 10007 | JOANN Inc. | 4/1/2025 | $50,000.00 + unliquidated amounts | $50,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| | | | | | $50.00 + | | | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental |

| Ref | Creditor Name | Claim No. | Debtor | Date Filed | Asserted Amount | Modified Amount | Classification | Reason for Modification |
|---|---|---|---|---|---|---|---|---|
| 87 | | 10019 | JOANN Inc. | 4/3/2025 | unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 88 | | 10053 | Jo-Ann Stores, LLC | 3/31/2025 | $5,000.00 + unliquidated amounts | $5,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 89 | | 10220 | Jo-Ann Stores, LLC | 4/3/2025 | $25,000.00 + unliquidated amounts | $25,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 90 | Rhino Holdings Arden, LLC | 10235 | Jo-Ann Stores, LLC | 4/3/2025 | $440,390.07 + unliquidated amounts | $440,390.07 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 91 | | 10277 | JOANN Inc. | 4/3/2025 | $285,000.00 + unliquidated amounts | $285,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 92 | | 10304 | Jo-Ann Stores, LLC | 4/3/2025 | $250.00 + unliquidated amounts | $250.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 93 | | 10320 | Jo-Ann Stores, LLC | 4/1/2025 | $74,999.00 + unliquidated amounts | $74,999.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 94 | | 10478 | Jo-Ann Stores, LLC | 4/4/2025 | $1,000,000.00 + unliquidated amounts | $1,000,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 95 | | 10491 | JOANN Inc. | 4/1/2025 | $300.00 + unliquidated amounts | $300.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 96 | | 10507 | JOANN Inc. | 4/3/2025 | $8,000,000.00 + unliquidated amounts | $8,000,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 97 | De Anza Properties 4, LLC | 10515 | Jo-Ann Stores, LLC | 4/3/2025 | $56,374.70 + unliquidated amounts | $56,374.70 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |

| 98 | Connecticut Department of Revenue Services | 10567 | Creativebug, LLC | 4/4/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 99 | RSS WFRBS2001-C3-DE PMHN, LLC | 18756 | Jo-Ann Stores, LLC | 6/12/2025 | $205,003.44 + unliquidated amounts | $205,003.44 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |

28653726 v1