**Schedule 1**

**Schedule 1**
**Fix and Allow**
Basis for Objection: See Paragraph 16 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted GUC Amount | Adjusted Amount | Asserted Claim Priority | Basis for objection |
|---|------|-----------|--------|-----------|---------------------|-----------------|------------------------|---------------------|
| 1 | RSS WFRBS2001-C3-DE PMHN, LLC | 18756 | Jo-Ann Stores, LLC | 6/12/2025 | $205,003.44 + unliquidated amounts | $205,003.44 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 2 | Brandywine Crossing SC LLC; Brandywine Crossing SC TIC 1 LLC; Brandywine Crossing SC TIC 2 LLC; Brandywine Crossing TIC 3 LLC; et al. | 18759 | Jo-Ann Stores, LLC | 6/13/2025 | $28,112.63 + unliquidated amounts | $28,112.63 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 3 | Brandywine Crossing SC LLC; Brandywine Crossing SC TIC 1 LLC; Brandywine Crossing SC TIC 2 LLC; Brandywine Crossing TIC 3 LLC; et al. | 18760 | Jo-Ann Stores, LLC | 6/13/2025 | $47,300.00 + unliquidated amounts | $47,300.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 4 | Florence (Florence Mall) FMH, LLC | 18765 | Jo-Ann Stores, LLC | 6/13/2025 | $9,274.25 + unliquidated amounts | $9,274.25 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 5 | HV Center LLC, HV Center TIC 1 LLC, HV Center TIC 2 LLC | 18767 | Jo-Ann Stores, LLC | 6/13/2025 | $135,892.53 + unliquidated amounts | $135,892.53 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 6 | Kingston Center L.P.; GBR Neighborhood Road Limited Liability Company; Kingshop Co., LLC | 18773 | Jo-Ann Stores, LLC | 6/13/2025 | $252,679.54 + unliquidated amounts | $252,679.54 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| | | | | | $3316.68 + | | | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental |

28655412 v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | Franchise Tax Board | 18788 | Jo-Ann Stores, LLC | 6/17/2025 | unliquidated amounts | $3,316.68 | General Unsecured | documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 8 | ▉▉▉▉▉▉ | 18813 | JOANN Inc. | 6/20/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 9 | ▉▉ | 18862 | JOANN Inc. | 6/16/2025 | $101.89 + unliquidated amounts | $101.89 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 10 | Lebanon Pad, LP | 18890 | Jo-Ann Stores, LLC | 6/24/2025 | $546,522.84 + unliquidated amounts | $546,522.84 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 11 | Richmond Station LLC | 18899 | Jo-Ann Stores, LLC | 6/24/2025 | $343,963.67 + unliquidated amounts | $343,963.67 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 12 | IN-Goshen Market, LLC | 18907 | Jo-Ann Stores, LLC | 6/24/2025 | $280,110.12 + unliquidated amounts | $280,110.12 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 13 | Beavercreek Towne Station LLC | 18908 | Jo-Ann Stores, LLC | 6/24/2025 | $341,664.42 + unliquidated amounts | $341,664.42 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 14 | HK New Plan ERP Property Holdings, LLC | 18914 | Jo-Ann Stores, LLC | 6/24/2025 | $280,110.12 + unliquidated amounts | $280,110.12 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 15 | HK New Plan ERP Property Holdings, LLC | 18917 | Jo-Ann Stores, LLC | 6/24/2025 | $14,510.25 + unliquidated amounts | $14,510.25 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |

28655412 v1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | Tyler Broadway/ Centennial LP | 18918 | JOANN Inc. | 6/23/2025 | $746,669.39 + unliquidated amounts | $746,669.39 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 17 | 95 ORRPT, LLC | 18938 | JOANN Inc. | 6/19/2025 | $572,984.93 + unliquidated amounts | $572,984.93 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 18 | IN-Goshen Market, LLC | 18939 | Jo-Ann Stores, LLC | 6/24/2025 | $14,510.25 + unliquidated amounts | $14,510.25 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 19 | CCA-Renaissance Square Shopping Center, LLC | 18940 | Jo-Ann Stores, LLC | 6/20/2025 | $119,583.83 + unliquidated amounts | $119,583.83 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 20 | UFPTCF, LLC and BBPTFC, LLC | 18942 | Jo-Ann Stores, LLC | 6/20/2025 | $519,466.92 + unliquidated amounts | $519,466.92 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 21 | R/M Vacaville Ltd., L.P., a California Limited Partnership | 18943 | Jo-Ann Stores, LLC | 6/18/2025 | $331,867.95 + unliquidated amounts | $331,867.95 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 22 | ▮▮▮▮▮▮ | 18992 | JOANN Inc. | 6/25/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 23 | ▮▮▮▮▮ | 19004 | Jo-Ann Stores, LLC | 6/30/2025 | $30.00 + unliquidated amounts | $30.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 24 | Montgomery Realty | 19030 | Jo-Ann | 6/27/2025 | $1,482,515.81 + | $1,482,515.8 | General | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar |

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Group LLC | | Stores, LLC | | unliquidated amounts | 1 | Unsecured | Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 25 | Madison Victory Group, LLC | 19036 | Jo-Ann Stores, LLC | 6/30/2025 | $544,762.23 + unliquidated amounts | $544,762.23 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 26 | ▉▉▉▉▉▉ | 19040 | JOANN Inc. | 6/29/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 27 | Shelby Town Center I, LLC | 19069 | Jo-Ann Stores, LLC | 6/28/2025 | $435,267.59 + unliquidated amounts | $435,267.59 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 28 | EMMES, LLC | 19134 | Jo-Ann Stores, LLC | 6/30/2025 | $1,309,565.54 + unliquidated amounts | $1,309,565.54 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 29 | 4908 Associates, LLC | 19172 | Jo-Ann Stores, LLC | 6/30/2025 | $100,422.08 + unliquidated amounts | $100,422.08 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 30 | RVA West Broad, LLC | 19175 | Jo-Ann Stores, LLC | 6/30/2025 | $268,485.82 + unliquidated amounts | $268,485.82 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 31 | 4908 Associates, LLC | 19177 | Jo-Ann Stores, LLC | 6/30/2025 | $15,405.60 + unliquidated amounts | $15,405.60 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 32 | LVP Center, LLC and Richmond Road Plaza, LLC | 19180 | Jo-Ann Stores, LLC | 6/30/2025 | $189,818.33 + unliquidated amounts | $189,818.33 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| | | | | | | | | In addition to sums certain, the claim asserts unliquidated amounts. |

28655412 v1

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 33 | Tyler Broadway/Centennial LP | 19185 | JOANN Inc. | 6/30/2025 | $746,669.39 + unliquidated amounts | $746,669.39 | General Unsecured | Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 34 | ███████ | 19186 | JOANN Inc. | 6/27/2025 | $5.78 + unliquidated amounts | $5.78 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 35 | ███████ | 19195 | JOANN Inc. | 6/23/2025 | $61.79 + unliquidated amounts | $61.79 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 36 | ████████ | 19274 | JOANN Inc. | 7/7/2025 | $2,175.94 + unliquidated amounts | $2,175.94 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 37 | IN-Goshen Market, LLC | 19378 | Jo-Ann Stores, LLC | 7/15/2025 | $271,326.49 + unliquidated amounts | $271,326.49 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 38 | ███████ | 19394 | JOANN Inc. | 7/17/2025 | $45.00 + unliquidated amounts | $45.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 39 | Silas Creek Improvements, LLC | 19445 | Jo-Ann Stores, LLC | 7/22/2025 | $527,166.98 + unliquidated amounts | $527,166.98 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 40 | PTC TX Holdings, LLC | 19468 | Jo-Ann Stores, LLC | 7/22/2025 | $380,693.88 + unliquidated amounts | $380,693.88 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 41 | Arbor Square II, LLC | 19469 | Jo-Ann Stores, | 7/22/2025 | $17,372.56 + unliquidated amounts | $17,372.56 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as |

28655412 v1

| # | Debtor | Claim No. | Claimant | Date | Amount Filed | Amount | Classification | Objection |
|---|--------|-----------|----------|------|--------------|--------|----------------|-----------|
| | LLC | | | | | | | a general unsecured claim in the liquidated sum. |
| 42 | PTC TX Holdings, LLC | 19470 | Jo-Ann Stores, LLC | 7/22/2025 | $7,744.22 + unliquidated amounts | $7,744.22 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 43 | Arbor Square II, LLC | 19471 | Jo-Ann Stores, LLC | 7/22/2025 | $600,782.76 | $600,782.76 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 44 | CRI Easton Square LLC | 19472 | Jo-Ann Stores, LLC | 7/22/2025 | $27,930.05 + unliquidated amounts | $27,930.05 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 45 | CRI Easton Square LLC | 19476 | Jo-Ann Stores, LLC | 7/22/2025 | $749,112.00 | $749,112.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 46 | Frederick County Square Improvements, LLC | 19481 | Jo-Ann Stores, LLC | 7/22/2025 | $740,065.08 | $740,065.08 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 47 | Brixmor SPE 5 LLC | 19488 | Jo-Ann Stores, LLC | 7/22/2025 | $281,623.84 | $281,623.84 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 48 | Indian Hills Plaza, LLC | 19489 | Jo-Ann Stores, LLC | 7/22/2025 | $8,878.28 + unliquidated amounts | $8,878.28 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 49 | Brixmor Residual Dickson City Crossings LLC | 19492 | Jo-Ann Stores, LLC | 7/22/2025 | $505,705.28 + unliquidated amounts | $505,705.28 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| | | | | | $371,979.61 | | | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental |

28655412 v1

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 50 | Brixmor GA Southland Shopping Center LLC | 19494 | Jo-Ann Stores, LLC | 7/23/2025 | + unliquidated amounts | $371,979.61 | General Unsecured | documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |
| 51 | Brixmor Buckland Plaza LLC | 19506 | Jo-Ann Stores, LLC | 7/23/2025 | $756,784.51 + unliquidated amounts | $756,784.51 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |
| 52 | Brixmor Holdings 10 SPE, LLC | 19509 | Jo-Ann Stores, LLC | 7/23/2025 | $699,718.11 + unliquidated amounts | $699,718.11 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |
| 53 | ▆▆▆▆▆▆▆▆ | 19535 | Jo-Ann Stores, LLC | 7/23/2025 | $250.00 + unliquidated amounts | $250.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |
| 54 | Taylor Square Holdings, LLC | 19552 | Jo-Ann Stores, LLC | 7/22/2025 | $627,283.45 + unliquidated amounts | $627,283.45 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |
| 55 | Indian Hills Plaza, LLC | 19554 | Jo-Ann Stores, LLC | 7/22/2025 | $185,452.74 + unliquidated amounts | $185,452.74 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |
| 56 | Taylor Square Holdings, LLC | 19562 | Jo-Ann Stores, LLC | 7/22/2025 | $17,478.71 + unliquidated amounts | $17,478.71 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |
| 57 | CR Taylorsville, LLC | 19563 | Jo-Ann Stores, LLC | 7/23/2025 | $559,613.21 + unliquidated amounts | $559,613.21 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |
| 58 | Lake View Owner, LLC | 19567 | Jo-Ann Stores, LLC | 7/23/2025 | $626,734.90 + unliquidated amounts | $626,734.90 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a  general unsecured claim in the liquidated sum. |

28655412 v1

| # | Claimant | Claim # | Debtor | Date Filed | Asserted Amount | Modified Amount | Classification | Reason |
|---|----------|---------|--------|-----------|-----------------|-----------------|----------------|--------|
| 59 | Bloomingdale Owner, LLC | 19570 | Jo-Ann Stores, LLC | 7/23/2025 | $426,678.15 + unliquidated amounts | $426,678.15 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 60 | Montgomery Realty Group LLC | 19619 | Jo-Ann Stores, LLC | 7/24/2025 | $149,883.87 | $149,883.87 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 61 | [Redacted] | 19635 | JOANN Inc. | 7/25/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 62 | Brixmor/IA Cayuga Plaza, LLC | 19741 | Jo-Ann Stores, LLC | 8/1/2025 | $24,413.21 + unliquidated amounts | $24,413.21 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 64 | [Redacted] | 19902 | Jo-Ann Stores, LLC | 8/25/2025 | $100.00 + unliquidated amounts | $100.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 65 | U.S. Customs and Border Protection | 19991 | Jo-Ann Stores, LLC | 9/2/2025 | $248,526.50 + unliquidated amounts | $248,526.50 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 66 | [Redacted] | 20018 | JOANN Inc. | 9/3/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 67 | [Redacted] | 20111 | Jo-Ann Stores, LLC | 9/18/2025 | $50.00 + unliquidated amounts | $50.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| | | | | | $75,000.00 + | | | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 68 | ███████ | 20155 | Jo-Ann Stores, LLC | 10/2/2025 | unliquidated amounts | $75,000.00 | General Unsecured | documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 69 | ███████ | 20232 | JOANN Holdings 1, LLC | 10/20/2025 | $25.00 + unliquidated amounts | $25.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 70 | ██████ | 20278 | JOANN Inc. | 10/28/2025 | $75.00 + unliquidated amounts | $75.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 71 | ███████ | 20290 | Jo-Ann Stores, LLC | 11/6/2025 | $1.00 + unliquidated amounts | $1.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 72 | Daily Services, LLC dba Surge | 20312 | Jo-Ann Stores, LLC | 11/18/2025 | $633,057.00 + unliquidated amounts | $633,057.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 73 | Surge Staffing, LLC | 20316 | Jo-Ann Stores, LLC | 11/18/2025 | $15,170.88 + unliquidated amounts | $15,170.88 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 74 | ██████ | 20429 | JOANN Inc. | 12/18/2025 | $30.00 + unliquidated amounts | $30.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 75 | ██████ | 20507 | Jo-Ann Stores, LLC | 1/4/2026 | $25.00 + unliquidated amounts | $25.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 76 | ███████ | 20588 | Jo-Ann Stores, | 2/10/2026 | $500,000.00 + unliquidated | $500,000.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | LLC | | amounts | | | Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 77 | ▮▮▮▮▮ | 20592 | Jo-Ann Stores, LLC | 2/21/2026 | $200.00 + unliquidated amounts | $200.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |
| 78 | ▮▮▮▮▮ | 20598 | JOANN Inc. | 2/14/2026 | $80.00 + unliquidated amounts | $80.00 | General Unsecured | In addition to sums certain, the claim asserts unliquidated amounts. Claimant has not submitted an amended claim or filed any supplemental documentation evidencing entitlement to additional amounts since the Bar Date. Accordingly, the GUC Trust submits that the claim should be fixed as a general unsecured claim in the liquidated sum. |

28655412 v1