**<u>Schedule 1</u>**

**Schedule 1**
**Unliquidated Claims**
Basis for Objection: See Paragraphs 16-17 of the foregoing Objection

| # | Name | Claim No. | Debtor | Date Filed | Asserted GUC Amount | Asserted Claim Priority | Basis for objection |
|---|---|---|---|---|---|---|---|
| 1 | ▬▬▬▬ | 11781 | JOANN Inc. | 4/1/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 2 | ▬▬▬▬ | 11950 | JOANN Inc. | 4/7/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 3 | ▬▬▬ | 11952 | joann.com, LLC | 4/7/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 4 | ▬▬▬▬▬▬ | 11955 | Jo-Ann Stores, LLC | 4/4/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 5 | ▬▬▬▬ | 11980 | JOANN Inc. | 4/4/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 6 | ▬▬▬▬ | 12023 | JOANN Inc. | 4/1/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated" or "contingent." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 7 | ▬▬▬▬ | 12487 | JOANN Inc. | 4/8/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 8 | ▬▬▬ | 12717 | JOANN Inc. | 4/9/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 9 | ▬▬▬▬ | 12810 | JOANN Inc. | 4/10/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 10 | ▬▬▬▬ | 12912 | Jo-Ann Stores, LLC | 4/11/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 11 | ▬▬▬▬ | 13145 | JOANN Inc. | 4/11/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 12 | ▬▬▬ | 13466 | JOANN Inc. | 4/14/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 13 | ▬▬▬▬ | 20602 | JOANN Inc. | 2/2/2026 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated." Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |
| 14 | ▬▬▬ | 10528 | Jo-Ann Stores, LLC | 4/3/2025 | Unliquidated | General Unsecured | The Claim fails to specify the amount of the asserted claim or lists the amount as "unliquidated" and/or "contingent" Further, GUC Trust is unaware of any valid obligations that may be the basis for the claim |