## Schedule 1

**Reclassified Claims**

JOANN Inc. Case No. 25-10068
Thirty-Second Omnibus Objection
Schedule 1 - Reclassified Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|--|----------------|--|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| | | | | | | | | | |
| | | | | | | | | | |

Case 25-10068-CTG    Doc 2236-1    Filed 05/18/26    Page 3 of 7

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|-------------|--------|-----------|---------------|---|---------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 4 | SRL Crossings at Taylor LLC | 19166 | Jo-Ann Stores, LLC | 6/30/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$52,217.90<br>$0.00<br>$0.00<br>$6,260.96<br>$58,478.86 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$47,880.79<br>$0.00<br>$0.00<br>$10,598.07<br>$58,478.86 | This claim relates certain amounts allegedly owed for CAM, tax, and escrow reconciliations made pursuant to a lease. Upon review and analysis of the Debtors' books and records, and additional information and documents made available to the Plan Administrator, the Plan Administrator has determined that only $47,880.79 of such obligations are entitled to administrative expense status, and that the balance of the administrative expense claim asserted by the claimant must be reclassified as a general unsecured claim. |

## Schedule 2

**Overstated Claims**

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|------------|---------------|---|----------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

## <u>Schedule 3</u>

### Reduced and Reclassified Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|------------|---------------|--|----------------|--|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Giacomini Trusts | 18698 | Jo-Ann Stores, LLC | 6/13/2025 | Secured | $0.00 | Secured | $0.00 | The claim is for obligations allegedly owed by the Debtors under a certain real estate lease.  The administrative expense portion of the claim includes several charges that have been already paid, are not appropriately chargeable pursuant to the terms of the lease or under the Bankruptcy Code, and/or that the claimant has failed to substantiate despite requests from the Plan Administrator.  These charges are in the cumulative amount of $21,719.30, and thus, the administrative expense portion of the claim must be reduced by such amount.

In addition, the administrative expense claim as asserted includes clean-up costs of $31,500 incurred by the claimant after rejection of the lease.  These costs are rejection damages.  $31,500 of the administrative expense claim must therefore be reclassified as a general unsecured claim. |
| | | | | | Admin | $90,568.96 | Admin | $37,349.66 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $381,936.65 | GUC | $413,436.65 | |
| | | | | | Total | $472,505.61 | Total | $450,786.31 | |