**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**CONSENT ORDER APPROVING STIPULATION**
**REGARDING CLAIMS OF ZURICH AMERICAN INSURANCE**
**COMPANY AND AMERICAN GUARANTEE & lIABILITY INSURANCE COMPANY**

Pursuant to and in accordance with the *Stipulation Regarding Claim of Zurich American Insurance Company and American Guarantee & Liability insurance Company* (the "Stipulation")[2] attached hereto as **Exhibit 1**, and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief set forth herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and with the consent of the Parties; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1]  The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2]  Capitalized terms used but not otherwise defied herein have the meanings ascribed to them in the Stipulation.

1. The Stipulation is approved and the terms of the Stipulation are hereby made effective by this Consent Order.

2. Sufficient notice of this Consent Order has been provided and the requirements of Rule 3007 of the Federal Rules of Bankruptcy Procedure and any applicable local rules of this Court are otherwise satisfied.

3. Notwithstanding any applicable rules to the contrary, this Consent Order shall be immediately binding and enforceable upon its entry.

4. The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Consent Order.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order.

**Exhibit 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | |

**STIPULATION REGARDING CLAIMS OF**
**ZURICH AMERICAN INSURANCE COMPANY AND**
**AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and Zurich American Insurance Company and American Guarantee & Liability Insurance Company (collectively, "Zurich" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On April 1, 2025, Zurich filed the following Proofs of Claim (collectively, the "Zurich Claims"), each asserting, in part, an administrative expense claim, in an unliquidated amount (the "Administrative Expense Claim") and, in part, a general unsecured claim, in an unliquidated amount (the "GUC Claim"):

| Claim No. | Debtor | Amount |
|---|---|---|
| 8718 | JOANN Holdings 1, LLC | Unliquidated |
| 8722 | JOANN Ditto Holdings Inc. | Unliquidated |
| 8726 | JAS Aviation, LLC | Unliquidated |

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

| | | |
|---|---|---|
| 8752 | Dittopatterns LLC | Unliquidated |
| 8759 | Creativebug, LLC | Unliquidated |
| 8763 | Creative Tech Solutions LLC | Unliquidated |
| 8783 | joann.com, LLC | Unliquidated |
| 8786 | Jo-Ann Stores, LLC | Unliquidated |
| 8338 | WeaveUp, Inc. | Unliquidated |
| 8341 | Needle Holdings LLC | Unliquidated |
| 8320 | Jo-Ann Stores Support Center, Inc. | Unliquidated |
| 8344 | JOANN Inc. | Unliquidated |
| 8279 | JOANN Holdings 2, LLC | Unliquidated |

2.     Zurich and the Plan Administrator have engaged in good-faith negotiations regarding the Administrative Expense Claim and have agreed that:

    a.  the Administrative Expense Claim shall be, and hereby is, combined into a single administrative expense claim, Claim No. 8344 against Debtor Joann, Inc., Debtor in Case No. 25-10068 (CTG), with Zurich and each Debtor reserving all of its rights against one another with respect to the same;

    b.  the GUC Claim shall be, and hereby is, combined into a GUC Claim, Claim No. 8344 against Debtor Joann, Inc., Debtor in Case No. 25-10068 (CTG), with Zurich and each Debtor reserving all of its rights against one another with respect to the same; and

c. each and every other Administrative Expense Claim, and each and every other GUC Claim, of Zurich, including claims nos. 8718, 8722, 8726, 8752, 8759, 8763, 8786, 8338, 8341, 8320 and 8279 shall be and are hereby withdrawn.

3. Nothing contained in this Stipulation shall constitute the allowance or disallowance of any administrative expense claim or general unsecured claim of Zurich, which claims shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any further orders of the Court.

4. Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  May 19, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Kenneth M. Thomas* | */s/ Michael E. Fitzpatrick* |

Kenneth M. Thomas
**FOX SWIBEL LEVIN & CARROLL LLP**
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
E-mail: kthomas@foxswibel.com

*Counsel to Zurich American Insurance Company and American Guarantee & Liability Insurance Company*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:         preilley@coleschotz.com
               mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:         cwick@hahnlaw.com
               pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

4