## Exhibit 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**STIPULATION REGARDING CLAIMS OF
ZURICH AMERICAN INSURANCE COMPANY AND
AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and Zurich American Insurance Company and American Guarantee & Liability Insurance Company (collectively, "Zurich" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On April 1, 2025, Zurich filed the following Proofs of Claim (collectively, the "Zurich Claims"), each asserting, in part, an administrative expense claim, in an unliquidated amount (the "Administrative Expense Claim") and, in part, a general unsecured claim, in an unliquidated amount (the "GUC Claim"):

| Claim No. | Debtor | Amount |
|---|---|---|
| 8718 | JOANN Holdings 1, LLC | Unliquidated |
| 8722 | JOANN Ditto Holdings Inc. | Unliquidated |
| 8726 | JAS Aviation, LLC | Unliquidated |

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

| 8752 | Dittopatterns LLC | Unliquidated |
|---|---|---|
| 8759 | Creativebug, LLC | Unliquidated |
| 8763 | Creative Tech Solutions LLC | Unliquidated |
| 8783 | joann.com, LLC | Unliquidated |
| 8786 | Jo-Ann Stores, LLC | Unliquidated |
| 8338 | WeaveUp, Inc. | Unliquidated |
| 8341 | Needle Holdings LLC | Unliquidated |
| 8320 | Jo-Ann Stores Support Center, Inc. | Unliquidated |
| 8344 | JOANN Inc. | Unliquidated |
| 8279 | JOANN Holdings 2, LLC | Unliquidated |

2.      Zurich and the Plan Administrator have engaged in good-faith negotiations regarding the Administrative Expense Claim and have agreed that:

  a. the Administrative Expense Claim shall be, and hereby is, combined into a single administrative expense claim, Claim No. 8344 against Debtor Joann, Inc., Debtor in Case No. 25-10068 (CTG), with Zurich and each Debtor reserving all of its rights against one another with respect to the same;

  b. the GUC Claim shall be, and hereby is, combined into a GUC Claim, Claim No. 8344 against Debtor Joann, Inc., Debtor in Case No. 25-10068 (CTG), with Zurich and each Debtor reserving all of its rights against one another with respect to the same; and

c. each and every other Administrative Expense Claim, and each and every other GUC Claim, of Zurich, including claims nos. 8718, 8722, 8726, 8752, 8759, 8763, 8786, 8338, 8341, 8320 and 8279 shall be and are hereby withdrawn.

3. Nothing contained in this Stipulation shall constitute the allowance or disallowance of any administrative expense claim or general unsecured claim of Zurich, which claims shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and any further orders of the Court.

4. Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  May 19, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Kenneth M. Thomas* | */s/ Michael E. Fitzpatrick* |

Kenneth M. Thomas
**FOX SWIBEL LEVIN & CARROLL LLP**
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1200
Facsimile: (312) 224-1201
E-mail: kthomas@foxswibel.com

*Counsel to Zurich American Insurance Company and American Guarantee & Liability Insurance Company*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:      (302) 652-3131
Facsimile:      (302) 652-3117
Email:      preilley@coleschotz.com
            mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:      (216) 274-2489
Facsimile:      (216) 241-2824
Email:      cwick@hahnlaw.com
            pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

4