**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL FOR THE PLAN ADMINISTRATOR REGARDING APPROVAL OF STIPULATION REGARDING ADMINISTRATIVE EXPENSE CLAIMS OF SVAP III CORAL LANDINGS, LLC, SVAP IV FAIRFAX, LLC, AND SVAP IV PRESIDENTIAL, LLC**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, hereby certifies as follows:

1. On August 6, 2025, SVAP III Coral Landings, LLC ("Coral Landings"), SVAP IV Fairfax, LLC ("Fairfax"), and SVAP IV Presidential, LLC ("Presidential" and collectively with Coral Landings and Fairfax, the "SVAP Claimants") filed the *Request of SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC for Allowance and Payment of Administrative Expense Claims* [Docket No. 1546] (the "Administrative Claim Requests"), seeking allowance of administrative expense claims to each of the SVAP Claimants.

2. On August 22, 2025, the Court entered the *Order Granting Allowance and Payment of Administrative Expense Claim* [Docket No. 1622] ("Administrative Claim Order") granting the Administrative Claim Requests and allowing Coral Landings, Fairfax, and Presidential administrative expense claims in the amounts of $89,529.77, $41,579.38, and $194,612.90, respectively (collectively, the "Administrative Expense Claims").

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

3.      Subsequent to entry of the Administrative Claim Order, the Plan Administrator and the SVAP Claimants undertook efforts to further reconcile the Administrative Expense Claims and determine the amounts of the Administrative Expense Claims that remained outstanding and properly payable.

4.      The SVAP Claimants and the Plan Administrator have entered into a stipulation (the "Stipulation") fully resolving the Administrative Expense Claims.

5.      A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

6.      A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: May 26, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*