**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**CONSENT ORDER APPROVING STIPULATION REGARDING ADMINISTRATIVE
EXPENSE CLAIMS OF SVAP III CORAL LANDINGS, LLC, SVAP IV FAIRFAX, LLC,
AND SVAP IV PRESIDENTIAL, LLC**

Pursuant to and in accordance with the *Stipulation Regarding Administrative Expense Claims of SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC* (the "Stipulation")[2] attached hereto as **Exhibit 1**, and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief set forth herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and with the consent of the parties; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2]     Capitalized terms used but not otherwise defied herein have the meanings ascribed to them in the Stipulation.

1.  The Stipulation is approved and the terms of the Stipulation are hereby made effective by this Consent Order.

2.  Sufficient notice of this Consent Order has been provided and the requirements of Rule 3007 of the Federal Rules of Bankruptcy Procedure and any applicable local rules of this Court are otherwise satisfied.

3.  Notwithstanding any applicable rules to the contrary, this Consent Order shall be immediately binding and enforceable upon its entry.

4.  The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Consent Order.

5.  This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order.

**Exhibit 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**STIPULATION REGARDING ADMINISTRATIVE EXPENSE CLAIMS OF**
**SVAP III CORAL LANDINGS, LLC, SVAP IV FAIRFAX, LLC,**
**AND SVAP IV PRESIDENTIAL, LLC**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and SVAP III Coral Landings, LLC ("Coral Landings"), SVAP IV Fairfax, LLC ("Fairfax"), and SVAP IV Presidential, LLC ("Presidential" and collectively with Coral Landings and Fairfax, the "SVAP Claimants") hereby state, agree, and stipulate (the "Stipulation") as follows:

1. On August 6, 2025, the SVAP Claimants filed the *Request of SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC for Allowance and Payment of Administrative Expense Claims* [Docket No. 1546] (the "Administrative Claim Requests"), seeking allowance of administrative expense claims to each of the SVAP Claimants.

2. On August 22, 2025, the Court entered the *Order Granting Allowance and Payment of Administrative Expense Claim* [Docket No. 1622] ("Administrative Claim Order") granting the Administrative Claim Requests and allowing Coral Landings, Fairfax, and Presidential

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

administrative expense claims in the amounts of $89,529.77, $41,579.38, and $194,612.90, respectively (collectively, the "Administrative Expense Claims").

3.      Subsequent to entry of the Administrative Claim Order, the Plan Administrator and the SVAP Claimants undertook efforts to further reconcile the Administrative Expense Claims and determine the amounts of the Administrative Expense Claims that remained outstanding and properly payable.

4.      The SVAP Claimants and the Plan Administrative have resolved all disputes regarding the Administrative Expense Claims, and the Plan Administrative has issued payments to each of the SVAP Claimants in full satisfaction of their respective Administrative Expense Claim.

5.      Accordingly, the Administrative Expense Claims of the SVAP Claimants are and shall be deemed satisfied in full.

6.      Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  May 26, 2026
Wilmington, Delaware

*/s/ Leslie C. Heilman*

Leslie C. Heilman (DE No. 4716)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com

*Counsel to the SVAP Claimants*

*/s/ Michael E. Fitzpatrick*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
Wilmington, Delaware 19801
500 Delaware Avenue, Suite 600
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

3