**Exhibit 1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**STIPULATION REGARDING ADMINISTRATIVE EXPENSE CLAIMS OF**
**SVAP III CORAL LANDINGS, LLC, SVAP IV FAIRFAX, LLC,**
**AND SVAP IV PRESIDENTIAL, LLC**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and SVAP III Coral Landings, LLC ("Coral Landings"), SVAP IV Fairfax, LLC ("Fairfax"), and SVAP IV Presidential, LLC ("Presidential" and collectively with Coral Landings and Fairfax, the "SVAP Claimants") hereby state, agree, and stipulate (the "Stipulation") as follows:

1. On August 6, 2025, the SVAP Claimants filed the *Request of SVAP III Coral Landings, LLC, SVAP IV Fairfax, LLC, and SVAP IV Presidential, LLC for Allowance and Payment of Administrative Expense Claims* [Docket No. 1546] (the "Administrative Claim Requests"), seeking allowance of administrative expense claims to each of the SVAP Claimants.

2. On August 22, 2025, the Court entered the *Order Granting Allowance and Payment of Administrative Expense Claim* [Docket No. 1622] ("Administrative Claim Order") granting the Administrative Claim Requests and allowing Coral Landings, Fairfax, and Presidential

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

administrative expense claims in the amounts of $89,529.77, $41,579.38, and $194,612.90, respectively (collectively, the "<u>Administrative Expense Claims</u>").

3. Subsequent to entry of the Administrative Claim Order, the Plan Administrator and the SVAP Claimants undertook efforts to further reconcile the Administrative Expense Claims and determine the amounts of the Administrative Expense Claims that remained outstanding and properly payable.

4. The SVAP Claimants and the Plan Administrative have resolved all disputes regarding the Administrative Expense Claims, and the Plan Administrative has issued payments to each of the SVAP Claimants in full satisfaction of their respective Administrative Expense Claim.

5. Accordingly, the Administrative Expense Claims of the SVAP Claimants are and shall be deemed satisfied in full.

6. Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  May 26, 2026
Wilmington, Delaware

*/s/ Leslie C. Heilman*

Leslie C. Heilman (DE No. 4716)
**BALLARD SPAHR LLP**
222 Delaware Avenue, 10th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com

*Counsel to the SVAP Claimants*

*/s/ Michael E. Fitzpatrick*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
Wilmington, Delaware 19801
500 Delaware Avenue, Suite 600
Telephone:      (302) 652-3131
Facsimile:      (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:      (216) 274-2489
Facsimile:      (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

3