**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | **Re: Docket No. 1907** |

**CERTIFICATION OF COUNSEL**
**REGARDING PLAN ADMINISTRATOR'S TWENTY-SECOND**
**(SUBSTANTIVE) OMNIBUS OBJECTION TO CERTAIN NO LIABILITY CLAIMS**

The undersigned counsel to the Plan Administrator in the above-captioned case hereby certifies as follows:

1. On December 26, 2025, the *Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims* [Docket No. 1907] (the "Objection") was filed with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. Pursuant to the notice of the Objection, the deadline to file a response to the Objection was January 16, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Response Deadline").

3. Prior to the Response Deadline, Shops at Lindale, LLC ("Lindale") informally responded to the Objection (the "Lindale Informal Response").

4. Additionally, on March 25, 2026, the Plan Administrator filed a *Certification of Counsel Regarding Plan Administrator's Twenty-Second (Substantive) Omnibus Objection to Certain No Liability Claims* [Docket No. 2126] removing Lindale's claim, claim no. 19569, from

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is PO Box 268, Hudson, Ohio 44236.

the revised proposed order submitted to the Court to give the Plan Administrator and Lindale time to resolve the Lindale Informal Response.

5.      Counsel to Lindale has informed counsel to the Plan Administrator that Lindale no longer opposes the original relief sought by the Plan Administrator in the Objection.

6.      Accordingly, a proposed order granting the original relief sought by the Plan Administrator in the Objection with respect to Lindale's claim is attached hereto as **Exhibit A** (the "Proposed Order").

7.      The Plan Administrator respectfully requests that the Court enter the Proposed Order solely with respect to Lindale's claim at its earliest convenience.

Dated: May 27, 2026
Wilmington, Delaware

*/s/ Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*