## Schedule 1

**No Liability Claims**

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Objection |
|---|------|--------------|--------|-----------|---------------|---|----------------|---|---------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 43 | Shops at Lindale, LLC | 19569 | Jo-Ann Stores, LLC | 7/23/2025 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$24,014.66<br>$0.00<br>$0.00<br>$317,009.37<br>$341,024.03 | Secured<br>Admin<br>503(b)(9)<br>Priority<br>GUC<br>Total | $0.00<br>$0.00<br>$0.00<br>$0.00<br>$317,009.37<br>$317,009.37 | Claim asserts a $24,014.66 admin claim for "Administrative Rent". Debtors' books and records indicate that post-petition rent is not properly calculated. Accordingly, Debtors' books and records do not indicate any admin amount due and owing to claimant. |