**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**CERTIFICATION OF COUNSEL FOR**
**THE PLAN ADMINISTRATOR REGARDING APPROVAL OF**
**STIPULATION REGARDING CLAIM OF EQYINVEST OWNER II, LTD.**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, hereby certifies as follows:

1. On July 28, 2025, EQYInvest Owner II, Ltd. ("EQY") filed Proof of Claim No. 19656 ("Claim 19656") asserting an administrative expense claim in the amount of $23,849.10 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $149,650.91 (the "GUC Claim").

2. On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to reclassify a portion of the Administrative Expense Claim as a general unsecured claim. EQY filed a response [Docket No. 2209] (the "Response") to the Omnibus Claim Objection on May 1, 2026.

3. EQY and the Plan Administrator (collectively, the "Parties") have entered into a stipulation (the "Stipulation") fully resolving the Omnibus Claim Objection and the Response as it relates to the Administrative Expense Claim.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

4.      A proposed order approving the Stipulation is attached hereto as **Exhibit A**
(the "Proposed Order").

5.      A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at
the Court's earliest convenience.

Dated:  May 28, 2026
Wilmington, Delaware

                                                        */s/ Michael E. Fitzpatrick*
                                                        **COLE SCHOTZ P.C.**
                                                        Patrick J. Reilley (No. 4451)
                                                        Michael E. Fitzpatrick (No. 6797)
                                                        500 Delaware Avenue, Suite 600
                                                        Wilmington, Delaware 19801
                                                        Telephone:    (302) 652-3131
                                                        Facsimile:    (302) 652-3117
                                                        Email:        preilley@coleschotz.com
                                                                      mfitzpatrick@coleschotz.com

                                                        - and -

                                                        **HAHN LOESER & PARKS LLP**
                                                        Christopher B. Wick (admitted *pro hac vice*)
                                                        Philip K. Stovall (admitted *pro hac vice*)
                                                        200 Public Square, Suite 2800
                                                        Cleveland, Ohio 44114
                                                        Telephone:    (216) 274-2489
                                                        Facsimile:    (216) 241-2824
                                                        Email:        cwick@hahnlaw.com
                                                                      pstovall@hahnlaw.com

                                                        *Co-Counsel to the Plan Administrator*