## Exhibit 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

### STIPULATION REGARDING CLAIM OF EQYINVEST OWNER II, LTD.

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and EQYInvest Owner II, Ltd. ("EQY" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1. On July 28, 2025, EQY filed Proof of Claim No. 19656 ("Claim 19656") asserting an administrative expense claim in the amount of $23,849.10 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $149,650.91 (the "GUC Claim").

2. On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to reclassify a portion of the Administrative Expense Claim as a general unsecured claim. EQY filed a response [Docket No. 2209] (the "Response") to the Omnibus Claim Objection on May 1, 2026.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

3.   EQY and the Plan Administrator have engaged in good-faith negotiations regarding the Omnibus Claim Objection, the Response, and the Administrative Expense Claim and have agreed as follows:

(a)   EQY's Administrative Expense Claim is reduced to and deemed allowed in the amount of $14,082.32 (the "Revised Administrative Expense Claim"), which amount has been paid in full.

(b)   $9,766.48 of the Administrative Expense Claim is reclassified as a general unsecured claim, resulting in an increase in EQY's GUC Claim to $159,417.39 (the "Revised GUC Claim").

4.   Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of EQY, including, without limitation, the Revised GUC Claim, which claims shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

5.   Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation, including, without limitation, to reflect that the Revised Administrative Expense Claim has been satisfied in its entirety.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  May 28, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Timothy T. Mitchell* | */s/ Michael E. Fitzpatrick* |

**RASHTI AND MITCHELL**
Timothy T. Mitchell
Texas State Bar Number 14223000
Donna Kaye Rashti
Texas State Bar Number 16553400
4422 Ridgeside Drive
Dallas, Texas 75244
Telephone:    (972) 661-9471
Email:    tim@rashtiandmitchell.com
donna@rashtiandmitchell.com

*Counsel to EQYInvest Owner II, Ltd.*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:    preilley@coleschotz.com
mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:    cwick@hahnlaw.com
pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

3