## Schedule 1

**Fully Satisfied Claims**

JOANN Inc. Case No. 25-10068

Plan Administrator's Seventh Notice of Satisfaction of Claims

Schedule 1 - Fully Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|--------------|--------|-----------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | Indian Hills Plaza, LLC | 19491 | Jo-Ann Stores, LLC | 7/22/2025 | Secured | $0.00 | Secured | $0.00 | The claim was asserted on the basis of post-petition rent and other obligations arising under a real estate lease. This claim was negotiated with claimant's counsel and paid on May 15, 2026 via ACH. |
| | | | | | Admin | $92,976.61 | Admin | $0.00 | |
| | | | | | 503(b)(9) | $0.00 | 503(b)(9) | $0.00 | |
| | | | | | Priority | $0.00 | Priority | $0.00 | |
| | | | | | GUC | $0.00 | GUC | $0.00 | |
| | | | | | Total | $92,976.61 | Total | $0.00 | |