## Schedule 2

**Partially Satisfied Claims**

JOANN Inc. Case No. 25-10068
Plan Administrator's Seventh Notice of Satisfaction of Claims
Schedule 2 - Partially Satisfied Claims

| # | Name | Claim Number | Debtor | Date Filed | Current Claim | | Modified Claim | | Basis for Modification |
|---|------|-------------|--------|-----------|---------------|---|----------------|---|------------------------|
| | | | | | Claim Nature | Claim Amount | Claim Nature | Claim Amount | |
| 1 | ARC SMWMBFL001, LLC | 19591 | Jo-Ann Stores, LLC | 7/23/2025 | Secured $0.00<br>Admin $15,763.66<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $660,186.16<br>Total $675,949.83 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $660,186.16<br>Total $660,186.16 | | The administrative portion of this claim related to real estate lease obligations for rent and interest.  The Plan Administrator reconciled the adminstrative portion of the claim, which was paid via ACH on May 15, 2026. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, and administrative,  portions of the claim, as applicable, have been paid in full. |
| 2 | Blum Boulderrs Associates I, LLC | 19359 | Jo-Ann Stores, LLC | 7/11/2025 | Secured $0.00<br>Admin $11,125.28<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $273,391.62<br>Total $284,516.90 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $273,391.62<br>Total $273,391.62 | | The administrative portion of this claim related to a certain lease agreement resulting from unpaid rent and other charges.  The claim was reduced pursuant to the 17th Omnibus Claim Objection to $11,125.28 and paid on May 8, 2026 via check. Based on the Debtors' and Plan Administrator's books and records, the Plan Administrator has determined that the secured, priority, and administrative, portions of the claim, as applicable, have been paid in full. |
| 3 | CAB as assignee of Ningbo Zhong Yi Ornaments Co Ltd. | 15492 | Jo-Ann Stores, LLC | 7/22/2025 | Secured $0.00<br>Admin $89,830.21<br>503(b)(9) $225,644.34<br>Priority $73,528.09<br>GUC $1,808,336.54<br>Total $2,107,508.97 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $2,082,593.37<br>Total $2,082,593.37 | | The administrative/priority portion of this claim related to goods shipped to but not received by the Debtors in the 503(b)(9) window.  The Plan Administrator reconciled the administrative/priorty portion of the claim, which was paid via ACH on May 29, 2026.  The remainder was reclassified as a GUC claim and remains subject to further review by the GUC Trust. |
| 4 | Lake Charles PC, L.P. | 10771 | Jo-Ann Stores, LLC | 4/42025 | Secured $0.00<br>Admin $8,707.15<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $46,709.12<br>Total $55,416.27 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $46,709.12<br>Total $46,709.12 | | The administrative portion of this claim relates to amounts owed for post-petition monthly rent, CAM, tax, and insurance, and 2024 CAM, tax, and insurance reconciliations.  This claim was modified by the Order Sustaining the Plan Administrator's 30th Omnibus Objection [D.I. 2154]. The modified administrative claim portion was paid via check on May 8, 2026. |
| 5 | Paramount Home Collections Pvt Ltd. | 17551 | Jo-Ann Stores, LLC | 5/21/2025 | Secured $0.00<br>Admin $135,479.21<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $343,621.41<br>Total $478,641.62 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $458,641.62<br>Total $458,641.62 | | The administrative portion of this claim was for goods allegegedly supplied to the Debtors during the 503(b)(9) window.  This claim was subject to the Debtors' 11th omnibus claim objection [D.I. 1391], to which claim claimant filed two *pro se* responses [D.I. 1460 and 1752]. The parties negotiated a reduction in the administrative claim and reclassification of the remainder as a GUC, as detailed in D.I. 2224-1. The administrative portion was paid on May 15, 2026 via wire transfer. |
| 6 | Quantum Metric, Inc. | 10794 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $37,547.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $346,297.29<br>$383,844.29 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $346,297.29<br>Total $346,297.29 | | Claim was modified pursuant to the Order Sustaining the 30th Omnibus Claim Objection [D.I. 2154].  The reduced administrative portion of this claim ($37,547.00) was paid via wire transfer on May 8, 2026. |
| 7 | Rochester Crossing, LLC | 11708 | Jo-Ann Stores, LLC | 4/4/2025 | Secured $0.00<br>Admin $8,529.54<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $230,919.35<br>Total $239,448.89 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $230,919.35<br>Total $230,919.35 | | The administrative portion of this claim previously was reduced to $8,529.548 pursuant to the order sustaning the Plan Administrator's 17th omnibus objection. See Docket No. 1966.  The modified administrative claim amount was paid via ACH on May 8, 2026. |
| 8 | SRL Crossings at Taylor LLC | 19166 | Jo-Ann Stores, LLC | 6/30/2025 | Secured $0.00<br>Admin $47,880.79<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $10,598.07<br>Total $58,478.86 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $10,598.07<br>Total $10,598.07 | | The administrative portion of this claim previously was reduced to $47,880.79 pursuant to the order sustaning the Plan Administrator's 32nd omnibus objection. See Docket No. 2183.  The reduced administrative claim amount was paid on May 22, 2026 via wire transfer. |
| 9 | Sun Li Fung Trading | 174 | Jo-Ann Stores, LLC | 1/24/2025 | Secured $0.00<br>Admin $0.00<br>503(b)(9) $10,523.52<br>Priority $0.00<br>GUC $502,625.60<br>Total $513,149.12 | | Secured $0.00<br>Admin $0.00<br>503(b)(9) $0.00<br>Priority $0.00<br>GUC $502,625.60<br>Total $502,625.60 | | The claim previously was reclassified pursuant to Schedule 1 of the Order Sustaining the Plan Administrator's 30th Omnibus Claim Objection [D.I. 2154].  The reduced 503(b)(9) portion of the administrative claim was paid via wire transfer on May 8, 2026. |