**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**WITHDRAWAL OF REQUEST BY FOF 1073 FOR**
**ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

Ann Aber, solely in her capacity as the Plan Administrator (the "Plan Administrator") appointed in the above captioned case, on behalf of FOF 1073 LLC ("Landlord"), hereby withdraws the *Request by FOF 1073 For Allowance and Payment of Administrative Expense Claim* [Docket No. 1550] (the "Admin Claim Motion"). Given counsel to Landlord is unable to currently filed pleadings, counsel to Landlord has requested counsel to the Plan Administrator file this notice of withdrawal withdrawing the Admin Claim Motion on Landlord's behalf.

On June 30, 2025, Landlord initially filed a claim [Claim No. 19061] (the "Admin Claim") in the amount of $27,671.09 for post-petition real estate lease obligations.

On August 6, 2025, Landlord filed its Admin Claim Motion seeking allowance and payment of the Admin Claim in full.

On January 13, 2026, pursuant to this Court's *Order Sustaining Plan Administrator's Seventeenth (Substantive) Omnibus Objection to Certain Claims Unliquidated Claims and Overstated Claims* [Docket No. 1966], the Admin Claim was reduced to $25,646.43 (the "Reduced Admin Claim").

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

On April 3, 2026, the Reduced Admin Claim was paid in full via ACH rendering the Admin

Claim Motion moot.

THEREFORE, Landlord's Admin. Claim Motion is hereby withdrawn.

Dated: June 1, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Stephen M. Kaplan* | */s/ Michael E. Fitzpatrick* |
| Stephen M. Kaplan (BBO# 259220) | **COLE SCHOTZ P.C.** |
| 45 Addington Road | Patrick J. Reilley (No. 4451) |
| West Roxbury, MA 02132 | Michael E. Fitzpatrick (No. 6797) |
| Phone: (781) 248-6407 | 500 Delaware Avenue, Suite 600 |
| Fax: (888) 380-9457 | Wilmington, Delaware 19801 |
| Email: kaplanlawworks@aol.com | Telephone:    (302) 652-3131 |

COLE SCHOTZ P.C.
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:         preilley@coleschotz.com
               mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:         cwick@hahnlaw.com
               pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*