**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re: JOANN Inc.                    Chapter  11

Case No.  25 - 10068    ( CTG )

**GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent California Department of Tax and Fee Admin.

in this action:  I am admitted to practice law in   (court(s))

C.D. Cal., E.D. Cal., N.D. Cal., S.D. Cal.

I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

/S/ Ryan Zick

Agency/Organization
Name:         CA DOJ, Office of Attorney General

Address:  300 S. Spring St., Suite 1702

Los Angeles, CA 90013

Phone:    213-269-6306

Email:    ryan.zick@doj.ca.gov

Local Form 105A