**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL FOR THE PLAN ADMINISTRATOR**
**REGARDING APPROVAL OF STIPULATION REGARDING CLAIM OF CTO24**
**CAROLINA, LLC, SUCCESSOR IN INTEREST FOR DDR CAROLINA PAVILION LP**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, hereby certifies as follows:

1.      On April 4, 2025, CTO24 Carolina, LLC, successor in interest for DDR Carolina Pavilion LP ("CTO") filed Proof of Claim No. 11923 ("Claim 11923") asserting an administrative expense claim in the amount of $54,774.27 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $15,874.80 (the "GUC Claim").

2.      On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to reduce the amount of the Administrative Expense Claim.

3.      CTO and the Plan Administrator (collectively, the "Parties") have entered into a stipulation (the "Stipulation") fully resolving the Omnibus Claim Objection as it relates to the Administrative Expense Claim.

4.      A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

5.      A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated:  June 2, 2026
Wilmington, Delaware

/s/ *Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:           preilley@coleschotz.com
                     mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:           cwick@hahnlaw.com
                     pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*