## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[2] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**CONSENT ORDER APPROVING STIPULATION REGARDING CLAIM OF CTO24**
**CAROLINA, LLC, SUCCESSOR IN INTEREST FOR DDR CAROLINA PAVILION LP**

Pursuant to and in accordance with the *Stipulation Regarding Claim of CTO24 Carolina, LLC, successor in interest for DDR Carolina Pavilion LP* (the "Stipulation")[3] attached hereto as **Exhibit 1**, and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief set forth herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and with the consent of the Parties; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[2]  The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[3]  Capitalized terms used but not otherwise defied herein have the meanings ascribed to them in the Stipulation.

1.      The Stipulation is approved and the terms of the Stipulation are hereby made effective by this Consent Order.

2.      Sufficient notice of this Consent Order has been provided and the requirements of Rule 3007 of the Federal Rules of Bankruptcy Procedure and any applicable local rules of this Court are otherwise satisfied.

3.      Notwithstanding any applicable rules to the contrary, this Consent Order shall be immediately binding and enforceable upon its entry.

4.      The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Consent Order.

5.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order.

## **EXHIBIT 1**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.,[1] | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | |

### STIPULATION REGARDING CLAIM OF CTO24 CAROLINA, LLC, SUCCESSOR IN INTEREST FOR DDR CAROLINA PAVILION LP

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and CTO24 Carolina, LLC, successor in interest for DDR Carolina Pavilion LP ("CTO" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1. On May 5, 2025, CTO24 Carolina, LLC, successor in interest for DDR Carolina Pavilion LP ("CTO") filed Proof of Claim No. 11923 ("Claim 11923") asserting an administrative expense claim in the amount of $54,774.27 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $15,874.80 (the "GUC Claim").

2. On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to reduce the amount of the Administrative Expense Claim to $6,588.96.

3. CTO and the Plan Administrator have engaged in good-faith negotiations regarding the Omnibus Claim Objection and the Administrative Expense Claim and have agreed to resolve CTO's Administrative Expense Claim as set forth herein.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

2

4.      Upon entry of an order approving this Stipulation, CTO's Administrative Expense Claim is reduced to and allowed in the amount of $18,949.24. The amount of CTO's GUC Claim is unaffected by the terms of this Stipulation.

5.      Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of CTO, which shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

6.      Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

2

**STIPULATED and AGREED:**

Dated: June 2, 2026
Wilmington, Delaware

| | |
|---|---|
| **BURR & FORMAN LLP** | **COLE SCHOTZ P.C.** |

*/s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
222 Delaware Avenue, Suite 1030
Wilmington, Delaware 19801
Telephone:      (302) 830-2324
Facsimile:      (302) 830-2301
Email:          shumiston@burr.com

*Counsel to CTO24 Carolina, LLC, successor in interest for DDR Carolina Pavilion LP*

**CTO24 CAROLINA, LLC**

*/s/ Lisa M. Vorakoun*

Lisa M. Vorakoun, CPA
Senior Vice President &
Chief Accounting Officer

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:          (302) 652-3131
Facsimile:(302) 652-3117
Email:      preilley@coleschotz.com
            mfitzpatrick@coleschotz.com

- and –

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:      (216) 274-2489
Facsimile:      (216) 241-2824
Email:      cwick@hahnlaw.com
            pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

3