# EXHIBIT 1

## Stipulation

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC.,[1] | ) Case No. 25-10068 (CTG) |
| | ) |
| Post-Effective Date Debtor. | ) |
| | ) |

**STIPULATION REGARDING CLAIM OF CTO24 CAROLINA, LLC,**
**SUCCESSOR IN INTEREST FOR DDR CAROLINA PAVILION LP**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and CTO24 Carolina, LLC, successor in interest for DDR Carolina Pavilion LP ("CTO" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On May 5, 2025, CTO24 Carolina, LLC, successor in interest for DDR Carolina Pavilion LP ("CTO") filed Proof of Claim No. 11923 ("Claim 11923") asserting an administrative expense claim in the amount of $54,774.27 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $15,874.80 (the "GUC Claim").

2.      On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to reduce the amount of the Administrative Expense Claim to $6,588.96.

3.      CTO and the Plan Administrator have engaged in good-faith negotiations regarding the Omnibus Claim Objection and the Administrative Expense Claim and have agreed to resolve CTO's Administrative Expense Claim as set forth herein.

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

2

4.      Upon entry of an order approving this Stipulation, CTO's Administrative Expense Claim is reduced to and allowed in the amount of $18,949.24. The amount of CTO's GUC Claim is unaffected by the terms of this Stipulation.

5.      Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of CTO, which shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

6.      Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated: June 2, 2026
Wilmington, Delaware

| **BURR & FORMAN LLP** | **COLE SCHOTZ P.C.** |
|---|---|
| /s/ Shannon D. Humiston | /s/ Michael E. Fitzpatrick |

**BURR & FORMAN LLP**

*/s/ Shannon D. Humiston*
Shannon D. Humiston (No. 5740)
222 Delaware Avenue, Suite 1030
Wilmington, Delaware 19801
Telephone:      (302) 830-2324
Facsimile:      (302) 830-2301
Email:           shumiston@burr.com

*Counsel to CTO24 Carolina, LLC, successor in interest for DDR Carolina Pavilion LP*

**CTO24 CAROLINA, LLC**

*/s/ Lisa M. Vorakoun*

Lisa M. Vorakoun, CPA
Senior Vice President &
Chief Accounting Officer

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:           (302) 652-3131
Facsimile:(302) 652-3117
Email:      preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and –

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:      (216) 274-2489
Facsimile:      (216) 241-2824
Email:      cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

3