**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**CERTIFICATION OF COUNSEL FOR THE**
**PLAN ADMINISTRATOR REGARDING APPROVAL**
**OF STIPULATION REGARDING CLAIM OF FACILITYSOURCE LLC**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, hereby certifies as follows:

1. On June 2, 2025, FacilitySource LLC dba CBRE Retail & Multi-Site ("FacilitySource") filed Proof of Claim No. 18260 ("Claim 18260") asserting an administrative expense claim in the amount of $125,013.93 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $904,151.85 (the "GUC Claim").

2. On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to reclassify a portion of the Administrative Expense Claim as a general unsecured claim.

3. FacilitySource and the Plan Administrator (collectively, the "Parties") have entered into a stipulation (the "Stipulation") fully resolving the Omnibus Claim Objection as it relates to the Administrative Expense Claim.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

4.    A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

5.    A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated:  June 3, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

2