**<u>Exhibit 1</u>**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

## STIPULATION REGARDING CLAIM OF FACILITYSOURCE LLC

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and FacilitySource LLC dba CBRE Retail & Multi-Site ("FacilitySource" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On June 2, 2025, FacilitySource filed Proof of Claim No. 18260 ("Claim 18260") asserting an administrative expense claim in the amount of $125,013.93 (the "Administrative Expense Claim") and a general unsecured claim in the amount of $904,151.85 (the "GUC Claim").

2.      On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to reclassify a portion of the Administrative Expense Claim as a general unsecured claim.

3.      FacilitySource and the Plan Administrator have engaged in good-faith negotiations regarding the Omnibus Claim Objection and the Administrative Expense Claim and have agreed

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

to resolve Omnibus Claim Objection and the Administrative Expense Claim upon the following terms:

> (a)    FacilitySource's Administrative Expense Claim is reduced to and deemed allowed in the amount of $105,013.93, which amount shall be paid in full by the Plan Administrator within seven days of the entry of this Order.

> (b)    $20,000.00 of the Administrative Expense Claim is reclassified as a general unsecured claim, resulting in an increase in FacilitySource's GUC Claim to $924,151.85 (the "Revised GUC Claim").

4.    Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of FacilitySource, including, without limitation, the Revised GUC Claim, which claims shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

5.    Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation.

[*Remainder of Page Intentionally Left Blank*]

**STIPULATED and AGREED:**

Dated:  June 3, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Lucian Murley* | */s/ Michael E. Fitzpatrick* |
| **AKERMAN LLP** | **COLE SCHOTZ P.C.** |

Lucian B. Murley (No. 4892)
222 Delaware Avenue, Suite 1710
Wilmington, DE 19801
Telephone:     (302) 596-9205
Email:          luke.murley@akerman.com

*Counsel to FacilitySource LLC,*
*d/b/a CBRE Retail & Multi-Site*

Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                  mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email: cwick@hahnlaw.com
                  pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*