**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 9, 2026 AT 10:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

This proceeding will be conducted in person.  Pro se claimants are permitted to appear via Zoom pursuant to the Delaware Bankruptcy Court Local Rules.

Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**AFTER REGISTERING YOUR APPEARANCE, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING INFORMATION ABOUT JOINING THE HEARING.**

**ADJOURNED MATTER**

1.      GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed March 20, 2026) [D.I. 2111]

Related Documents:

(a)      Notice of Corrected Schedule (Filed March 30, 2026) [D.I. 2143]

(b)      Notice of Submission of Proof of Claim Notice of Submission of Copies of Proofs of Claim Regarding GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed April 10, 2026) [D.I. 2176]

---

[1]      The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

(c)    Order Sustaining GUC Trusts Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Entered April 15, 2026) [D.I. 2180]

Response Deadline:    April 10, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)    Birch Run Station, LLC's Response to GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) Relating to Claim # 18936 Concerning Birch Run Shopping Center in the City of Maplewood, County of Ramsey, Minnesota (Filed April 9, 2026) [D.I. 2161]

Status:    This matter is continued to a date to be determined as it relates to Birch Run Station LLC's Response.

**MATTER GOING FORWARD**

2.    Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Filed April 17, 2026) [D.I. 2183]

Related Documents:

(a)    Order Sustaining Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Entered May 18, 2026) [D.I. 2236]

(b)    Consent Order Approving Stipulation Regarding Claim of EQYInvest Owner II, Ltd. (Entered June 1, 2026) [D.I. 2249]

Response Deadline:    May 8, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)    Eqyinvest Owner II, Ltd. LLP's Response to Plan Administrator's Thirty Second (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, Reduced and Reclassified) (Filed May 1, 2026) [D.I. 2209]

(b)    Response of Sunyin (HK) Holding Limited to Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2218]

(c)    California Department of Tax and Fee Administration's Opposition to the Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2220]

Status:    This matter is going forward solely with respect to the California Department of Tax and Fee Administration's Opposition.

Dated:  June 5, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*