**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC.,[1] | ) Case No. 25-10068 (CTG) |
| | ) |
| Post-Effective Date Debtor. | ) (Jointly Administered) |
| | ) |
| | ) |
| | ) |
| | ) **Re: Docket No. 2031** |

**NOTICE OF WITHDRAWAL OF BURLINGTON COAT FACTORY WAREHOUSE CORPORATION'S (I) MOTION TO ENFORCE CONFIRMATION ORDER AND ASSIGNMENT ORDER AND (II) MOTION FOR SHOPS AT ST. JOHN'S, LLC TO SHOW CAUSE WHY IT SHOULD NOT BE FOUND IN CONTEMPT**

Burlington Coat Factory Warehouse Corporation, by and through its undersigned counsel, hereby withdraws the of *Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. John's, LLC to Show Cause Why it Should Not Be Found in Contempt* [Docket No. 2031], filed on January 30, 2026, with prejudice.

*[Signature page follows]*

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

WBD (US) 4902-6551-2844v4

Dated: June 5, 2026

*/s/ Marcy J. McLaughlin Smith*

**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward (DE Bar No. 4471)
Marcy J. McLaughlin Smith (DE Bar No. 6184)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile:  (302) 252-4330
Email: matthew.ward@wbd-us.com
        marcy.smith@wbd-us.com

-and-

**JACKSON WALKER LLP**
Kristhy M. Peguero (DE Bar No. 4903; TX Bar No. 24102776)
Victoria Argeroplos (TX Bar No. 24105799)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Email:   kpeguero@jw.com
        vargeroplos@jw.com

William Farmer (TX Bar No. 24127156)
2323 Ross Avenue, Suite 600
Dallas, TX 75201
Telephone: (214) 953-5859
Email:  wfarmer@jw.com

*Co-Counsel for Burlington Coat Factory Warehouse*
*Corporation*

2