## CERTIFICATE OF SERVICE

I, Marcy J. McLaughlin Smith, do hereby certify that on June 5, 2026, I caused a copy of the *Notice of Withdrawal of Burlington Coat Factory Warehouse Corporation's (I) Motion to Enforce Confirmation Order and Assignment Order and (II) Motion for Shops at St. John's, LLC to Show Cause Why it Should Not Be Found in Contempt* to be filed and served via the Court's Electronic Filing (CM/ECF) system on all parties registered to receive electronic notice in this matter and on the parties listed on the Service List in the manner indicated.

*/s/ Marcy J. McLaughlin Smith*
Marcy J. McLaughlin Smith, Esq. (DE Bar No. 6184)

WBD (US) 4902-6551-2844v4

2

## SERVICE LIST

| VIA ELECTRONIC MAIL | VIA ELECTRONIC MAIL |
|---|---|
| **BALLARD SPAHR LLP**<br>Leslie C. Heilman<br>Erin L. Williamson<br>919 North Market Street, 11th Floor<br>Wilmington, DE 19801-3034<br>heilmanl@ballardspahr.com<br>williamsone@ballardspahr.com<br><br>*Counsel to the Shops at St. Johns, LLC* | **COLE SCHOTZ P.C.**<br>Patrick J. Reilley<br>Stacey L. Newman<br>Michael E. Fitzpatrick<br>Jack M. Dougherty<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>preilley@coleschotz.com<br>snewman@coleschotz.com<br>mfitzpatrick@coleschotz.com<br>jdougherty@coleschotz.com<br><br>*Counsel to the Debtors and Debtors in Possession / Plan Administrator* |

2