**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | **Re: Docket No. 2260** |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 9, 2026 AT 10:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

## WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED

**ADJOURNED MATTERS**

1.  GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed March 20, 2026) [D.I. 2111]

    Related Documents:

    (a)  Notice of Corrected Schedule (Filed March 30, 2026) [D.I. 2143]

    (b)  Notice of Submission of Proof of Claim Notice of Submission of Copies of Proofs of Claim Regarding GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Filed April 10, 2026) [D.I. 2176]

    (c)  Order Sustaining GUC Trusts Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) (Entered April 15, 2026) [D.I. 2180]

    Response Deadline:   April 10, 2026 at 4:00 p.m. (ET).

    Responses Received:

    (a)  Birch Run Station, LLC's Response to GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) Relating to Claim # 18936 Concerning Birch Run

---

[1]   The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

**[2]   Amendments appear in bold print.**

Shopping Center in the City of Maplewood, County of Ramsey, Minnesota (Filed April 9, 2026) [D.I. 2161]

Status:    This matter is continued to a date to be determined as it relates to Birch Run Station LLC's Response.

2.    Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Filed April 17, 2026) [D.I. 2183]

Related Documents:

(a)    Order Sustaining Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Entered May 18, 2026) [D.I. 2236]

(b)    Consent Order Approving Stipulation Regarding Claim of EQYInvest Owner II, Ltd. (Entered June 1, 2026) [D.I. 2249]

Response Deadline:    May 8, 2026 at 4:00 p.m. (ET).

Responses Received:

(a)    Eqyinvest Owner II, Ltd. LLP's Response to Plan Administrator's Thirty Second (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, Reduced and Reclassified) (Filed May 1, 2026) [D.I. 2209]

(b)    Response of Sunyin (HK) Holding Limited to Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2218]

(c)    California Department of Tax and Fee Administration's Opposition to the Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2220]

Status:    **This matter is adjourned to a date to be determined solely with respect to the California Department of Tax and Fee Administration's Opposition**.

*[Remainder of Page Intentionally Left Blank]*

Dated:  June 5, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*