**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**SUPPLEMENTAL AFFIDAVIT OF SERVICE**

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On May 26, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Towers Retail, LLC, (ADRID: 30443375), c/o Miles & Stockbridge P.C., Attn: Catherine Harrington, 100 Light Street, Baltimore, MD 21202:

- GUC Trust's Sixth Omnibus (Non-Substantive) Objection to Certain Claims (Insufficient Documentation, Amended, Duplicate, and Equity Claims) [Docket No. 2184]

On May 26, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail on Klingborg, Karen, (ADRID: 30284743), at an address that has been redacted in the interest of privacy:

- GUC Trust's Seventh Omnibus (Substantive) Objection to Certain Claims (Partially Unliquidated) [Docket No. 2185]

*[Remainder of page intentionally left blank]*

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is: JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Dated: June 2, 2026

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 2, 2026, by Paul Pullo, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 96523