# United States Bankruptcy Court for the District of Delaware

| Fill in this information to identify the debtor | |
|---|---|
| ○ JOANN Inc. (Case No. 25-10068) | ○ JOANN Holdings 1, LLC (Case No. 25-10069) |
| ○ JOANN Holdings 2, LLC (Case No. 25-10070) | ○ Needle Holdings LLC (Case No. 25-10071) |
| ○ Jo-Ann Stores, LLC (Case No. 25-10072) | ○ Creative Tech Solutions LLC (Case No. 25-10073) |
| ○ Creativebug, LLC (Case No. 25-10074) | ○ WeaveUp, Inc. (Case No. 25-10075) |
| ○ JAS Aviation, LLC (Case No. 25-10076) | ○ joann.com, LLC (Case No. 25-10077) |
| ○ JOANN Ditto Holdings Inc. (Case No. 25-10078) | ◉ Jo-Ann Stores Support Center, Inc. (Case No. 25-10079) |
| ○ Dittopatterns LLC (Case No. 25-10080) | |

# Claim Withdrawal Form

| Part 1: | Identify the Claim |
|---|---|

| | |
|---|---|
| **Creditor Name and Address:** | Tennessee Department of Revenue<br>Name<br>c/o TNAG, BK Division, P.O. Box 20207<br>Address<br>Nashville      TN      37202<br>City      State      Zip Code<br>Contact Phone: (615) 532-8933<br>Contact Email: AGBankDelaware@ag.tn.gov |
| **Claim Number (if known):** | 20535 |
| **Date Claim Filed:** | 01/08/2026<br>(mm/dd/yyyy) |
| **Total Amount of Claim Filed:** | $ 52,377.00 |

| Part 2: | Sign Below |
|---|---|

| | |
|---|---|
| **The person completing this form must sign and date it.** | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.<br><br>Executed on date  6/16/26<br>               (mm/dd/yyyy)<br>Signature<br>Laura L. McCloud<br>Print Name<br>Senior Assistant Attorney General<br>Title (if applicable) |

## DEFINITIONS

**Debtor:** The person, corporation, or other entity that has filed a bankruptcy case is called the debtor.

**Creditor:** A creditor is any person, corporation, or other entity to which the debtor owed a debt.

**Proof of Claim:** A form filed with the clerk of the bankruptcy court where the bankruptcy case was filed, to tell the bankruptcy court how much the debtor owed a creditor (the amount of the creditor's claim).

| Completed claim withdrawal forms can be sent to the following address: |
|---|
| **JOANN Inc. (2025) Claims Processing Center**<br>**c/o Kroll Restructuring Administration LLC**<br>**850 Third Avenue, Suite 412**<br>**Brooklyn, NY 11232**<br><br>Or by email to:<br><br>**Joann2025Info@ra.kroll.com** |