**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | (Jointly Administered) |
| | Related to Docket Nos.  2131, 2132, and 2133 |

**CERTIFICATION OF COUNSEL REGARDING**
**MOTION OF RIBBLR, LTD. FOR ENTRY OF AN ORDER AUTHORIZING RIBBLR, LTD. TO FILE REDACTED RESPONSE TO THE PLAN ADMINISTRATOR'S THIRTIETH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS (RECLASSIFIED CLAIMS, OVERSTATED CLAIMS, AND NO LIABILITY CLAIMS**

The undersigned hereby certifies as follows:

1.      On March 26, 2026, Ribblr, Ltd. ( the "**Claimant**"), filed under seal its *Response of Ribblr, Ltd. to Plan Administrator's Thirtieth (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims* [Docket No. 2131] (the "**Response**").

2.      On March 26, 2026, the Claimant filed its redacted *Response of Ribblr, Ltd. to Plan Administrator's Thirtieth (Substantive) Objection to Certain Claims (Reclassified Claims, Overstated Claims, and No Liability Claims* [Docket No. 2132] (the "**Redacted Response**").

3.      On March 26, 2026, the Claimant filed its *Motion of Ribblr, Ltd. for Entry of an Order Authorizing Ribblr, Ltd. to File Redacted Response to the Plan Administrator's Thirtieth*

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

*(Substantive) Omnibus Objection to Claims (Reclassified Claims, Overstated Claims, And No Liability Claims* [Docket No. 2133] ("**Motion to Redact**).

4.      The Response, the Redacted Response, and the Motion to Redact were provided to the Office of The United States Trustee (the "**Trustee**"), the Plan Administrator, and the Court on a confidential basis.

5.      The Trustee indicated that it took no position on the Motion to Redact.  The Plan Administrator indicated that he had no objection to the Motion to Redact.  The Plan Administrator and the Claimant have subsequently resolved the underlying claim.

**WHEREFORE**, the undersigned, on behalf of the Claimant, respectfully requests that the Court enter the Proposed Order attached to the Motion to Redact, at the Court's earliest convenience.

Dated:  June 17, 2026
        Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*
Mark L. Desgrosseilliers (No. 4083)
Aaron J. Bach (No. 7364)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0191
Email:  desgross@chipmanbrown.com
        bach@chipmanbrown.com

*Counsel for Ribblr, Ltd.*