**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*,[1] | Case No. 25-10068 (CTG) |
| Debtors. | Re: 2133 |

**ORDER GRANTING MOTION OF RIBBLR, LTD. FOR ENTRY OF AN ORDER AUTHORIZING RIBBLR, LTD. TO FILE REDACTED RESPONSE TO THE PLAN ADMINISTRATOR'S THIRTIETH (SUBSTANTIVE) OMNIBUS OBJECTION TO CLAIMS (RECLASSIFIED CLAIMS, OVERSTATED CLAIMS, AND NO LIABILITY CLAIMS)**

Upon the motion ("**Motion to Redact**") filed by the Claimant, seeking the entry of an order authorizing the Claimant to redact certain portions of their Response, as described more fully in the Motion to Redact; and the Court having found that (i) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iii) notice of the Motion to Redact was good and sufficient under the circumstances and no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion to Redact establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1.      The Motion to Redact is granted as set forth herein.

2.      The Claimant is authorized to file the redacted Response already on file.

---

[1]   The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

3.      An unredacted version of the Response shall be provided to the Court, counsel for the Office of the United States Trustee, and counsel for the Plan Administrator.

4.      The Claimant is authorized to take all actions necessary to implement the relief granted in this Order.

5.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: June 17th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

2