**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**CERTIFICATION OF COUNSEL**
**FOR PLAN ADMINISTRATOR**
**REGARDING APPROVAL OF STIPULATION**
**REGARDING CLAIM OF SUNYIN (HK) HOLDING LIMITED**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, hereby certifies as follows:

1.      On April 1, 2025, SunYin (HK) Holding Limited ("SunYin") filed Proof of Claim No. 10831 ("Claim 10831") asserting an administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $334,367.18 (the "503(b)(9) Claim"), a postpetition administrative expense claim in the amount of $1,198,542.00 (the "Administrative Expense Claim"), and a general unsecured claim in the amount of $4,486,331.62 (the "GUC Claim").

2.      On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to have the 503(b)(9) Claim deemed satisfied and to reclassify the Administrative Expense Claim, in its entirety, as a general unsecured claim.  SunYin filed a response [Docket No. 2218] (the "Response") to the Omnibus Claim Objection on May 8, 2026.

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

3.    SunYin and the Plan Administrator have entered into a stipulation (the "Stipulation") fully resolving the Omnibus Claim Objection as it relates to Claim 10831.

4.    A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

5.    A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated: June 17, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:         preilley@coleschotz.com
                   mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:         cwick@hahnlaw.com
                   pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*