## EXHIBIT 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**STIPULATION REGARDING CLAIM OF SUNYIN (HK) HOLDING LIMITED**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and SunYin (HK) Holding Limited ("SunYin" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1. On April 1, 2025, SunYin (HK) Holding Limited ("SunYin") filed Proof of Claim No. 10831 ("Claim 10831") asserting an administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of $334,367.18 (the "503(b)(9) Claim"), a postpetition administrative expense claim in the amount of $1,198,542.00 (the "Administrative Expense Claim"), and a general unsecured claim in the amount of $4,486,331.62 (the "GUC Claim").

2. On April 17, 2026, the Plan Administrator filed the *Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims* [Docket No. 2183] ("Omnibus Claim Objection"), seeking to have the 503(b)(9) Claim deemed satisfied and to reclassify the Administrative Expense Claim, in its entirety, as a general unsecured claim. SunYin filed a response [Docket No. 2218] (the "Response") to the Omnibus Claim Objection on May 8, 2026.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

3.    SunYin and the Plan Administrator have engaged in good-faith negotiations regarding the Omnibus Claim Objection, the Response, the 503(b)(9) Claim, and the Administrative Expense Claim, and have agreed as follows:

(a)    The 503(b)(9) Claim has been and shall be deemed satisfied in full.

(b)    SunYin's Administrative Expense Claim is reduced to and deemed allowed in the amount of $25,000.00 (the "Revised Administrative Expense Claim"), which amount has been paid and satisfied in full.

(c)    $667,164.36 of the Administrative Expense Claim is reclassified as a general unsecured claim, resulting in an increase in SunYin's GUC Claim to $5,153,495.98 (the "Revised GUC Claim").

(d)    The Omnibus Claim Objection as it relates to Claim 10831, the Response, and all disputes between the Parties relating to the 503(b)(9) Claim and the Administrative Expense Claim are resolved.

4.    Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of SunYin, including, without limitation, the Revised GUC Claim, which claims shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

5.    Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation, including, without limitation, to reflect that the 503(b)(9) Claim and the Revised Administrative Expense Claim have been satisfied in their entirety.

**STIPULATED and AGREED:**

Dated:  June 17, 2026
Wilmington, Delaware

*/s/ Margaret M. Manning*

**GELLERT SEITZ BUSENKELL & BROWN, LLC**
Michael Busenkell (No. 3933)
Margaret M. Manning (No. 4183)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone:      (302) 425-5800
Facsimile:      (302) 425-5814
Email:          mbusenkell@gsbblaw.com
                mmanning@gsbblaw.com

*Counsel to SunYin (HK) Holding, Ltd.*

*/s/ Michael E. Fitzpatrick*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:      (302) 652-3131
Facsimile:      (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:      (216) 274-2489
Facsimile:      (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

3