**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC., *et al.,* | ) Case No. 25-10068 (CTG) |
| | ) |
| | ) Jointly Administered |
| | ) |
| Post-Effective Date Debtor | ) **Re: D.I. No. _____** |
| | ) |
| | ) |
| | ) |

**ORDER GRANTING MOTION OF PRINCESS WHITE-CHAMBERS**
**FOR RELIEF FROM THE PLAN INJUNCTION**

Upon consideration of Princess White Chambers (the "Movant"), Motion for Relief from the Plan Injunction (the "Motion"), it is hereby ORDERED that:

1.    The Motion is Granted.

2.    Movant is granted relief from the Plan Injunction[1] for cause shown and is permitted to proceed with and prosecute the State Court Action against the Debtors and any other individuals or entities, including any subsequent appeals, and may enforce any judgment, including any alternative dispute resolution award or settlement obtained in the State Court Action against the Debtors' applicable insurance policies.

3.    This Order shall become effective immediately upon entry by the Court and is not subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.