**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| JOANN INC., *et al.,* ) | Case No. 25-10068 (CTG) |
| ) | |
| ) | Jointly Administered |
| ) | |
| Post-Effective Date Debtor. ) | **Hearing Date: July 20, 2026 at 10:00 a.m. (ET)** |
| . ) | **Objection Deadline: July 3, 2026 at 4:00 p.m. (ET)** |
| ) | |

**NOTICE OF MOTION OF PRINCESS WHITE-CHAMBERS**
**FOR RELIEF FROM THE PLAN INJUNCTION**

**PLEASE TAKE NOTICE** that on June 19, 2026, Princess White-Chambers ("Movant"),

filed the *Motion of Princess White-Chambers for Relief from the Plan Injunction* (the "Motion")

with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed

on or before **July 3, 2026, at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States

Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington,

Delaware 19801. At the same time, you must serve a copy of any objection upon Movant's

undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **July**

**20, 2026 at 10 a.m. (ET)** before the Honorable Craig T. Goldblatt in the United States Bankruptcy

Court for the District of Delaware, 824 N. Market Street, 3rd Floor, courtroom 7, Wilmington,

Delaware 19801, if an objection is filed.

The hearing date specified above may be a preliminary hearing or may be consolidated

with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security interest.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF A HEARING.**

Dated: June 19, 2026
Wilmington, Delaware

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
**JOYCE, LLC**
1225 King Street, Suite 800
Wilmington, DE 19801
(302)-388-1944
mjoyce@mjlawoffices.com

*Counsel to Princess White-Chambers*

2