### CERTIFICATE OF SERVICE

I, Michael J. Joyce, hereby certify that on June 19, 2026, I caused to be served the foregoing, *Motion of Princess White-Chambers for Relief from the Plan Injunction* via CM/ECF upon those persons or entities registered to receive such notice in these cases, and via First Class Mail on the parties identified below.

Dated: June 19, 2026

*Michael J. Joyce*
Michael J. Joyce

Office of the United States Trustee for the District of Delaware
 844 King Street, Suite 2207
Wilmington, Delaware 19801
 Attn.: Timothy Jay Fox, Jr. (timothy.fox@usdoj.gov);

counsel for the GUC Trust Kelley Drye & Warren LLP,
 3 World Trade Center,
175 Greenwich Street,
 New York, New York 10007,
Attn.: Eric R. Wilson (EWilson@KelleyDrye.com),
Maeghan J. McLoughlin (Mmcloughlin@kelleydrye.com),
Charles J. Fendrych (Cfendrych@kelleydrye.com)

counsel for the GUC Trust
 Benesch, Friedlander, Coplan & Aronoff LLP,
1313 N. Market Street, Suite 1201,
Wilmington, Delaware 19801,
Attn: Jennifer R. Hoover (jhoover@beneschlaw.com)
 Melissa A. Sobrepera (msobrepera@beneschlaw.com).