**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | **Re: Docket Nos. 1383 and 1440** |
| | ) | |

**CERTIFICATION OF COUNSEL
FOR THE PLAN ADMINISTRATOR WITH RESPECT TO
MOTION FOR RECONSIDERATION AND APPROVAL OF STIPULATION
REGARDING CLAIM OF SHENYANG LARGE CIRCLE ARTS & CRAFTS CO., LTD.**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator")

appointed in the above-captioned case, hereby certifies as follows:

1. On January 27, 2025, Shenyang Large Circle Art & Crafts, Co., Ltd. ("Shenyang")

filed Proof of Claim No. 112 ("Claim 112") asserting an administrative expense claim under 11

U.S.C. § 503(b)(9) in the amount of $463,084.48 (the "503(b)(9) Claim") and a general unsecured

claim in the amount of $1,398,693.38 (the "GUC Claim").

2. On June 4, 2025, the debtors in the above-captioned case (collectively, the

"Debtors") filed *Debtors' Sixth Omnibus Objection to Certain Claims (Substantive)* [Docket No.

1071] ("Claim Objection"), seeking to disallow the 503(b)(9) Claim and reduce the GUC Claim

to $29,811.77. The Court entered an order [Docket No. 1383] (the "Claim Objection Order")

sustaining the Claim Objection as to Shenyang's Claim 112 on July 10, 2025.

3. On July 24, 2025, Shenyang filed the *Motion of Claimant Shenyang Large Circle*

*Arts & Crafts Co., Ltd., Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure*

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

*3008 and 9023 Requesting Reconsideration of Order Reducing and Reclassifying Claim* [Docket No. 1440] (the "Motion for Reconsideration") seeking an order from the Court vacating the Claim Objection Order as it pertained to Claim 112.

4.      Shenyang, the Plan Administrator, and the JOANN Liquidating Trust (the "GUC Trust"), acting by and through Steven Balasiano, solely in his capacity as the liquidating trustee (the "GUC Trustee" and collectively with the Plan Administrator and Shenyang, the "Parties") have entered into a stipulation (the "Stipulation") resolving all pending disputes regarding Claim 112.

5.      Additionally, the Parties have consented to the granting of the Motion for Reconsideration solely for purposes of implementing the terms of the Stipulation.

6.      A proposed order granting the Motion for Reconsideration and approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

7.      A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

[*Remainder of Page Intentionally Left Blank*]

Dated: June 22, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                 mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                 pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*