**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC.,[1] | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | **Re: Docket Nos. 1383 and 1440** |

**CONSENT ORDER GRANTING MOTION FOR**
**RECONSIDERATION AND APPROVING STIPULATION REGARDING**
**CLAIM OF SHENYANG LARGE CIRCLE ARTS & CRAFTS CO., LTD.**

Pursuant to and in accordance with the *Stipulation Regarding Claim of Shenyang Large Circle Art & Crafts, Co., Ltd.* (the "Stipulation")[2] attached hereto as **Exhibit 1**, and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to the Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief set forth herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had before this Court; and with the consent of the Parties; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2]    Capitalized terms used but not otherwise defied herein have the meanings ascribed to them in the Stipulation.

1.      The Stipulation is approved and the terms of the Stipulation are hereby made effective by this Consent Order.

2.      The Motion for Reconsideration [Docket No. 1440] is hereby granted solely for purposes of implementing the terms of the Stipulation.

3.      The treatment of Claim 112 set forth in the Claim Objection Order is superseded by the terms of the Stipulation and this Consent Order approving the Stipulation.

4.      Sufficient notice of this Consent Order has been provided and the requirements of Rule 3007 of the Federal Rules of Bankruptcy Procedure and any applicable local rules of this Court are otherwise satisfied.

5.      Notwithstanding any applicable rules to the contrary, this Consent Order shall be immediately binding and enforceable upon its entry.

6.      The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Consent Order.

7.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order.

## Exhibit 1

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**STIPULATION REGARDING MOTION FOR RECONSIDERATION AND
CLAIM OF SHENYANG LARGE CIRCLE ARTS & CRAFTS CO., LTD.**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator")
appointed in the above-captioned case, the JOANN Liquidating Trust (the "GUC Trust"), acting
by and through Steven Balasiano, solely in his capacity as the liquidating trustee (the "GUC
Trustee"), and Shenyang Large Circle Art & Crafts, Co., Ltd. ("Shenyang" and collectively with
the Plan Administrator and the GUC Trustee, the "Parties"), by and through their undersigned
counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On January 27, 2025, Shenyang filed Proof of Claim No. 112 ("Claim 112")
asserting an administrative expense claim under 11 U.S.C. § 503(b)(9) in the amount of
$463,084.48 (the "503(b)(9) Claim") and a general unsecured claim in the amount of
$1,398,693.38 (the "GUC Claim").

2.      On June 4, 2025, the debtors in the above-captioned case (collectively, the
"Debtors") filed *Debtors' Sixth Omnibus Objection to Certain Claims (Substantive)* [Docket No.
1071] ("Claim Objection"), seeking to disallow the 503(b)(9) Claim and reduce the GUC Claim

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax
identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268,
Hudson, Ohio 44236.

to $29,811.77.  The Court entered an order [Docket No. 1383] (the "Claim Objection Order") sustaining the Claim Objection as to Shenyang's Claim 112 on July 10, 2025.

3.      On July 24, 2025, Shenyang filed the *Motion of Claimant Shenyang Large Circle Arts & Crafts Co., Ltd., Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Order Reducing and Reclassifying Claim* [Docket No. 1440] (the "Motion for Reconsideration") seeking an order from the Court vacating the Claim Objection Order as it pertained to Claim 112.

4.      The Parties have engaged in good faith negotiations regarding Claim 112, the Claim Objection, and the Motion for Reconsideration, and have (a) consented to entry of an order granting the Motion for Reconsideration for purposes of implementing the terms of this Stipulation, and (b) agreed to modify Claim 112 as set forth herein.

5.      Accordingly, notwithstanding anything to the contrary in the Claim Objection Order, Claim 112 is and shall be modified as follows:

(a)      The 503(b)(9) Claim is and shall be deemed allowed in the amount of $45,000.00 (the "Revised 503(b)(9) Claim"), which amount has been paid and satisfied in full.  The balance of the 503(b)(9) Claim, in the amount of $418,084.48, is reclassified as a general unsecured claim.

(b)      The GUC Claim is modified to the amount of $1,816,777.86 (the "Revised GUC Claim"), which is the amount of the GUC Claim as filed plus the reclassified portion of the 503(b)(9) Claim.

6.      Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of Shenyang, including, without limitation, the Revised GUC Claim, which claims remain subject to reconciliation by the GUC Trust and shall be resolved

2

separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

7.      Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation, including, without limitation, to reflect that the Revised 503(b)(9) Claim has been satisfied in its entirety.

**STIPULATED and AGREED:**

Dated:  June 22, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ R. Grant Dick IV* | */s/ Michael E. Fitzpatrick* |
| **COOCH AND TAYLOR, P.A** | **COLE SCHOTZ P.C.** |
| R. Grant Dick IV (Del. No. 5123) | Patrick J. Reilley (No. 4451) |
| 1000 N. West Street, Suite 1500 | Michael E. Fitzpatrick (No. 6797) |
| Wilmington, DE 19801 | 500 Delaware Avenue, Suite 600 |
| Telephone: 302-984-3800 | Wilmington, Delaware 19801 |
| Wilmington, DE 19801 | Telephone:    (302) 652-3131 |
| Telephone:    302-984-3800 | Facsimile:    (302) 652-3117 |
| Facsimile:    302-984-3939 | Email:    preilley@coleschotz.com |
| Email:    gdick@coochtaylor.com | mfitzpatrick@coleschotz.com |

- and -

- and -

**MAZZOLA LINDSTROM LLP**

**HAHN LOESER & PARKS LLP**

Adam D. Wiener
1350 Avenue of the Americas, Second Floor
New York, New York 10019
Telephone: 732-947-9111
Email: adam@mazzolalindstrom.com

Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:    cwick@hahnlaw.com
pstovall@hahnlaw.com

*Counsel to Shenyang Large Circle*
*Arts & Crafts Co., Ltd*

*Co-Counsel to the Plan Administrator*

[*Additional Signature Page Follows*]

3

*/s/ Jennifer R. Hoover*

**BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP**
Jennifer R. Hoover (No. 5111)
Melissa A. Sobrepera (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
        msobrepera@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
Charles J. Fendrych (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: ewilson@KelleyDrye.com
        mmcloughlin@kelleydrye.com
        cfendrych@kelleydrye.com

*Counsel to the GUC Trust*

4