**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | **Re: Docket No. 1367** |
| | ) | |

**CERTIFICATION OF COUNSEL FOR PLAN ADMINISTRATOR
RELATING TO APPROVAL OF STIPULATION REGARDING
(I) CLAIM NO. 18239 OF OOCL (USA) INC. AND (II) MOTION OF
OOCL USA INC. FOR AN ORDER FOR ALLOWANCE AND PAYMENT
OF AN ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator")
appointed in the above-captioned case, hereby certifies as follows:

1.      On June 3, 2025, OOCL (USA) Inc. ("OOCL") filed Proof of Claim No. 18239
("Claim 18239") asserting an administrative expense claim under 11 U.S.C. § 503(b)(2) in the
cumulative amount of $2,921,736.00 (the "Administrative Expense Claim"), which is comprised
of (a) $361,346.00 for charges relating to services provided by OOCL after January 15, 2025
(the "Petition Date") with respect to cargo that was delivered and accepted by the Debtors after
the Petition Date (the "Delivered Cargo"); and (b) $2,560,390.00 for charges, including without
limitation, detention and demurrage charges, relating to services provided by OOCL after the
Petition Date with respect to cargo that was abandoned or otherwise not accepted by Debtors (the
"Undelivered Cargo").

2.      On July 9, 2025, OOCL filed the *Motion of OOCL USA Inc. for an Order for
Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)* [Docket No.

---

[1]    The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax
identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268,
Hudson, Ohio 44236.

1367] (the "Administrative Expense Motion") seeking allowance and payment of the charges relating to the Delivered Cargo and the Undelivered Cargo as administrative expense claims in the same amounts asserted by OOCL in Claim 18239. The administrative expense claims asserted through the Administrative Expense Motion are duplicative of the Administrative Expense Claim asserted in Claim 18239.

3.      OOCL and the Plan Administrator have entered into a stipulation (the "Stipulation") fully resolving Claim 18239 and the Administrative Expense Motion.

4.      A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

5.      A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: July 10, 2026
Wilmington, Delaware

/s/ *Michael E. Fitzpatrick*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                    mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                    pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*