**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC.,[1] | ) ) ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) ) ) | **Re: Docket No. 1367** |

**CONSENT ORDER APPROVING STIPULATION RELATING TO
(I) CLAIM NO. 18239 OF OOCL (USA) INC. AND (II) MOTION OF
OOCL USA INC. FOR AN ORDER FOR ALLOWANCE AND PAYMENT
OF AN ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

Pursuant to and in accordance with the *Stipulation Regarding (I) Claim No. 18239 of OOCL (USA) Inc. and (II) Motion of OOCL USA Inc. for an Order for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)* (the "Stipulation")[2] attached hereto as **Exhibit 1**, and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief set forth herein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and upon all of the proceedings had

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

before this Court; and with the consent of the Parties; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.    The Stipulation is approved and the terms of the Stipulation are hereby made effective by this Consent Order.

2.    Sufficient notice of this Consent Order has been provided and the requirements of Rule 3007 of the Federal Rules of Bankruptcy Procedure and any applicable local rules of this Court are otherwise satisfied.

3.    Notwithstanding any applicable rules to the contrary, this Consent Order shall be immediately binding and enforceable upon its entry.

4.    The Plan Administrator is authorized to take all actions necessary to effectuate the relief granted in this Consent Order.

5.    Kroll Restructuring Administration, as the claims and noticing agent in the above-captioned case, is authorized to revise the official claims register to reflect the terms of this Stipulation, including, without limitation, to reflect that the Revised Administrative Expense Claim (as defined in the Stipulation) has been satisfied in its entirety.

6.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Consent Order.

**<u>Exhibit 1</u>**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | **Re: Docket No. 1367** |
| | ) | |

**STIPULATION RELATING TO (I) CLAIM NO. 18239 OF OOCL (USA) INC. AND (II) MOTION OF OOCL USA INC. FOR AN ORDER FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE CLAIM PURSUANT TO 11 U.S.C. § 503(b)**

Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, and OOCL (USA) Inc. ("OOCL" and collectively with the Plan Administrator, the "Parties"), by and through their undersigned counsel, hereby state, agree, and stipulate (the "Stipulation") as follows:

1.      On June 3, 2025, OOCL filed Proof of Claim No. 18239 ("Claim 18239") asserting an administrative expense claim under 11 U.S.C. § 503(b)(2) in the cumulative amount of $2,921,736.00 (the "Administrative Expense Claim"), which is comprised of (a) $361,346.00 for charges relating to services provided by OOCL after January 15, 2025 (the "Petition Date") with respect to cargo that was delivered and accepted by the Debtors after the Petition Date (the "Delivered Cargo"); and (b) $2,560,390.00 for charges, including without limitation, detention and demurrage charges, relating to services provided by OOCL after the Petition Date with respect to cargo that was abandoned or otherwise not accepted by Debtors (the "Undelivered Cargo").

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

2.      On July 9, 2025, OOCL filed the *Motion of OOCL USA Inc. for an Order for Allowance and Payment of an Administrative Claim Pursuant to 11 U.S.C. § 503(b)* [Docket No. 1367] (the "Administrative Expense Motion") seeking allowance and payment of the charges relating to the Delivered Cargo and the Undelivered Cargo as administrative expense claims in the same amounts asserted by OOCL in Claim 18239.  The administrative expense claims asserted through the Administrative Expense Motion are duplicative of the Administrative Expense Claim asserted in Claim 18239.

3.      The Parties have further reconciled the outstanding charges relating to the Delivered Cargo, and OOCL now asserts that the amount outstanding relating to the Delivered Cargo is $269,311.23 (the "Revised Delivered Cargo Amount").

4.      The Parties have engaged in good-faith negotiations regarding Claim 18239 and the Administrative Expense Motion, and have agreed as follows:

(a)      OOCL's Administrative Expense Claim set forth in Claim 18239 is reduced to and deemed allowed in the amount of $519,311.23 (the "Revised Administrative Expense Claim"), which is comprised of (i) the full Revised Delivered Cargo Amount of $269,311.23, plus (ii) $250,000.00 for charges relating to services provided by OOCL with respect to the Undelivered Cargo.  As of the date hereof, the Revised Administrative Expense Claim has been paid in full and shall be deemed fully satisfied.

(b)      $2,310,390.00 of the Administrative Expense Claim, which is the balance of the charges relating to the Undelivered Cargo, is reclassified as a general unsecured claim (the "GUC Claim").

(c)      The Administrative Expense Motion is, and shall be deemed, withdrawn with prejudice.

5.      Nothing contained in this Stipulation shall constitute the allowance or disallowance of any general unsecured claim of OOCL, including, without limitation, the GUC Claim, which claims shall be resolved separately in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the *Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [Docket No. 1353], and any further orders of the Court.

[*Remainder of Page Intentionally Left Blank*]

3

**STIPULATED and AGREED:**

Dated:  July 10, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Daniel C. Kerrick* | */s/ Michael E. Fitzpatrick* |
| **HOGAN MCDANIEL** | **COLE SCHOTZ P.C.** |

**HOGAN MCDANIEL**
Daniel C. Kerrick (No. 5027)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone:   (302) 656-7540
Facsimile:   (302) 656-7599

- and -

**PRICE MEESE SHULMAN & D'ARMINIO, P.C.**
Rick A. Steinberg (admitted *pro hac vice*)
50 Tice Boulevard, Suite 380
Woodcliff Lake, New Jersey 07677
Telephone:   (201) 391-3737
Facsimile:   (201) 391-9360
Email:       rsteinberg@pricemeese.com

*Co-Counsel to OOCL (USA) Inc.*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:       preilley@coleschotz.com
             mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:   (216) 274-2489
Facsimile:   (216) 241-2824
Email:       cwick@hahnlaw.com
             pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*