**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |
| | ) | **Hearing Date: August 14, 2026 at 10:00 a.m. (ET)** |
| | ) | **Objection Deadline: July 24, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF PLAN ADMINISTRATOR'S SECOND MOTION FOR ENTRY**
**OF AN ORDER EXTENDING THE TIME TO FILE OBJECTIONS TO CLAIMS**

**PLEASE TAKE NOTICE** that on July 10 2026, Ann Aber, solely in her capacity as the plan administrator (the "Plan Administrator") in the above-captioned chapter 11 case, filed the *Plan Administrator's Second Motion for Entry of an Order Extending the Time to File Objections to Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **August 14, 2026 at 10:00 a.m. (ET) (the "Hearing")** before The Honorable Craig T. Goldblatt, United States Bankruptcy Court Judge for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order granting the relief sought in the Motion must be in writing and filed with the Court on or before **July 24, 2026 at 4:00 p.m. (ET) (the "Objection Deadline")**.  At the same time, you must serve

---

[1]  The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

a copy of the response or objection upon the undersigned counsel to the Plan Administrator so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 10, 2026
Wilmington, Delaware

/s/ Michael E. Fitzpatrick
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:      (302) 652-3131
Facsimile:       (302) 652-3117
Email:            preilley@coleschotz.com
                      mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:      (216) 274-2489
Facsimile:       (216) 241-2824
Email:            cwick@hahnlaw.com
                      pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*