## Schedule 1

**Late Filed Claims**

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Claim Priority | Adjusted Amount | Basis for Objection |
|---|------|-------------|--------|-----------|----------------------|------------------------|-----------------|---------------------|
| 1 | Aseltine, Linde | 20660 | JOANN Inc. | 5/28/2026 | $100.00 | Asserted secured amount. | $0.00 | Gift Card claim was filed after the applicable Bar Date. |
| 2 | Canada, Judy | 20646 | Jo-Ann Stores, LLC | 5/20/2026 | $40.00 | Asserted admin priority amount. | $0.00 | Gift card claim was filed after the applicable Bar Date. |
| 3 | Columbus, Nicole Anne | 20669 | JOANN Inc. | 6/1/2026 | $40.00 | Asserted 507(a) priority amount. | $0.00 | Gift card claim was filed after the applicable Bar Date. |
| 4 | Huffer, Rob | 20649 | Jo-Ann Stores, LLC | 5/18/2026 | $200.00 | Asserted 503(b)(9) amount. | $0.00 | Gift card claim was filed after the applicable Bar Date. |
| 5 | Ruchirek, Somrit | 20647 | Jo-Ann Stores, LLC | 5/15/2026 | $30.00 | Asserted secured claim amount. | $0.00 | Gift card claim was filed after the applicable Bar Date. |

70036/0001-53409259v2