**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| JOANN, Inc., | ) Case No. 25-10068 (CTG) |
|  | ) |
| Post-Effective Date Debtor.[1] | ) |
|  | ) |
|  | ) **Re: D.I. ___** |

## ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE

Upon the motion (the "Motion")[2] filed by the JOANN Liquidating Trust (the "GUC Trust") for an order extending the deadline established by the Plan to object to General Unsecured Claims from July 13, 2026, through and including January 11, 2027; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and venue being proper before this Court; consideration of the Motion and the relief requested being a core proceeding pursuant to 28 U.S.C. § 157(b); due and proper notice of the Motion having been provided, and it appearing that no other or further notice need be provided; the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtors' estates, their creditors and all parties in interest, and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT:**

1.      The Motion is GRANTED, as set forth herein.

2.      Pursuant to Bankruptcy Rule 9006, the Claims Objection Deadline shall be, and hereby is, extended from July 13, 2026, through and including January 11, 2027, as to all General

---

[1]    The Post-Effective Date Debtor in this chapter 11 case is JOANN Inc.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Unsecured Claims.

3.      This Order shall be without prejudice to the GUC Trust's right to seek further extensions, as may be necessary, of the Claims Objection Deadline as to all General Unsecured Claims.

4.      This Court shall retain jurisdiction with respect to all matters relating to or arising from the Motion or the interpretation or implementation of this Order.

2