**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| JOANN, Inc., | ) Case No. 25-10068 (CTG) |
| | ) |
| Post-Effective Date Debtor.[1] | ) |
| | ) **Hearing Date: August 14, 2026, at 10:00 a.m. (ET)** |
| | ) **Obj. Deadline: July 27, 2026, at 4:00 p.m. (ET)** |
| | ) |
| | ) |

**NOTICE OF GUC TRUSTEE'S MOTION FOR AN**
**ORDER EXTENDING THE CLAIMS OBJECTION DEADLINE**

**PLEASE TAKE NOTICE** that on July 13, 2026, the JOANN Liquidating Trust (the "GUC Trust"), by and through Steven Balasiano of MHR Advisory Group, LLC, solely in his capacity as the liquidating trustee (the "GUC Trustee") filed the *JOANN Liquidating Trust's Motion for an Order Extending the Claims Objection Deadline* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and be filed with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 27, 2026, at 4:00 p.m. (Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of such response or objection upon: (a) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, Delaware 19801, Attn.: Michael V. Girello, Jr. (mike.girello@usdoj.gov) and (b) counsel for the GUC Trust (i) Kelley Drye & Warren LLP, 3

---

[1]    The Post-Effective Date Debtor in this chapter 11 case is JOANN Inc.

World Trade Center, 175 Greenwich Street, New York, New York 10007, Attn.: Eric R. Wilson (EWilson@KelleyDrye.com), Maeghan J. McLoughlin (MMcloughlin@kelleydrye.com), and Charles J. Fendrych (CFendrych@kelleydrye.com) and (ii) Benesch, Friedlander, Coplan & Aronoff LLP, 1313 N. Market Street, Suite 1201, Wilmington, Delaware 19801, Attn: Jennifer R. Hoover (JHoover@beneschlaw.com) and Melissa A. Sobrepera (MSobrepera@beneschlaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE OBJECTION IS SCHEDULED FOR **AUGUST 14, 2026, AT 10:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that copies of each pleading can be viewed and/or obtained by: (i) accessing the Court's website at www.deb.uscourts.gov, or (ii) from the Debtors' noticing and claims agent, at https://cases.ra.kroll.com/JOANN2025/Home-DocketInfo or by calling (844) 712-2239 (U.S./Canada) or (646) 863-7121 (International). A PACER password is needed to access documents on the Court's website.

Dated: July 13, 2026

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esq. (No. 5111)
Melissa A. Sobrepera, Esq. (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: JHoover@beneschlaw.com
        MSobrepera@beneschlaw.com
-and-


**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
Charles J. Fendrych (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: EWilson@KelleyDrye.com
        MMcloughlin@kelleydrye.com
        CFendrych@kelleydrye.com

*Counsel to the GUC Trust*

3