**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JULY 20, 2026 AT 10:00 A.M. (EASTERN TIME)
BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

# WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED

**ADJOURNED MATTERS**

1.   Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Filed April 17, 2026) [D.I. 2183]

   Response Deadline:   May 8, 2026 at 4:00 p.m. (ET).

   Responses Received:

   (a)   California Department of Tax and Fee Administration's Opposition to the Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2220]

   (b)   Plan Administrator's Reply Brief in Support of its Objection to the Administrative Claim of the California Department of Tax and Fee Administration [Thirty-Second (Substantive) Omnibus Objection to Certain Claims] (Filed July 10, 2026) [D.I. 2291]

   Status:   This matter is adjourned to a date to be determined solely with respect to the California Department of Tax and Fee Administration's Opposition.

---

[1]   The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

2.      Motion of Princess White-Chambers for Relief from the Plan Injunction (Filed June 19, 2026) [D.I. 2276]

     Objection Deadline:    July 3, 2026 at 4:00 p.m. (ET).

     Responses Received: None at this time.

     Status:        This matter is adjourned to a date to be determined.  This matter will not be going forward.

Dated:  July 16, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:       preilley@coleschotz.com
            mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:       cwick@hahnlaw.com
            pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*