**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.,* | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
|  | ) | Jointly Administered |
|  | ) |  |
| Post-Effective Date Debtor. | ) | **Re: D.I. No. 2276** |
|  | ) |  |
|  | ) |  |
|  | ) |  |

**CERTIFICATE OF NO OBJECTION REGARDING
MOTION OF PRINCESS WHITE-CHAMBERS
FOR RELIEF FROM THE PLAN INJUNCTION**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Motion of Princess White-Chambers for Relief from the Plan Injunction* [D.I. No. 2276] (the "Motion"), filed on June 19, 2026.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than July 3, 2026.

It is hereby respectfully requested that the Order approving the Motion, attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

[*Signature Page to Follow*]

Dated: July 16, 2026
Wilmington, Delaware

Respectfully submitted:

**JOYCE, LLC**

*/s/ Michael J. Joyce*
Michael J. Joyce (No. 4563)
1225 King Street
Suite 800
Wilmington, Delaware 19801
Telephone: (302) 388-1944
Email: mjoyce@mjlawoffices.com

*Counsel to Princess White-Chambers*