**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**CERTIFICATION OF COUNSEL FOR THE PLAN ADMINISTRATOR REGARDING**
**APPROVAL OF STIPULATION REGARDING CLAIMS OF HAPAG-LLOYD AG**

The undersigned counsel to Ann Aber, the Plan Administrator (the "Plan Administrator") appointed in the above-captioned case, hereby certifies as follows:

1. On April 5, 2025, Hapag-Lloyd AG ("Hapag") filed Proof of Claim No. 11472 ("Claim 11472") in the total amount of $14,408,996.74, consisting of a prepetition claim, including an unliquidated secured claim, in the amount of $2,476,835.74, and a postpetition administrative expense claim in the amount of $11,932,161.00.

2. On August 7, 2025, Hapag filed Proof of Claim No. 19797 ("Claim 19797"), asserting an additional administrative expense claim in the amount of $11,824,075.96.

3. On December 12, 2025, the Plan Administrator filed the *Plan Administrator's Twentieth (Substantive) Omnibus Objection to Certain Claims* [Docket No. 1881] (the "Claim Objection"), seeking to reclassify Claim 11472 and Claim 19797, in their entirety, as general unsecured claims.

4. Hapag and the Plan Administrator have entered into a stipulation (the "Stipulation") fully resolving the Claim Objection as it relates to Claim 11472 and Claim 19797.

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

5. A proposed order approving the Stipulation is attached hereto as **Exhibit A** (the "Proposed Order").

6. A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

Accordingly, the Plan Administrator respectfully requests entry of the Proposed Order at the Court's earliest convenience.

Dated: July 17, 2026
Wilmington, Delaware

/s/ *Michael E. Fitzpatrick*
**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*