**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC. [1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |
| | ) | |

**NOTICE OF RESIGNATION OF PLAN ADMINISTRATOR**
**AND APPOINTMENT OF SUCCESSOR PLAN ADMINISTRATOR**

**PLEASE TAKE NOTICE**, that on July 8, 2025, the above-captioned debtors and debtors-in-possession (collectively, the "**Debtors**") filed the *Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1353] (as amended, the "**Plan**")[2]

**PLEASE TAKE FURTHER NOTICE** that, on July 10, 2025, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered the *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement for, and Confirming the Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1387] (the "**Confirmation Order**"), confirming the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Effective Date of the Plan occurred on July 16, 2025. *See Notice of (I) Entry of Confirmation Order and (II) Occurrence of the Effective Date* [Docket No. 1416].

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article IV.D.3 of the Plan, Ann Aber was appointed as the Plan Administrator, with the power and authority to implement the Plan and to take any actions reasonably necessary to further such implementation, subject to the Committee Settlement.

**PLEASE TAKE FURTHER NOTICE** that, on the Effective Date, the Plan Administrator and GA Joann Retail Partnership, LLC ("**GA JRP**"), on behalf of the Wind-Down Debtors, entered into that certain Plan Administrator Agreement (the "**PA Agreement**"), a copy of which was filed as Exhibit B to the *Amended Plan Supplement* [Docket No. 1357], setting forth the rights, powers, duties, and obligations of the Plan Administrator.

---

[1]   The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

[2]   Capitalized terms used by not otherwise defined herein shall have the meanings ascribed to them in the Plan or the Confirmation Order, as applicable.

**PLEASE TAKE FURTHER NOTICE** that Section 11 of the PA Agreement sets forth the procedures governing a resignation by the Plan Administrator and the appointment of a successor Plan Administrator, including that any resignation becomes effective only upon the appointment of a permanent or interim successor Plan Administrator and that any successor Plan Administrator shall assume the rights, powers, duties, and obligations of the predecessor Plan Administrator as provided therein.

**PLEASE TAKE FURTHER NOTICE** that Section 11 of the PA Agreement further provides that any successor Plan Administrator, without any further act, shall become fully vested with all of the rights, powers, duties, and obligations of its predecessor, and that the resigning Plan Administrator shall render a full and complete written accounting to the successor Plan Administrator of all monies and assets received, disbursed, and held during her tenure.

## I.      NOTICE OF RESIGNATION

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Article IV.D.3 of the Plan and Section 11 of the PA Agreement, on June 17, 2026, Ann Aber gave notice to GA JRP of her intent to resign as Plan Administrator of the above-captioned Wind-Down Debtors.

**ACCORDINGLY,** Ann Aber hereby resigns as Plan Administrator of the above-captioned Wind-Down Debtors, effective as of the Effective Time (defined below).

## II.     APPOINTMENT OF SUCCESSOR PLAN ADMINISTRATOR

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article IV.D.3 of the Plan and Section 11 of the PA Agreement, and in coordination with GA JRP and the PA Board, the following individual has been designated to serve as successor Plan Administrator:

> **Nate McOmber**
> G2 Capital Advisors
> 44 Montgomery Street, Suite 300
> San Francisco, California 94104
> Phone: 415.825.5866
> Email: nmcomber@g2cap.com
> Website: www.g2cap.com

**PLEASE TAKE FURTHER NOTICE** that the successor Plan Administrator's compensation and expense reimbursement have been approved by GA JRP and the PA Board and shall be paid from the Plan Administrator Budget in accordance with Section 3 of the Plan Administrator Agreement, as consented to by the Parties pursuant to Section 4(c) of the Plan Administrator Agreement.

**PLEASE TAKE FURTHER NOTICE** that Mr. McOmber has accepted his appointment as successor Plan Administrator and has agreed to be bound by the terms of the Plan, the Confirmation Order, and the PA Agreement, pursuant to that certain *Acceptance of Appointment by Successor Plan Administrator*, a copy of which is attached hereto as Exhibit A and the agreed upon compensation arrangement, which shall not exceed the compensation in the current PA Agreement.

### III.    EFFECTIVE TIME OF TRANSITION

**PLEASE TAKE FURTHER NOTICE** that the resignation of Ann Aber and the appointment of Nate McOmber as successor Plan Administrator shall each become effective at 12:01 a.m. (prevailing Eastern Time) on July 20, 2026 (the "**Effective Time**"). From and after the Effective Time, and without any further act or filing, Nate McOmber shall be fully vested with all of the rights, powers, duties, and obligations of the Plan Administrator under the Plan, the Confirmation Order, and the PA Agreement as of the Effective Time.

### IV.    ACCOUNTING AND TRANSITION

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Section 11 of the PA Agreement, on or before the Effective Time, Ann Aber and GA JRP shall render a full and complete written accounting to Nate McOmber of all monies and assets received, disbursed, and held by her during her tenure as Plan Administrator, and shall cooperate in the orderly transition of all books, records, files, and access credentials necessary to permit the successor Plan Administrator to discharge his duties under the Plan.

### V.    CONTINUING EFFECT OF THE PLAN AND CONFIRMATION ORDER

**PLEASE TAKE FURTHER NOTICE** that, except as set forth herein, nothing contained in this Notice shall modify, amend, or otherwise affect any provision of the Plan, the Confirmation Order, the PA Agreement, or any other order entered by the Bankruptcy Court, all of which shall remain in full force and effect in accordance with their respective terms.

### VI.    UPDATED NOTICE INFORMATION

**PLEASE TAKE FURTHER NOTICE** that, effective as of the Effective Time, all notices, requests, and demands to the Plan Administrator under Article XII.F of the Plan or otherwise shall be directed to:

> **Nate McOmber**
> G2 Capital Advisors
> 44 Montgomery Street, Suite 300
> San Francisco, California 94104
> Phone: 415.825.5866
> Email: nmcomber@g2cap.com
> Website: www.g2cap.com

with copies (which shall not constitute notice) to counsel for the Plan Administrator:

> **Christopher B. Wick, Esq.**
> HAHN LOESER & PARKS LLP
> 200 Public Square, Suite 2800
> Cleveland, Ohio 44114
> Telephone: (216) 274-2489
> Email: cwick@hahnlaw.com

3

Dated:  July 19, 2026
Wilmington, Delaware

/s/ *Michael E. Fitzpatrick*

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:        preilley@coleschotz.com
              mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:        cwick@hahnlaw.com
              pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*

**Exhibit A**

**Acceptance of Appointment by Successor Plan Administrator**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC.[1] | ) Case No. 25-10068 (CTG) |
| | ) |
| Post-Effective Date Debtor. | ) |
| | ) |
| | ) |

### ACCEPTANCE OF APPOINTMENT BY SUCCESSOR PLAN ADMINSITRATOR

The undersigned, Nate McOmber of G2 Capital Advisors, hereby acknowledges and accepts his appointment as successor Plan Administrator of the Wind-Down Debtors in the chapter 11 cases of *In re JOANN Inc., et al.*, Case No. 25-10068 (CTG), pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), effective as of the Effective Time set forth in the *Notice of Resignation of Plan Administrator and Appointment of Successor Plan Administrator* to which this Acceptance is attached (the "Notice").

In connection with such appointment, the undersigned hereby:

1. Accepts the appointment as successor Plan Administrator and agrees to serve in such capacity in accordance with the terms of the *Second Amended Joint Chapter 11 Plan of JOANN Inc. and Its Debtor Affiliates (Technical Modifications)* [Docket No. 1353] (the "Plan"), the *Confirmation Order* [Docket No. 1387], and the *Plan Administrator Agreement* filed as Exhibit B to the *Amended Plan Supplement* [Docket No. 1357] (the "PA Agreement");

2. Agrees to be bound by, and to perform all of the rights, powers, duties, and obligations of the Plan Administrator under, the Plan, the Confirmation Order, the PA Agreement, and any other applicable order of the Bankruptcy Court, in each case from and after the Effective Time;

3. Acknowledges that, from and after the Effective Time, and without any further act or filing, he shall be fully vested with all of the rights, powers, duties, and obligations of the Plan Administrator, as provided in Section 11 of the PA Agreement;

4. Represents that (i) he has the full authority to accept this appointment on behalf of himself and, to the extent applicable, G2 Capital Advisors LLC, and (ii) he is not aware of any conflict of interest that would preclude him from serving as Plan Administrator; and

---

[1] The Post-Effective Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

5. Agrees to cooperate with the resigning Plan Administrator, GA Joann Retail Partnership, LLC, the PA Board, and their respective professionals in effectuating an orderly transition of the duties of the Plan Administrator, including receipt of the full and complete written accounting to be delivered pursuant to Section 11 of the PA Agreement.

Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Notice, the Plan, or the PA Agreement, as applicable.

**IN WITNESS WHEREOF**, the undersigned has executed this Acceptance of Appointment as of the date set forth below.

July 19, 2026

*/s/ Nate McOmber*

Nate McOmber, on behalf of himself and G2 Capital Advisors, LLC

2

**ACKNOWLEDGMENT AND CONSENT OF GA JRP AND THE PA BOARD**

The undersigned, on behalf of GA Joann Retail Partnership, LLC ("GA JRP") and the PA Board, hereby acknowledge and consent to the appointment of Nate McOmber of G2 Capital Advisors as successor Plan Administrator of the Wind-Down Debtors, effective as of the Effective Time, in accordance with Article IV.D.3 of the Plan and Sections 5 and 11 of the PA Agreement. The undersigned further confirm that (i) the appointment has been approved in accordance with the governance and oversight procedures set forth in the Plan and the PA Agreement, and (ii) they will cooperate with the successor Plan Administrator in effectuating an orderly transition of the duties of the Plan Administrator.

**GA JOANN RETAIL PARTNERSHIP, LLC**

By: _/s/ Scott Carpenter_____
Name: Scott Carpenter
Title: Chief Executive Officer, Retail, Wholesale & Industrial Solutions
Date: July 19, 2026

**THE PA BOARD**

By: _/s/ Michael Miller_____
Name: Michael Miller
Title: Member, PA Board
Date: July 19, 2026

By: _/s/ Steve Smith_____
Name: Steve Smith
Title: Member, PA Board
Date: July 19, 2026