## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., et al., | Case No. 25-10068-CTG |
| Debtors. | Jointly Administered |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Gary D. Bressler, Esq. as counsel for Brother International Corporation.

**PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE** of Brett D. Fallon Jr., Esq. of McElroy, Deutsch, Mulvaney & Carpenter LLP as counsel for Brother International Corporation.

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated July 21, 2026

/s/ *Gary D. Bressler*
Gary D. Bressler, Esq. (No. 5544)
300 Delaware Avenue, Suite 1014
Wilmington, DE 19801
Telephone: 302-300-4515
Facsimile: 302-654-4031
E-mail: gbressler@mdmc-law.com

/s/ *Brett D. Fallon*
Brett D. Fallon Jr. Esq
300 Delaware Ave., Suite 1014
Wilmington, DE 19801
Telephone: (302) 300-4510
Facsimile: (302) 654-4031
E-mail: bfallon@mdmc-law.com

*Attorney for Brother International Corporation*