**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On July 16, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Office of the United States Trustee, Attn: Michael V. Girello, Jr., Holly A. Dice, mike.girello@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov:

- Chapter 11 Post-Confirmation Report for Case Number 25-10071 for the Quarter Ending June 30, 2026 [Docket No. 2302]

- Chapter 11 Post-Confirmation Report for Case Number 25-10078 for the Quarter Ending June 30, 2026 [Docket No. 2303]

- Chapter 11 Post-Confirmation Report for Case Number 25-10073 for the Quarter Ending June 30, 2026 [Docket No. 2304]

- Chapter 11 Post-Confirmation Report for Case Number 25-10079 for the Quarter Ending June 30, 2026 [Docket No. 2305]

- Chapter 11 Post-Confirmation Report for Case Number 25-10077 for the Quarter Ending June 30, 2026 [Docket No. 2306]

- Chapter 11 Post-Confirmation Report for Case Number 25-10080 for the Quarter Ending June 30, 2026 [Docket No. 2307]

- Chapter 11 Post-Confirmation Report for Case Number 25-10074 for the Quarter Ending June 30, 2026 [Docket No. 2308]

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is: JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

- Chapter 11 Post-Confirmation Report for Case Number 25-10075 for the Quarter Ending June 30, 2026 [Docket No. 2309]

- Chapter 11 Post-Confirmation Report for Case Number 25-10069 for the Quarter Ending June 30, 2026 [Docket No. 2310]

- Chapter 11 Post-Confirmation Report for Case Number 25-10072 for the Quarter Ending June 30, 2026 [Docket No. 2311]

- Chapter 11 Post-Confirmation Report for Case Number 25-10076 for the Quarter Ending June 30, 2026 [Docket No. 2312]

- Chapter 11 Post-Confirmation Report for Case Number 25-10070 for the Quarter Ending June 30, 2026 [Docket No. 2313]

- Chapter 11 Post-Confirmation Report for the Quarter Ending June 30, 2026 [Docket No. 2314]

Dated: July 22, 2026

/s/ Nelson Crespin
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 22, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ PAUL PULLO
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

SRF 97618