**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| JOANN, Inc., | ) |
| | ) Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor.[1] | ) |
| | ) **RE: D.I. 2296** |
| | ) |

**CERTIFICATE OF NO OBJECTION REGARDING JOANN**
**LIQUIDATING TRUST'S MOTION FOR AN ORDER**
**EXTENDING THE CLAIMS OBJECTION DEADLINE**

The JOANN Liquidating Trust (the "GUC Trust"), acting by and through Steven Balasiano, solely in his capacity as the liquidating trustee (the "GUC Trustee"), hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the *Joann Liquidating Trust's Motion for an Order Extending the Claims Objection Deadline* [D.I. 2296] (the "Motion")[2] filed on July 13, 2026. Attached thereto as Exhibit A was a proposed form of order granting the relief requested in the Motion (the "Order"). Pursuant to the *Notice of GUC Trustee's Motion for an Order Extending the Claims Objection Deadline* [D.I. No. 2296-2], responses to the Objection were to be filed and served no later than July 27, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

The GUC Trust further certifies that the Objection Deadline has passed and after reviewing the Court's docket in these cases, no answer, response, or other responsive pleading to the Motion appears thereon. It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

[*Signature block on following page.*]

---

[1] The Post-Effective Date Debtor in this chapter 11 case is JOANN Inc.
[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

28997778

Dated: July 31, 2026

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 /s/ *Jennifer R. Hoover*
Jennifer R. Hoover (No. 5111)
Melissa A. Sobrepera (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email:  jhoover@beneschlaw.com
          msobrepera@beneschlaw.com

**-and-**


**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
Charles J. Fendrych (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
Email:  ewilson@kelleydrye.com
          mmcloughlin@kelleydrye.com
          cfendrych@kelleydrye.com

*Counsel to the GUC Trust*

2