## Schedule 1

**Late Filed Claims**

| # | Name | Claim Number | Debtor | Date Filed | Asserted Claim Amount | Asserted Classification | Adjusted Amount | Basis for Objection |
|---|------|--------------|--------|-----------|----------------------|------------------------|----------------|---------------------|
| 1 | Clark County Treasurer | 20686 | JOANN Inc. | 6/23/2026 | $14,599.55 | Secured and Priority under 11 U.S.C. 507(a)(8) | $0.00 | The claim was filed after the applicable Bar Date for personal property taxes. The claim is untimely. |
| 2 | Heer Patel | 20691 | Jo-Ann Stores, LLC | 6/26/2026 | $75.00 | Secured | $0.00 | Gift card claim was filed after the applicable Bar Date. The claim is untimely. |
| 3 | Miller, Rebecca Ann | 20696 | Jo-Ann Stores, LLC | 7/3/2026 | $25.00 | 503(b)(9) | $0.00 | Gift card claim was filed after the applicable Bar Date. The claim is untimely. |