**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON AUGUST 14, 2026 AT 10:00 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

# WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED

**ADJOURNED MATTER**

1. Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Filed April 17, 2026) [D.I. 2183]

   Related Documents:

   (a) Plan Administrator's Reply Brief in Support of its Objection to the Administrative Claim of the California Department of Tax and Fee Administration [Thirty-Second (Substantive) Omnibus Objection to Certain Claims] (Filed July 10, 2026) [D.I. 2291]

   Response Deadline:   May 8, 2026 at 4:00 p.m. (ET).

   Responses Received:

   (a) California Department of Tax and Fee Administration's Opposition to the Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2220]

   Status:   This matter is adjourned to a date to be determined solely with respect to the California Department of Tax and Fee Administration's Opposition.

---

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

## RESOLVED MATTERS

2. Plan Administrator's Second Motion for Entry of an Order Extending the Time to File Objections to Claims (Filed July 10, 2026) [D.I. 2292]

   Related Documents:

   (a) Certificate of No Objection Regarding Plan Administrator's Second Motion for Entry of an Order Extending the Time to File Objections to Claims (Filed August 6, 2026) [D.I. 2330]

   (b) Order Extending the Time to File Objections to Claims (Entered August 7, 2026) [D.I. 2332]

   Objection Deadline:   July 24, 2026 at 4:00 p.m. (ET).

   Responses Received: None.

   Status:        The Court entered an Order granting the Motion.  This matter will not be going forward.

3. JOANN Liquidating Trust's Motion for an Order Extending the Claims Objection Deadline (Filed July 13, 2026) [D.I. 2296]

   Related Documents:

   (a) Certificate of No Objection Regarding JOANN Liquidating Trust's Motion for an Order Extending the Claims Objection Deadline (Filed July 31, 2026) [D.I. 2326]

   (b) Order Extending the Claims Objection Deadline (Entered July 31, 2026) [D.I. 2327]

   Objection Deadline:   July 27, 2026 at 4:00 p.m. (ET).

   Responses Received: None.

   Status:        The Court entered an Order granting the Motion.  This matter will not be going forward.

4. Plan Administrator's Thirty-Fourth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed July 15, 2026) [D.I. 2297]

   Related Documents:

   (a) Notice of Submission of Proofs of Claim Regarding Plan Administrator's Thirty-Fourth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed August 3, 2026) [D.I. 2329]

(b)    Certificate of No Objection Regarding Plan Administrator's Thirty-Fourth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Filed August 6, 2026) [D.I. 2331]

(c)    Order Sustaining Plan Administrator's Thirty-Fourth (Non-Substantive) Omnibus Objection to Certain Claims (Late Filed Administrative Claims) (Entered August 7, 2026) [D.I. 2333]

Objection Deadline:    August 5, 2026 at 4:00 p.m. (ET).

Responses Received: None.

Status:    The Court entered an Order sustaining the Objection. This matter will not be going forward.

Dated: August 10, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:    preilley@coleschotz.com
    mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:    (216) 274-2489
Facsimile:    (216) 241-2824
Email:    cwick@hahnlaw.com
    pstovall@hahnlaw.com

*Co-Counsel to Successor Plan Administrator*