**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | **Hearing Date: September 22, 2026, at 10:00 a.m. (ET)** |
| | ) | **Obj. Deadline: August 24, 2026, at 4:00 p.m. (ET)** |
| | ) | |

**NOTICE OF MOTION OF PLAN ADMINISTRATOR AND
GUC TRUST FOR ENTRY OF FOURTH ORDER (I) ENLARGING
THE PERIOD WITHIN WHICH PLAN ADMINISTRATOR AND GUC
TRUST MAY REMOVE ACTIONS AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on August 10, 2026, the Plan Administrator and the GUC Trust, each appointed in the above-captioned case, filed the *Motion of Plan Administrator and GUC Trust for Entry of Fourth Order (I) Enlarging the Period Within Which Plan Administrator and the GUC Trust May Remove Actions and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Court").

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion available on (i) the Court's website: www.deb.uscourts.gov and (ii) the website maintained by the Debtors' claims and noticing agent, Kroll, LLC: https://cases.ra.kroll.com/Joann2025/Home-DocketInfo.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion is scheduled for **September 22, 2026, at 10:00 a.m. (prevailing Eastern Time)** before The Honorable Craig T. Goldblatt, U.S. Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 3rd Floor, Courtroom No. 7, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion and the entry of an order approving the Motion must be filed on or before **August 24, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline")** with the Court, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, and served upon the following parties so as to be actually received by the Objection Deadline: (a) the undersigned counsel to the Plan Administrator, (i) Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, Delaware 19801, Attn: Patrick J. Reilley (preilley@coleschotz.com) and Michael E. Fitzpatrick (mfitzpatrick@coleschotz.com) and (ii) Hahn Loeser & Parks LLP, 200 Public Square, Suite 2800, Cleveland, Ohio 44114, Attn: Christopher B. Wick (cwick@hahnlaw.com); (b) the undersigned

---

[1] The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

counsel to the GUC Trust, (i) Kelley Drye & Warren LLP, 3 World Trade Center, 175 Greenwich Street, New York, New York 10007, Attn: Eric R. Wilson (ewilson@kelleydrye.com), Maeghan J. McLoughlin (mmcloughlin@kelleydrye.com), and Charles J. Fendrych (cfendrych@kelleydrye.com); (c) the United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Malcolm M. Bates (malcolm.m.bates@usdoj.gov); (d) counsel to the Prepetition ABL Agent, Morgan, Lewis & Bockius LLP, One Federal Street, Boston, Massachusetts 02110, Attn.: Christopher Carter (christopher.carter@morganlewis.com) and Marjorie Crider (marjorie.crider@morganlewis.com); (e) counsel to the Prepetition FILO Agent, Choate Hall & Stewart LLP, 2 International Place, Boston, Massachusetts 02110, Attn.: John Ventola (jventola@choate.com) and Jonathan Marshall (jmarshall@choate.com); (f) counsel to the Prepetition Term Loan Lender Ad Hoc Group, Gibson, Dunn & Crutcher LLP, 200 Park Avenue, New York, New York 10166, Attn.: Scott Greenberg (SGreenberg@gibsondunn.com), Kevin Liang (KLiang@gibsondunn.com), and Josh Brody (JBrody@gibsondunn.com); (g) counsel to the Prepetition Term Loan Agent, ArentFox Schiff LLP, 1301 Avenue of the Americas, 42nd Floor, New York, New York 10019, Attn.: Jeffrey Gleit (jeffrey.gleit@afslaw.com), 1717 K Street NW, Washington, D.C. 20006, Attn.: Jonathan Bagg (jonathan.bagg@afslaw.com), and 233 South Wacker Drive, Suite 7100, Chicago, Illinois 60606, Attn.: Matthew Bentley (matthew.bentley@afslaw.com); (h) counsel to GA Joann Retail Partnership, LLC, Lowenstein Sandler LLP, One Lowenstein Drive, Roseland, New Jersey 07068, Attn: Andrew D. Behlmann (abehlmann@lowenstein.com), Jean Nicolas Samedi Jr. (jsamedi@lowenstein.com), and Emily Jewell (ejewell@lowenstein.com); and (i) all parties that have filed renewed requests to receive notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of Page Intentionally Left Blank*]

Dated:  August 10, 2026
Wilmington, Delaware

/s/ Jennifer R. Hoover

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
Jennifer R. Hoover (No. 5111)
1313 N. Market, Suite 1201
Wilmington, DE 19801
Telephone:     (302) 442-7010
Facsimile:     (302) 442-7012
Email:          jhoover@beneshlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (admitted *pro hac vice*)
Maeghan J. McLoughlin (admitted *pro hac vice*)
Charles J. Fendrych (admitted *pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone:     (212) 808-7800
Facsimile:     (212) 808-7897
Email:          ewilson@kelleydrye.com
                mmcloughlin@kelleydrye.com
                cfendrych@kelleydrye.com

*Co-Counsel to the GUC Trustee*

/s/ Michael E. Fitzpatrick

**COLE SCHOTZ P.C.**
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone:     (302) 652-3131
Facsimile:     (302) 652-3117
Email:          preilley@coleschotz.com
                mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone:     (216) 274-2489
Facsimile:     (216) 241-2824
Email:          cwick@hahnlaw.com
                pstovall@hahnlaw.com

*Co-Counsel to the Plan Administrator*