**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN, Inc.,<br><br>Post-Effective Date Debtor.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**RE: D.I. 2111** |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING STIPULATION
BY AND BETWEEN GUC TRUST AND BIRCH RUN STATE, LLC
<u>RESOLVING OBJECTION TO CLAIM NUMBER 18936</u>**

The undersigned counsel for the JOANN Liquidating Trust (the "<u>GUC Trust</u>"), acting by and through Steven Balasiano, solely in his capacity as the liquidating trustee (the "<u>GUC Trustee</u>"), in the above-captioned cases hereby certifies that:

1.      On January 15, 2025 (the "<u>Petition Date</u>"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (these "<u>Chapter 11 Cases</u>").

2.      On January 16, 2025, the Court entered an order authorizing the procedural consolidation and joint administration of these Chapter 11 Cases pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 [D.I. 103].

3.      On June 22, 2025, claimant Birch Run Station, LLC ("<u>Birch Run</u>") filed proof of claim number 18936 (the "<u>Birch Run Claim</u>") against the Debtors, thereby asserting a general unsecured claim in the amount of $1,704,182.37 relating to the rejection of a lease.

4.      On July 10, 2025, the Court entered the *Findings of Fact, Conclusions of Law, and Order Approving the Debtors' Disclosure Statement, for, and Confirming the Second Amended*

---

[1]     The Post-Effective Date Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number is JOANN Inc. (5540).  The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

*Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [D.I. 1387] (the "Confirmation Order"), thereby confirming the Second Amended *Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates (Technical Modifications)* [D.I. 1353] (the "Plan")[2]. Among other things, the Plan established the GUC Trust, and Steven Balasiano was appointed as the GUC Trustee.

5.      On July 16, 2025, the Debtors filed the Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates [D.I. 1416], which among other things, confirmed that all conditions to the effectiveness of the Plan were satisfied as of July 16, 2025 (the "Effective Date");

6.      Upon the Effective Date, the GUC Trust was established in accordance with the terms of the Plan, the Confirmation Order, and that certain *JOANN Liquidating Trust Agreement and Declaration of Trust* (the "Trust Agreement")[3].

7.      On the Effective Date, the Debtors irrevocably transferred to the GUC Trust all of the Debtors' rights, title, and interest in and to all of the GUC Trust Assets pursuant to article IV.F.1 of the Plan and section 2.3 of the Trust Agreement.

8.      The GUC Trust is authorized, among other things, to review, allow, object to, prosecute, negotiate, estimate, settle or otherwise compromise any General Unsecured Claims in its sole discretion pursuant to article IV.F.9 of the Plan and section 3.4 of the Trust Agreement.

9.      On March 20, 2026, the GUC Trust filed the *GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims)* [D.I.

---

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

[3]    A substantially final version of the Trust Agreement was included at Exhibit C to the *Amended Plan Supplement for the Second Amended Joint Chapter 11 Plan of Joann Inc. and its Debtor Affiliates* (Technical Modifications) [D.I. 1357].

2111] (the "Objection").  Pursuant to the Objection, the GUC Trust objected to, among others, the Claim.

10.    Pursuant to the *Notice of GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims)* [D.I. 2111-3] responses to the Objection were required to have been filed with the Court and served no later than April 10, 2026, at 4:00 p.m. (prevailing Eastern Time) (the "Objection Deadline").

11.    Prior to the Objection Deadline, Birch Run filed the *Birch Run Station, LLC's Response to GUC Trust's Fifth Omnibus (Substantive) Objection to Certain Claims (Unliquidated Claims and Overstated Claims) Relating to Claim #18936 Concerning Birch Run Shopping Center in the City of Maplewood, County of Ramsey, Minnesota* [D.I. 2161] (the "Response") and the parties subsequently discussed a resolution of the Objection, the Response, and the Birch Run Claim.  As a result of those discussions, the GUC Trust and Birch Run have entered into that certain *Stipulation by and Between GUC Trust and Birch Run Station, LLC Resolving Objection to Claim Number 18936* (the "Stipulation").

12.    A proposed form of order approving the Stipulation is attached hereto as **Exhibit 1** (the "Proposed Order"). A true and correct copy of the executed Stipulation is attached to the Proposed Order as **Exhibit A**.

13.    A copy of the Proposed Order has been circulated to counsel to Birch Run, and Birch Run does not object to the entry of the Proposed Order.

WHEREFORE, the GUC Trust respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

*[Remainder of page intentionally left blank]*

3

Dated: August 11, 2026

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ Melissa A. Sobrepera*
Jennifer R. Hoover (No. 5111)
Melissa A. Sobrepera (No. 7665)
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: jhoover@beneschlaw.com
       msobrepera@beneschlaw.com

-and-

**KELLEY DRYE & WARREN LLP**
Eric R. Wilson (*pro hac vice*)
Maeghan J. McLoughlin (*pro hac vice*)
Charles J. Fendrych (*pro hac vice*)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Tel: (212) 808-7800
Fax: (212) 808-7897
Email: ewilson@kelleydrye.com
       mmcloughlin@kelleydrye.com
       cfendrych@kelleydrye.com

*Counsel to the GUC Trust*