**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN, Inc., et al.,<br><br>      Post-Effective Date Debtors.[1] | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>(Jointly Administered)<br><br>**RE: D.I. 2111** |

**ORDER APPROVING STIPULATION BY AND BETWEEN GUC TRUST AND BIRCH
RUN STATION, LLC RESOLVING OBJECTION TO CLAIM NUMBER 18936**

The Court having considered the *Stipulation by and Between GUC Trust and Birch Run Station, LLC Resolving Objection to Claim Number 18936* (the "Stipulation"),[2] made by and between the GUC Trust and claimant Birch Run, and the Court having determined that good and adequate cause exists to approve the Stipulation:

IT IS HEREBY ORDERED THAT:

1.      The Stipulation, a copy of which is attached hereto as **Exhibit A**, is approved in its entirety.

2.      This order shall be effective and enforceable immediately upon its entry.

3.      The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

**Dated: August 11th, 2026
Wilmington, Delaware**

                            **CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**

---

[1]    The Post-Effective Date Debtors in these chapter 11 cases are: JOANN Inc.; Needle Holdings LLC; Jo-Ann Stores, LLC; Creative Tech Solutions LLC; Creativebug, LLC; WeaveUp, Inc.; JAS Aviation, LLC; joann.com, LLC; JOANN Ditto Holdings Inc.; Dittopatterns LLC; JOANN Holdings 1, LLC; JOANN Holdings 2, LLC; and Jo-Ann Stores Support Center, Inc.

[2]    Capitalized terms not defined herein shall have the meanings ascribed to them in the Stipulation.