**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | § | |
| **In re** | § | **Chapter 11** |
| | § | |
| **JOANN INC.** ***et al***[1] | § | **Case No. 25-10068 (CTG)** |
| | § | |
| **Debtors** | § | |

**NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS**

Now comes Julie Anne Parsons and files this Notice of Withdrawal of Request for Service of Notices and Other Documents (Doc. 31 filed on 01/15/2025) filed in this case and requests that all notices to Julie Anne Parsons be terminated.

Dated: August 28, 2026

Respectfully submitted,

MCCREARY, VESELKA, BRAGG & ALLEN, P.C.

By: */s/ Julie Anne Parsons*

Julie Anne Parsons
Texas Bar No. 00790358
P. O. Box 1269
Round Rock, TX 78680-1269
Telephone: (512) 323-3241
Fax: (512) 323-3205
Email: jparsons@mvbalaw.com
*Attorneys for Texas Taxing Entities herein*

[1] The last four digits of the United States Tax Identification Number, or similar foreign identification number, as applicable, follow in parentheses: Chesswood Group Limited (6730), Chesswood Holdings Ltd. (8445), Lease-Win Limited (2081), Case Funding Inc. (8049), 1000390232 Ontario Inc. (0232), Chesswood Capital Management Inc. (4785), Chesswood Capital Management USA Inc. (3582), Chesswood U.S. Acquisitionco Ltd. (4029), Pawnee Leasing Corporation (4533), Tandem Finance Inc. (1260), Windset Capital Corporation (4857), Rifco Inc. (7815), and Rifco National Auto Finance Corporation (1311). The Debtors' executive headquarters is located at Chesswood Group Limited, 41 Scarsdale Road, Suite 5, Toronto, ON, M3B 2R2.

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2026, I have served or caused to be served through the Court's CM/ECF electronic notification system, a true and correct copy of the above on those parties listed on the Court's Notice of Electronic Filing.

*/s/ Julie Anne Parsons*
Julie Anne Parsons