**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) | |

**AFFIDAVIT OF SERVICE**

I, Eladio Perez, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On August 18, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via First-Class Mail and email on Office of the United States Trustee, Attn: Michael V. Girello, Jr., Holly A. Dice, US Department of Justice, 844 King Street, Suite 2207, Wilmington, DE 19801, mike.girello@usdoj.gov; ustpregion03.wl.ecf@usdoj.gov:

- Chapter 11 Post-Confirmation Report for the Quarter Ending: 06/30/2026 [Docket No. 2344]

[*Remainder of page intentionally left blank*]

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is: JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Dated: August 20, 2026

/s/ Eladio Perez
Eladio Perez

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on August 20, 2026, by Eladio Perez, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

/s/ Paul Pullo
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026