**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON SEPTEMBER 22, 2026 AT 10:00 A.M. (EASTERN TIME)**
**BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

**WITH THE COURT'S PERMISSION, THIS HEARING IS CANCELLED**

**RESOLVED MATTER**

1. Motion of Plan Administrator and GUC Trust for Entry of Fourth Order (I) Enlarging the Period Within Which Plan Administrator and the GUC Trust May Remove Actions and (II) Granting Related Relief (Filed August 10, 2026) [D.I. 2336]

Related Documents:

(a) Certificate of No Objection Regarding Motion of Plan Administrator and GUC Trust for Entry of Fourth Order (I) Enlarging the Period Within Which Plan Administrator and the GUC Trust May Remove Actions and (II) Granting Related Relief (Filed August 25, 2026) [D.I. 2346]

(b) Fourth Order (I) Enlarging the Period Within Which the Plan Administrator and GUC Trust May Remove Actions and (II) Granting Related Relief (Entered August 26, 2026) [D.I. 2347]

Objection Deadline: August 24, 2026 at 4:00 p.m. (ET).

Responses Received: None.

Status: The Court entered an Order granting the Motion. This matter will not be going forward.

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

**ADJOURNED MATTER**

2. Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Filed April 17, 2026) [D.I. 2183]

Related Documents:

(a) Plan Administrator's Reply Brief in Support of its Objection to the Administrative Claim of the California Department of Tax and Fee Administration [Thirty-Second (Substantive) Omnibus Objection to Certain Claims] (Filed July 10, 2026) [D.I. 2291]

Response Deadline: May 8, 2026 at 4:00 p.m. (ET).

Responses Received:

(a) California Department of Tax and Fee Administration's Opposition to the Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2220]

Status: This matter is adjourned to a hearing on October 22, 2026 at 1:00 p.m. (ET) solely with respect to the California Department of Tax and Fee Administration's Opposition.

Dated: September 18, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Patrick J. Reilley*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

*Co-Counsel to Successor Plan Administrator*