**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) | |

**AFFIDAVIT OF SERVICE**

I, Nelson Crespin, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On September 18, 2026, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Core/2002 Service List attached hereto as **Exhibit A**:

- Notice of Agenda of Matters Scheduled for Hearing on September 22, 2026 at 10:00 a.m. (Eastern Time) Before the Honorable Craig T. Goldblatt [Docket No. 2352]

Dated: September 21, 2026

*/s/ Nelson Crespin*
Nelson Crespin

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on September 21, 2026, by Nelson Crespin, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

# **Exhibit A**

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN | PLOPEZ@ABERNATHY-LAW.COM<br>BANKRUPTCY@ABERNATHY-LAW.COM<br>EHAHN@ABERNATHY-LAW.COM |
| ANSELL GRIMM & AARON, P.C. | ATTN: ANTHONY J. D'ARTIGLIO, ESQ. | ADARTIGLIO@ANSELL.LAW |
| ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT | JEFFREY.GLEIT@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: JONATHAN BAGG | JONATHAN.BAGG@AFSLAW.COM |
| ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY | MATTHEW.BENTLEY@AFSLAW.COM |
| ASSISTANT COUNTY ATTORNEY | ATTN: JASON A. STARKS | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| BALASIANO & ASSOCIATES, PLLC | ATTN: STEVEN BALASIANO, ESQ. JUDAH S. BALASIANO, ESQ. | STEVEN@BALASIANOLAW.COM<br>JUDAH@BALASIANOLAW.COM |
| BALLARD SPAHR LLP | ATTN: DUSTIN P. BRANCH, ESQUIRE, NAHAL ZARNIGHIAN, ESQUIRE | BRANCHD@BALLARDSPAHR.COM<br>ZARNIGHIANN@BALLARDSPAHR.COM |
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, MARGARET A. VESPER | HEILMANL@BALLARDSPAHR.COM<br>ROGLENL@BALLARDSPAHR.COM<br>VESPERM@BALLARDSPAHR.COM |
| BARNES & THORNBURG LLP | ATTN: MARK R. OWENS, AMY E. TRYON | MARK.OWENS@BTLAW.COM<br>AMY.TRYON@BTLAW.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JOHN C. GENTILE, KEVIN M. CAPUZZI, JUAN E. MARTINEZ, JENNIFER R. HOOVER, MELISSA A. SOBREPERA, ESQ. | JGENTILE@BENESCHLAW.COM<br>KCAPUZZI@BENESCHLAW.COM<br>JMARTINEZ@BENESCHLAW.COM<br>JHOOVER@BENESCHLAW.COM<br>MSOBREPERA@BENESCHLAW.COM |
| BILZIN SUMBERG BAENA PRICE & AXELROD LLP | ATTN: JEFFREY I. SNYDER, ESQ. | JSNYDER@BILZIN.COM |
| BROOKFIELD PROPERTIES RETAIL INC. AS AGENT | ATTN: KRISTEN N. PATE, GENERAL COUNSEL | BK@BPRETAIL.COM |
| BROWARD TAX COLLECTOR'S OFFICE | ATTN: ANDREW J. MEYERS | AMEYERS@BROWARD.ORG |
| BROWN NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE | JNIMEROFF@BROWNNIMEROFF.COM |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: DAVID M. UNSETH | DAVID.UNSETH@BCLPLAW.COM |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
| --- | --- | --- |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: JARRET P. HITCHINGS | JARRET.HITCHINGS@BCLPLAW.COM |
| BUCHALTER, A PROFESSSIONAL CORPORATION | ATTN: VALERIE BANTNER PEO, SHAWN M. CHRISTIANSON, ESQ. | VBANTNERPEO@BUCHALTER.COM<br>SCHRISTIANSON@BUCHALTER.COM |
| BURR & FORMAN LLP | ATTN: EMILY TAUBE | ETAUBE@BURR.COM |
| BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI, SHANNON D. HUMISTON | JFALGOWSKI@BURR.COM<br>SHUMISTON@BURR.COM |
| BURR & FORMAN LLP | ATTN: J. ELLSWORTH SUMMERS, JR., DANA L. ROBBINS-BOEHNER | ESUMMERS@BURR.COM<br>DROBBINS-BOEHNER@BURR.COM |
| CA DOJ, OFFICE OF ATTORNEY GENERAL | ATTN: RYAN ZICK | RYAN.ZICK@DOJ.CA.GOV |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | ATTN: JOAN S. HUH | JOAN.HUH@CDTFA.CA.GOV |
| CAMPBELL & LEVINE, LLC | ATTN: KATHERINE L. HEMMING, ESQUIRE | KHEMMING@CAMLEV.COM |
| CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN | ALAN.LIPKIN@CHAFFETZLINDSEY.COM |
| CHOATE HALL & STEWART LLP | ATTN: JOHN F. VENTOLA, JONATHAN D. MARSHALL, M. HAMPTON FOUSHEE, ALEXANDRA THOMAS, DOUGLAS R. GOODING, JACOB S. LANG | JMARSHALL@CHOATE.COM<br>JVENTOLA@CHOATE.COM<br>HFOUSHEE@CHOATE.COM<br>ATHOMAS@CHOATE.COM, DGOODING@CHOATE.COM, JSLANG@CHOATE.COM |
| CLARK HILL PLC | ATTN: AUDREY L. HORNISHER, TARA L. BUSH | AHORNISHER@CLARKHILL.COM<br>TBUSH@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: KAREN M. GRIVNER | KGRIVNER@CLARKHILL.COM |
| CLARK HILL PLC | ATTN: SANDRA S. HAMILTON | BANKRUPTCYFILING@CLARKHILL.COM |
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN, P.C. | ATTN: CHRISTOPHER A. OUELLETTE, EVAN W. RASSMAN | ERASSMAN@COHENSEGLIAS.COM<br>COUELLETTE@COHENSEGLIAS.COM |
| COLE SCHOTZ P.C. | ATTN: PATRICK J. REILLEY, STACY L. NEWMAN, MICHAEL E. FITZPATRICK, JACK M. DOUGHERTY | PREILLEY@COLESCHOTZ.COM<br>SNEWMAN@COLESCHOTZ.COM<br>MFITZPATRICK@COLESCHOTZ.COM<br>JDOUGHERTY@COLESCHOTZ.COM |
| CONNOLLY GALLAGHER LLP | ATTN: JEFFREY C. WISLER | JWISLER@CONNOLLYGALLAGHER.COM |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| COUNTY ATTORNEY | ATTN: J. JEFFERY RICH | JRICH@MADISONCOUNTYAL.GOV |
| COWLES & THOMPSON, P.C. | ATTN: WILLIAM L. SIEGEL | BSIEGEL@COWLESTHOMPSON.COM |
| CROSS & SIMON, LLC | ATTN: KEVIN S. MANN, ESQUIRE | KMANN@CROSSLAW.COM |
| DEPUTY COUNTY ATTORNEY | ATTN: BELKYS ESCOBAR | BELKYS.ESCOBAR@LOUDOUN.GOV |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN, MATTHEW S. SARNA | STUART.BROWN@US.DLAPIPER.COM<br>MATTHEW.SARNA@US.DLAPIPER.COM |
| ERVIN COHEN & JESSUP LLP | ATTN: BYRON Z. MOLDO | BMOLDO@ECJLAW.COM |
| FBT GIBBONS LLP | ATTN: CHRISTOPHER VICECONTE, ESQ. | CVICECONTE@FBTGIBBONS.COM |
| FBT GIBBONS LLP | ATTN: JOHN S. MAIRO, ESQ., CHRISTOPHER P. ANTON, ESQ. | JMAIRO@FBTGIBBONS.COM<br>CANTON@FBTGIBBONS.COM |
| FISHERBROYLES LLP | ATTN: JIANGANG OU, ESQUIRE | JAMES.OU@FISHERBROYLES.COM |
| FOX ROTHSCHILD LLP | ATTN: JOSEPH J. DIPASQUALE | JDIPASQUALE@FOXROTHSCHILD.COM |
| FOX ROTHSCHILD LLP | ATTN: STEPHANIE SLATER WARD, ESQUIRE | SWARD@FOXROTHSCHILD.COM |
| FROST BROWN TODD LLP | ATTN: RONALD E. GOLD, ESQ., ERIN P. SEVERINI, ESQ. | RGOLD@FBTLAW.COM<br>ESEVERINI@FBTLAW.COM |
| GA GROUP | ATTN: SCOTT K. CARPENTER AND TIM SHILLING | SCARPENTER@BRILEYFIN.COM<br>LEGAL@BRILEYFIN.COM |
| GELLERT SEITZ BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL, ESQ., MARGARET M. MANNING | MBUSENKELL@GSBBLAW.COM<br>MMANNING@GSBBLAW.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, MATTHEW J. WILLIAMS, C. LEE WILSON, KEVIN LIANG | SGREENBERG@GIBSONDUNN.COM<br>MJWILLIAMS@GIBSONDUNN.COM<br>CLWILSON@GIBSONDUNN.COM<br>KLIANG@GIBSONDUNN.COM |
| GILBERT BIRD LAW FIRM, PC | ATTN: RYAN J. BIRD | RBIRD@GILBERTBIRDLAW.COM |
| GKG LAW, P.C. | ATTN: BRENDAN COLLINS, RACHEL E. AMSTER | BCOLLINS@GKGLAW.COM<br>RAMSTER@GKGLAW.COM |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| GLENN AGRE BERGMAN & FUENTES LLP | ATTN: ANDREW K. GLENN, KURT A. MAYR, AGUSTINA G. BERRO, MALAK S. DOSS, ESTHER HONG | AGLENN@GLENNAGRE.COM<br>KMAYR@GLENNAGRE.COM<br>ABERRO@GLENNAGRE.COM<br>MDOSS@GLENNAGRE.COM<br>EHONG@GLENNAGRE.COM |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | ATTN: DAVID L. BRUCK | DBRUCK@GREENBAUMLAW.COM |
| GUAM ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | DBMOYLAN@OAGGUAM.ORG<br>ADMINISTRATION@OAGGUAM.ORG |
| HAHN LOESER & PARKS LLP | ATTN: CHRISTOPHER B. WICK, ESQUIRE | CWICK@HAHNLAW.COM |
| HANSON BRIDGETT LLP | ATTN: NANCY J. NEWMAN, ESQ. | NNEWMAN@HANSONBRIDGETT.COM |
| HARRIS COUNTY ATTORNEY'S OFFICE | ATTN: SUSAN FUERTES, ASSISTANT COUNTY ATTORNEY | TAXBANKRUPTCY.CAO@HARRISCOUNTYTX.GOV |
| HILLSBOROUGH COUNTY ATTORNEY | ATTN: BRIAN T. FITZGERALD, ESQ. | FITZGERALDB@HCFL.GOV<br>STROUPJ@HCFL.GOV<br>CONNORSA@HCFL.GOV |
| HOGAN & MCDANIEL | ATTN: GARVAN F. MCDANIEL, ESQUIRE | GFMCDANIEL@DKHOGAN.COM |
| HOLLAND & KNIGHT LLP | ATTN: ARTHUR ROSENBERG, ESQ. | ARTHUR.ROSENBERG@HKLAW.COM |
| JACKSON & CAMPBELL, P.C. | ATTN: MITCHELL B. WEITZMAN, ESQUIRE | MWEITZMAN@JACKSCAMP.COM |
| JACKSON WALKER LLP | ATTN: JENNIFER F. WERTZ | JWERTZ@JW.COM |
| JACKSON WALKER LLP | ATTN: KRISTHY M. PEGUERO | KPEGUERO@JW.COM |
| JACKSON WALKER LLP | ATTN: WILLIAM FARMER | WFARMER@JW.COM |
| JOYCE, LLC | ATTN: MICHAEL J. JOYCE | MJOYCE@MJLAWOFFICES.COM |
| KAPLIN STEWART MELOFF REITER & STEIN, P.C. | ATTN: WILLIAM J. LEVANT, ESQUIRE | WLEVANT@KAPLAW.COM |
| KATTEN MUCHIN ROSENMAN LLP | ATTN: STEVEN J. REISMAN, CINDI M. GIGLIO, GRACE A. THOMPSON | SREISMAN@KATTEN.COM<br>CGIGLIO@KATTEN.COM<br>GRACE.THOMPSON@KATTEN.COM |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| KELLEY DRYE & WARREN LLP | ATTN: JASON R. ADAMS, ESQ., ERIC R. WILSON, ESQ. MAEGHAN MCLOUGHLIN, ESQ., ANDRES BARAJAS, ESQ., CONNIE CHOE, CHARLES J. FENDRYCH | MMCLOUGHLIN@KELLEYDRYE.COM<br>ABARAJAS@KELLEYDRYE.COM<br>KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>JADAMS@KELLEYDRYE.COM<br>CCHOE@KELLEYDRYE.COM<br>CFENDRYCH@KELLEYDRYE.COM<br>EWILSON@KELLEYDRYE.COM |
| KERN COUNTY TREASURER AND TAX COLLECTOR OFFICE | ATTN: BANKRUPTCY DIVISION | BANKRUPTCY@KERNCOUNTY.COM |
| KIMCO REALTY CORPORATION | ATTN: RAYMOND EDWARDS | REDWARDS@KIMCOREALTY.COM |
| KING & SPALDING LLP | ATTN: J. ERIC WISE, NANCY MARIE BELLO | EWISE@KSLAW.COM<br>NBELLO@KSLAW.COM |
| KIRKLAND & ELLIS LLP | ATTN: ANUP SATHY, JEFFREY MICHALIK, LINDSEY BLUMENTHAL | ANUP.SATHY@KIRKLAND.COM<br>JEFF.MICHALIK@KIRKLAND.COM<br>LINDSEY.BLUMENTHAL@KIRKLAND.COM |
| KIRKLAND & ELLIS LLP | ATTN: JOSHUA A. SUSSBERG, APARNA YENAMANDRA | JOSHUA.SUSSBERG@KIRKLAND.COM<br>APARNA.YENAMANDRA@KIRKLAND.COM |
| KURTZMAN \| STEADY, LLC | ATTN: JEFFREY KURTZMAN, ESQUIRE | KURTZMAN@KURTZMANSTEADY.COM |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS, ESQ., MATTHEW B. MCGUIRE, ESQ., ELIZABETH A. ROGERS, ESQ. | LANDIS@LRCLAW.COM<br>MCGUIRE@LRCLAW.COM<br>EROGERS@LRCLAW.COM |
| LAW OFFICE OF STEPHEN M. KAPLAN | ATTN: STEPHEN M. KAPLAN, ESQUIRE | KAPLANLAWWORKS@AOL.COM |
| LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E, KAUFMAN, ESQ. | SKAUFMAN@SKAUFMANLAW.COM |
| LAW OFFICES OF AMY N. TIRRE | ATTN: AMY N. TIRRE | AMY@AMYTIRRELAW.COM |
| LAW OFFICES OF KENNETH L. BAUM LLC | ATTN: KENNETH L. BAUM | KBAUM@KENBAUMDEBTSOLUTIONS.COM |
| LAW OFFICES OF RONALD K. BROWN, JR., APC | ATTN: RONALD K. BROWN, JR. | RON@RKBROWNLAW.COM |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | ATTN: SCOTT D. COUSINS | SCOTT.COUSINS@LEWISBRISBOIS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE W. SANDERS | AUSTIN.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER | SANANTONIO.BANKRUPTCY@LGBS.COM |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER | HOUSTON_BANKRUPTCY@LGBS.COM |
| LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG | ADRIAN@THEWOOBLES.COM |
| LOWENSTEIN SANDLER LLP | ATTN: ANDREW BEHLMANN | ABEHLMANN@LOWENSTEIN.COM |
| MANATEE COUNTY TAX COLLECTOR | ATTN: MICHELLE LEESON | LEGAL@TAXCOLLECTOR.COM |
| MANDELBAUM BARRETT PC | ATTN: JEFFREY M. ROSENTHAL, VINCENT J. ROLDAN | JROSENTHAL@MBLAWFIRM.COM<br>VROLDAN@MBLAWFIRM.COM |
| MCCARTER & ENGLISH, LLP | ATTN: KATE ROGGIO BUCK, ESQ. | KBUCK@MCCARTER.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. | GBRESSLER@MDMC-LAW.COM |
| MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP | ATTN: GARY D. BRESSLER, ESQ. | GBRESSLER@MDMC-LAW.COM |
| METZ LEWIS BRODMAN MUST O'KEEFE | ATTN: JUSTIN M. TUSKAN, ESQUIRE | JTUSKAN@METZLEWIS.COM |
| MILBANK LLP | ATTN: DENNIS F. DUNNE, SAMUEL A. KHALIL, ANDREW HARMEYER | DDUNNE@MILBANK.COM<br>SKHALIL@MILBANK.COM<br>AHARMEYER@MILBANK.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: DAVID K. SHIM, ESQ. | DAVID.SHIM@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JODY C. BARILLARE | JODY.BARILLARE@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: JOHN C. GOODCHILD, III; MATTHEW C. ZIEGLER, JEFFREY J. MASTERS, REUBEN J. LACY | JOHN.GOODCHILD@MORGANLEWIS.COM<br>MATTHEW.ZIEGLER@MORGANLEWIS.COM<br>JEFFREY.MASTERS@MORGANLEWIS.COM<br>REUBEN.LACY@MORGANLEWIS.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER | MARJORIE.CRIDER@MORGANLEWIS.COM<br>CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON, CHRISTOPHER M. DONNELLY | EMONZO@MORRISJAMES.COM<br>BKEILSON@MORRISJAMES.COM<br>CDONNELLY@MORRISJAMES.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: CURTIS S. MILLER & AUSTIN T. PARK | CMILLER@MORRISNICHOLS.COM |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, SR., MATTHEW B. HARVEY, BRENNA A. DOLPHIN, DONNA L. CULVER | RDEHNEY@MORRISNICHOLS.COM<br>MHARVEY@MORRISNICHOLS.COM<br>BDOLPHIN@MORRISNICHOLS.COM<br>DCULVER@MORRISNICHOLS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: MICHAEL V. GIRELLO, JR., HOLLY A. DICE | MIKE.GIRELLO@USDOJ.GOV<br>USTPREGION03.WL.ECF@USDOJ.GOV |
| OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN, ESQUIRE | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| OKLAHOMA COUNTY TREASURER | ATTN: TAMMY JONES, PRO SE | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| ORMO ITHALAT VE IHRACAT AS | ATTN: GIRAY OCALGIRAY | GOCALGIRAY@ORMO.COM.TR |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: BRADFORD J. SANDLER, ESQ., JAMES E. O'NEILL, ESQ. | BSANDLER@PSZJLAW.COM<br>JONEILL@PSZJLAW.COM |
| PASHMAN STEIN WALDER HAYDEN P.C. | ATTN: JOSEPH C. BARSALONA II | JBARSALONA@PASHMANSTEIN.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO | EBCALVO@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REESE | LREECE@PBFCM.COM |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: MELISSA E. VALDEZ | MVALDEZ@PBFCM.COM |
| PIERSON FERDINAND LLP | ATTN: JEFFREY M. CARBINO, ESQUIRE | JEFFREY.CARBINO@PIERFERD.COM |
| POTTER ANDERSON & CORROON LLP | ATTN: M. BLAKE CLEARY, GREGORY J. FLASSER | BCLEARY@POTTERANDERSON.COM<br>GFLASSER@POTTERANDERSON.COM |
| PRICE MEESE SHULMAN & D'ARMINIO, P.C. | ATTN: RICK A. STEINBERG, ESQ. | RSTEINBERG@PRICEMEESE.COM |
| PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY, ESQ., MARIA K. PUM | GERALD.KENNEDY@PROCOPIO.COM<br>MARIA.PUM@PROCOPIO.COM |
| PROSKAUER ROSE LLP | ATTN: ANDREW BETTWY, ESQ. | ABETTWY@PROSKAUER.COM |
| PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE, ESQ. | CDALE@PROSKAUER.COM |
| QUINN EMANUEL URQUHART & SULLIVAN, LLP | ATTN: SUSHEEL KIRPALANI, ERIC KAY, RACHEL HARRINGTON | SUSHEELKIRPALANI@QUINNEMANUEL.COM<br>ERICKAY@QUINNEMANUEL.COM<br>RACHELHARRINGTON@QUINNEMANUEL.COM |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| RASHTI AND MITCHELL, ATTORNEYS AT LAW | ATTN: TIMOTHY T. MITCHELL, ESQUIRE | TIM@RASHTIANDMITCHELL.COM<br>DKRM@AOL.COM |
| REED SMITH LLP | ATTN: KURT F. GWYNNE, JASON D. ANGELO | KGWYNNE@REEDSMITH.COM<br>JANGELO@REEDSMITH.COM |
| REEDER LAW CORPORATION | ATTN: DAVID M. REEDER, ESQ. | DAVID@REEDERLAW.COM |
| REGENCY CENTERS, L.P. | ATTN: ERNST BELL | ERNSTBELL@REGENCYCENTERS.COM |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, ALEXANDER R. STEIGER | STEIGER@RLF.COM<br>COLLINS@RLF.COM |
| ROCHELLE MCCULLOUGH, LLP | ATTN: J. MARK CHEVALLIER, MICHAEL T. PIPKIN | MCHEVALLIER@ROMCLAW.COM<br>MPIPKIN@ROMCLAW.COM |
| SAUL EWING LLP | ATTN: EVAN T. MILLER, ESQUIRE | EVAN.MILLER@SAUL.COM |
| SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO, ESQUIRE | MONIQUE.DISABATINO@SAUL.COM |
| SAUL EWING LLP | ATTN: RYAN COY, ESQUIRE | HANNAH.RICHMOND@SAUL.COM |
| SAUL EWING LLP | ATTN: TURNER N. FALK, ESQUIRE | TURNER.FALK@SAUL.COM |
| SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV |
| SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPARTMENT | SECBANKRUPTCY@SEC.GOV |
| SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY | SECBANKRUPTCY@SEC.GOV |
| SEYFARTH SHAW LLP | ATTN: JAMES B. SOWKA, ESQUIRE | JSOWKA@SEYFARTH.COM |
| SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES | ATTN: RONALD M. TUCKER, ESQ. | RTUCKER@SIMON.COM |
| SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. | MSHRIRO@SINGERLEVICK.COM |
| SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQUIRE | DPLON@SIRLINLAW.COM |
| SOLOMON WARD SEIDENWURM & SMITH LL | ATTN: MICHAEL D. BRESLAUER | MBRESLAUER@SWSSLAW.COM |
| SPERO LAW OFFICE | ATTN: JOSEPH B. SPERO | SPEROFIRM@SPEROLAWOFFICE.COM |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| SQUIRE PATTON BOGGS (US) LLP | ATTN: MARK A. SALZBERG | MARK.SALZBERG@SQUIREPB.COM |
| STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN, ESQUIRE | JLEMKIN@STARK-STARK.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGINFO@AZAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | BANKRUPTCY@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@CT.GOV<br>DENISE.MONDELL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@STATE.DE.US |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WEBMASTER@ATG.STATE.IL.US |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | INFO@ATG.IN.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | WEBTEAM@AG.IOWA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMERINFO@AG.STATE.LA.US |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AARON.FREY@LEGISLATURE.MAINE.GOV<br>ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@OAG.STATE.MD.US |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | MIAG@MICHIGAN.GOV |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MISSOURI DEPARTMENT OF REVENUE | ATTN: JAMES TREECE | JAMES.TREECE@DOR.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONTACTDOJ@MT.GOV |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | NEDOJ@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | NDAG@ND.GOV |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER.HOTLINE@DOJ.STATE.OR.US |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | GINA.HANTEL@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | PUBLIC.INFORMATION@OAG.STATE.TX.US |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | UAG@UTAH.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | CONSUMER@WVAGO.GOV |
| STERN & EISENBERG, PC | ATTN: DAIRE PYLE, ESQ | DPYLE@STERNEISENBERG.COM |
| STRADLEY, RONON, STEVENS & YOUNG, LLP | ATTN: DANIEL M. PEREIRA, ESQUIRE | DPEREIRA@STRADLEY.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ., WILLIAM D. SULLIVAN, ESQ. | WHAZELTINE@SHA-LLC.COM<br>BSULLIVAN@SHA-LLC.COM |
| SWANSON, MARTIN & BELL, LLP | ATTN: CHARLES S. STAHL, JR | CSTAHL@SMBTRIALS.COM |
| TENENBAUM & SAAS, P.C. | ATTN: BRADSHAW ROST, ESQ. | BROST@TSPCLAW.COM |
| TENNESSEE DEPARTMENT OF REVENUE | ATTN: LAURA L. MCCLOUD | AGBANKDELAWARE@AG.TN.GOV |
| TEXAS ATTORNEY GENERAL'S OFFICE BANKRUPTCY & COLLECTIONS DIVISION | ATTN: CHRISTOPHER S. MURPHY | CHRISTOPHER.MURPHY@OAG.TEXAS.GOV |
| THE EHRLICH LAW FIRM | ATTN: WILLIAM EHRLICH | WILLIAM@EHRLICHLAWFIRM.COM |
| THE ROSNER LAW GROUP LLC | ATTN: FREDERICK B. ROSNER, ESQ., ZHAO (RUBY) LIU, ESQ. | ROSNER@TEAMROSNER.COM<br>LIU@TEAMROSNER.COM |
| THOMPSON HINE LLP | ATTN: LOUIS F. SOLIMINE, ESQ. | LOUIS.SOLIMINE@THOMPSONHINE.COM |
| TOBIN & REYES PLLC | ATTN: RICARDO A. REYES, ESQ | ESERVICE@TOBINREYES.COM<br>RAR@TOBINREYES.COM<br>MHORTON@TOBINREYES.COM<br>RREID@TOBINREYES.COM |
| US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS | USADE.ECFBANKRUPTCY@USDOJ.GOV |

Exhibit A
Core/2002 Service List
Served via email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| WALSH PIZZI O'REILLY FALANGA, LLP | ATTN: STEPHEN V. FALANGA, ESQ., NICK M. EBEL, ESQ. | SFALANGA@WALSH.LAW<br>NEBEL@WALSH.LAW |
| WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT | OAG@DC.GOV |
| WENOKUR RIORDAN PLLC | ATTN: FAYE C. RASCH | FAYE@WRLAWGROUP.COM |
| WEYCER, KAPLAN, PULASKI & ZUBER, P.C. | ATTN: JEFF CARRUTH | JCARRUTH@WKPZ.COM |
| WILES & WILES, LLP | ATTN: JOHN J. WILES, ESQ. | BANKRUPTCY@EVICT.NET |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: SEAN M. BEACH, ROBERT S. BRADY, KENNETH J. ENOS | SBEACH@YCST.COM<br>RBRADY@YCST.COM<br>KENOS@YCST.COM |