IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 25-10068 (CTG)<br><br>Jointly Administered |

## NOTICE OF CHANGE OF ADDRESS OF CREDITOR ATTTORNY

NOW COMES Attorney Kylie K. Franklin, Attorney for Creditor, **KAREN KLINGBORG,** hereby gives notice that there has been a change of address for said attorney, from her prior firm of Hopkins & Huebner, PC, 100 East Kimberly Road, Suite 400, Davenport, Iowa, to the following:

Kylie K. Franklin
HINDERS, UPDEGRAFF, FRANKLIN & LIMKEMANN, P.L.C.
710 East Kimberly Rd., Ste. 300
Davenport, IA 52806
E-Mail: kylie@hinderslaw.com

Creditor requests that all future notices and correspondence be sent to the address above listed.

By /s/ *Kylie K. Franklin*
Kylie K. Franklin, ARDC #6325625
HINDERS, UPDEGRAFF & FRANKLIN, P.L.C.
1104 Sunset Drive
Norwalk, IA 50211
Phone: 515-981-7068
kylie@hinderslaw.com
ATTORNEYS FOR PLAINTIFF