**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF APPEARANCE OF TARA L. BUSH AND REQUEST FOR REMOVAL FROM SERVICE LISTS**

PLEASE TAKE NOTICE that pursuant to Rule 9010-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Tara L. Bush hereby withdraws her respective appearance as attorney of record for Vestar DRM-Opco LLC, QCM Partners, LLC, CPT Riverside Plaza, LLC, Vestar Best in the West Property, LLC, Santan MP, LP, and Square One Partners, LLC (collectively, the "Landlords") in the above-captioned, jointly administered bankruptcy cases and requests that service upon her of all future notices and pleadings, electronically or otherwise, be discontinued as of the date hereof, and further requests that she be removed from the electronic (CM/ECF) service list. Karen M. Grivner and Audrey L. Hornisher of Clark Hill PLC will continue to represent the Landlords in this matter.

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); Dittopatterns LLC (0452); JOANN Holdings 1, LLC (9030); JOANN Holdings 2, LLC (6408); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, Ohio 44236.

Date: October 8, 2026

Respectfully submitted,

**CLARK HILL PLC**
By: */s/ Karen M. Grivner*
Karen M. Grivner (Bar No. 4372)
Audrey L. Hornisher (SBN 24094369)
824 N. Market St., Suite 710
Wilmington, Delaware 19801
Telephone: 302-250-4749
Facsimile: 302-421-9439
Email: kgrivner@clarkhill.com
Email: ahornisher@clarkhill.com

*Attorneys for Vestar DRM-Opco LLC, QCM Partners, LLC, CPT Riverside Plaza, LLC, Vestar Best in the West Property, LLC, Santan MP, LP, and Square One Partners, LLC*

**CERTIFICATE OF SERVICE**

I, Karen M. Grivner, hereby certify that on this 8th day of October, 2026, a true and correct copy of the *NOTICE OF WITHDRAWAL OF APPEARANCE OF TARA L. BUSH AND REQUEST FOR REMOVAL FROM SERVICE LISTS* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: October 8, 2026

*/s/ Karen M. Grivner*
Karen M. Grivner (No. 4372)