**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) | |

**PLAN ADMINISTRATOR'S EXHIBIT LIST FOR HEARING SCHEDULED FOR OCTOBER 22, 2026 AT 1:00 P.M. (EASTERN TIME)**

Nate McOmber, solely in his capacity as the plan administrator (the "Plan Administrator") appointed in the above-captioned case, hereby files this Exhibit List for the hearing scheduled for October 22, 2026 at 1:00 p.m. (prevailing Eastern Time) (the "Hearing").

**EXHIBITS**

| EXHIBIT | DESCRIPTION | DISPOSITION AFTER HEARING |
|---|---|---|
| 1. | Proof of Claim filed by California Department of Tax and Fee Administration, Claim No. 18346 | |
| 2. | Any document or pleading filed in the above-captioned case. | |
| 3. | Any exhibit necessary or appropriate for impeachment, rebuttal, and/or demonstrative purposes. | |
| 4. | Any exhibit identified by any other party. | |

**RESERVATION OF RIGHTS**

The Plan Administrator reserves the right to call or to introduce one or more, or none, of the exhibits listed above, and further reserves the right to supplement this list prior to the Hearing.

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Dated: October 20, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*
Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

*Co-Counsel to Successor Plan Administrator*