**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON OCTOBER 22, 2026 AT 1:00 P.M. (EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT**

This proceeding will be conducted in-person.

All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.

Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.

**AFTER REGISTERING YOUR APPEARANCE AND THE DEADLINE TO REGISTER HAS PASSED, YOU WILL RECEIVE A CONFIRMATION EMAIL CONTAINING THE RELEVANT AUDIO OR VIDEO LINK ABOUT JOINING THE HEARING.**

**MATTER GOING FORWARD**

1. Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Reclassified Claims, Overstated Claims, and Reduced and Reclassified Claims) (Filed April 17, 2026) [D.I. 2183]

   Related Documents:

   (a) Plan Administrator's Reply Brief in Support of its Objection to the Administrative Claim of the California Department of Tax and Fee Administration [Thirty-Second (Substantive) Omnibus Objection to Certain Claims] (Filed July 10, 2026) [D.I. 2291]

   (b) Plan Administrator's Exhibit List for Hearing Scheduled for October 22, 2026 at 1:00 p.m. (Eastern Time) (Filed October 20, 2026) [D.I. 2356]

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

Response Deadline: May 8, 2026 at 4:00 p.m. (ET).

Response Received:

(a) California Department of Tax and Fee Administration's Opposition to the Plan Administrator's Thirty-Second (Substantive) Omnibus Objection to Certain Claims (Filed May 8, 2026) [D.I. 2220]

Status: This matter is going forward.

Dated: October 20, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Michael E. Fitzpatrick*

Patrick J. Reilley (No. 4451)
Michael E. Fitzpatrick (No. 6797)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Facsimile: (302) 652-3117
Email: preilley@coleschotz.com
mfitzpatrick@coleschotz.com

- and -

**HAHN LOESER & PARKS LLP**
Christopher B. Wick (admitted *pro hac vice*)
Philip K. Stovall (admitted *pro hac vice*)
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 274-2489
Facsimile: (216) 241-2824
Email: cwick@hahnlaw.com
pstovall@hahnlaw.com

*Co-Counsel to Successor Plan Administrator*