# SIGN-IN SHEET

**JUDGE: Goldblatt COURTROOM: 5**

**CASE NUMBER 25-10068 CASE NAME: JOANN Inc., DATE: 10/22/2026 (1:00 PM)**

******PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED******

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
| --- | --- | --- |
| Michael Fitzpatrick | Cole Schotz | Plan Administrator |
| Chris Wick | Cole Schotz | " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Joann Inc.

25-10068

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Uday | Gorrepati | | | Audio Only |
| Jason | Madron | Richards, Layton & Finger, P.A. | Interested Party | Video and Audio |
| Hutchison | Meltzer | California Department of Justice | CDTFA | Video and Audio |
| James | O'Neill | Pachulski Stang Ziehl & Jones LLP | GUC Trust | Video and Audio |
| Vince | Sullivan | Law360 | | Audio Only |
| Ellsworth | Summers | Burr & Forman LLP | CTO Realty | Video and Audio |
| Emily | Taube | Burr & Forman LLP | Brookside Properties | Video and Audio |
| Alex | Wittenberg | | | Audio Only |