**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC.,[1] | ) | Case No. 25-10068 (CTG) |
| | ) | |
| Post-Effective Date Debtor. | ) | |

**AFFIDAVIT OF SERVICE**

I, Gregory Depalma, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Post-Effective Date Debtor in the above-captioned chapter 11 case.

On October 21, 2026, at my direction and under my supervision, employees of Kroll caused the following documents to be served (1) via First-Class Mail on the list of parties attached hereto as **Exhibit A**, and (2) via email on the Office of the United States Trustee, Attn: Michael V. Girello, Jr., Holly A. Dice, mike.girello@usdoj.gov; holly.dice@usdoj.gov:

- Chapter 11 Post-Confirmation Report for Case Number 25-10068 for the Quarter Ending: 09/30/2026 [Docket No. 2358]

- Chapter 11 Post-Confirmation Report for Case Number 25-10068 (Joann Wind-Down Liquidation Trust) for the Quarter Ending: 09/30/2026 [Docket No. 2359]

Dated: October 26, 2026

*/s/ Gregory Depalma*
Gregory Depalma

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on October 26, 2026, by Gregory Depalma, proved to me on the basis of satisfactory evidence to be the person who executed this affidavit.

*/s/ PAUL PULLO*
Notary Public, State of New York
No. 01PU6231078
Qualified in Nassau County
Commission Expires November 15, 2026

[1] The Post-Effective Date Debtor in this chapter 11 cases, along with the last four digits of its federal tax identification number, is: JOANN Inc. (5540). The Post-Effective Date Debtor's mailing address is P.O. Box 268, Hudson, Ohio 44236.

**Exhibit A**

Exhibit A

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HOLLY A. DICE | US DEPARTMENT OF JUSTICE | 844 King Street, Suite 2207 | WILMINGTON | DE | 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: MICHAEL V. GIRELLO, JR. | US DEPARTMENT OF JUSTICE | 844 N. King St., Ste. 2207 | WILMINGTON | DE | 19801 |