**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN, INC.,[1] | Case No. 25-10068 (CTG) |
| Post-Effective Date Debtor. | |

**NOTICE OF SUBSTITUTION OF APPEARANCE**

PLEASE TAKE NOTICE that Brett David Fallon, Jr. WITHDRAWS his appearance and Gaston P. Loomis ENTERS his appearance in the above-captioned proceeding on behalf of Brother International Corp. in the above case in accordance with Del. Bankr. L.R. 9010-2(a).

PLEASE TAKE FURTHER NOTICE that the below attorney requests that copies of all notices and pleadings given or required to be given, and all papers served or required to be served, be given and served upon the following person at the address, facsimile number or email address indicated:

[1] The Post-Effective Date Debtor in these Chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtors' mailing address is P.O. Box 268, Hudson, Ohio 44236.

Gaston P. Loomis
McElroy, Detusch, Mulvaney & Carpenter, LLP
300 Delaware Avenue
Suite 1014
Wilmington, DE 19801
Phone: 302-300-4510
Fax: 302-654-4031

/s/ Brett D. Fallon, Jr.
Brett D. Fallon, Jr. (Del. ID 6656)
1201 N. Market Street
Suite 1200
Wilmington, DE 19801
Phone: (302) 654-7444
Email: bfallon@foxrothschild.com

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**

/s/ Gaston P. Loomis
Gaston P. Loomis (Del. ID 4812)
300 Delaware Avenue
Suite 1014
Wilmington, DE 19801
Phone: 302-300-4510
Fax: (302) 654-4031
Email: gloomis@mdmc-law.com

*Attorneys for Creditor Committee Chair Brother International Corp.*

Dated: November 17, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>JOANN, INC.,[1]<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 25-10068 (CTG) |

**CERTIFICATE OF SERVICE**

I, GASTON P. LOOMIS, hereby certify that on this date a copy of the foregoing Notice of Substitution of Appearance was served to all counsel of record via CM/ECF and via email on the following:

/s/ Gaston P. Loomis
Gaston P. Loomis (Del. ID #4812)

Dated: November 17, 2026

[2] The Post-Effective Date Debtor in these Chapter 11 cases, along with the last four digits of its federal tax identification number is JOANN Inc. (5540). The Post-Effective Date Debtors' mailing address is P.O. Box 268, Hudson, Ohio 44236.